# EXHIBIT A

# Square, Inc. Changes Name to Block

DEC 01, 2021

*The change differentiates the Square brand, which was built for the Seller business, from the corporate entity*

Square, Inc. (NYSE: SQ) announced today that it is changing its name to Block. Block will be the name for the company as a corporate entity. The Square name has become synonymous with the company's Seller business, which provides an integrated ecosystem of commerce solutions, business software, and banking services for sellers, and this move allows the Seller business to own the Square brand it was built for.

The change to Block acknowledges the company's growth. Since its start in 2009, the company has added Cash App, TIDAL, and TBD54566975 as businesses, and the name change creates room for further growth. Block is an overarching ecosystem of many businesses united by their purpose of economic empowerment, and serves many people—individuals, artists, fans, developers, and sellers.

"We built the Square brand for our Seller business, which is where it belongs," said Jack Dorsey, cofounder and CEO of Block. "Block is a new name, but our purpose of economic empowerment remains the same. No matter how we grow or change, we will continue to build tools to help increase access to the economy."

The name change to Block distinguishes the corporate entity from its businesses, or building blocks. There will be no organizational changes, and Square, Cash App, TIDAL, and TBD54566975 will continue to maintain their respective brands. A foundational workforce, which includes teams such as Counsel, People, and Finance, will continue to help guide the ecosystem at the corporate level. As a result of the name change, Square Crypto, a separate initiative of the company dedicated to advancing Bitcoin, will change its name to Spiral.

The name has many associated meanings for the company — building blocks, neighborhood blocks and their local businesses, communities coming together at block parties full of music, a blockchain, a section of code, and obstacles to overcome.

Square, Inc. is referred to as "Block" in this press release. The legal name "Square, Inc." is expected to be legally changed to "Block, Inc." on or about December 10, 2021, upon satisfying all applicable legal requirements. The company's NYSE ticker symbol "SQ" will not change at this time. Any changes in the future will be publicly disclosed. No

action is needed from current stockholders. The Company's Class A common stock will continue to be listed on NYSE and the CUSIP will not be changing.

For more information, please visit [www.block.xyz](www.block.xyz) or follow company news via Twitter @blocks and @blockIR. For media assets, go to [www.block.xyz/mediakit](www.block.xyz/mediakit). We intend to use the Block investor relations website as well as the Twitter accounts @blocks and @blockIR as means of disclosing material non-public information and for complying with our disclosure obligations under Regulation FD.

**About Block**
Block (NYSE: SQ) is a global technology company with a focus on financial services. Made up of Square, Cash App, Spiral, TIDAL, and TBD54566975, we build tools to help more people access the economy. Square helps sellers run and grow their businesses with its integrated ecosystem of commerce solutions, business software, and banking services. With Cash App, anyone can easily send, spend, or invest their money in stocks or Bitcoin. Spiral (formerly Square Crypto) builds and funds free, open-source Bitcoin projects. Artists use TIDAL to help them succeed as entrepreneurs and connect more deeply with fans. TBD54566975 is building an open developer platform to make it easier to access Bitcoin and other blockchain technologies without having to go through an institution.

## Media Contact

press@block.xyz

## Investor Relations Contact

ir@block.xyz

## Payments

Square Payments

In Person

By Invoice

On Your Computer

On Your Website

Risk Manager

Payment Platform

Payments Security

Transfers

Merchant Services

## Point of Sale

Point of Sale Overview

Square Point of Sale

Square for Restaurants

Square for Retail

Square Appointments

## Hardware

Reader for Magstripe

Contactless (NFC) & Chip Reader

Terminal

Stand

Register

Shop Hardware

Rent Hardware

Buy in Store

## More Tools

Online Store

Online Checkout

Checking

Loans

Savings

Payroll

Team Management

Marketing

SMS Marketing

Compare Hardware

Messages

Loyalty

Dashboard

Gift Cards

Customer Directory

Inventory Management

Photo Studio

Square KDS

## Developers

Developer Platform

Reader SDK

In-App Payments SDK

Online Payments APIs

Documentation

Developer Dashboard

## Resources

Pricing

Contact Sales

Support Center

App Marketplace

Small Business Development

Blog

Guides

Community

Events

Service Status

## Business Types

Large businesses

Retail

CBD Retail

Coffee Shops

Quick Service

Full Service

Bars & Breweries

## Square

Home

About

Press and Media

Investor Relations

Affiliate Program

Partner with Square

Careers

Beauty Professionals

Developers

Health & Fitness

Employment Verification

Home & Repair Services

Professional Services

English

© 2021 Square, Inc.

Privacy Notice

Additional California Privacy Disclosure

Terms of Service

Licenses

Government

Square Capital, LLC Licenses

Block, Inc.