# EXHIBIT E

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97151246**
**Filing Date: 12/01/2021**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 97151246 |
| **MARK INFORMATION** | |
| *MARK | BLOCK |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | BLOCK |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Square, Inc. |
| *MAILING ADDRESS | 1455 Market Street, Suite 600 |
| *CITY | San Francisco |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 94103 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Holding company services, namely, providing business management, business administration services for subsidiaries and affiliates which provide tools and resources for economic empowerment; holding company services, namely, providing business management, business administration, business promotion, and business consulting services for subsidiaries; holding company services, namely, providing business management and administration, business operation consulting services, and identifying strategic alliances for affiliates; charitable services, namely, promoting public awareness about |

| | |
|---|---|
| | charitable, philanthropic, volunteer, public and community service and humanitarian activities |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 84584 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN FILING DATE | 10/15/2021 |
| INTENT TO PERFECT 44(d) | At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. |
| **INTERNATIONAL CLASS** | 036 |
| ***IDENTIFICATION** | Holding company services, namely, investment management; holding company services, namely, financial reporting and financial advising to subsidiaries and affiliated companies; holding company services, namely, provision of investment capital, development, ownership, and operation relative to subsidiaries and affiliates; providing investors with financial information; holding company services, namely, financial management in the nature of allocation of investment capital; holding company services, namely, acquisition, management, and transfer of company stakes as well as the intermediation of equity capital financing of companies, namely, asset acquisition, consultation, development and management services; business administration and management, namely, controlling policies and management of the other companies |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 84584 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN FILING DATE | 10/15/2021 |
| INTENT TO PERFECT 44(d) | At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. |
| **ATTORNEY INFORMATION** | |
| NAME | Lindsey Furtado |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Square, Inc. |
| STREET | 1455 Market Street, Suite 600 |
| CITY | San Francisco |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |

| | |
|---|---|
| ZIP/POSTAL CODE | 94103 |
| EMAIL ADDRESS | trademarks@squareup.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Lindsey Furtado |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks@squareup.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | tmdocket@squareup.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 700 |
| *TOTAL FEES PAID | 700 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Lindsey Furtado/ |
| SIGNATORY'S NAME | Lindsey Furtado |
| SIGNATORY'S POSITION | IP Counsel |
| SIGNATORY'S PHONE NUMBER | 000-000-0000 |
| DATE SIGNED | 12/01/2021 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478

Approved for use through 10/31/2024. OMB 0651-0009

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97151246**
**Filing Date: 12/01/2021**

## To the Commissioner for Trademarks:

**MARK:** BLOCK (Standard Characters, see mark)
The literal element of the mark consists of BLOCK. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Square, Inc., a corporation of Delaware, having an address of
   1455 Market Street, Suite 600
   San Francisco, California 94103
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 035: Holding company services, namely, providing business management, business administration services for subsidiaries and affiliates which provide tools and resources for economic empowerment; holding company services, namely, providing business management, business administration, business promotion, and business consulting services for subsidiaries; holding company services, namely, providing business management and administration, business operation consulting services, and identifying strategic alliances for affiliates; charitable services, namely, promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 84584, filed 10/15/2021.
INTENT TO PERFECT 44(d) : At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority.

International Class 036: Holding company services, namely, investment management; holding company services, namely, financial reporting and financial advising to subsidiaries and affiliated companies; holding company services, namely, provision of investment capital, development, ownership, and operation relative to subsidiaries and affiliates; providing investors with financial information; holding company services, namely, financial management in the nature of allocation of investment capital; holding company services, namely, acquisition, management, and transfer of company stakes as well as the intermediation of equity capital financing of companies, namely, asset acquisition, consultation, development and management services; business administration and management, namely, controlling policies and management of the other companies
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 84584, filed 10/15/2021.
INTENT TO PERFECT 44(d) : At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority.

The owner's/holder's proposed attorney information: Lindsey Furtado. Lindsey Furtado of Square, Inc., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
   1455 Market Street, Suite 600
   San Francisco, California 94103

United States
trademarks@squareup.com

Lindsey Furtado submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Lindsey Furtado
PRIMARY EMAIL FOR CORRESPONDENCE: trademarks@squareup.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmdocket@squareup.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

- ☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Lindsey Furtado/   Date: 12/01/2021
Signatory's Name: Lindsey Furtado
Signatory's Position: IP Counsel
Signatory's Phone Number: 000-000-0000
Signature method: Sent to third party for signature
Payment Sale Number: 97151246
Payment Accounting Date: 12/01/2021

Serial Number: 97151246
Internet Transmission Date: Wed Dec 01 16:35:04 ET 2021
TEAS Stamp: USPTO/BAS-XXX.XX.XXX.XXX-202112011635043
28110-97151246-7818572e4909311b1a36068c9

dbb16e8e44f26c6849ac1f4290a4272584a93378
84-CC-35030502-2021201145434296739

# BLOCK

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97151255**
**Filing Date: 12/01/2021**

