# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| H&R BLOCK, INC. and<br>HRB INNOVATIONS, INC.<br><br>              Plaintiffs,<br><br>   v.<br><br>BLOCK, INC.<br><br>              Defendant. | Case No. 4:21-cv-00913 |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, Plaintiffs H&R Block, Inc. and HRB Innovations, Inc. hereby disclose the following:

1. HRB Innovations, Inc. is not a publicly traded company. HRB Innovations, Inc. is a wholly-owned indirect subsidiary of H&R Block, Inc.

2. H&R Block, Inc. is a publicly traded company and has no parent corporation. BlackRock, Inc.,[1] through its subsidiaries, is the beneficial owner of more than 10 percent of the common stock of H&R Block, Inc. As of this filing, H&R Block Inc. is not aware of any other publicly-held corporation owning 10% or more of H&R Block, Inc.'s stock.

---

[1] Information as to BlackRock, Inc.'s ownership is furnished in reliance on the Schedule 13G/A of BlackRock, Inc. filed with the Securities and Exchange Commission on January 27, 2021.

Dated: December 16, 2021						Respectfully submitted,


							By:	   /s/ Anthony J. Durone
								Anthony J. Durone (MO Bar #43872)
								Stacey R. Gilman (MO Bar # 55690)
								**BERKOWITZ OLIVER LLP**
								2600 Grand Boulevard, Suite 1200
								Kansas City, Missouri 64108
								Telephone:  (816) 561-7007
								Facsimile:   (816) 561-1888
								adurone@berkowitzoliver.com
								sgilman@berkowitzoliver.com

								David H. Bernstein (to be admitted *pro hac vice*)
								Jyotin Hamid (to be admitted *pro hac vice*)
								Jared I. Kagan (to be admitted *pro hac vice*)
								Marissa MacAneney (to be admitted *pro hac vice*)
								**DEBEVOISE & PLIMPTON LLP**
								919 Third Avenue
								New York, New York 10022
								(212) 909-6000
								dhbernstein@debevoise.com
								jhamid@debevoise.com
								jikagan@debevoise.com
								mpmacaneney@debevoise.com
								**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF, which will generate and send a Notice of Electronic Filing to all counsel of record.

							   /s/ Anthony J. Durone
							Attorneys for Plaintiffs