AO 120 (Rev. 08/10)

|  |  |
|---|---|
| **TO:** Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Western District of Missouri__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>21-cv-913 | DATE FILED<br>12/16/2021 | U.S. DISTRICT COURT<br>for the Western District of Missouri |
|---|---|---|
| **PLAINTIFF**<br>H&R BLOCK, INC.<br>HRB INNOVATIONS, INC. | | **DEFENDANT**<br>BLOCK, INC. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See Appendix. | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |  |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

Case 4:21-cv-00913-GAF   Document 4   Filed 12/16/21   Page 1 of 2

[ Print ]  [ Save As... ]  [ Reset ]

| USPTO Trademark Reg. No. | Date of Patent or Trademark | Holder of Patent or Trademark |
|---|---|---|
| 3,338,962 | Nov. 20, 2007 | HRB Innovations, Inc. |
| 3,392,368 | Mar. 4, 2008 | HRB Innovations, Inc. |
| 3,525,361 | Oct. 28, 2008 | HRB Innovations, Inc. |
| 3,532,084 | Nov. 11, 2008 | HRB Innovations, Inc. |
| 4,769,331 | Jul. 7, 2015 | HRB Innovations, Inc. |
| 5,055,458 | Oct. 4, 2016 | HRB Innovations, Inc. |
| 5,179,142 | Apr. 11, 2017 | HRB Innovations, Inc. |
| 6,003,605 | Mar. 3, 2020 | HRB Innovations, Inc. |