# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Anthony J. Durone, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri request that this court admit (pro hac vice) Jyotin Hamid, an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for the Plaintiffs in the case(s) listed below. I am aware that the local rules of this court require the preparation and presentation of said case(s) and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

| | |
|---|---|
| /s/ Anthony J. Durone | 43872 |
| **Signature of Movant/Attorney** | **MO Bar Number** |
| December 16, 2021 | Berkowitz Oliver LLP |
| **Date** | **Address** |
| 816-561-7007 | 2600 Grand Blvd., Suite 1200 |
| **Phone** | |
| | Kansas City, Missouri 64108 |

### Affidavit of Proposed Admittee

I, Jyotin Hamid, certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of New York and the United States District Court(s) of S.D.N.Y., E.D.N.Y., N.D.N.Y., D.N.J., D.M.D. (Each additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if I is court grants my admission pro hac vice, then movant bringing in this motion must participate in the preparation and presentation of the cause filed below, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

| **Case Number(s):** | **Case Title(s)** |
|---|---|
| 4:21-cv-00913-GAF | H&R Block, Inc. and HRB Innovations, Inc. v. Block, Inc. |

| | |
|---|---|
| **Date:** December 17, 2021 | **Signature:** /s/ Jyoti Hamid |
| **State Bar of Residence & Bar Number:** | **Address:** Debevoise & Plimpton LLP |
| New York Bar #3000874 | 919 Third Ave., New York, NY 10022 |
| **Phone:** 212-909-6000 | **Email:** jhamid@debevoise.com |

Pursuant to W.D.M.O. Local Rule 83.5(h) a fee of $100 is required for each case in which the attorney is seeking admittance.