# EXHIBIT C

THE CLERK IS INSTRUCTED TO CLOSE THIS FILE

RECEIVED
WILLIAM T. WALSH, CLERK

2005 MAR 10 A 10: 27

UNITED STATES
DISTRICT COURT

George C. Jones (GJ-8973)
GRAHAM, CURTIN & SHERIDAN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HRB ROYALTY, INC., and<br>H&R BLOCK EASTERN<br>ENTERPRISES, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TAX BLOCK, LLC,<br><br>    Defendant. | Civil Action No. 05-785 (WGB)<br><br>Honorable William G. Bassler, U.S.D.J. |

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

WHEREAS, on or about February 10, 2005, Plaintiffs HRB Royalty, Inc. and H&R Block Eastern Enterprises, Inc. ("Plaintiffs") filed their Verified Complaint in this action against Defendant TAX BLOCK, LLC ("Defendant") for violation of §§ 32(1) and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114(1)(a) and 1125(a); violation of New Jersey's Fair Trade Act, N.J. Stat. Ann. § 56:4-1, *et seq.*; violation of New Jersey's Consumer Fraud Act, N.J. Stat. Ann. § 56:8-1, *et seq.*; and violation of New Jersey common law;

WHEREAS, Defendant acknowledges that it has registered the trade name "TAX BLOCK, LLC" in New Jersey for use in connection with the preparation and electronic filing of tax returns and has in fact used such name in such business;

WHEREAS, Plaintiffs and Defendant have agreed to resolve their claims by entering into this final Consent Judgment and Permanent Injunction ("Consent Judgment"), and by executing this document, expressly agree to be bound by its terms;

WHEREAS, Liaqat Ali expressly acknowledges and accepts service of process on himself in his capacity as a principal of TAX BLOCK, LLC and expressly consents to this Court's jurisdiction over TAX BLOCK, LLC; and

WHEREAS, Liaqat Ali represents and warrants that he is authorized to enter into this Consent Judgment on behalf of TAX BLOCK, LLC and that he is authorized to obligate and bind TAX BLOCK, LLC to the injunctive relief herein and to carry out all actions set forth herein;

NOW THEREFORE, the Court deeming it proper to do so, it is ORDERED, ADJUDGED and DECREED as follows:

**PERMANENT INJUNCTION**

1. Liaqat Ali, on behalf of TAX BLOCK, LLC and its agents, employees, representatives, assigns, related companies, and all others in active concert or participation with them with notice hereof, expressly consents to the immediate entry of a permanent injunction as set forth in this paragraph, and expressly agrees to immediately cease and desist from any of the following conduct or activities prohibited by the Court's injunction:

    (a) using in commerce or causing to be published or otherwise disseminated any promotional materials or any materials whatsoever containing the terms "Block" or

2
Case 4:21-cv-00913-GAF   Document 16-4   Filed 12/21/21   Page 3 of 5

"Tax Block" or containing of any of H&R Block's other protected trademarks or variations thereof;

(b) using the terms "Block" or "Tax Block" or using any of H&R Block's other protected trademarks, or variations thereof, to identify Defendant's business in communications with customers or potential customers; and

(c) using the terms "Block" or "Tax Block" or any variations thereof as part of any telephone number or email or website address.

2. Defendant shall remove all references to "Block" or "Tax Block" from all public documents and shall execute and have notarized any and all documents necessary to affect such removal;

3. Defendant shall destroy all products and materials containing the terms "Block" or "Tax Block" or containing of any of H&R Block's other protected trademarks or variations thereof still in its possession, custody or control.

## OTHER RELIEF

4. Statutory damages shall be awarded against Defendant in the amount of $20,000 pursuant to 15 U.S.C. § 1117(d). However, until such time as the Court issues an Order (upon appropriate notice) finding that Defendant has failed to comply with any aspect of this Consent Judgment, Plaintiffs shall not be entitled to recovery of the monetary damages awarded in this paragraph.

5. In the event an Order is entered pursuant to Paragraph 4 of this Consent Judgment, Plaintiffs shall be entitled to recovery of their actual costs of suit and attorneys' fees incurred in pursuing such an Order.

6. This Court shall retain jurisdiction over this matter for the purpose of enabling any party to this action to apply to this Court at any time for such further orders or directions as may be necessary or appropriate for the construction or enforcement of the provisions, and for the punishment of violations, of this Consent Judgment. Liaqat Ali, on behalf of Defendant, expressly consents to the jurisdiction of this Court for the purpose of any proceeding to enforce or construe this Consent Judgment.

SO ORDERED AND ADJUDGED this 10th day of March, 2005.

_____
WILLIAM G. BASSLER, U.S.D.J.

The undersigned consent to the form and entry of this Consent Judgment and Permanent Injunction.

3-10-05
_____
Dated

_____
George C. Jones (GJ-8973)
GRAHAM, CURTIN & SHERIDAN
A Professional Association
ATTORNEYS FOR PLAINTIFF

03-10-05
_____
Dated

_____
Liaqat Ali
Principal and Authorized Representative of
TAX BLOCK, LLC

4