# EXHIBIT D

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

United States Patent and Trademark Office

Reg. No. 2,533,014

Registered Jan. 22, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

 **H&R BLOCK**

HRB ROYALTY, INC. (DELAWARE CORPORA-
TION)
SUITE 201, TK HOUSE, BAYSIDE EXECUTIVE
PARK
WEST BAY STREET AND BLAKE ROAD, P.O. BOX
N-8220 N-8220
NASSAU, BAHAMAS

FOR: PREPARATION OF TAX RETURNS FOR
OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-6-2000; IN COMMERCE 11-6-2000.

OWNER OF U.S. REG. NOS. 773,839, 2,024,035,
AND OTHERS.

THE MARK CONSISTS IN PART OF A GREEN
SQUARE.

SN 76-071,271, FILED 6-15-2000.

M. E. BODSON, EXAMINING ATTORNEY

**Int. Cls.: 9, 35, 36, 41 and 42**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, 102 and 107**

**United States Patent and Trademark Office**

Reg. No. 3,656,593

Registered July 21, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



HRB INNOVATIONS, INC. (DELAWARE COR-
PORATION)
P.O. BOX F-42411
FREEPORT, GBI, BAHAMAS

FOR: COMPUTER PROGRAMS FOR USE IN THE PREPARATION OF TAX RETURNS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-6-2000; IN COMMERCE 11-6-2000.

FOR: TAX PREPARATION SERVICES; TAX AD-VICE AND PLANNING SERVICES; TAX CONSUL-TATION; TAX FILING SERVICES; ACCOUNTING CONSULTATION AND ACCOUNTING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-6-2000; IN COMMERCE 11-6-2000.

FOR: FINANCIAL PLANNING SERVICES; BANK-ING SERVICES; AND MORTGAGE SERVICES, NAMELY, MORTGAGE BANKING, MORTGAGE LENDING, MORTGAGE BROKERING AND MORT-GAGE SERVICING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-6-2000; IN COMMERCE 11-6-2000.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES AND COURSES IN THE FIELD OF TAX PREPARATION AND DISTRIBU-TION OF COURSE MATERIALS IN CONNECTION THEREWITH, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-6-2000; IN COMMERCE 11-6-2000.

FOR: PROVIDING ONLINE NON-DOWNLOAD-ABLE SOFTWARE FOR USE IN THE PREPARA-TION OF TAX RETURNS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11-6-2000; IN COMMERCE 11-6-2000.

OWNER OF U.S. REG. NOS. 2,533,014, 2,533,035 AND OTHERS.

THE COLOR(S) GREEN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A GREEN SQUARE.

SEC. 2(F).

SER. NO. 77-463,326, FILED 5-1-2008.

ELIZABETH KAJUBI, EXAMINING ATTORNEY

Case 4:21-cv-00913-GAF   Document 16-5   Filed 12/21/21   Page 3 of 5

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,179,142**

**Registered Apr. 11, 2017**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

HRB Innovations, Inc. (DELAWARE CORPORATION)
2215-B Renaissance Drive
Las Vegas, NV 89119

CLASS 35: Tax return preparation for others; tax planning services; business management and consulting services; accounting services; budgeting services; bill paying services; and payroll services for others, namely, payroll preparation and payroll processing services

FIRST USE 12-8-2015; IN COMMERCE 12-8-2015

The color(s) green and gray is/are claimed as a feature of the mark.

The mark consists of the word "BLOCK" in green letters, positioned above the word "ADVISORS" in gray letters, each adjacent to a green cube in three shades of green. The background color is not claimed.

No claim is made to the exclusive right to use the following apart from the mark as shown: "ADVISORS"

SER. NO. 86-882,538, FILED 01-21-2016
NAKIA D HENRY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

```
┌─────────────────────────────────────────────────────────────────────────┐
│       REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION        │
│                                                                           │
│     WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE    │
│          DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.               │
└─────────────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.