# EXHIBIT F



Block Vibes
Curated by JAY-Z

careers
investors
media kit
@blocks

```
def block:

    building_blocks = ["Square",

                       "Cash App",

                       "Spiral",

                       "TIDAL",

                       "TBD54566975"]
```

© 2021 Block, Inc. BLOCK and the Block Logo are trademarks of Block, Inc. Legal