# EXHIBIT H





