# EXHIBIT I














| Executive VP & General Manager of Cash App | Head of People | PMP (She/Her/Hers) Global Diversity and Inclusion Leader | Head of Performance and Development, Cash App |

### Cash App is the easiest way to send, spend, bank, and invest.

In the U.S., approximately one in four households are either unbanked or underbanked. With Cash App, we believe we're in a position to expand access to financial services to empower individuals all over the world to better spend, send, store, and invest their money. We want to make the world's relationship with money more relatable, instantly available, and universally accessible. This is our mission, and it's why working at Cash App means so much more than a job. Ready to take the next step?

Visit our careers site

### Our workplace philosophy is all about creating a culture of inclusion even when we're distributed.

Our workplace philosophy enables us to be remote-first. In fact, we've been a distributed team since day one. Our teams and offices are all over the globe. No matter the location, we're building an inclusive workplace where our employees can thrive, grow, and hopefully want to spend their entire careers. To us, Inclusion & Diversity as an initiative is more than just hiring people from different backgrounds; it's about making sure


**Learn more about Inclusion & Diversity @ Cash App**

**Perspective: Remote Leadership**

---

### We're focused on using our platform to economically empower our communities.

We're committed to finding ways to partner with and build communities that help us all be part of achieving our goal of driving financial inclusion, literacy, and access. In May 2020, we launched a 10-day giving campaign highlighting grassroots organizations that are focused on uplifting marginalized Back and Brown communities in cities across the United States. We donated $50,000 to each community organization and matched payments to their $Cashtags up to an additional $50,000.

**Check out our giving campaign we ran in May 2020**

**Check out our CSR report**

## Company photos





Ad  ···



