# EXHIBIT M





# Tweet

**Square** @Square · Dec 1
We're changing our company name so we can give the full @Square brand to our Seller business. So now we need a name to tie @Square, @CashApp, @TIDAL, and @TBD54566975 together into one. That name is "Block." Why?

> **Block** @blocks · Dec 1
> Block is @Square, @CashApp, @spiralbtc, @TIDAL, @TBD54566975, and our foundational teams who support them. We're here to build simple tools to increase access to the economy.
>
> block.xyz
>
> 
> 0:38 | 728.6K views

💬 388    🔁 2K    ♡ 6K    📤

**Z-Grade** @zgradewarehouse

Replying to @Square @CashApp and 2 others

Have you ever heard of H&R Block? They are in the financial business as well. Did you know they refer to their business as the Block?

5:12 PM · Dec 1, 2021 · Twitter Web App

1 Like

---

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

 Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

 **Z-Grade** @zgradewarehouse   [Follow]
We sell VHS tapes 📼 + vinyl records from Japan, Ultraman toys, magazines + other nerdy pursuits. We're also on Discogs.

 **Square** @Square   [Follow]
So much more than the little white card reader. Helping businesses of all sizes start, run, and grow.

 **Cash App** @CashApp   [Follow]
The one and only world famous Cash App as seen on phones. Now available to everyone 13+ Disclosure: bit.ly/2U0MpM5

**What's happening**

Television · 5 hours ago
**Dynasty airing on The CW** 



# Tweet



**Square** ✓ @Square · Dec 1

We're changing our company name so we can give the full @Square brand to our Seller business. So now we need a name to tie @Square, @CashApp, @TIDAL, and @TBD54566975 together into one. That name is "Block." Why?

> **Block** ✓ @blocks · Dec 1
>
> Block is @Square, @CashApp, @spiralbtc, @TIDAL, @TBD54566975, and our foundational teams who support them. We're here to build simple tools to increase access to the economy.
>
> block.xyz
>
> 
>
> 0:12  728.7K views

💬 388   🔁 2K   ♥ 6K   ⤴



**RollXd6**
@RollXd6

Replying to @Square @deray and 3 others

isn't that name already taken by HRBlock, which is already in the financial and baking sectors?

6:46 PM · Dec 1, 2021 · Twitter for Android

Case 4:21-cv-00913-GAF   Document 16-14   Filed 12/21/21   Page 4 of 6
https://twitter.com/RollXd6/status/1466192124114780171





https://twitter.com/Darthwriter/status/1466447868315635712