# EXHIBIT N



# H&R Block
171,010 followers
2w

Every year, we help 22 million Americans with their taxes, giving us a pulse of our country. Our new insights report highlights stories of American perseverance throughout the past year, and shows that Americans changed the workforce and became smarter with money.

Check out the full report, Insights on American Perseverance, here: https://hrblock.io/3pD8Bur

#personalfinance #smallbusiness #entrepreneurship



147 · 2 Comments

Like    Comment    Share

**Commerce and Chill**    2w
We are attempting to reach 200 subscribers by this Thursday for the premiere of our 100th episode! WE ARE ONLY 7 SUBSCRIPTIONS AWAY! Help us reach our goal for our business podcast!

https://youtu.be/HAxJYYcZPJ8
Like | Reply | 2 Likes

**Gary Lee Fishman**    2w
Is Block merging with Square?
Like | Reply | 1 Like

See more comments

To view or add a comment, sign in

See other posts by H&amp;R Block


**H&R Block**
171,010 followers
3d

"When you're a solo-funded restaurateur, it's like 'Cutthroat Kitchen' out there every day."

Chef Shanita McAfee-Bryant was ready to quit cooking before a pilot program with Urban League of Greater Kansas City connected her to a Block Advisors tax pro. That financial coaching, along with a micro-grant, has reignited a spark to get her back in the field. We are proud of work at H&R Block to partner with Black business owners in Kansas City. Read how we kicked off this program: https://hrblock.io/3q3wbAQ



 44

 Like    💬 Comment     Share

To view or add a comment, **sign in**

---


**H&R Block**
171,010 followers
4d

Congratulations to our new Vice Presidents Tom Gannon and Nicki Cole! Their unique talents and expertise will play an important role in continuing our transformation.

Join us in celebrating our new leaders and find out more about their roles here: https://hrblock.io/3J1dbva

#leadership #finance





Case 4:21-cv-00913-GAF   Document 16-15   Filed 12/21/21   Page 3 of 10
https://www.linkedin.com/posts/h26r-block_personalfinance-smallbusiness-entrepreneurship-activity-6873992801516834816-6W5k/



### H&R Block
171,010 followers
5d

Our thoughts go out to our associates, franchisees, customers and communities who have been affected by tornadoes in the South and Midwest. Helping others is what we do. Today, H&R Block made a donation to the American Red Cross, and we hope you will join us in supporting the communities impacted by donating here: https://hrblock.io/3oXNTGn



👍❤️ 192 · 2 Comments

Like    Comment    Share

To view or add a comment, sign in

### H&R Block
171,010 followers
2w

With 10,000 tax offices nationwide and the ability to help people both virtually and in person, H&R Block tax pros have more ways to help their community and grow their skills. Put your knack for numbers to work and apply today: https://lnkd.in/gj_u8WA5

#nowhiring #careers #jobs



 138 · 1 Comment

Like    Comment    Share

To view or add a comment, sign in

 **H&R Block**
171,010 followers
3w

Members of the Global Consumer Tax team, including leaders from Kansas City and from across the nation, took some time to volunteer with Heart to Heart International during a recent leadership meeting. In less than one hour the team assembled 450 PowrServ hygiene kits, which will be distributed domestically to areas impacted by natural or manmade disasters.

#corporatesocialresponsibility #volunteer



 391 · 13 Comments

Like    Comment    Share

To view or add a comment, sign in



### H&R Block
171,010 followers
4w

We're looking for experienced team leaders who can take a group of savvy individuals under their wing and take their performance to even greater heights. Is this you? Apply today: https://lnkd.in/gVdPrQqJ

#nowhiring #careers #jobs



118 · 10 Comments

Like   Comment   Share

To view or add a comment, sign in



**H&R Block**
171,010 followers
1mo

H&R Block President and CEO Jeff Jones shared his views on Block's digital transformation with Fast Company's Stephanie Mehta as part of their Agenda 2022: "We're really turning that entire model on its ear because we know that the majority of taxpayers really across all the income levels still want help from somebody, they want that expertise."

He was joined by CEOs Marc Harrison and Gina Drosos for a discussion of how digital transformation is affecting every aspect of business.

Listen to what they had to say here: https://lnkd.in/g4EWR-cY

#leadership #technology



119 · 1 Comment

Like    Comment    Share

To view or add a comment, sign in


**H&R Block**
171,010 followers
1mo

Come join us- we're now hiring receptionists! In this role you'll engage every client that walks through our doors while representing our fun and purpose-driven brand and culture. Enjoy competitive pay, a flexible schedule, and growth opportunities. Apply today at https://lnkd.in/ezPEseNy



105 · 8 Comments

Like    Comment    Share

To view or add a comment, sign in



**H&R Block**
171,010 followers
1mo

Earlier this year, Kirk Stewart of Louisville, nominated his community for a Make Every Block Better project supported by H&R Block and Nextdoor. "We wanted to add green spaces to the neighborhood so people could enjoy them."

Recently, Fort George Park in Old Town received upgrades giving the neighborhood a place to hold meetings, host barbecues and parties, and play outdoor games. It's all part of H&R Block's goal to uplift communities across the country by bringing people together.

https://hrblock.io/3kH2QKF

#MakeEveryBlockBetter #purposedriven



133 · 3 Comments

Like   Comment   Share

To view or add a comment, sign in


Case 4:21-cv-00913-GAF Document 16-15 Filed 12/21/21 Page 10 of 10
https://www.linkedin.com/posts/h26r-block_personalfinance-smallbusiness-entrepreneurship-activity-6873992801516834816-6W5k/