# EXHIBIT P



Case 4:21-cv-00913-GAF   Document 16-17   Filed 12/21/21   Page 2 of 2