```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
H&R BLOCK, INC. and HRB INNOVATIONS,        :
INC.,                                       :
                                            :
                              Plaintiffs,   :
                                            :   No. 4:21-cv-00913-GAF
                                            :
                                            :
     - against –                            :
                                            :
                                            :
BLOCK, INC.,                                :
                              Defendant.    :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

# DECLARATION OF JARED I. KAGAN

I, Jared I. Kagan, hereby declare as follows:

1. I am admitted pro hac vice to this Court and associated with Debevoise & Plimpton LLP, counsel for Plaintiffs H&R Block, Inc. and HRB Innovations, Inc. (together with their subsidiaries and affiliates, "Block") in the above-captioned action. I respectfully submit this declaration in support of Block's Motion for a Preliminary Injunction.

2. Attached hereto as **Exhibit 1** is a true and correct copy a letter dated December 16, 2021 from Block to Block, Inc.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 21th day of December, 2021 at New Rochelle, New York.

                                                      /s/ Jared I. Kagan