# EXHIBIT 1



Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

**David H. Bernstein**
Partner
dhbernstein@debevoise.com
Tel +1 212 909 6696
Fax +1 212 521 7696

December 16, 2021

BY EMAIL AND FEDERAL EXPRESS

Ms. Chrysty Esperanza, General Counsel
Ms. Sivan Whiteley, Chief Legal Officer and Corporate Secretary
Block, Inc.
1455 Market Street, Suite 600
San Francisco, CA 94103
(sivan@squareup.com; sivan@block.xyz; chrysty@squareup.com; chrysty@block.xyz; ir@block.xyz)

**Block Trademark Infringement**

Dear Mses. Esperanza and Whiteley:

We are trademark litigation counsel to the H&R Block family of companies ("Block"). This morning, Block filed a Complaint for trademark infringement against Block, Inc. in the United States District Court for the Western District of Missouri. A courtesy copy is enclosed.

As you no doubt are aware, Block owns a family of BLOCK trademarks (the "BLOCK Marks") that it has used for decades in connection with tax preparation and financial services. The lawsuit responds to your company's announcement that it is changing its name from Square, Inc. to Block, Inc., in an apparent attempt to co-opt the BLOCK Marks and the consumer trust and goodwill they represent. We write to demand that your company immediately cease and desist from all use of the BLOCK Marks.

For the reasons detailed in the Complaint, Block, Inc.'s misappropriation of the BLOCK Marks in businesses that compete directly with Block's tax preparation and other financial services will inevitably cause significant consumer confusion, which will be damaging to the BLOCK Marks, the Block brand and Block's exceptional reputation for quality, reliability, excellence and security. As detailed in the Complaint, even one of your own employees has recognized how confusing this new name will be.

Block intends to seek immediate relief to require Block, Inc. to discontinue use of the BLOCK Marks unless you provide written assurances no later than **noon Central**

www.debevoise.com

Case 4:21-cv-00913-GAF   Document 16-19   Filed 12/21/21   Page 2 of 3

**Standard Time on Monday, December 20, 2021**, that Block, Inc. **immediately** will (1) abandon its name change to Block, Inc., (2) withdraw all pending trademark registrations and applications for Block, and (3) cease and desist from all use of Block branding (including Block's iconic Green Square logo). If Block, Inc. is not prepared to provide a prompt and fully satisfactory response, please let us know the identity of your counsel so that we may coordinate prompt delivery of our motion papers seeking a preliminary injunction. Please also let us know whether you will accept service of the Complaint and motion papers by email.

In the meantime, Block reserves all rights, claims, and remedies.

Sincerely yours,

David H. Bernstein

Enclosure: Complaint