IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| H&R BLOCK, INC. and<br>HRB INNOVATIONS, INC.<br><br>                  Plaintiffs,<br><br>    v.<br><br>BLOCK, INC.<br><br>                  Defendant. | Case No. 4:21-cv-00913-GAF |

**JOINT MOTION TO SET STIPULATED BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs H&R Block, Inc. and HRB Innovations, Inc. and Defendant Block, Inc. (collectively, the "Parties"), hereby stipulate to and jointly move the Court for an Order adopting the following briefing schedule and hearing on Plaintiffs' pending Motion for Preliminary Injunction (Doc. 16). In support of this motion, the Parties state as follows:

1. Plaintiffs filed a Motion for Preliminary Injunction on December 21, 2021. Pursuant to W.D.Mo. Local Rule 7.0(c), Defendant's opposition is currently due on January 4, 2022. Assuming the opposition is filed that date, Plaintiff's reply would be due on January 18, 2022 by operation of the same rule.

2. In light of the fact that Defendant's opposition briefing period falls within the holidays, during which time its attorneys and witnesses are largely unavailable, Defendant wishes to extend its opposition deadline by six days. Because Plaintiffs contend that their motion is time sensitive, and to avoid undue delay in consideration of the motion, Plaintiffs are

willing to shorten their own reply deadline by five days in order to accommodate the Defendant's request.

3. Accordingly, the Parties have agreed and hereby stipulate to the following schedule and respectfully request that the Court enter an Order setting this schedule:

    a. Defendant shall have through and until January 10, 2022 to file suggestions opposing Plaintiffs' Motion for Preliminary Injunction;

    b. Plaintiffs shall have through and until January 19, 2022 to file suggestions in reply to Defendant's opposition; and

    c. Should the Court elect to exercise its discretion to set a hearing on Plaintiffs' Motion, Plaintiffs' Motion for Preliminary Injunction shall be set for hearing on January 20, 2022 or as soon thereafter as is convenient for the Court (but Plaintiffs prefer that it be set before January 26, 2022 as Plaintiffs' counsel has jury selection on January 27, 2022 in Delaware for a trial commencing on January 31, 2022; counsel will promptly inform the Court if that jury trial is adjourned).

4. No prior extensions have been requested or granted in this case.

5. This motion is not sought for any improper purpose. To the contrary, the Parties seek to avoid delay and prejudice by this motion and respectfully submit that there is good cause for their request.

**WHEREFORE**, the Parties, through their respective counsel, hereby stipulate to the schedule set forth above and respectfully request that the Court issue an Order adopting this stipulated schedule.

Dated:  December 22, 2021

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

*/s/ Stacey Gilman*
Anthony J. Durone (MO Bar #43872)
Stacey Gilman (MO Bar #55690)
Elizabeth R. Martin (MO Bar #64129)
2600 Grand Blvd., Suite 1200
Kansas City, Missouri 64108
Telephone:(816) 561-7007
Facsimile:(816) 561-1888
adurone@berkowitzoliver.com
sgilman@berkowitzoliver.com
emartin@berkowitzoliver.com

and

David H. Bernstein (admitted *pro hac vice*)
Jyotin Hamid (admitted *pro hac vice*)
Jared I. Kagan (admitted *pro hac vice*)
Marissa MacAneney (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
dhbernstein@debevoise.com
jhamid@debevoise.com
jikagan@debevoise.com
mpmacaneney@debevoise.com

***Attorneys for Plaintiffs H&R Block, Inc. and HRB Innovations, Inc.***

-AND-

**ARMSTRONG TEASDALE LLP**

*/s/      Margret Caruso*
David A. Jermann, II (MO Bar #51389)
2435 Grand Blvd., Suite 1500
Kansas City, Missouri 64108
Telephone: (816) 221-3420
Facsimile: (816) 221-0786
djermann@atllp.com

3

and

Margret Caruso (admitted *pro hac vice*)
    Rachel Herrick Kassabian (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
    SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
margretcaruso@quinnemanuel.com
rachelkassabian@quinnemanuel.com

***Attorneys for Defendant Block, Inc.***