# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| H&R BLOCK, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 21-00913-CV-W-GAF |
| | ) | |
| BLOCK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Clerk of the Court is directed to reassign the above referenced case.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: December 23, 2021