UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| H&R BLOCK, INC. and HRB INNOVATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLOCK, INC., <br><br> Defendant. | Case No. 4:21-cv-00913-NKL |

### DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Block, Inc. through counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 submits this Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Local Rule 7.1(b) provides that the corporate disclosure "must identify all parent companies of the corporation, subsidiaries—except wholly owned subsidiaries—and affiliates that have issued shares to the public."

3. Block, Inc. has no parent corporation and Invesco Ltd. is the only publicly held company that owns 10% or more of its stock. Block, Inc. has no subsidiaries or affiliates that have issued shares to the public.

Dated: January 7, 2022　　　　　　　　　Respectfully submitted:


By: /s/　　David A. Jermann

David A. Jermann, II (MO Bar #51389)
**ARMSTRONG TEASDALE LLP**
2435 Grand Blvd., Suite 1500
Kansas City, Missouri 64108
Telephone: (816) 221-3420
djermann@atllp.com

Margret Caruso (*pro hac vice*)
Rachel Herrick Kassabian (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
margretcaruso@quinnemanuel.com
rachelkassabian@quinnemanuel.com

Robert M. Schwartz (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
robertschwartz@quinnemanuel.com