**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| H&R BLOCK, INC. and HRB INNOVATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLOCK, INC., <br><br> Defendant. | Case No. 4:21-cv-00913-NKL <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANT BLOCK, INC.'S MOTION TO DISMISS
PLAINTIFFS' COMPLAINT PURSUANT TO RULE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Block, Inc. ("Block") respectfully moves this Court to dismiss, with prejudice, Plaintiffs' Complaint for failure to state trademark infringement and unfair competition claims under Sections 32 and 43(a) of the Lanham Act, trademark infringement and unfair competition claims under Missouri common law, and a claim for injunctive relief under Mo. Stat § 417.061.

In support of this Motion, Block submits the Suggestions in Support of the Motion and the Declaration of Margret Caruso. Block respectfully requests an oral hearing on this Motion pursuant to Local Rule 7(e) at a date and time convenient for the Court.

| | |
|---|---|
| Dated: January 7, 2022 | Respectfully submitted: <br><br> By: */s/ David A. Jermann* <br><br> David A. Jermann, II (MO Bar #51389) <br> **ARMSTRONG TEASDALE LLP** <br> 2435 Grand Blvd., Suite 1500 <br> Kansas City, Missouri 64108 <br> Telephone: (816) 221-3420 <br> Facsimile: (816) 221-0786 <br> djermann@atllp.com |

and

Margret Caruso (*pro hac vice*)
Rachel Herrick Kassabian (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
margretcaruso@quinnemanuel.com
rachelkassabian@quinnemanuel.com

Robert M. Schwartz (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
robertschwartz@quinnemanuel.com

## CERTIFICATE OF SERVICE

This is to certify that on Friday, January 7, 2022, a true and accurate copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to all parties entitled to service.

By: */s/      David A. Jermann  *
*Attorney for Defendant*