IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| H&R BLOCK, INC. and HRB INNOVATIONS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>BLOCK, INC.<br><br>Defendant. | WD No: 4:21-CV-00913-GAF |

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant Block, Inc. hereby certifies that a true and correct copy of the Initial Disclosures of Defendant Block, Inc. was served on January 11, 2022 by electronic mail on all counsel of record for plaintiffs as follows:

Anthony Durone adurone@berkowitzoliver.com
Stacey R. Gilman sgilman@berkowitzoliver.com
Elizabeth Martin emartin@berkowitzoliver.com
David Bernstein dhbernst@debevoise.com
Jyotin Hamid  jhamid@debevoise.com
Jared I. Kagan jikagan@debevoise.com
Marissa MacAneney mpmacaneney@debevoise.com

ARMSTRONG TEASDALE LLP


By: */s/ David A. Jermann*
    David A. Jermann    #51389
    Darren K. Sharp    #50841
    2345 Grand Boulevard, Suite 1500
    Kansas City, Missouri 64108-2617
    816.221.3420
    816.221.0786 (facsimile)
    djermann@atllp.com
    dsharp@atllp.com


And

Margret Caruso (*pro hac vice*)
Rachel Herrick Kassabian (*pro hac vice*)
QUINN EMANUEL URQUHART
&SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
margretcaruso@quinnemanuel.com
rachelkassabian@quinnemanuel.com

Robert M. Schwart (*pro hac vice*)
QUINN EMANUEL URQUHART
&SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
robertschwartz@quinnemanuel.com