UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| H&R BLOCK, INC. and HRB INNOVATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLOCK, INC., <br><br> Defendant. | Case No. 4:21-cv-00913-NKL |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Block, Inc. ("Defendant") respectfully requests leave to file under seal sensitive financial information referenced in the declaration of Chrysty Esperanza, Defendant's General Counsel, which Defendant is submitting in support of its Suggestions in Opposition to Plaintiffs' Motion for Preliminary Injunction. In support of this motion, Defendant states as follows:

1. Those portions of Ms. Esperanza's declaration should be filed under seal because they contain sensitive financial information. Public disclosure of this information would have a negative impact on Defendant because it would allow Defendant's competitors to gain an unfair insight into Defendant's business strategy solely because of Defendant's role in this litigation.

2. Defendant contacted Plaintiffs' counsel about this motion and Plaintiffs' counsel stated that Plaintiffs do not oppose this motion.

3. On January 10, 2022, the Parties met and conferred pursuant to FRCP 26(f) and pursuant to this Court's December 27, 2021 Order. *See* Dkt. 21, Dkt. 22. The Parties agreed to

jointly move this Court to enter a protective order to limit the disclosure, dissemination, and use of certain identified categories of confidential information.

4.  The parties have since exchanged drafts of a protective order but have yet to finalize a version of the Proposed Protective Order for filing with the Court.

5.  The facts that Defendant seeks to seal include the type of information that the Parties have agreed will be covered by their Proposed Protective Order.

6.  In light of the sensitive nature of the information at issue, the agreement by the parties to jointly move for a protective order protecting such information, and the separately-filed joint motion for a protective order, Defendant respectfully moves for leave to file under seal certain portions of Ms. Esperanza's declaration.

Dated: January 12, 2022

Respectfully submitted:

By: __David A. Jermann_____

David A. Jermann, II (MO Bar 51389)
**ARMSTRONG TEASDALE LLP**
2435 Grand Blvd., Suite 1500
Kansas City, Missouri 64108
Telephone: (816) 221-3420
djermann@atllp.com

Margret Caruso (*pro hac vice*)
Rachel Herrick Kassabian (*pro hac vice*)

Robert M. Schwartz (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
margretcaruso@quinnemanuel.com
rachelkassabian@quinnemanuel.com

## CERTIFICATE OF SERVICE

This is to certify that on Wednesday, January 12, 2022, a true and accurate copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to all parties entitled to service.

By: */s/ David A. Jermann*
Attorney for Defendant