UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

H&R BLOCK, INC. and HRB INNOVATIONS, INC.,

    Plaintiffs,

v.

BLOCK, INC.,

    Defendant.

Case No. 4:21-cv-00913-NKL

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

The parties, pursuant to Federal Rule of Civil Procedure 26(c), hereby move the Court for entry of an agreed protective order, and in support thereof state the following:

1. The parties anticipate that confidential information may be produced during discovery in this matter.

2. The parties have agreed that a protective order is warranted to protect against the dissemination and unauthorized use of such information, and have agreed to the terms for a proposed protective order.

3. A copy of the protective order the parties have agreed upon is being concurrently submitted by email to the Court in Word format for entry.

Wherefore, the parties respectfully request that the Court enter the proposed protective order.

Respectfully submitted,

Dated: January 13, 2022

09147-00004/13155314.12836293.DOC;-1}
Case 4:21-cv-00913-NKL   Document 45   Filed 01/13/22   Page 1 of 3

**BERKOWITZ OLIVER LLP**

By: /s/ *Anthony J. Durone*
Anthony J. Durone (MO Bar #43872)
Stacey R. Gilman (MO Bar # 55690)
Elizabeth R. Martin (MO Bar #64129)
BERKOWITZ OLIVER, LLP
2600 Grand Boulevard Suite 1200
Kansas City, Missouri 64108
(816) 561-7007
adurone@berkowitzoliver.com
sgilman@berkowitzoliver.com
emartin@berkowitzoliver.com

**DEBEVOISE & PLIMPTON LLP**
David H. Bernstein (admitted *pro hac vice*)
Jyotin Hamid (admitted *pro hac vice*)
Jared I. Kagan (admitted *pro hac vice*)
Marissa MacAneney (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
dhbernstein@debevoise.com
jhamid@debevoise.com
jikagan@debevoise.com
mpmacaneney@debevoise.com

*ATTORNEYS FOR PLAINTIFFS*

-and-

**ARMSTRONG TEASDALE LLP**

By: /s/ *David Jermann*
David Alois Jermann (MO Bar #51389)
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108
Telephone: (816) 221-3420
Facsimile: (816) 221-0786
djermann@atllp.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Margret M. Caruso (admitted *pro hac vice*)
   Rachel H. Kassabian (admitted *pro hac vice*)
   555 Twin Dolphin Drive, Suite 560
   Redwood Shores, CA 94065
   Telephone: (650) 801-5000
   margretcaruso@quinnemanuel.com
   rachelkassabian@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Robert M. Schwartz (admitted *pro hac vice*)
   865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
   Telephone: (213) 443-3000
   robertschwartz@quinnemanuel.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF, which will generate and send a Notice of Electronic Filing to all counsel of record.

   /s/ David Jermann
***Attorney for Defendant***

09147-00004/13155314.1}  3

Case 4:21-cv-00913-NKL   Document 45   Filed 01/13/22   Page 3 of 3