# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| H&R BLOCK, INC. and<br>HRB INNOVATIONS, INC.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BLOCK, INC.,<br><br>　　　　　Defendant. | Case No. 4:21-cv-00913-W-NKL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth R. Martin hereby withdraws as counsel of record for Plaintiffs H&R Block, Inc. and HRB Innovations, Inc. (the "Plaintiffs") in the above-captioned matter. She does not need notice of filings in this matter and should be removed from all services lists including CM/ECF notices. Anthony J. Durone and Stacey R. Gilman of Berkowitz Oliver LLP will continue to represent the Plaintiffs.

DATED: January 14, 2022

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ *Anthony J. Durone*
　　Anthony J. Durone (MO Bar #43872)
　　Stacey R. Gilman (MO Bar # 55690)
　　Elizabeth R. Martin (MO Bar #64129)
　　BERKOWITZ OLIVER, LLP
　　2600 Grand Boulevard Suite 1200
　　Kansas City, Missouri 64108
　　(816) 561-7007
　　adurone@berkowitzoliver.com
　　sgilman@berkowitzoliver.com
　　emartin@berkowitzoliver.com

**DEBEVOISE & PLIMPTON LLP**
David H. Bernstein (admitted *pro hac vice*)
Jyotin Hamid (admitted *pro hac vice*)
Jared I. Kagan (admitted *pro hac vice*)
Marissa MacAneney (admitted *pro hac vice*)
Megan K. Bannigan (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
dhbernstein@debevoise.com
jhamid@debevoise.com
jikagan@debevoise.com
mpmacaneney@debevoise.com
mkbannigan@debevoise.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, the foregoing document was served on all counsel of record by electronic mail.

*/s/ Anthony J. Durone*
***Attorney for Plaintiffs***