# EXHIBIT 1

Google

Block, Inc.

All News Shopping Images Maps ⋮ More Tools

About 2,610,000,000 results (0.93 seconds)

https://block.xyz

## Introducing Block

**Block** is Square, Cash App, Spiral, TIDAL, TBD54566975, ... 2021 **Block**, **Inc**. **BLOCK** and the **Block** Logo are trademarks of **Block**, **Inc**. Legal.

Investor Relations · Careers · Media Kit

## Block, Inc.

Rating Hours

Legacy Block Inc.
5.0 ★★★★★ (3) · Building materials supplier
Orlando, FL · In Regions Bank · (321) 284-8180
Closes soon · 7PM
Website Directions

Short Block Technologies Inc.
4.4 ★★★★★ (189) · Engine rebuilding service
Clearwater, FL · (877) 330-0231
Closed · Opens 8AM Wed
"SBT did an awesome job with my long block."
Website Directions

Bret's Block & Concrete Inc
5.0 ★★★★★ (1) · Masonry contractor
Lecanto, FL · (352) 628-0035
Directions

View all

https://squareup.com › press › square-changes-name-to-...

## Square, Inc. Changes Name to Block

Dec 1, 2021 — Square, **Inc**. (NYSE: SQ) announced today that it is changing its name to **Block**. **Block** will be the name for the **company** as a corporate entity.

## People also ask

What does Block company do?

Is Square called Block now?

What is a square block?

Feedback

## Top stories

H&R Block hires new top lawyer from cannabis producer Tilray

BENZINGA

Why Meta Platforms, Square Block And PayPal Shares Are Falling Today - Benzinga

Square
Financial services company

block.xyz

Block, Inc. is an American financial services and digital payments company based in San Francisco, California. The company was founded in 2009 by Jack Dorsey and Jim McKelvey and launched its first platform in 2010. Wikipedia

**Stock price:** SQ (NYSE) $148.43 +4.01 (+2.78%)
Jan 11, 4:00 PM EST - Disclaimer

**Customer service:** 1 (855) 700-6000

**CEO:** Jack Dorsey (2009–)

**Founded:** 2009

**Headquarters:** San Francisco, CA

**Revenue:** 9.49 billion USD (2020)

**Subsidiaries:** Weebly, Square AU Pty Ltd, Square Capital, LLC, MORE

**Founders:** Jack Dorsey, Jim McKelvey

*Disclaimer*

### Profiles

Twitter LinkedIn Instagram Facebook

### People also search for

Weebly Afterpay Stripe PayPal

Feedback

### See results about

H&R Block
Tax preparation company

1/11/2022 6:19 pm

2 hours ago
1 day ago
yahoo!finance
Here's Why Joel Greenblatt Added Block to His portfolio
6 days ago
The Motley Fool
Here's Why I Love That Square Changed Its Name to Block
3 weeks ago
More news

https://www.bloomberg.com › company › SQ:US

## Block Inc - Company Profile and News - Bloomberg Markets

**Block Inc** provides mobile payment solutions. The Company develops point-of-sale software that helps in digital receipts, inventory, and sales reports, ...

INCORPORATED: 06/17/2009 PHONE: 1-415-375-3176
ADDRESS: 1455 Market Street Suite 600 Sa… SECTOR: Technology

https://www.hrblock.com

## Tax Preparation Services Company | H&R Block®

Need help with tax preparation? Check out H&R **Block's** website for a wide range of tax preparation services to help you get your maximum refund.

https://finance.yahoo.com › quote

## Block, Inc. (SQ) Stock Price, News, Quote & History - Yahoo ...

Find the latest **Block**, **Inc**. (SQ) stock quote, history, news and other vital information to help you with your stock trading and investing.

https://www.foxbusiness.com › technology › jack-dorsey-...

## Jack Dorsey's Block Inc. hit with lawsuit for name change - Fox ...

Dec 16, 2021 — **Block Inc**., formerly known as Square, said name change would distinguish its corporate entity from its businesses.

https://www.blockandcompany.com

## Block and Company: Bank Supplies | Money Handling Supplies

**Block** and **Company** is the largest manufacturer and distributor of cash handling products in North America. We serve the financial, gaming, hospitality, ...

https://www.google.com › finance › quote › SQ:NYSE

## Block Inc (SQ) Stock Price & News - Google Finance

Get the latest **Block Inc** (SQ) real-time quote, historical performance, charts, and other financial information to help you make more informed trading and ...

https://www.theverge.com › 2021/12/17 › square-block...

## H&R Block is suing Block, formerly Square, over its new name

Dec 17, 2021 — The tax preparation company H&R Block has filed a lawsuit against **Block Inc**. for trademark infringement. H&R Block said in a press release ...

## Related searches

Jack Dorsey

Feedback

- block inc **stock**
- block **stock**
- **square,** inc **annual report**
- **who owns square** inc
- **nyse:sq**
- **square,** inc **address san francisco**
- **square** inc **address**

1 2 3 4 5 6 7 8 9 10 Next

● **Tampa-St. Petersburg (Sarasota) FL, Florida** - From your IP address - Update location

Help Send feedback Privacy Terms