# EXHIBIT 2



## CONSENT TO DISCLOSURE OF TAX RETURN INFORMATION

IRS regulations require the following statements:

Federal law requires this consent form be provided to you. Unless authorized by law, we cannot disclose your tax return information to third parties for purposes other than the preparation and filing of your tax return without your consent. If you consent to the disclosure of your tax return information, Federal law may not protect your tax return information from further use or distribution.

You are not required to complete this form to engage our tax return preparation services. If we obtain your signature on this form by conditioning our tax return preparation services on your consent, your consent will not be valid. If you agree to the disclosure of your tax return information, your consent is valid for the amount of time that you specify. If you do not specify the duration of your consent, your consent is valid for one year from the date of signature.

If you believe your tax return information has been disclosed or used improperly in a manner unauthorized by law or without your permission, you may contact the Treasury Inspector General for Tax Administration (TIGTA) by telephone at 1-800-366-4484, or by email at complaints@tigta.treas.gov.

First, you can choose to have us disclose information about you to our employees outside the United States to perform services that assist in the preparation of, or provide auxiliary services in connection with, the preparation of your 2021 return(s). This consent to disclose may result in your tax return information being disclosed to a tax return preparer located outside the United States.

Second, you can choose to have us disclose to our parent company, Block, Inc. (formerly known as "Square, Inc.") (Block), and its Cash App service information about you (including but not limited to contact information and birth date) and about your employment and/or business(es), income, expenses, credits, spouse and dependents, bank accounts, and refund/tax due, as well as the stage of preparation of your return(s) and whether your return(s) (including any amendments and extensions) have been filed, all in relation to your 2021 return(s). Block's Cash App service may use this information to provide you tax refund deposit options, provide you with offers, recommendations, and notifications that may be of interest to you, perform analytics including for fraud prevention and security, aggregate this information into products, and provide customer support and personalized services. Block's use and sharing of your information will be governed by Block's privacy notice for Cash App. Block will not sell or share your tax information to unaffiliated third parties for their advertising or marketing purposes.

You authorize Cash App Taxes to make both of the above disclosures. This consent shall be effective until December 31, 2031.