Exhibit D

# NERA Press/News Release Survey

## Desktop Screenshots

Case 4:21-cv-00913-NKL   Document 56-4   Filed 01/21/22   Page 2 of 76

Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response. Do not guess. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. If you wear glasses or corrective lenses when looking at a computer screen or while shopping for products, please be sure to wear them while taking this survey.

When you are ready to get started, please select the "Continue" button.

Continue »

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in <u>one</u> session.
- While taking this survey, please do <u>not</u>, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do <u>not</u> view any other written material while taking this survey.
- Please do <u>not</u> consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.
- If you normally wear eyeglasses or corrective lenses, please wear them while you complete this survey.

Do you understand the above instructions and agree to follow them?

○ Yes
○ No
○ Don't know / unsure

[ « Back ]  [ Continue » ]

What type of device are you using to complete this survey?

- ◯ Laptop computer
- ◯ Mobile phone or cell phone
- ◯ Tablet computer
- ◯ Desktop computer
- ◯ Other

« Back    Continue »

Please verify that you are human.





« Back    Continue »





In which state do you currently reside?

Select one... ▾

« Back    Continue »

Please enter your zip code.

**(Enter 5-digit zip)**

Please look at the following list. In the <u>next twelve months</u>, which of the following, if any, are you likely to get for your own personal use?

*(Select all that apply)*

- ☐ A new credit card from your bank
- ☐ A new gym membership
- ☐ A new credit card that offers cash back rewards
- ☐ A new prepaid debit card
- ☐ A high-definition television that offers internet connectivity
- ☐ A new Amazon prime membership that offers free two-day shipping
- ☐ None of these
- ☐ Don't know / unsure

« Back    Continue »

In the <u>next twelve months</u>, which of the following items or services, if any, are you likely to use?
*(Select all that apply)*

- ☐ Music streaming services
- ☐ Bookkeeping or payroll services for a small business
- ☐ Grocery delivery services
- ☐ Tax preparation and filing services or tax software
- ☐ Public transportation
- ☐ Cleaning, repair, or maintenance services for home or rental property
- ☐ None of these
- ☐ Don't know / unsure

« Back    Continue »

Approximately how many times each week, if at all, do you do each of the following?

*(Select one response per row)*

| | Never or less than 1 time each week | 1 time each week | 2 times each week | 3 times each week | 4 times each week | 5 times each week | More than 5 times each week | Don't know / unsure |
|---|---|---|---|---|---|---|---|---|
| Watch a professional sports event either at home or in person | O | O | O | O | O | O | O | O |
| Engage in strenuous activity for 30 minutes or more | O | O | O | O | O | O | O | O |
| Watch a full-length movie | O | O | O | O | O | O | O | O |
| Please select 4 times each week for this item | O | O | O | O | O | O | O | O |
| Go out to eat in a restaurant | O | O | O | O | O | O | O | O |
| Attend a live music or theatre concert | O | O | O | O | O | O | O | O |
| Go to a bar or club | O | O | O | O | O | O | O | O |



Thank you for participating in today's survey. We are interested in your honest opinions. There are no right or wrong answers. If for any question you don't know the answer or don't have an opinion, you may say so—please do not guess.



# Test Group Stimulus

Please look at the following information. There will be a delay before you can proceed in the survey. Once you are finished reviewing the information, scroll to the bottom of the page and click "Continue."


Advisor › Credit Score

Advertiser Disclosure

# Block Will Buy Credit Karma's Free Tax Prep Service. What Does That Mean for Consumers?

Lisa Rowan
Forbes Advisor Staff

Updated: Nov 25, 2020, 12:22pm

Editorial Note: We earn a commission from partner links on Forbes Advisor. Commissions do not affect our editors' opinions or evaluations.





Top Offers From Our Partners

BankAmericard® credit card
**Low Intro APR Offer**
Apply Now
*Terms Apply

Bank of America® Unlimited Cash Rewards credit card
**Unlimited 1.5% Cash Back on all purchases**
Apply Now
*Terms Apply

Bank of America® Customized Cash Rewards credit card
**$200 Online Cash Rewards Bonus Offer**
Apply Now
*Terms Apply

Capital One Venture Rewards Credit Card
**Earn 60,000 miles**
Apply Now
*Terms Apply

Citi Custom Cash℠ Card
**Earn $200 Cash Back***
Apply Now
*Terms Apply

### Basics

What Makes Up Your Credit Score

What Is A Good Credit Score?

What Is A Bad Credit Score?

Credit Utilization

Getty

Credit Karma is about to have a new owner, but its free tax preparation service won't be coming along for the ride.

