# Exhibit E

Data produced in native format.