# Exhibit 3




# AZ Money Transmitter License Amendment Checklist (Company)

### CHECKLIST SECTIONS


- General Information
- Amendments


### GENERAL INFORMATION

**Note from Arizona Department of Insurance and Financial Institutions ("AZ-DIFI"):** *We ask that you provide the necessary information needed to make our decision within 10 days of the date we notify you of any deficiencies. This is to ensure the work item(s) can be processed and to avoid any undue delay.*

#### Instructions

AZ-DIFI does not require advance notice for any changes; make the changes in NMLS as of the effective date and submit supporting documentation as instructed in the checklist below.

#### Uploading Agency-Specific Documents

If you are required to upload documents to NMLS for an Advance Change Notice ("ACN"), select "Advance Change Notice" for the document type in the NMLS Document Uploads section. If you are required to upload documents for an amendment that doesn't require an ACN, select the applicable document type in the NMLS Document Uploads section.

**Note:** Use the recommended filing naming convention found on the Document Upload Descriptions and Examples.

#### Helpful Resources

- Amendments & Advance Change Notice
- Document Uploads Quick Guide
- Document Upload Descriptions and Examples

#### AZ-DIFI Contact Information

Contact *AZ-DIFI* licensing staff by phone at (602) 771-2800 or send your questions via email to felicensing@difi.az.gov for additional assistance.

THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING. THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH NMLS. SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

### AMENDMENTS

- Change of Legal Name

  - Change of Legal Name: $250 per license
- Change of Main Address
- Addition or Modification of Other Trade Name
- Deletion of Other Trade Name
- Change of Legal Status
- Addition or Modification of Affiliates/Subsidiaries
- Addition or Modification of Direct Owners/Executive Officers
- Addition or Modification of Indirect Owners
- Change of Disclosure Question(s)

**Note:** Information uploaded or filed in NMLS will not be viewable to AZ-DIFI until the filing has been attested to and submitted through NMLS. Agency-specific requirements that should be emailed or mailed to the agency on the checklist below must be received with the appropriate checklist within five (5) business days of the electronic submission of your filing through NMLS.

| Complete | AZ Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Legal Name:** Submit an amendment for a change of Legal Name through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Change of Legal Name Fee:** $250 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **NMLS (Filing submission)** |
| ☐ | **Surety Bond Rider:** Upload surety bond rider (or new bond if applicable) that reflects the entity's new legal name. The name of the principal insured on the bond must match exactly the full legal name of applicant, including any Other Trade Names.<br>If a new surety bond is needed, click here to access the Surety Bond Form. | **Upload in NMLS:** under the Document Type Surety Bond in the *Document Uploads* section of the Company Form (MU1). |

| Complete | AZ Money Transmitter License<br>Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Main Address:** Submit an amendment for a change of Main (Corporate) Address through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Change of Main Address:** $0 per license | **NMLS** |
| ☐ | **Surety Bond Rider:** Upload surety bond rider (or new bond if applicable) that reflects the entity's new main address.<br>If a new surety bond is needed, click here to access the Surety Bond Form. | **Upload in NMLS:** under the Document Type Surety Bond in the *Document Uploads* |

| Complete | AZ Money Transmitter License<br>Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| | | section of the Company Form (MU1). |

| Complete | AZ Money Transmitter License<br>Addition or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Other Trade Name:** Submit an ACN for an addition of or change to an Other Trade Name through the Company Form (MU1) in NMLS. Sixty (60) days must be provided for this change. Send a follow-up email to felicensing@difi.az.gov. | **NMLS** |
| ☐ | **Addition of Other Trade Name:** $0 per license. | **NMLS (Filing submission)** |
| ☐ | **Surety Bond Rider:** Upload surety bond rider (or new bond if applicable) that reflects the entity's new other trade name. The name of the principal insured on the bond must match exactly the full legal name of applicant, including any Other Trade Names.<br>If a new surety bond is needed, click here to access the Surety Bond Form. | **Upload in NMLS:** under the Document Type Surety Bond in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Trade Name/Assumed Name Registration Certificates:** Trade Name/Assumed Name Registration Certificates must be submitted related to this change type. | **Upload in NMLS:** under the Document Type Trade Name/Assumed Name Registration Certificates in the *Document Uploads* section of the Company Form (MU1). |

| Complete | AZ Money Transmitter License<br>Deletion of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Deletion of Other Trade Name:** Submit an amendment for deletion of an Other Trade Name through the Company Form (MU1) in NMLS.<br>If deleting an Other Trade Name, this name must be removed from the *Other Trade Names* section of the Company Form (MU1). | **NMLS** |
| ☐ | **Deletion of Other Trade Name:** $0 per license. | **NMLS (Agency Fee Invoice)** |

