# Exhibit 7



# IN-DFI Money Transmitter License Amendment Checklist (Company)

**CHECKLIST SECTIONS**

- [General Information](#)
- [Amendments](#)

**GENERAL INFORMATION**

**Instructions**
When making changes to your record in NMLS, Indiana Department of Financial Institutions (IN-DFI) requires advance notification for some changes. See the checklist below for details.

**Uploading Agency-Specific Documents**
If you are required to upload documents to NMLS for an Advance Change Notice (ACN), select "Advance Change Notice" for the document type in the NMLS Document Uploads section. If you are required to upload documents for an amendment that doesn't require ACN, select the applicable document type in the NMLS Document Uploads section.

**Note:** Use the recommended filing naming convention found on the [Document Upload Descriptions and Examples](#).

**Helpful Resources**

- [Amendments & Advance Change Notice](#)
- [Document Uploads Quick Guide](#)
- [Document Upload Descriptions and Examples](#)

**Agency Contact Information**

Contact *Indiana Department of Financial Institutions, Consumer Credit Division,* licensing staff by phone at *(317) 453-2539* or send your questions via email to [dfilicensing@dfi.in.gov](mailto:dfilicensing@dfi.in.gov) for additional assistance.

*For U.S., Postal Service & Overnight Delivery:*

Indiana Department of Financial Institutions
Consumer Credit Division
30 South Meridian, Suite 300
Indianapolis, IN 46204

THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING. THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH NMLS. SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

## AMENDMENTS

- [Change of Legal Name](#)

- [Change of Main Address](#)

- [Addition or Modification of Other Trade Name](#)

- [Deletion of Other Trade Name](#)

- [Change of Legal Status](#)

- [Addition or Modification of Affiliates/Subsidiaries](#)

- [Addition or Modification of Direct Owners/Executive Officers](#)

- [Addition or Modification of Indirect Owners](#)

- [Addition or Modification of Qualifying Individuals](#)

- [Change of Disclosure Question(s)](#)

**Note:** Information uploaded or filed in NMLS will not be viewable to the agency until the filing has been attested to and submitted through NMLS. Agency-specific requirements that should be emailed or mailed to the agency on the checklist below must be received with the appropriate checklist within five (5) business days of the electronic submission of your filing through NMLS.

| NMLS ID Number | |
|---|---|
| Licensee Legal Name | |

| Complete | IN-DFI Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Legal Name:** Submit an amendment for a change of Legal Name through the Company Form (MU1) in NMLS. | **NMLS** |
| Note | **Change of Legal Name Fee:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Surety Bond Rider:** Contact the surety bond producer to inform them of the change and effective date so the producer can initiate the Surety Bond Rider Process in NMLS. Visit the ESB for NMLS Licensees page of the NMLS Resource Center for more information about the Electronic Surety Bond process. | **Electronic Surety Bond in NMLS** |
| ☐ | **Formation Documents:** Formation Documents must be submitted related to this change type.<br>Determine classification of applicant's legal status and submit a State certified copy of the requested applicable documentation detailed below. Original formation documents and all subsequent amendments, thereto including a list of any name changes.<br>**Unincorporated Association:**<br>• By-Laws or constitution (including all amendments).<br>**General Partnership:**<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Partnership:**<br>• Certificate of Limited Liability Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Partnership:**<br>• Certificate of Limited Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Limited Partnership:**<br>• Certificate of Limited Liability Limited Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Company ("LLC"):**<br>• Articles of Organization (including all amendments);<br>• Operating Agreement (including all amendments);<br>• IRS Form 2553 or IRS Form 8832 if S-corp treatment elected; and<br>• LLC resolution if authority not in operating agreement.<br>**Corporation:**<br>• Articles of Incorporation (including all amendments);<br>• By-laws (including all amendments), if applicable;<br>• Shareholder Agreement (including all amendments), if applicable;<br>• IRS Form 2553 if S-corp treatment elected; and<br>• Corporate resolution if authority to complete application not in By-Laws or Shareholder Agreement, as amended, as applicable. | **Upload in NMLS:** under the Document Type Formation Document in the *Document Uploads* section of the Company Form (MU1). |

