# Exhibit 8




**Company Amendments**
Agency Requirements

## MINNESOTA MONEY TRANSMITTER LICENSE

**Instructions**

When making changes to your record in NMLS, Minnesota does not require advance notice, **except for a change of control of a licensee**, make the changes in NMLS as of the effective date and submit supporting documentation as instructed in the checklist below.

**Fees**

The Minnesota Department of Commerce does not charge fees in connection with amendments made to new or existing NMLS filings. However, various fees are charged within the NMLS system. These fees accrue to NMLS to support and aid in the further development and utility of the system.

All fees collected through the NMLS ARE NOT REFUNDABLE.

Licensees must file an amendment in NMLS when any of the following company information is altered:

- Change of Address
- Change of Name
- Change of Other Business Name or DBA
- Change of Ownership
- Change of Control Person
- Change of Bond Company or Amount of Bond
- Change in Business Activity / Services Offered
- Any "Yes" answer to any Disclosure question

Agency requirements should be completed first as identified on the checklist below as they must be received with this checklist within 5 business days of the electronic submission of your application through the NMLS at the following:

*For U.S. Postal Service or Overnight Delivery*

*Department of Commerce*
*Financial Institutions Division*
*85 7th Place East*
*Suite 500*
*St. Paul, MN 55101*

NMLS Unique ID Number: _____

Applicant Legal Name: _____

| FILED IN NMLS | ATTACHED | NOT APPLICABLE | REQUIRED AMENDMENT ITEM |
|---|---|---|---|
| ☐ | ☐ | ☐ | **CHANGE OF LEGAL NAME.** Submit a letter to the Department of Commerce explaining the change, list the current name and the proposed name, list the license number, and upload a filed amended Certificate of Authority from the Minnesota Secretary of State. |
| ☐ | N/A | ☐ | **CHANGE OF MAIN ADDRESS.** Upload the Surety Bond Rider that reflects the change of address. |
| ☐ | ☐ | ☐ | **ADDITION, MODIFICATION OR DELETION OF OTHER TRADE NAMES.** Submit a letter to the Department of Commerce explaining the change of "trade name", "dba" or "fictitious name" and upload a filed copy of the Certificate of Assumed Name from the Minnesota Secretary of State. |
| ☐ | ☐ | ☐ | **CHANGE OF LEGAL STATUS.** Submit a letter to the Department of Commerce explaining the change. A new license application may be required. |
| ☐ | ☐ | ☐ | **CHANGE OF DIRECT OWNERS/EXECUTIVE OFFICERS.** Individual Form (MU2) must be filed for each new executive officer, owner, manager and key shareholder. Each individual must submit a copy of a criminal background check obtained from a law enforcement agency or government agency. Each individual must also submit an Authorization to Release Information form. |
| ☐ | ☐ | ☐ | **CHANGES IN CONTROL OF A LICENSEE.** Any purchaser of ten percent or more of an ownership interest in a licensee must notify the Minnesota Department of Commerce at least 30 days in advance of the purchase and submit a completed license application form. A $4,150 application fee must be mailed to the Department of Commerce. |
| ☐ | N/A | ☐ | **SURETY BOND RIDER. (For change of address or change of name only)** - Upload the Surety Bond Rider that reflects the change of address, change of name, whichever is applicable, or amount of bond. |
| ☐ | N/A | ☐ | **DISCLOSURE QUESTIONS.** Upload complete details of all events or proceedings for any "Yes" answer to any of the Disclosure questions for company or any new Control Person or any new Manager. |

**WHO TO CONTACT –** Contact the Financial Institutions licensing staff by phone at 651-539-1600 or send your questions via e-mail to robin.brown@state.mn.us for additional assistance.

THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE AMENDING. THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE AMENDMENT REQUEST THROUGH NMLS. SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.