# Exhibit 9


# MS Money Transmitter License Amendment Checklist (Company)

## CHECKLIST SECTIONS
- General Information
- Amendments

## GENERAL INFORMATION

### Instructions
Mississippi Department of Banking and Consumer Finance does not require advance notice for any changes; make the changes in NMLS as of the effective date and submit supporting documentation as instructed in the checklist below.

### Uploading Agency-Specific Documents
If you are required to upload documents to NMLS for an Advance Change Notice (ACN), select "Advance Change Notice" for the document type in the NMLS Document Uploads section. If you are required to upload documents for an amendment that doesn't require ACN, select the applicable document type in the NMLS Document Uploads section.

**Note:** Use the recommended filing naming convention found on the Document Upload Descriptions and Examples.

### Helpful Resources
- Amendments & Advance Change Notice
- Document Uploads Quick Guide
- Document Upload Descriptions and Examples

### Agency Contact Information
Contact *Mississippi Department of Banking and Consumer Finance* licensing staff by phone at *(601)-321-6901* or send your questions via email to *jenny.teasley@dbcf.ms.gov* for additional assistance.

| For U.S. Postal Service: | For Overnight Delivery: |
|---|---|
| Consumer Finance Division | Consumer Finance Division |
| P.O. Box 12129 | 4780 I-55 North, 5th Floor |
| Jackson, MS 39236 | Jackson, MS 39211 |

THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING. THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH NMLS. SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

## AMENDMENTS

- [Change of Legal Name](#)

- [Change of Main Address](#)

- [Addition or Modification of Other Trade Name](#)

- [Deletion of Other Trade Name](#)

- [Change of Legal Status](#)

- [Addition or Modification of Affiliates/Subsidiaries](#)

- [Addition or Modification of Direct Owners/Executive Officers](#)

- [Addition or Modification of Indirect Owners](#)

- [Change of Disclosure Question(s)](#)

**Note:** Information uploaded or filed in NMLS will not be viewable to the agency until the filing has been attested to and submitted through NMLS. Agency-specific requirements that should be emailed or mailed to the agency on the checklist below must be received with the appropriate checklist within five (5) business days of the electronic submission of your filing through NMLS.

| Complete | MS Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Legal Name:** Submit an amendment for a change of Legal Name through the Company Form (MU1) in NMLS. | **NMLS** |
| Note | **Change of Legal Name Fee:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Surety Bond Rider:** Upload and mail an original company surety bond rider (or new bond if applicable) that reflects the entity's new legal name. The name of the principal insured on the bond must match exactly the full legal name of applicant, including any Other Trade Names.<br>Click here to access the bond form. | **Upload in NMLS:** under the Document Type <u>Surety Bond</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Formation Documents:** Formation Documents must be submitted related to this change type.<br>Determine classification of applicant's legal status and submit a State certified copy of the requested applicable documentation detailed below. Original formation documents and all subsequent amendments, thereto including a list of any name changes.<br>**Unincorporated Association:**<br>• By-Laws or constitution (including all amendments).<br>**General Partnership:**<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Partnership:**<br>• Certificate of Limited Liability Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Partnership:**<br>• Certificate of Limited Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Limited Partnership:**<br>• Certificate of Limited Liability Limited Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Company ("LLC"):**<br>• Articles of Organization (including all amendments);<br>• Operating Agreement (including all amendments);<br>• IRS Form 2553 or IRS Form 8832 if S-corp treatment elected; and<br>• LLC resolution if authority not in operating agreement.<br>**Corporation:**<br>• Articles of Incorporation (including all amendments);<br>• By-laws (including all amendments), if applicable;<br>• Shareholder Agreement (including all amendments), if applicable;<br>• IRS Form 2553 if S-corp treatment elected; and<br>• Corporate resolution if authority to complete application not in By-Laws or Shareholder Agreement, as amended, as applicable. | **Upload in NMLS:** under the Document Type <u>Formation Document</u> in the *Document Uploads* section of the Company Form (MU1). |

| Complete | MS Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| | **Not for Profit Corporation**<br>• Documents requested of a Corporation; and<br>• Proof of nonprofit status<br>    ○ Internal Revenue Service ("IRS") 501(c)(3) designation letter; or<br>    ○ statement from a State taxing body or the State attorney general certifying that: (i) the entity is a nonprofit organization operating within the State; and (ii) no part of the entity's net earnings may lawfully benefit any private shareholder or individual; or<br>    ○ entity's certificate of incorporation or similar document if it clearly establishes the nonprofit status of the applicant; or<br>    ○ Any of the three preceding items described, if that item applies to a State or national parent organization, together with a statement by the State or parent organization that the applicant is a local nonprofit affiliate.<br>**Trust (Statutory)**<br>• Certificate of Trust; and<br>• Governing instrument (all amendments). | |
| ☐ | **Return Original License:** Company is required to return its license to this agency when this change occurs. | **Mail to MS** |

| Complete | MS Money Transmitter License<br>Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Main Address:** Submit an amendment for a change of Main (Corporate) Address through the Company Form (MU1) in NMLS. | **NMLS** |
| Note | **Change of Main Address:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Surety Bond Rider:** Upload and mail an original company surety bond rider (or new bond if applicable) that reflects the entity's new main address. The name address of the principal insured on the bond must match exactly.<br>Click here to access the bond form. | **Upload in NMLS:** under the Document Type Surety Bond in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Return Original License:** Company is required to return its license to this agency when this change occurs. | **Mail to MS** |

