# Exhibit 10



# MO Sale of Checks and Money Transmitter License Amendment Checklist (Company)

**CHECKLIST SECTIONS**

- General Information
- Amendments

**GENERAL INFORMATION**

**Instructions**

Missouri Division of Finance does not require advance notice for any changes; make the changes in NMLS as of the effective date and submit supporting documentation as instructed in the checklist below.

**Uploading Agency-Specific Documents**

If you are required to upload documents to NMLS for an Advance Change Notice (ACN), select "Advance Change Notice" for the document type in the NMLS Document Uploads section. If you are required to upload documents for an amendment that doesn't require ACN, select the applicable document type in the NMLS Document Uploads section.

**Note:** Use the recommended filing naming convention found on the Document Upload Descriptions and Examples.

**Helpful Resources**

- Amendments & Advance Change Notice
- Document Uploads Quick Guide
- Document Upload Descriptions and Examples

**Agency Contact Information**

Contact *Missouri Division of Finance* licensing staff by phone at *(573) 751-3463* or send your questions via email to *connie.street@dof.mo.gov* for additional assistance.

| *For U.S. Postal Service:* | *For Overnight Delivery:* |
|---|---|
| *Missouri Division of Finance* | *Missouri Division of Finance* |
| *P.O. Box 716* | *301 West High Street, Room 630* |
| *Jefferson City, MO 65102* | *Jefferson City, MO 65101* |

> THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING.  THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH NMLS.  SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

**AMENDMENTS**

- [Change of Legal Name](#)
    - Change of Legal Name: $100 per license
- [Change of Main Address](#)
- [Addition or Modification of Other Trade Name](#)
    - Addition of Other Trade Names: $100 per license
- [Deletion of Other Trade Name](#)
- [Change of Legal Status](#)

**Note:** Information uploaded or filed in NMLS will not be viewable to the agency until the filing has been attested to and submitted through NMLS.  Agency-specific requirements that should be emailed or mailed to the agency on the checklist below must be received with the appropriate checklist within five (5) business days of the electronic submission of your filing through NMLS.

Updated:  3/7/2019 — Page 2 of 6
Case 4:21-cv-00913-NKL   Document 57-10   Filed 01/21/22   Page 3 of 7

| | | |
|---|---|---|
| **NMLS ID Number** | | |
| **Licensee Legal Name** | | |

| Complete | MO Sale of Checks and Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Legal Name:** Submit an amendment for a change of Legal Name through the Company Form (MU1) in NMLS. No advance notice is required by Missouri law. | **NMLS** |
| ☐ | **Change of Legal Name Fee:** $100 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **NMLS (Filing submission)** |
| ☐ | **Surety Bond Rider:** Upload and mail an original Sale of Checks/Money Transmitter surety bond rider (or new bond if applicable) that reflects the entity's new legal name. The name of the principal insured on the bond must match exactly the full legal name of applicant, including any Other Trade Names.<br>If a new surety bond is needed, use the Surety Bond Form found here. | **Upload in NMLS**: under the Document Type Surety Bond in the Document Uploads section of the Company Form (MU1).<br>**AND**<br>**Mail to: Missouri Division of Finance** |
| ☐ | **Return Original License:** Company is required to return its current, original license certificate to this agency. | **Mail to: Missouri Division of Finance** |

| Complete | MO Sale of Checks and Money Transmitter License<br>Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Main Address:** Submit an amendment for a change of Main (Corporate) Address through the Company Form (MU1) in NMLS. | **NMLS** |
| Note | **Change of Main Address:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |

