# Exhibit 14



# OH Money Transmitter License Amendment Checklist (Company)

## CHECKLIST SECTIONS

- [General Information](#)
- [Amendments](#)

## GENERAL INFORMATION

### Instructions

Ohio Division of Financial Institutions does not require advance notice for any changes (except for changes of control); make the changes in NMLS as of the effective date and submit supporting documentation as instructed in the checklist below.

### Uploading Agency-Specific Documents

If you are required to upload documents to NMLS for an Advance Change Notice (ACN), select "Advance Change Notice" for the document type in the NMLS Document Uploads section. If you are required to upload documents for an amendment that doesn't require ACN, select the applicable document type in the NMLS Document Uploads section.

**Note:** Use the recommended filing naming convention found on the [Document Upload Descriptions and Examples](#).

### Helpful Resources

- [Amendments & Advance Change Notice](#)
- [Document Uploads Quick Guide](#)
- [Document Upload Descriptions and Examples](#)

### Agency Contact Information

Contact *Ohio Division of Financial Institutions* licensing staff by phone at *(614) 728-2636* or send your questions via email to Michael.Sabula@com.state.oh.us for additional assistance.

*For U.S. Postal Service & Overnight Delivery:*

*Ohio Division of Financial Institutions*
*Money Transmitters*
*77 South High Street*
*21st Floor*
*Columbus, OH 43215*

THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING.  THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH NMLS.  SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

<-->

# AMENDMENTS

- [Change of Legal Name](#)

- [Change of Main Address](#)

- [Addition or Modification of Other Trade Name](#)

- [Deletion of Other Trade Name](#)

- [Change of Legal Status](#)

- [Addition or Modification of Affiliates/Subsidiaries](#)

- [Change of Disclosure Question(s)](#)

- [Change of Control](#)
    - Change in Control fee: $2500

**Note:** Information uploaded or filed in NMLS will not be viewable to the agency until the filing has been attested to and submitted through NMLS. Agency-specific requirements that should be emailed or mailed to the agency on the checklist below must be received with the appropriate checklist within five (5) business days of the electronic submission of your filing through NMLS.

| Complete | OH Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Legal Name:** Submit an amendment for a change of Legal Name through the Company Form (MU1) in NMLS. | **NMLS** |
| Note | **Change of Legal Name Fee:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Surety Bond Rider:** Contact the surety bond producer to inform them of the change and effective date so the producer can initiate the Surety Bond Rider Process in NMLS. Visit the ESB for NMLS Licensees page of the NMLS Resource Center for more information about the Electronic Surety Bond process<br>**Note:** Changes in Ohio Customer Outstandings could affect the amount required for the surety bond. If there are changes in the company's Ohio Customer Outstandings, contact the surety bond producer to update the surety bond rider. | **Electronic Surety Bond in NMLS** |
| ☐ | **Board Resolution:** Provide a copy of the Board Resolution documenting the Legal Name change. | **Upload in NMLS:** under the Document Type Advance Change Notice in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Secretary of State Documentation:** Provide record from Ohio Secretary of State documenting the Legal Name change. | **Upload in NMLS:** under the Document Type Certificate of Authority/Good Standing Certificate in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Return Original License:** Company is required to return its license to this agency. | **Mail to Ohio Division of Financial Institutions.** |

| Complete | OH Money Transmitter License<br>Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Main Address:** Submit an amendment for a change of Main (Corporate) Address through the Company Form (MU1) in NMLS. | **NMLS** |
| Note | **Change of Main Address:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Board Resolution:** Provide a copy of the Board Resolution documenting the Main Address change. | **Upload in NMLS:** under the Document Type <u>Advance Change Notice</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Return Original License:** Company is required to return its license to this agency, if City and/or State changed. | **Mail to Ohio Division of Financial Institutions.** |