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 97151255 |
| MARK INFORMATION | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\971\512\97151255\xml1 \ APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a twisted cubic design. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 900 x 900 |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Square, Inc. |
| *MAILING ADDRESS | 1455 Market Street, Suite 600 |
| *CITY | San Francisco |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 94103 |
| *EMAIL ADDRESS | XXXX |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Holding company services, namely, providing business management, business administration services for subsidiaries and affiliates which provide tools and resources for economic empowerment; holding company services, namely, providing business management, business administration, business promotion, and business consulting services for subsidiaries; |

| | |
|---|---|
| | holding company services, namely, providing business management and administration, business operation consulting services, and identifying strategic alliances for affiliates; charitable services, namely, promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
|     FOREIGN APPLICATION NUMBER | Not Yet Assigned |
|     FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
|     FOREIGN FILING DATE | 11/30/2021 |
|     INTENT TO PERFECT 44(d) | At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. |
| **INTERNATIONAL CLASS** | 036 |
| ***IDENTIFICATION** | Holding company services, namely, investment management; holding company services, namely, financial reporting and financial advising to subsidiaries and affiliated companies; holding company services, namely, provision of investment capital, development, ownership, and operation relative to subsidiaries and affiliates; providing investors with financial information; holding company services, namely, financial management in the nature of allocation of investment capital; holding company services, namely, acquisition, management, and transfer of company stakes as well as the intermediation of equity capital financing of companies, namely, asset acquisition, consultation, development and management services; business administration and management, namely, controlling policies and management of the other companies |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
|     FOREIGN APPLICATION NUMBER | Not Yet Assigned |
|     FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
|     FOREIGN FILING DATE | 11/30/2021 |
|     INTENT TO PERFECT 44(d) | At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. |
| **ATTORNEY INFORMATION** | |
|     NAME | Lindsey Furtado |
|     ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
|     YEAR OF ADMISSION | XXXX |
|     U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
|     FIRM NAME | Square, Inc. |
|     STREET | 1455 Market Street, Suite 600 |

| | |
|---|---|
| **CITY** | San Francisco |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 94103 |
| **EMAIL ADDRESS** | trademarks@squareup.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Lindsey Furtado |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | trademarks@squareup.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | tmdocket@squareup.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **\*TOTAL FEES DUE** | 700 |
| **\*TOTAL FEES PAID** | 700 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Lindsey Furtado/ |
| **SIGNATORY'S NAME** | Lindsey Furtado |
| **SIGNATORY'S POSITION** | IP Counsel |
| **SIGNATORY'S PHONE NUMBER** | 000-000-0000 |
| **DATE SIGNED** | 12/01/2021 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97151255**
**Filing Date: 12/01/2021**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark) The applicant is not claiming color as a feature of the mark. The mark consists of a twisted cubic design.
The applicant, Square, Inc., a corporation of Delaware, having an address of
    1455 Market Street, Suite 600
    San Francisco, California 94103
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 035:  Holding company services, namely, providing business management, business administration services for subsidiaries and affiliates which provide tools and resources for economic empowerment; holding company services, namely, providing business management, business administration, business promotion, and business consulting services for subsidiaries; holding company services, namely, providing business management and administration, business operation consulting services, and identifying strategic alliances for affiliates; charitable services, namely, promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number Not Yet Assigned, filed 11/30/2021.
INTENT TO PERFECT 44(d) : At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority.

International Class 036:  Holding company services, namely, investment management; holding company services, namely, financial reporting and financial advising to subsidiaries and affiliated companies; holding company services, namely, provision of investment capital, development, ownership, and operation relative to subsidiaries and affiliates; providing investors with financial information; holding company services, namely, financial management in the nature of allocation of investment capital; holding company services, namely, acquisition, management, and transfer of company stakes as well as the intermediation of equity capital financing of companies, namely, asset acquisition, consultation, development and management services; business administration and management, namely, controlling policies and management of the other companies
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number Not Yet Assigned, filed 11/30/2021.
INTENT TO PERFECT 44(d) : At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority.

The owner's/holder's proposed attorney information: Lindsey Furtado. Lindsey Furtado of Square, Inc., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    1455 Market Street, Suite 600
    San Francisco, California 94103

United States
trademarks@squareup.com

Lindsey Furtado submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
Lindsey Furtado
PRIMARY EMAIL FOR CORRESPONDENCE: trademarks@squareup.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmdocket@squareup.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

- ☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Lindsey Furtado/   Date: 12/01/2021
Signatory's Name: Lindsey Furtado
Signatory's Position: IP Counsel
Signatory's Phone Number: 000-000-0000
Signature method: Sent to third party for signature
Payment Sale Number: 97151255
Payment Accounting Date: 12/01/2021

Serial Number: 97151255
Internet Transmission Date: Wed Dec 01 16:37:27 ET 2021
TEAS Stamp: USPTO/BAS-XXX.XX.XXX.XXX-202112011637274

39957-97151255-781d18a6c784efb61578eb5a5
1f464ab5e8b5da6e7c4583730ecac5462fb5428-
CC-37260557-20211201150709445906