Credit Karma will sell its tax-prep operation to Block Inc., according to the Justice Department announcement. This follows the February 2020 announcement of Credit Karma's acquisition by tax software giant Intuit. The Department of Justice simultaneously announced a suit to block the merger and a settlement approving a solution: by divesting Credit Karma Tax to Block, Intuit can avoid violating antitrust regulations.

Credit Karma, which got its start offering consumers free access to their credit scores and reports (the trade-off is that they advertise product recommendations to users), started offering tax preparation services in 2017. It was a notable player on the scene offering its services for free. Other tax services typically only offer free preparation to filers below a certain income level, by participating in the IRS Free File program.

The ruling to block Intuit from purchasing Credit Karma's tax service needs to be approved in court. But until the sale of the service to Block is final, it's unclear what free DIY options consumers will have available next spring.

## Why Intuit Buying Credit Karma Was a Problem

Intuit's acquisition of Credit Karma was questioned for potentially creating a tax preparation monopoly, meaning it reduces competition and leaves consumers with fewer tax filing options in what is a $11 billion dollar industry. More than 34 million people used software to prepare and file their taxes last year.

While Intuit, which operates TurboTax, has long led the market for tax preparation products, Credit Karma's free tax prep platform gave the landscape some healthy competition, the Department of Justice said. "This always-free business model has enabled Credit Karma Tax to compete aggressively for the filers who pay for TurboTax, which helps constrain TurboTax prices and push Intuit to improve TurboTax offerings," the department's announcement explained.

In February 2020, Intuit announced it would buy Credit Karma for $7.1 billion. Intuit's TurboTax has come under scrutiny in recent years for directing consumers away from free filing services they may be eligible for and toward its premium tax-preparation services.

Intuit also owns QuickBooks accounting software and budgeting app Mint.

While both companies said Credit Karma would continue to operate independently of Intuit's other products, skeptical lawmakers raised concerns that Credit Karma's free tax prep service would become a paid one, putting it out of reach for many Americans.

The acquisition also raised antitrust red flags. In an April letter to the Department of Justice (DOJ), Senator Ron Ryden (D-OR) requested that the antitrust division investigate the acquisition, claiming it would reduce the options for people seeking to prepare and file their taxes online.

Intuit controlled 67% of the DIY tax-preparation market in 2019, according to a DOJ filing analysis by CNBC. Any merger that gives a company control of more than 70% of the market may make it a monopoly, according to DOJ regulations.

Credit Utilization

Pros & Cons Of Freezing Credit

The Highest Credit Score Possible

Three Main Credit Bureaus

**Credit Scoring Models**

FICO Score Facts

FICO Score 8

UltraFICO

Experian Boost

PAYDEX Score

**Improving Credit**

How To Improve Credit Score

Ways to Increase FICO Score

How Long It Takes To Improve Credit

How To Fix Your Credit

How Much Credit Repair Costs

**Building Credit**

How To Build Credit At 18

How To Rebuild Credit

Ways To Rebuild Credit After Bankruptcy

How To Build Business Credit

Best First Credit Cards To Build Credit

**Credit Cards**

Best Credit Cards

merger that gives a company control of more than 70% of the market may make it a monopoly, according to DOJ regulations.

While Credit Karma represents a small fraction of the tax preparation market—in 2019, about 1.5 million people used their software to file their taxes—Intuit's acquisition of a growing competitor could push them ever closer to that monopolizing 70%.

The DOJ began to investigate the merger this summer and the investigation prompted Intuit to consider separating out Credit Karma's tax service to be run by a separate company.

It's not clear whether or how Block will monetize the tax service, but it would provide a new entry point to the personal finance space for the company. Block is primarily a payments processor but it also runs peer-to-peer money transfer platform Cash App. Block brought in $1.89 billion in gross profit across its properties last year.

## Disheartened By The Changes at Credit Karma? You Have Options

Credit Karma's acquisition and the potential loss of their tax product may leave you feeling disillusioned with using them for your credit-checking needs.

There are plenty of other options available for consumers who want free access to their credit scores. Many banks and credit card companies allow consumers to view their FICO or VantageScore credit scores, while companies similar to Credit Karma, such as Credit Sesame, provide access to your VantageScore. While the scoring methods differ, both FICO and VantageScore credit scores give consumers a solid idea of where their credit health stands.

If you're looking for a free tax filing option, the IRS Free File agreement with tax service providers was updated this year to ensure that private companies clearly identify their free and paid options.

There are also free tax-preparation programs available locally. But those programs, which are frequently offered at locations like senior centers and public libraries, have typically operated through face-to-face meetings. It's unclear how the ongoing Covid-19 response may alter the availability of such programs.

In the meantime, Credit Karma has announced it will roll out checking accounts through its Credit Karma Money service in early 2021.