| Complete | AZ Money Transmitter License<br>Change of Legal Status Amendment Items | Submitted via… |
|---|---|---|
| **Note:** In many cases, a change to the Fiscal Year End, Legal Status, and State or Date of Formation indicates a new entity has been formed and a new NMLS record is required. This includes the creation of a new NMLS account and submission of a new Company Form (MU1). | | |
| ☐ | **Change of Legal Status:** Submit an amendment for a change in Legal Status within the Company Form (MU1) in NMLS.<br>**Note:** If the change results in a new FEIN, then you will have to apply for a new license. If there is no change in your FEIN, them this would be a legal name change. | **NMLS** |

| Complete | AZ Money Transmitter License<br>Addition or Modification of Affiliates/Subsidiaries Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Affiliates/Subsidiaries:** Submit an amendment for an addition or change in Affiliates/Subsidiaries within the Company Form (MU1) in NMLS. | **NMLS** |

| Complete | AZ Money Transmitter License<br>Addition or Modification of Direct Owners/Executive Officers Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Direct Owners/Executive Officers:** Submit an amendment for an addition or change in Direct Owners/Executive Officers within the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Change of Direct Owners/Executive Officers:**<br>**Note:** A Direct owner/executive officer will be required to pay this if they have 15% or more ownership. | **NMLS (Agency Fee Invoice)** |
| Note | **Credit Report:** Credit Reports and authorizations for credit report through NMLS are not required. | **N/A** |
| ☐ | **MU2 Individual FBI Criminal Background Check ("CBC") Requirements:** The following Individuals, as specified below, on the Company Form (MU1) are required to authorize a CBC through NMLS.<br>*Direct Owners*<br>• Only those individuals who have the power to vote more than 15% of the outstanding voting shares and have not had a CBC done during the previous 12 months. | **NMLS** |

| Complete | AZ Money Transmitter License<br>Addition or Modification of Direct Owners/Executive Officers Amendment Items | Submitted via… |
|---|---|---|
| | After authorizing a CBC through the submission of the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required.<br>See the Criminal Background Check section of the NMLS Resource Center for more information.<br>**Note:** If you are able to 'Use Existing Prints' to process the CBC, you DO NOT have to schedule an appointment. NMLS will automatically submit the fingerprints on file. | |

| Complete | AZ Money Transmitter License<br>Addition or Modification of Indirect Owners Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Indirect Owners:** Submit an amendment for an addition or change in Indirect Owners within the Company Form (MU1) in NMLS. | **NMLS** |
| Note | **Credit Report:** Credit Reports and authorizations for credit report through NMLS are not required. | **N/A** |
| Note | **MU2 Individual FBI Criminal Background Check Not Required Through NMLS:** Indirect Owners are NOT required to authorize a CBC through NMLS. | **N/A** |

| Complete | AZ Money Transmitter License<br>Change of Disclosure Question(s) Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Disclosure Question(s):** Submit an amendment for a change to Disclosure Question response(s) through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Changing a Response from "No" to "Yes":** Provide a complete and detailed explanation and document upload for each response that changes from "No" to "Yes" for company or each control person.<br>See the Company Disclosure Explanations Quick Guide for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |
| ☐ | **Changing a Response from "Yes" to "No":** When changing a Disclosure Question response from "Yes" to "No", you will be required to remove the question from the associated Disclosure Explanation and provide an Amendment Reason.<br>You must select "Add Explanation for "No" Responses" and provide an explanation and document upload for each response that changes from "Yes" | **NMLS** |

| Complete | AZ Money Transmitter License<br>Change of Disclosure Question(s) Amendment Items | Submitted via… |
|---|---|---|
| | to "No" for company or each control person. See the Company Disclosure Explanations Quick Guide for instructions. | |

**Notice to Applicant Pursuant to A.R.S. § 41-1030**

An agency shall not base a licensing decision in whole or in part on a licensing requirement or condition that is not specifically authorized by statute, rule or state tribal gaming compact. A general grant of authority in statute does not constitute a basis for imposing a license requirement or condition unless a rule is made pursuant to that general grant of authority that specifically authorizes the requirement or condition.

This section may be enforced in a private civil action and relief nay be awarded against the State. The court may award reasonable attorney fees, damages and all fees associated with the license application to a party that prevails in an action against the state for a violation of this section.

A State employee may not intentionally or knowingly violate this section. A violation of this section is cause for disciplinary action or dismissed pursuant to the Agency's adopted personnel policy.

This section does not abrogate the immunity provided by section 12-820.01 or 12-820.02.