| Complete | IN-DFI Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
|  | **Not for Profit Corporation**<br>- Documents requested of a Corporation; and<br>- Proof of nonprofit status<br>  - Internal Revenue Service ("IRS") 501(c)(3) designation letter; or<br>  - statement from a State taxing body or the State attorney general certifying that: (i) the entity is a nonprofit organization operating within the State; and (ii) no part of the entity's net earnings may lawfully benefit any private shareholder or individual; or<br>  - entity's certificate of incorporation or similar document if it clearly establishes the nonprofit status of the applicant; or<br>  - Any of the three preceding items described, if that item applies to a State or national parent organization, together with a statement by the State or parent organization that the applicant is a local nonprofit affiliate.<br>**Trust (Statutory)**<br>- Certificate of Trust; and<br>- Governing instrument (all amendments). |  |
| ☐ | **Indiana Branch Notifications:** Indiana Branch Notification must be submitted related to this change type.<br>If an Indiana branch location is opened, closed, or relocated, a notification must be sent to the Indiana DFI indicating the branch address that needs to be added, modified, or removed from the license record. | **Mail OR Email to Indiana DFI**:<br>dfilicensing@dfi.in.gov |

| Complete | IN-DFI Money Transmitter License<br>Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Main Address:** Submit an amendment for a change of Main (Corporate) Address through the Company Form (MU1) in NMLS. | **NMLS** |
| Note | **Change of Main Address:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |

| Complete | IN-DFI Money Transmitter License<br>Addition or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Other Trade Name:** Submit an amendment for an addition of or change to an Other Trade Name through the Company Form (MU1) in NMLS. | **NMLS** |
| Note | **Addition of Other Trade Name** $0 per license.<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Trade Name/Assumed Name Registration Certificates:** Trade Name/Assumed Name Registration Certificates must be submitted related to this change type. | **Upload in NMLS:** under the Document Type <u>Trade Name/Assumed Name Registration Certificates</u> in the *Document Uploads* section of the Company Form (MU1). |

| Complete | IN-DFI Money Transmitter License<br>Deletion of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Deletion of Other Trade Name:** Submit an amendment for deletion of an Other Trade Name through the Company Form (MU1) in NMLS.<br>If deleting an Other Trade Name, this name must be removed from the *Other Trade Names* section of the Company Form (MU1). | **NMLS** |

| Complete | IN-DFI Money Transmitter License<br>Change of Legal Status Amendment Items | Submitted via… |
|---|---|---|
| **Note:** In many cases, a change to the Fiscal Year End, Legal Status, and State or Date of Formation indicates a new entity has been formed and a new NMLS record is required. This includes the creation of a new NMLS account and submission of a new Company Form (MU1). | | |
| ☐ | **Change of Legal Status:** Submit an ACN for a change of Legal Status within the Company Form (MU1) in NMLS. 120 days' notice must be provided for this change. | **NMLS** |
| ☐ | **Change of Legal Status:** If you have a change in legal status, provide a detailed explanation of the change to the Indiana DFI so a determination can be made if an amendment, ACN, or a new application would be required. | **Upload in NMLS:** under the Document Type <u>Advanced Change Notice</u> in the *Document Uploads* section of the Company Form (MU1). |

| Complete | IN-DFI Money Transmitter License<br>Addition or Modification of Affiliates/Subsidiaries Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Affiliates/Subsidiaries:** Submit an amendment for an addition or change in Affiliates/Subsidiaries within the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Organizational Chart/Description:** Submit an **UPDATED** chart showing (or a description which includes) the percentage of ownership of:<br>• Direct Owners (total direct ownership percentage must equate to 100%)<br>• Indirect Owners<br>• Subsidiaries and Affiliates of the applicant/licensee<br>This document should be named *[Company Legal Name] Organizational Chart – Description.*<br>**Note**: Must be replaced for any change in structure or ownership interest. Existing document must be removed and replaced by new document. Will not be processed unless old document is removed. | **Upload in NMLS:** under <u>Organizational Chart/Description</u> in the *Document Uploads* section of the Company Form (MU1). |