| Complete | MS Money Transmitter License<br>Addition or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Other Trade Name:** Submit an amendment for an addition of or change to an Other Trade Name through the Company Form (MU1) in NMLS. | **NMLS** |
| Note | **Addition of Other Trade Name** $0 per license.<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Trade Name/Assumed Name Registration Certificates:** Trade Name/Assumed Name Registration Certificates must be submitted related to this change type. | **Upload in NMLS:** under the Document Type Trade Name/Assumed Name Registration Certificates in the *Document Uploads* section of the Company Form (MU1). |

| Complete | MS Money Transmitter License<br>**Deletion of Other Trade Name Amendment Items** | Submitted via… |
|---|---|---|
| ☐ | **Deletion of Other Trade Name:** Submit an amendment for deletion of an Other Trade Name through the Company Form (MU1) in NMLS.<br><br>If deleting an Other Trade Name, this name must be removed from the *Other Trade Names* section of the Company Form (MU1). | **NMLS** |

| Complete | MS Money Transmitter License<br>**Change of Legal Status Amendment Items** | Submitted via… |
|---|---|---|
|  | **Note:** In many cases, a change to the Fiscal Year End, Legal Status, and State or Date of Formation indicates a new entity has been formed and a new NMLS record is required. This includes the creation of a new NMLS account and submission of a new Company Form (MU1). | |
| ☐ | **Change of Legal Status:** Submit an amendment for a change in Legal Status within the Company Form (MU1) in NMLS. | **NMLS** |

| Complete | MS Money Transmitter License<br>**Addition or Modification of Affiliates/Subsidiaries Amendment Items** | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Affiliates/Subsidiaries:** Submit an amendment for an addition or change in Affiliates/Subsidiaries within the Company Form (MU1) in NMLS. | **NMLS** |

| NMLS ID Number | |
|---|---|
| Licensee Legal Name | |

| Complete | MS Money Transmitter License<br>**Addition or Modification of Direct Owners/Executive Officers Amendment Items** | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Direct Owners/Executive Officers:** Submit an amendment for an addition or change in Direct Owners/Executive Officers within the Company Form (MU1) in NMLS. | **NMLS** |
| Note | **Credit Report:** Credit Reports and authorizations for credit report through NMLS are not required. | N/A |
| Note | **MU2 Individual FBI Criminal Background Check Not Required Through NMLS:** Direct Owners and Executive Officers are NOT required to authorize a FBI criminal background check (CBC) through NMLS. | N/A |
| ☐ | **Direct Owners & Executive Officers Criminal Background Check:** A set of fingerprints from any local law enforcement agency must be submitted to MS for the following individuals…<br><br>• Each owner of a sole proprietorship,<br>• Partners in a partnership or principal owners of a limited liability company that own at least ten percent (10%) of the voting shares of the company,<br>• Shareholders owning ten percent (10%) or more of the outstanding shares of the corporation, except publically traded corporations and their subsidiaries, and<br>• Any other executive officer with significant oversight duties of the business.<br><br>In order to determine the applicant's suitability for license, the commissioner shall forward the fingerprints to the Department of Public Safety for a state criminal history records check, and the fingerprints shall be forwarded by the Department of Public Safety to the FBI for a national criminal history records check. The department shall not issue a license if it finds that the applicant, or any person who is an owner, partner, director or executive officer of the applicant, has been convicted of:<br><br>(i) a felony in any jurisdiction; or<br>(ii) a crime that, if committed within the state, would constitute a felony under the laws of this state; or<br>(iii) a misdemeanor of fraud, theft, forgery, bribery, embezzlement or making a fraudulent or false statement in any jurisdiction. For the purposes of this chapter, a person shall be deemed to have been convicted of a crime if the person has pleaded guilty to a crime before a court or federal magistrate, or plea of nolo contendere, or has been found guilty of a crime by the decision or judgment of a court or federal magistrate or by the verdict of a jury, irrespective of the pronouncement of sentence or the suspension of a sentence, unless | **Mail to MS** |

| Complete | MS Money Transmitter License<br>Addition or Modification of Direct Owners/Executive Officers Amendment Items | Submitted via… |
|---|---|---|
| | the person convicted of the crime has received a pardon from the President of the United States or the Governor or other pardoning authority in the jurisdiction where the conviction was obtained. | |

| Complete | MS Money Transmitter License<br><br>Addition or Modification of Indirect Owners Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Indirect Owners:** Submit an amendment for an addition or change in Indirect Owners within the Company Form (MU1) in NMLS. | **NMLS** |
| N/A | **Credit Report:** Credit Reports and authorizations for credit report through NMLS are not required. | **N/A** |
| Note | **MU2 Individual FBI Criminal Background Check Not Required Through NMLS:** Indirect Owners are NOT required to authorize a FBI criminal background check (CBC) through NMLS. | **N/A** |

| Complete | MS Money Transmitter License<br><br>Change of Disclosure Question(s) Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Disclosure Question(s):** Submit an amendment for a change to Disclosure Question response(s) through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Changing a Response from No to Yes:** Provide a complete and detailed explanation and document upload for each response that changes from "No" to "Yes" for company or each control person.<br><br>See the Company Disclosure Explanations Quick Guide for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |
| ☐ | **Changing a Response from Yes to No:** When changing a Disclosure Question response from Yes to No, you will be required to remove the question from the associated Disclosure Explanation and provide an Amendment Reason.<br><br>You must select "Add Explanation for "No" Responses" and provide an explanation for each response that changes from "Yes" to "No" for company or each control person. You must also upload a document (PDF) related to the explanation.<br><br>See the Company Disclosure Explanations Quick Guide for instructions. | **NMLS** |