Updated: 3/7/2019  Page 3 of 6
Case 4:21-cv-00913-NKL   Document 57-10   Filed 01/21/22   Page 4 of 7

| NMLS ID Number | |
|---|---|
| Licensee Legal Name | |

| Complete | MO Sale of Checks and Money Transmitter License<br><br>Addition or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Other Trade Name:** Submit an amendment for an addition of or change to an Other Trade Name through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Addition of Other Trade Name** $100 per license.<br><br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **NMLS (Filing submission)** |
| ☐ | **Trade Name/Assumed Name Registration Certificates:** Trade Name/Assumed Name Registration Certificates must be submitted related to this change type.<br><br>Upload Missouri Secretary of State's fictitious name filing regarding ability to do business under that trade name.<br><br>This document should be named *[State-License Type] Trade Name – Assumed Name*. | **Upload in NMLS:** under the Document Type <u>Trade Name/Assumed Name Registration Certificates</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Surety Bond Rider:** Upload and mail an original Sale of Checks/Money Transmitter surety bond rider (or new bond if applicable) that reflects the entity's new legal name. The name of the principal insured on the bond must match exactly the full legal name of applicant, including any Other Trade Names.<br><br>If a new surety bond is needed, use the Surety Bond Form found [here.](here.) | **Upload in NMLS**: under the Document Type Surety Bond in the Document Uploads section of the Company Form (MU1).<br><br>**AND**<br><br>**Mail to: Missouri Division of Finance** |
| ☐ | **Return Original License:** Company is required to return its current, original license certificate to this agency. | **Mail to: Missouri Division of Finance** |

| Complete | MO Sale of Checks and Money Transmitter License<br><br>Deletion of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Deletion of Other Trade Name:** Submit an amendment for deletion of an Other Trade Name through the Company Form (MU1) in NMLS.<br><br>If deleting an Other Trade Name, this name must be removed from the *Other Trade Names* section of the Company Form (MU1). | **NMLS** |

| Complete | MO Sale of Checks and Money Transmitter License<br><br>Deletion of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Return Original License:** Company is required to return its current, original license certificate to this agency. | **Mail to: Missouri Division of Finance** |

| Complete | MO Sale of Checks and Money Transmitter License<br><br>Change of Legal Status Amendment Items | Submitted via… |
|---|---|---|
| **Note:** In many cases, a change to the Fiscal Year End, Legal Status, and State or Date of Formation indicates a new entity has been formed and a new NMLS record is required. This includes the creation of a new NMLS account and submission of a new Company Form (MU1). | | |
| ☐ | **Change of Legal Status:** Submit an amendment for a change in Legal Status within the Company Form (MU1) in NMLS. | **NMLS** |

| Complete | MO Sale of Checks and Money Transmitter License<br><br>Addition or Modification of Affiliates/Subsidiaries Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Affiliates/Subsidiaries:** Submit an amendment for an addition or change in Affiliates/Subsidiaries within the Company Form (MU1) in NMLS. | **NMLS** |

| Complete | MO Sale of Checks and Money Transmitter License<br><br>Addition or Modification of Direct Owners/Executive Officers Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Direct Owners/Executive Officers:** Submit an amendment for an addition or change in Direct Owners/Executive Officers within the Company Form (MU1) in NMLS. | **NMLS** |
| Note | **Credit Report:** Credit Reports and authorizations for credit report through NMLS are not required. | **N/A** |
| Note | **MU2 Individual FBI Criminal Background Check Not Required Through NMLS:** Direct Owners and Executive Officers are NOT required to authorize a FBI criminal background check (CBC) through NMLS. | **N/A** |

| Complete | MO Sale of Checks and Money Transmitter License  Change of Disclosure Question(s) Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Disclosure Question(s):** Submit an amendment for a change to Disclosure Question response(s) through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Changing a Response from No to Yes:** Provide a complete and detailed explanation and document upload for each response that changes from "No" to "Yes" for company or each control person.  See the Company Disclosure Explanations Quick Guide for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |
| ☐ | **Changing a Response from Yes to No:** When changing a Disclosure Question response from Yes to No, you will be required to remove the question from the associated Disclosure Explanation and provide an Amendment Reason.  You may select "Add Explanation for "No" Responses" and provide an explanation for each response that changes from "Yes" to "No" for company or each control person. You may also upload a document (PDF) related to the explanation.  See the Company Disclosure Explanations Quick Guide for instructions. | **NMLS** |