| Complete | OH Money Transmitter License<br>Addition or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Other Trade Name:** Submit an amendment for an addition of or change to an Other Trade Name through the Company Form (MU1) in NMLS. | **NMLS** |
| Note | **Addition of Other Trade Name** $0 per license.<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Trade Name/Assumed Name Registration Certificates:** Trade Name/Assumed Name Registration Certificates must be submitted related to this change type. | **Upload in NMLS:** under the Document Type Trade Name/Assumed Name Registration Certificates in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Board Resolution:** Provide a copy of the Board Resolution documenting the addition or change to an Other Trade Name. | **Upload in NMLS:** under the Document Type Advance Change Notice in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Secretary of State Documentation:** Provide record from Ohio Secretary of State documenting the addition or change to an Other Trade Name. | **Upload in NMLS:** under the Document Type Certificate of Authority/Good Standing Certificate in the *Document Uploads* section of the Company Form (MU1). |

| Complete | OH Money Transmitter License<br>Deletion of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Deletion of Other Trade Name:** Submit an amendment for deletion of an Other Trade Name through the Company Form (MU1) in NMLS. If deleting an Other Trade Name, this name must be removed from the *Other Trade Names* section of the Company Form (MU1). ). | **NMLS** |
| ☐ | **Board Resolution:** Provide a copy of the Board Resolution documenting the deletion of an Other Trade Name. | **Upload in NMLS:** under the Document Type <u>Advance Change Notice</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Secretary of State Documentation:** Provide record from Ohio Secretary of State documenting the deletion of an Other Trade Name. | **Upload in NMLS:** under the Document Type <u>Certificate of Authority/Good Standing Certificate</u> in the *Document Uploads* section of the Company Form (MU1). |

| Complete | OH Money Transmitter License<br>Change of Legal Status Amendment Items | Submitted via… |
|---|---|---|
| | **Note:** In many cases, a change to the Fiscal Year End, Legal Status, and State or Date of Formation indicates a new entity has been formed and a new NMLS record is required. This includes the creation of a new NMLS account and submission of a new Company Form (MU1). | |
| ☐ | **Change of Legal Status:** Submit an amendment for a change in Legal Status within the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Board Resolution:** Provide a copy of the Board Resolution documenting the Legal Status change. | **Upload in NMLS:** under the Document Type Advance Change Notice in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Secretary of State Documentation:** Provide record from Ohio Secretary of State documenting the Legal Status change. | **Upload in NMLS:** under the Document Type Certificate of Authority/Good Standing Certificate in the *Document Uploads.* |

| Complete | OH Money Transmitter License<br>Addition or Modification of Affiliates/Subsidiaries Amendment Items | Submitted via… |
|---|---|---|

| Complete | OH Money Transmitter License<br>Addition or Modification of Affiliates/Subsidiaries Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Affiliates/Subsidiaries:** Submit an amendment for an addition or change in Affiliates/Subsidiaries within the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Board Resolution:** Provide a copy of the Board Resolution documenting the amendment for an addition or change in Affiliates/Subsidiaries. | **Upload in NMLS:** under the Document Type <u>Advance Change Notice</u> in the *Document Uploads* section of the Company Form (MU1). |

| Complete | OH Money Transmitter License<br>Change of Disclosure Question(s) Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Disclosure Question(s):** Submit an amendment for a change to Disclosure Question response(s) through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Changing a Response from No to Yes:** Provide a complete and detailed explanation and document upload for each response that changes from "No" to "Yes" for company or each control person.<br><br>See the [Company Disclosure Explanations Quick Guide](#) for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |
| ☐ | **Changing a Response from Yes to No:** When changing a Disclosure Question response from Yes to No, you will be required to remove the question from the associated Disclosure Explanation and provide an Amendment Reason.<br><br>You must select "Add Explanation for "No" Responses" and provide an explanation for each response that changes from "Yes" to "No" for company or each control person. You may also upload a document (PDF) related to the explanation.<br><br>See the [Company Disclosure Explanations Quick Guide](#) for instructions. | **NMLS** |

| Complete | OH Money Transmitter License<br>Change of Control | Submitted via… |
|---|---|---|

This application must be filed prior to acquiring control either directly or indirectly of an Ohio Licensed Money Transmitter pursuant to ORC. 1315.10(A). Control is defined under the Ohio Money Transmitter Act as the power, directly or indirectly, to direct the management and policies of a licensee or the ownership, control of, or power to vote twenty-five percent or more of any class of the outstanding voting securities of a licensee.