Was this article helpful? | SHARE YOUR FEEDBACK

## More from **Forbes** ADVISOR



Best Credit Cards

Best Travel Credit Cards

Best Balance Transfer Credit Cards

Best Cash Back Credit Cards

**Personal Loans**

Best Personal Loans

Best Bad Credit Loans

Best Personal Loans For Fair Credit

Best Debt Consolidation Loans

Best Emergency Loans



**Four Ways to Prepare Your Credit For Your Next Big Purchase**

 By Alvin Byers Contributor



**Best Credit Repair Companies Of January 2022**

 By Jordan Tarver Editor



**10 States With The Best And Worst Credit Scores**

By Jerry Brown Contributor



**The Average Credit Scores By State Show A Staggering 62-Point Gap**

By Jerry Brown Contributor



**Do Other Countries Have Credit Scores?**

By Lindsay VanSomeren Contributor



**What Credit Score Is Needed To Buy A Car?**

By Lindsay VanSomeren Contributor

Information provided on Forbes Advisor is for educational purposes only. Your financial situation is unique and the products and services we review may not be right for your circumstances. We do not offer financial advice, advisory or brokerage services, nor do we recommend or advise individuals to buy or sell particular stocks or securities. Performance information may have changed since the time of publication. Past performance is not indicative of future results.

Forbes Advisor adheres to strict editorial integrity standards. To the best of our knowledge, all content is accurate as of the date posted, though offers contained herein may no longer be available. The opinions expressed are the author's alone and have not been provided, approved, or otherwise endorsed by our partners.

 **Lisa Rowan**
Forbes Advisor Staff

Lisa Rowan is a consumer finance writer for Forbes Advisor. Previously she was the Two Cents personal finance reporter at Lifehacker and a senior writer and on-air analyst at The Penny Hoarder. Her first book, Money Hacks, was released in 2020. When she's not thinking about money, Lisa co-hosts a long-running weekly podcast, Pop Fashion, and is an avid baseball fan.





### Do Other Countries Have Credit Scores?

By Lindsay VanSomeren Contributor



### What Credit Score Is Needed To Buy A Car?

By Lindsay VanSomeren Contributor

### The Average Credit Scores By State Show A Staggering 62-Point Gap

By Jerry Brown Contributor

Information provided on Forbes Advisor is for educational purposes only. Your financial situation is unique and the products and services we review may not be right for your circumstances. We do not offer financial advice, advisory or brokerage services, nor do we recommend or advise individuals to buy or sell particular stocks or securities. Performance information may have changed since the time of publication. Past performance is not indicative of future results.

Forbes Advisor adheres to strict editorial integrity standards. To the best of our knowledge, all content is accurate as of the date posted, though offers contained herein may no longer be available. The opinions expressed are the author's alone and have not been provided, approved, or otherwise endorsed by our partners.



**Lisa Rowan**
Forbes Advisor Staff

Lisa Rowan is a consumer finance writer for Forbes Advisor. Previously she was the Two Cents personal finance reporter at Lifehacker and a senior writer and on-air analyst at The Penny Hoarder. Her first book, Money Hacks, was released in 2020. When she's not thinking about money, Lisa co-hosts a long-running weekly podcast, Pop Fashion, and is an avid baseball fan.

## Forbes

© 2022 Forbes Media LLC. All Rights Reserved.

  

AdChoices   Privacy Statement   Terms and Conditions   About Us   Send Us Feedback   Jobs At Forbes   Reprints & Permissions   Forbes Press Room   Forbes Quote of the Day   Advertise

« Back   Continue »

# Control Group Stimulus

Please look at the following information. There will be a delay before you can proceed in the survey. Once you are finished reviewing the information, scroll to the bottom of the page and click "Continue."



Advisor › Credit Score

Advertiser Disclosure

# Square Will Buy Credit Karma's Free Tax Prep Service. What Does That Mean for Consumers?

Lisa Rowan
Forbes Advisor Staff

Updated: Nov 25, 2020, 12:22pm

Editorial Note: We earn a commission from partner links on Forbes Advisor. Commissions do not affect our editors' opinions or evaluations.





**Top Offers From Our Partners**

BankAmericard® credit card
**Low Intro APR Offer**
Apply Now
*Terms Apply

Bank of America® Unlimited Cash Rewards credit card
**Unlimited 1.5% Cash Back on all purchases**
Apply Now
*Terms Apply

Bank of America® Customized Cash Rewards credit card
**$200 Online Cash Rewards Bonus Offer**
Apply Now
*Terms Apply

Capital One Venture Rewards Credit Card
**Earn 60,000 miles**
Apply Now
*Terms Apply

Citi Custom Cash℠ Card
**Earn $200 Cash Back***
Apply Now
*Terms Apply

## Basics

What Makes Up Your Credit Score

What Is A Good Credit Score?

What Is A Bad Credit Score?