| | | |
|---|---|---|
| **NMLS ID Number** | | |
| **Licensee Legal Name** | | |

| Complete | IN-DFI Money Transmitter License<br>**Addition or Modification of Direct Owners/Executive Officers Amendment Items** | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Direct Owners/Executive Officers:** Submit an ACN for an addition or change in Direct Owners/Executive Officers within the Company Form (MU1) in NMLS. 120 days' notice must be provided for this change. Please refer to IC 28-8-4-40.2 for details on what constitutes a change in control. | NMLS |
| Note | **Credit Report:** Credit Reports and authorizations for credit report through NMLS are not required. | N/A |
| ☐ | **FBI Criminal Background Check for MU2 Individual**: $36.25 per person. | NMLS (Filing submission) |
| ☐ | **MU2 Individual FBI Criminal Background Check Requirements:** When added to the Company Form (MU1), the following Individuals domiciled in the United States, as specified below, are required to authorize a FBI criminal background check (CBC) through NMLS. *Direct Owners*<br><br>• All direct owners that own at least 10% or more of the entity are required to authorize a FBI CBC through NMLS.<br><br>*Executive Officers*<br><br>• All executive officers that complete an MU2 or are told an MU2 must be completed are required to authorize a FBI CBC through NMLS.<br><br>After authorizing a FBI criminal background check through the submission of the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required. See the [Criminal Background Check section](#) of the NMLS Resource Center for more information.<br><br>**Note:** If you are able to 'Use Existing Prints' to process the FBI criminal background check, you DO NOT have to schedule an appointment. NMLS will automatically submit the fingerprints on file. | NMLS |
| ☐ | **MU2 Individual Out-of-Country Criminal Background Check Required Outside NMLS:** If the person is domiciled outside the United Sates, the person must obtain a background check equivalent to the United States FBI background check in the country where the person is domiciled. | Email to [dfilicensing@dfi.in.gov](mailto:dfilicensing@dfi.in.gov)<br><br>**OR Mailed to the Indiana DFI** |

| Complete | IN-DFI Money Transmitter License<br>Addition or Modification of Direct Owners/Executive Officers Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Management Chart:** Submit an **UPDATED** Management chart displaying the applicant's directors, officers, and managers (individual name and title). Must also identify compliance reporting and internal audit structure.<br><br>This document should be named *[Company Legal Name] Management Chart*.<br><br>**Note:** Must be replaced when management personnel is adjusted. Existing document must be removed and replaced by new document. Will not be processed unless old document is removed. | **Upload in NMLS:** under Management Chart in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Organizational Chart/Description:** Submit an **UPDATED** chart showing (or a description which includes) the percentage of ownership of:<br><br>• Direct Owners (total direct ownership percentage must equate to 100%)<br>• Indirect Owners<br>• Subsidiaries and Affiliates of the applicant/licensee<br><br>This document should be named *[Company Legal Name] Organizational Chart – Description.*<br><br>**Note:** Must be replaced for any change in structure or ownership interest. Existing document must be removed and replaced by new document. Will not be processed unless old document is removed. | **Upload in NMLS:** under Organizational Chart/Description in the *Document Uploads* section of the Company Form (MU1). |