The application to acquire control of a money transmitter must include, but is not limited to, the following information:

| | | |
|---|---|---|
| ☐ | **Change of Control:** Submit an Advance Change Notice for the change in Direct Owners/Executive Officers and/or the Indirect Owners within the Company Form (MU1) in NMLS.<br><br>**Note:** The applicant's directors, senior officers (those individuals with significant management responsibility within the organization or otherwise has the authority to influence or control the conduct of the organization's affairs, including but not limited to its compliance with applicable laws and regulations), members, trustees, partners, and principles (persons who own, directly or indirectly, 25% or more of the applicant) showing the name, title, address and percentage of ownership must be provided through the updating of the Company Form (MU1). | **NMLS** |
| ☐ | **Lack of Advance Notice Resolution:** If this information is NOT being provided prior to the change of control, provide the basis for failing to comply with Ohio Revised Code section 1315.10. Provide a detailed explanation of the reason(s) that prior notice and application were not provided to the Division. | **Upload in NMLS:** under the Document Type Advance Change Notice in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Details of Proposed Acquisition:** Provide a statement giving details of the nature and scope of the proposed acquisition. The statement must include information regarding the shares to be acquired; the names of each acquirer, the source of funds for the purchase; and detailed plans or proposals the acquirer has for the company including, without limitation, liquidation, merger, or any changes in products offered in the State of Ohio. | **Upload in NMLS:** under the Document Type Advance Change Notice in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Change in Control Fee:** $2,500 *(Fees collected are NOT REFUNDABLE OR TRANSFERABLE.)*<br><br>**Note:** This fee will be invoiced through NMLS after the change is submitted through NMLS or payable by corporate check to the Division of Financial Institutions-Banks. | **NMLS (Agency Fee Invoice or Mail to Ohio Division of Financial Institutions.)** |
| ☐ | **Management Chart:** Submit an *updated* Management chart displaying the applicant's directors, officers, and managers (individual name and title). Must also identify compliance reporting and internal audit structure.<br><br>This document should be named *[Company Legal Name] Management* | **Upload in NMLS:** under Management Chart in the *Document Uploads* section of the Company Form |

| | | |
|---|---|---|
| ☐ | *Chart*.<br><br>**Note:** If the existing uploaded management chart already includes the above information, an additional document does not need to be uploaded. A company should only upload a single management chart. | (MU1). |
| ☐ | **Organizational Chart/Description:** Submit an ***updated*** chart showing (or a description which includes) the percentage of ownership of:<br><br>• Direct Owners (total direct ownership percentage must equate to 100%)<br>• Indirect Owners<br>   o If indirect owner is an entity or entities or has any subsidiaries or affiliates, provide an organizational chart.<br><br>**Note:** If the existing uploaded Organizational Chart/Description already includes the above information, an additional document does not need to be uploaded. A company should only upload a single management chart. | **Upload in NMLS:** under Organizational Chart/Description in the *Document Uploads* section of the Company Form (MU1). This document should be named *[Company Legal Name] Organizational Chart – Description*. |
| ☐ | **Business Plan:** Upload an ***updated*** and most recently Board approved business plan. | **Upload in NMLS:** under the Document Type Business Plan in the *Document Uploads* section of the Company Form (MU1). This document should be named *[Company Legal Name] Business Plan*. |
| ☐ | **Audited Financial Statements:** Provide a copy of applicant's most recent audited financial statements, and the audited financial statements of applicant's prior fiscal year. Financial statements should include a balance sheet, income statement, and statement of cash flows and all relevant notes thereto.<br><br>If the applicant is a newly formed entity, provide documentation supporting the method and source of capitalization (identify the source(s) of funding for the business).<br><br>**Interim Financial Statements:** Provide financial statements as of the most recent quarter end for the applicant. | **NMLS**<br><br>**Note:** Financial statements are uploaded separately under the Filing tab and *Financial Statement* submenu link. See the Financial Statements Quick Guide for instructions. |
| ☐ | **Purchase Agreement:** Provide a copy of the purchase agreement. | **Upload in NMLS:** under the Document Type Advance Change Notice in the *Document Uploads* |