Getty

Credit Karma is about to have a new owner, but its free tax preparation service won't be coming along for the ride.

Credit Karma will sell its tax-prep operation to Square Inc., according to the Justice Department announcement. This follows the February 2020 announcement of Credit Karma's acquisition by tax software giant Intuit. The Department of Justice simultaneously announced a suit to block the merger and a settlement approving a solution: by divesting Credit Karma Tax to Square, Intuit can avoid violating antitrust regulations.

Credit Karma, which got its start offering consumers free access to their credit scores and reports (the trade-off is that they advertise product recommendations to users), started offering tax preparation services in 2017. It was a notable player on the scene for offering its services for free. Other tax services typically only offer free preparation to filers below a certain income level, by participating in the IRS Free File program.

The ruling to block Intuit from purchasing Credit Karma's tax service needs to be approved in court. But until the sale of the service to Square is final, it's unclear what free DIY options consumers will have available next spring.

## Why Intuit Buying Credit Karma Was a Problem

Intuit's acquisition of Credit Karma was questioned for potentially creating a tax preparation monopoly, meaning it reduces competition and leaves consumers with fewer tax filing options in what is an $11 billion dollar industry. More than 34 million people used software to prepare and file their taxes last year.

While Intuit, which operates TurboTax, has long led the market for tax preparation products, Credit Karma's free tax prep platform gave the landscape some healthy competition, the Department of Justice said. "This always-free business model has enabled Credit Karma Tax to compete aggressively for filers who pay for TurboTax, which helps constrain TurboTax prices and push Intuit to improve TurboTax offerings," the department's announcement explained.

In February 2020, Intuit announced it would buy Credit Karma for $7.1 billion. Intuit's TurboTax has come under scrutiny in recent years for directing consumers away from free filing services they may be eligible for and toward its premium tax-preparation services.

Intuit also owns QuickBooks accounting software and budgeting app Mint.

While both companies said Credit Karma would continue to operate independently of Intuit's other products, skeptical lawmakers raised concerns that Credit Karma's free tax prep service would become a paid one, putting it out of reach for many Americans.

The acquisition also raised antitrust red flags. In an April letter to the Department of Justice (DOJ), Senator Ron Ryden

What Makes Up Your Credit Score

What Is A Good Credit Score?

What Is A Bad Credit Score?

Credit Utilization

Pros & Cons Of Freezing Credit

The Highest Credit Score Possible

Three Main Credit Bureaus

**Credit Scoring Models**

FICO Score Facts

FICO Score 8

UltraFICO

Experian Boost

PAYDEX Score

**Improving Credit**

How To Improve Credit Score

Ways to Increase FICO Score

How Long It Takes To Improve Credit

How To Fix Your Credit

How Much Credit Repair Costs

**Building Credit**

How To Build Credit At 18

How To Rebuild Credit

Ways To Rebuild Credit After Bankruptcy

How To Build Business Credit

Best First Credit Cards To Build

The acquisition also raised antitrust red flags. In an April letter to the Department of Justice (DOJ), Senator Ron Ryden (D-OR) requested that the antitrust division investigate the acquisition, claiming it would reduce the options for people seeking to prepare and file their taxes online.

Intuit controlled 67% of the DIY tax preparation market in 2019, according to IRS data analyzed by ProPublica. Any merger that gives a company control of more than 70% of the market may make it a monopoly, according to DOJ regulations.

While Credit Karma represents a small fraction of the tax preparation market—in 2019, about 1.5 million people used their software to file their taxes—Intuit's acquisition of a growing competitor could push them ever closer to that monopolizing 70%.

The DOJ began to investigate the merger this summer and the investigation prompted Intuit to consider separating out Credit Karma's tax service to be run by a separate company.

It's not clear whether or how Square will monetize the tax service, but it would provide a new entry point to the personal finance space for the company. Square is primarily a payments processor for small businesses, but it also runs peer-to-peer money transfer platform Cash App. Square brought in $1.89 billion in gross profit across its properties last year.

## Disheartened By The Changes at Credit Karma? You Have Options

Credit Karma's acquisition and the potential loss of their tax product may leave you feeling disillusioned with using them for your credit-checking needs.

There are plenty of other options available for consumers who want free access to their credit scores. Many banks and credit card companies allow consumers to view their FICO or VantageScore credit scores, while companies similar to Credit Karma, such as Credit Sesame, provide access to your VantageScore. While the scoring methods differ, both FICO and VantageScore credit scores give consumers a solid idea of where their credit health stands.

If you're looking for a free tax filing option, the IRS Free File agreement with tax service providers was updated this year to ensure that private companies clearly identify their free and paid options.

There are also free tax-preparation programs available locally. But those programs, which are frequently offered at locations like senior centers and public libraries, have typically operated through face-to-face meetings. It's unclear how the ongoing Covid-19 response may alter the availability of such programs.