| NMLS ID Number | |
|---|---|
| Licensee Legal Name | |

| Complete | IN-DFI Money Transmitter License<br>Addition or Modification of Indirect Owners Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Indirect Owners:** Submit an ACN for an addition or change in Indirect Owners within the Company Form (MU1) in NMLS. 120 days' notice must be provided for this change.<br>Please refer to IC 28-8-4-40.2 for details on what constitutes a change in control. | **NMLS** |
| Note | **Credit Report:** Credit Reports and authorizations for credit report through NMLS are not required. | **N/A** |
| ☐ | **FBI Criminal Background Check for MU2 Individual**: $36.25 per person. | **NMLS (Filing submission)** |
| ☐ | **MU2 Individual FBI Criminal Background Check Requirements:** When added to the Company Form (MU1), Indirect Owners domiciled in the United States, as specified below, are required to authorize a FBI criminal background check (CBC) through NMLS.<br>*Indirect Owners*<br>• All indirect owners that own at least 10% or more of the entity are required to authorize a FBI CBC through NMLS.<br>After authorizing a FBI criminal background check through the submission of the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required.<br>See the Criminal Background Check section of the NMLS Resource Center for more information.<br>**Note**: If you are able to 'Use Existing Prints' to process the FBI criminal background check, you DO NOT have to schedule an appointment. NMLS will automatically submit the fingerprints on file. | **NMLS** |
| ☐ | **MU2 Individual Out-of-Country Criminal Background Check Required Outside NMLS:** If the person is domiciled outside the United Sates, the person must obtain a background check equivalent to the United States FBI background check in the country where the person is domiciled. | **Email to dfilicensing@dfi.in.gov**<br>**OR Mailed to the Indiana DFI** |
| ☐ | **Organizational Chart/Description:** Submit an **UPDATED** chart showing (or a description which includes) the percentage of ownership of:<br>• Direct Owners (total direct ownership percentage must equate to 100%) | **Upload in NMLS:** under Organizational Chart/Description in the *Document Uploads* section of the Company |

| Complete | IN-DFI Money Transmitter License<br>Addition or Modification of Indirect Owners Amendment Items | Submitted via… |
|---|---|---|
| | • Indirect Owners<br>• Subsidiaries and Affiliates of the applicant/licensee<br>This document should be named *[Company Legal Name] Organizational Chart – Description.*<br>**Note**: Must be replaced for any change in structure or ownership interest. Existing document must be removed and replaced by new document. Will not be processed unless old document is removed. | Form (MU1). |

| Complete | IN-DFI Money Transmitter License<br>Addition or Modification of Qualifying Individual Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Qualifying Individual:** Submit an amendment for an addition or change in Qualifying Individuals within the Company Form (MU1) in NMLS. | NMLS |
| Note | **Change of Qualifying Individual:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | N/A |
| Note | **Credit Report:** Credit Reports and authorizations for credit report through NMLS are not required. | N/A |
| ☐ | **FBI Criminal Background Check for MU2 Individual**: $36.25 per person. | NMLS (Filing submission) |
| ☐ | **MU2 Individual FBI Criminal Background Check Requirements:** When added to the Company Form (MU1), Qualifying Individuals domiciled in the United States, as specified below, are required to authorize a FBI criminal background check (CBC) through NMLS.<br>*Qualifying Individuals*<br>• All individuals that are designated as an Indiana qualifying individual are required to authorize a FBI CBC through NMLS.<br>After authorizing a FBI criminal background check through the submission of the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required.<br>See the Criminal Background Check section of the NMLS Resource Center for more information.<br>**Note**: If you are able to 'Use Existing Prints' to process the FBI criminal background check, you DO NOT have to schedule an appointment. NMLS will automatically submit the fingerprints on file. | NMLS |
| ☐ | **MU2 Individual Out-of-Country Criminal Background Check Required Outside NMLS:** If the person is domiciled outside the United Sates, the person must obtain a background check equivalent to the United States FBI background check in the country where the person is domiciled. | Email to **dfilicensing@dfi.in.gov**<br>OR Mailed to the Indiana DFI |

| Complete | IN-DFI Money Transmitter License<br><br>Change of Disclosure Question(s) Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Disclosure Question(s):** Submit an amendment for a change to Disclosure Question response(s) through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Changing a Response from No to Yes:** Provide a complete and detailed explanation and document upload for each response that changes from "No" to "Yes" for company or each control person.<br><br>See the Company Disclosure Explanations Quick Guide for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |
| ☐ | **Changing a Response from Yes to No:** When changing a Disclosure Question response from Yes to No, you will be required to remove the question from the associated Disclosure Explanation and provide an Amendment Reason.<br><br>You must select "Add Explanation for "No" Responses" and provide an explanation for each response that changes from "Yes" to "No" for company or each control person. You must also upload a document (PDF) related to the explanation.<br><br>See the Company Disclosure Explanations Quick Guide for instructions. | **NMLS** |

Updated: 8/22/2017    Page 12 of 12
Case 4:21-cv-00913-NKL   Document 57-7   Filed 01/21/22   Page 13 of 13