| | | |
|---|---|---|
| | | section of the Company Form (MU1). |
| ☐ | **Control Person (MU2) Attestation:** All individuals identified in the *Direct Owners/Executive Officers* section and the *Indirect Owners* section marked as a control individual in the Company Form (MU1) must complete the Individual Form (MU2) in NMLS. This form must be attested to by the applicable control person before it is able to be submitted along with the Company Form (MU1). | **NMLS** |
| ☐ | **Disclosure Questions:** Provide a complete and detailed explanation and document upload for each "Yes" response to Disclosure Questions made by the company or related control persons (MU2).<br><br>See the [Company Disclosure Explanations Quick Guide](#) for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |
| Note | **Credit Report:** Credit Reports and authorizations for credit report through NMLS are not required. | **N/A** |
| ☐ | **FBI Criminal Background Check for MU2 Individual**: $36.25 per person. | **NMLS (Filing submission)** |
| ☐ | **MU2 Individual FBI Criminal Background Check Requirements:** When added to the Company Form (MU1), the following Individuals, as specified below, are required to authorize a FBI criminal background check (CBC) through NMLS.<br>*Direct Owners*<br>• 25% or more of the applicant / licensee<br>*Executive Officers*<br>• President, Treasurer, Secretary, and each senior officer responsible for the licensee's business, and any other person that performs similar functions.<br>• Also includes organizer, incorporator, director (board), or controlling person.<br>*Indirect Owners*<br>• 25% or more of the applicant / licensee<br><br>After authorizing a FBI criminal background check through the submission of the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required.<br><br>See the [Criminal Background Check section](#) of the NMLS Resource Center for more information. | **NMLS** |
| | **REQUIREMENTS SUBMITTED OUTSIDE OF NMLS**<br>**Change of Control** | |

| | | |
|---|---|---|
| ☐ | **Ohio Background Checks:** The following individuals, as specified below, are required to obtain Ohio and FBI background checks from the Ohio Attorney General's Bureau of Criminal Investigation (BCI).<br><br>*Direct Owners*<br>- 25% or more of the applicant / licensee.<br><br>*Executive Officers*<br>- President, Treasurer, Secretary, and each senior officer responsible for the licensee's business, and any other person that performs similar functions.<br>- Also includes organizer, incorporator, director (board), or controlling person.<br><br>*Indirect Owners*<br>- 25% or more of the applicant / licensee.<br><br>**For Ohio background checks to be completed by BCI, the following fields on the standard fingerprint card should be completed:**<br><br><u>ORI: OHBCI0000</u><br>**State Bureau<br>London, OH**<br><br><u>Employer and Address:</u><br>**Ohio Department of Commerce<br>Division of Financial Institutions – MT<br>77 South High Street, 21st Floor<br>Columbus, OH 43215-6120**<br><br><u>Reason Fingerprinted:</u><br>**121.08 Dept of Commerce**<br><br>If you have questions regarding how to complete the Ohio and FBI background checks described above, please contact BCI directly at (877) 224-0043 or visit their website at https://www.ohioattorneygeneral.gov/backgroundcheck. | **Fingerprints to be submitted to Ohio Bureau of Criminal Investigation (BCI).**<br><br>**Results will be sent by Ohio BCI to OH.** |
| ☐ | **Confidential Treatment Request:** If the applicant wishes for confidential treatment to be granted to information in or related to their application, provide such request in writing at the time the application is submitted.<br><br>The request must list each item of the application check list for which confidential treatment is requested, explaining the applicability of the asserted justification for confidential treatment and either specifically demonstrating the harm that would result from public disclosure of the item of information or setting forth the reason that the applicant cannot authorize public disclosure of the item of information<br><br>**Note**: see Ohio Revised Code Section 1315.10(C) for reference and for assistance in forming this request. | **Email or Mail to OH** |