In the meantime, Credit Karma has announced it will roll out checking accounts through its Credit Karma Money service in early 2021.

| | Was this article helpful? | SHARE YOUR FEEDBACK |

More from **Forbes** ADVISOR

**Credit Cards**

Best Credit Cards

Best Travel Credit Cards

Best Balance Transfer Credit Cards

Best Cash Back Credit Cards

**Personal Loans**

Best Personal Loans

Best Bad Credit Loans

Best Personal Loans For Fair Credit

Best Debt Consolidation Loans

Best Emergency Loans

Best First Credit Cards To Build Credit

## More from Forbes ADVISOR



### Four Ways to Prepare Your Credit For Your Next Big Purchase

 By **Alvin Byers** Contributor



### Best Credit Repair Companies Of January 2022

 By **Jordan Tarver** Editor



### 10 States With The Best And Worst Credit Scores

By **Jerry Brown** Contributor



### The Average Credit Scores By State Show A Staggering 62-Point Gap

By **Jerry Brown** Contributor



### Do Other Countries Have Credit Scores?

 By **Lindsay VanSomeren** Contributor



### What Credit Score Is Needed To Buy A Car?

 By **Lindsay VanSomeren** Contributor

Information provided on Forbes Advisor is for educational purposes only. Your financial situation is unique and the products and services we review may not be right for your circumstances. We do not offer financial advice, advisory or brokerage services, nor do we recommend or advise individuals or to buy or sell particular stocks or securities. Performance information may have changed since the time of publication. Past performance is not indicative of future results.

Forbes Advisor adheres to strict editorial integrity standards. To the best of our knowledge, all content is accurate as of the date posted, though offers contained herein may no longer be available. The opinions expressed are the author's alone and have not been provided, approved, or otherwise endorsed by our partners.

 **Lisa Rowan**
Forbes Advisor Staff

Lisa Rowan is a consumer finance writer for Forbes Advisor. Previously she was the Two Cents personal finance reporter at Lifehacker and a senior writer and on-air analyst at The Penny Hoarder. Her first book, Money Hacks, was released in 2020. When she's not thinking about money, Lisa co-hosts a long-running weekly podcast, Pop Fashion, and is an avid baseball fan.

24



**The Average Credit Scores By State Show A Staggering 62-Point Gap**

By Jerry Brown Contributor



**Do Other Countries Have Credit Scores?**

By Lindsay VanSomeren Contributor

**What Credit Score Is Needed To Buy A Car?**

By Lindsay VanSomeren Contributor

Information provided on Forbes Advisor is for educational purposes only. Your financial situation is unique and the products and services we review may not be right for your circumstances. We do not offer financial advice, advisory or brokerage services, nor do we recommend or advise individuals to buy or sell particular stocks or securities. Performance information may have changed since the time of publication. Past performance is not indicative of future results.

Forbes Advisor adheres to strict editorial integrity standards. To the best of our knowledge, all content is accurate as of the date posted, though offers contained herein may no longer be available. The opinions expressed are the author's alone and have not been provided, approved, or otherwise endorsed by our partners.



**Lisa Rowan**
Forbes Advisor Staff

Lisa Rowan is a consumer finance writer for Forbes Advisor. Previously she was the Two Cents personal finance reporter at Lifehacker and a senior writer and on-air analyst at The Penny Hoarder. Her first book, Money Hacks, was released in 2020. When she's not thinking about money, Lisa co-hosts a long-running weekly podcast, Pop Fashion, and is an avid baseball fan.

## Forbes

© 2022 Forbes Media LLC. All Rights Reserved.

AdChoices     Privacy Statement     Terms and Conditions     About Us     Send Us Feedback     Jobs At Forbes     Reprints & Permissions     Forbes Press Room     Forbes Quote of the Day     Advertise

Were you able to see the information clearly?

- ○ Yes
- ○ No
- ○ Don't know / unsure

« Back    Continue »

What company or companies are described in this article?

*(Please type in your response and be as specific as possible)*

Don't know / no opinion

« Back    Continue »

Any other company or companies?
**(Please type in your response and be as specific as possible)**

Don't know / no opinion

« Back    Continue »

Which of the following companies, if any, were mentioned in this article?
*(Select all that apply)*

- ☐ TurboTax
- ☐ Mint
- ☐ ProPublica
- ☐ Square
- ☐ QuickBooks
- ☐ Credit Sesame
- ☐ Intuit
- ☐ Block
- ☐ Credit Karma
- ☐ Cash App
- ☐ MasterCard
- ☐ Other (*Please specify*) [_____]
- ☐ None of these
- ☐ Don't know / no opinion

« Back    Continue »

You indicated that the article mentioned BLOCK. What products or services does BLOCK provide?
*(Please type in your response and be as specific as possible)*

☐ Don't know / no opinion

« Back    Continue »

Any other products or services?

*(Please type in your response and be as specific as possible)*

Don't know / no opinion

« Back    Continue »

If you have an opinion, do you think BLOCK …?

○ Is affiliated or associated with some other company
○ Is _not_ affiliated or associated with any other company
○ Don't know / no opinion

« Back    Continue »

What other company or companies is BLOCK affiliated or associated with?

*(Please type in your response and be as detailed as possible. If you are thinking of more than one company, enter each separately.)*

☐ Don't know / no opinion

« Back    Continue »

What makes you say **Intuit** is affiliated or associated with BLOCK?
*(Please type in your response and be as specific as possible)*

☐ Don't know / no opinion

« Back     Continue »

Case 4:21-cv-00913-NKL   Document 56-4   Filed 01/21/22   Page 35 of 76

You indicated that the article mentioned BLOCK. What other name(s), if any, is BLOCK known by?

*(Please type in your response and be as specific as possible)*

☐ Don't know / no opinion

☐ No other names

« Back    Continue »

Do you or does anyone in your household work for any of the following?
*(Select all that apply)*

- [ ] A company that provides credit cards that offer cash back rewards
- [ ] A company that provides bookkeeping or payroll services for small businesses
- [ ] A company that provides music streaming services
- [ ] A company that provides tax preparation and filing services or tax software
- [ ] A marketing research or advertising company
- [ ] A company that provides prepaid debit cards
- [ ] None of these
- [ ] Don't know / unsure

[ « Back ]  [ Continue » ]

In the past six months, have you taken any surveys on the following?
*(Select all that apply)*

- [ ] Cash back credit cards
- [ ] Prepaid debit card
- [ ] Tax preparation and filing services or tax software
- [ ] Music streaming services
- [ ] Bookkeeping or payroll services for small businesses
- [ ] None of these
- [ ] Don't know / unsure

« Back    Continue »

## Survey Completed - Thank You

Thank you for taking our survey. Your efforts are greatly appreciated!

# NERA Press/News Release Survey

## Mobile Screenshots

Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response. Do not guess. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. If you wear glasses or corrective lenses when looking at a computer screen or while shopping for products, please be sure to wear them while taking this survey.

When you are ready to get started, please select the "Continue" button.

Continue »

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in <u>one</u> session.
- While taking this survey, please do <u>not</u>, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do <u>not</u> view any other written material while taking this survey.
- Please do <u>not</u> consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.
- If you normally wear eyeglasses or corrective lenses, please wear them while you complete this survey.

Do you understand the above instructions and agree to follow them?

○ Yes

○ No

○ Don't know / unsure

« Back          Continue »

## What type of device are you using to complete this survey?

- ◯ Tablet computer
- ◯ Mobile phone or cell phone
- ◯ Desktop computer
- ◯ Laptop computer
- ◯ Other

[ « Back ]  [ Continue » ]



Please verify that you are human.

reCAPTCHA I'm not a robot
Privacy - Terms

« Back    Continue »



## Are you...?

○ Male

○ Female

○ Non-binary

○ Other

○ Prefer not to answer

[ « Back ]  [ Continue » ]



## Please enter your age.

***(Enter a number)***

[ ] Prefer not to answer

[ « Back ]  [ Continue » ]



## In which state do you currently reside?



Select one...

« Back    Continue »

46



## Please enter your zip code.

*(Enter 5-digit zip)*

« Back    Continue »

Please look at the following list. In the <u>next twelve months</u>, which of the following, if any, are you likely to get for your own personal use?

*(Select all that apply)*

- [ ] A new prepaid debit card
- [ ] A high-definition television that offers internet connectivity
- [ ] A new credit card from your bank
- [ ] A new credit card that offers cash back rewards
- [ ] A new gym membership
- [ ] A new Amazon prime membership that offers free two-day shipping
- [ ] None of these
- [ ] Don't know / unsure

« Back    Continue »

In the <u>next twelve months</u>, which of the following items or services, if any, are you likely to use?

***(Select all that apply)***

- ☐ Grocery delivery services
- ☐ Public transportation
- ☐ Music streaming services
- ☐ Tax preparation and filing services or tax software
- ☐ Cleaning, repair, or maintenance services for home or rental property
- ☐ Bookkeeping or payroll services for a small business
- ☐ None of these
- ☐ Don't know / unsure

« Back    Continue »

## Approximately how many times each week, if at all, do you do each of the following?

*(Select one response per row)*

Watch a professional sports event either at home or in person

- ◯ Never or less than 1 time each week
- ◯ 1 time each week
- ◯ 2 times each week
- ◯ 3 times each week
- ◯ 4 times each week
- ◯ 5 times each week
- ◯ More than 5 times each week
- ◯ Don't know / unsure

Engage in strenuous activity for 30 minutes or more

- ◯ Never or less than 1 time each week
- ◯ 1 time each week
- ◯ 2 times each week

○ 2 times each week

○ 3 times each week

○ 4 times each week

○ 5 times each week

○ More than 5 times each week

○ Don't know / unsure

Watch a full-length movie

○ Never or less than 1 time each week

○ 1 time each week

○ 2 times each week

○ 3 times each week

○ 4 times each week

○ 5 times each week

○ More than 5 times each week

○ Don't know / unsure

Please select 4 times each week for this item

○ Never or less than 1 time each week

○ 1 time each week

○ 2 times each week

- ○ 2 times each week
- ○ 3 times each week
- ○ 4 times each week
- ○ 5 times each week
- ○ More than 5 times each week
- ○ Don't know / unsure

**Go out to eat in a restaurant**

- ○ Never or less than 1 time each week
- ○ 1 time each week
- ○ 2 times each week
- ○ 3 times each week
- ○ 4 times each week
- ○ 5 times each week
- ○ More than 5 times each week
- ○ Don't know / unsure

**Attend a live music or theatre concert**

- ○ Never or less than 1 time each week
- ○ 1 time each week
- ○ 2 times each week
- ○ 3 times each week

- ○ 1 time each week
- ○ 2 times each week
- ○ 3 times each week
- ○ 4 times each week
- ○ 5 times each week
- ○ More than 5 times each week
- ○ Don't know / unsure

### Go to a bar or club

- ○ Never or less than 1 time each week
- ○ 1 time each week
- ○ 2 times each week
- ○ 3 times each week
- ○ 4 times each week
- ○ 5 times each week
- ○ More than 5 times each week
- ○ Don't know / unsure

« Back    Continue »

Thank you for participating in today's survey. We are interested in your honest opinions. There are no right or wrong answers. If for any question you don't know the answer or don't have an opinion, you may say so—please do not guess.

« Back          Continue »

# Test Group Stimulus

Please look at the following information. There will be a delay before you can proceed in the survey. Once you are finished reviewing the information, scroll to the bottom of the page and click "Continue."

Pinch to zoom.





## Why Intuit Buying Credit Karma Was a Problem

Credit Karma is about to have a new owner, but its free tax preparation service won't be coming along for the ride.

Credit Karma will and its tax-prep operation to Block Inc., according to the Justice Department announcement. This follows the February 2020 announcement of Credit Karma's acquisition by an unknown giant Intuit. The settlement with Justice simultaneously announced a suit to block the proposed acquisition approving a solution by divesting Credit Karma Tax to Block, but it avoid violating antitrust regulations.

Credit Karma, which got its start offering consumers free access to their credit scores and reports (the trade-off is that they advertise product recommendations to users), started offering tax preparation services in 2017. It was a notable player on the scene for offering its services for free. Other tax-prep services typically only offer free preparation to filers below a certain income level, by participating in the IRS Free File program.

The ruling to block Intuit from purchasing Credit Karma's tax service needs to be approved in court. But until the sale of the service to Block is final, it's unclear what DIY options consumers will have available next spring.

While Intuit, which operates TurboTax, has long had the market for tax preparation products, Credit Karma's free tax-prep platform gave the landscape some healthy competition, the Department of Justice said. "This always-free business tax platform gave the landscape some healthy competition, the Department of Justice for TurboTax, which helps consumers TurboTax grows and push Intuit to improve TurboTax offerings," the department's announcement explained.

In February 2020, Intuit announced it would buy Credit Karma for $7.1 billion. Intuit's CreditKarma acquisition is meant for diverting consumers away from free filing services they use toward its more profitable tax-preparation services.

Intuit also owns QuickBooks accounting software and budgeting app Mint.

While both companies said Credit Karma would continue to operate independently of Intuit's other products, Intuit's lawmakers raised concerns that Credit Karma's free tax-prep service would become a paid one, putting it out of reach for many Americans.

The acquisition also raised antitrust red flags. In an April letter to the Department of Justice (DOJ), Senator Ron Wyden (D-OR) requested the antitrust division investigate the acquisition, claiming it would reduce the options for people seeking to prepare and file their taxes online.

Intuit controlled 67% of the DIY tax-preparation market in 2019, according to ProPublica. Any merger that gives a company control of more than 75% of the market may make it a monopoly, according to DOJ regulations.

While Credit Karma represents a small fraction of the tax preparation market—in 2019, about 2.5 million people used their software to file taxes—Intuit's acquisition of a growing competitor could push them ever closer to that monopolizing 75%.

The DOJ began to investigate the merger this summer and the investigation prompted Intuit to consider separating out Credit Karma's tax service to live by 75 or acquiring company.

It's not clear whether or how Block will monetize the tax service, but it would provide a new entry point to the personal finance space for the company. Block is primarily a payments processor for small businesses, but it does want prior to the ongoing Cash App. Block brought in its $29 billion in gross profit across its properties last year.

## Disheartened By The Changes at Credit Karma? You Have Options

Credit Karma's acquisition and the potential loss of their tax product may leave you feeling disillusioned with using them for your credit-checking needs.

There are plenty of other options available for consumers who want free access to their credit. Many banks and credit companies allow consumers to view their FICO or Vantagescore credit scores, while companies similar to Credit Karma, such as Credit Sesame, provide access to your Vantagescore. While the scoring methods differ, both FICO and Vantagescore credit scores give consumers a solid idea of where their credit health stands.

If you're looking for a free tax-filing option, the IRS Free File agreement with tax service providers was updated this year to ensure that private companies clearly identify their free and paid options.

There are also free tax preparation programs available locally. For those programs, which are frequently offered at locations like senior centers and public libraries, have typically operated through face-to-face meetings. It's unclear how the ongoing Covid-19 response may alter the availability of such programs.

In the meantime, Credit Karma has announced it will roll out checking accounts through its Credit Karma Money service in early 2021.





# Control Group Stimulus

Please look at the following information. There will be a delay before you can proceed in the survey. Once you are finished reviewing the information, scroll to the bottom of the page and click "Continue."

Pinch to zoom.

Case 4:21-cv-00913-NKL    Document 50-4    Filed 01/21/22    Page 61 of 76

60



# Square Will Buy Credit Karma's Free Tax Prep Service. What Does That Mean for Consumers?




## Why Intuit Buying Credit Karma Was a Problem

## Disheartened By The Changes at Credit Karma? You Have Options





## Were you able to see the information clearly?

○ Yes

○ No

○ Don't know / unsure

« Back    Continue »



## What company or companies are described in this article?

***(Please type in your response and be as specific as possible)***

☐ Don't know / no opinion

« Back  |  Continue »



## Any other company or companies?

***(Please type in your response and be as specific as possible)***

☐ Don't know / no opinion

« Back    Continue »

## Which of the following companies, if any, were mentioned in this article?

*(Select all that apply)*

- ☐ QuickBooks
- ☐ ProPublica
- ☐ Square
- ☐ Block
- ☐ Cash App
- ☐ Credit Karma
- ☐ Mint
- ☐ MasterCard
- ☐ TurboTax
- ☐ Intuit
- ☐ Credit Sesame
- ☐ Other **(*Please specify*)**
- ☐ None of these
- ☐ Don't know / no opinion

Continue

You indicated that the article mentioned BLOCK. What products or services does BLOCK provide?

***(Please type in your response and be as specific as possible)***

Don't know / no opinion

« Back    Continue »



## Any other products or services?

**(Please type in your response and be as specific as possible)**

☐ Don't know / no opinion

« Back    Continue »

## If you have an opinion, do you think BLOCK ...?

○ Is affiliated or associated with some other company

○ Is *not* affiliated or associated with any other company

○ Don't know / no opinion

[ « Back ]  [ Continue » ]

## What other company or companies is BLOCK affiliated or associated with?

***(Please type in your response and be as detailed as possible. If you are thinking of more than one company, enter each separately.)***

☐ Don't know / no opinion

« Back    Continue »



## What makes you say **Intuit** is affiliated or associated with BLOCK?

***(Please type in your response and be as specific as possible)***

☐ Don't know / no opinion

« Back     Continue »

You indicated that the article mentioned BLOCK. What other name(s), if any, is BLOCK known by?

*(Please type in your response and be as specific as possible)*

☐ Don't know / no opinion

☐ No other names

« Back    Continue »

## Do you or does anyone in your household work for any of the following?

*(Select all that apply)*

- [ ] A marketing research or advertising company
- [ ] A company that provides tax preparation and filing services or tax software
- [ ] A company that provides music streaming services
- [ ] A company that provides bookkeeping or payroll services for small businesses
- [ ] A company that provides credit cards that offer cash back rewards
- [ ] A company that provides prepaid debit cards
- [ ] None of these
- [ ] Don't know / unsure

« Back    Continue »

In the __past six months__, have you taken any surveys on the following?

***(Select all that apply)***

☐ Prepaid debit card

☐ Bookkeeping or payroll services for small businesses

☐ Cash back credit cards

☐ Tax preparation and filing services or tax software

☐ Music streaming services

☐ None of these

☐ Don't know / unsure

« Back   Continue »



## Survey Completed - Thank You

Thank you for taking our survey. Your efforts are greatly appreciated!