# Exhibit 23



# AK Money Transmitter License Amendment Checklist (Company)

**CHECKLIST SECTIONS**

- General Information
- Amendments

**GENERAL INFORMATION**

**Instructions**

When making changes to your record in NMLS, Alaska Division of Banking & Securities (AK) requires advance notification for some changes. See the checklist below for details.

**Uploading Agency-Specific Documents**

If you are required to upload documents to NMLS for an Advance Change Notice (ACN), select "Advance Change Notice" for the document type in the NMLS Document Uploads section. If you are required to upload documents for an amendment that doesn't require ACN, select the applicable document type in the NMLS Document Uploads section.

**Note:** Use the recommended filing naming convention found on the Document Upload Descriptions and Examples.

**Helpful Resources**

- Amendments & Advance Change Notice
- Document Uploads Quick Guide
- Document Upload Descriptions and Examples

**Agency Contact Information**

Contact *Alaska Division of Banking & Securities* licensing staff by phone at 907-465-2521 or send your questions via email to dbs.licensing@alaska.gov for additional assistance.

THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING. THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH NMLS. SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

## AMENDMENTS

- Change of Legal Name
    - Change of Legal Name: $100 per license

- Change of Main Address
    - Change of Main Address: $50 per license

- Addition or Modification of Other Trade Name
    - Addition of Other Trade Names: $100 per license

- Deletion of Other Trade Name

- Change of Legal Status

- Addition or Modification of Affiliates/Subsidiaries

- Change of Disclosure Question(s)

- Addition or Modification of Direct Owners/Executive Officers
    - Change of Control Person: $750

- Addition or Modification of Indirect Owners
    - Change of Control Person: $750

**Note:** Information uploaded or filed in NMLS will not be viewable to the agency until the filing has been attested to and submitted through NMLS.

| Complete | AK Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Legal Name:** Submit an ACN for a change of Legal Name through the Company Form (MU1) in NMLS.<br>**Provide notice for this change at least 15 days in advance.** [3 AAC 13.92] | **NMLS** |
| ☐ | **Change of Legal Name Fee:** $100 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **NMLS (Filing submission)** |
| ☐ | **Surety Bond Rider:** Contact the surety bond producer to inform them of the change and effective date so the producer can initiate the Surety Bond Rider Process in NMLS. Visit the ESB for NMLS Licensees page of the NMLS Resource Center for more information about the Electronic Surety Bond process. | **Electronic Surety Bond in NMLS** |
| ☐ | **Formation Documents:** Formation Documents must be submitted related to this change type. Determine classification of applicant's legal status and submit a State certified copy of the requested applicable documentation detailed below. Original formation documents and all subsequent amendments, thereto including a list of any name changes.<br><br>**Sole Proprietor:**<br>• Documentation of initial filing for business licensure.<br>**Unincorporated Association:**<br>• By-Laws or constitution (including all amendments).<br>**General Partnership:**<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Partnership:**<br>• Certificate of Limited Liability Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Partnership:**<br>• Certificate of Limited Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Limited Partnership:**<br>• Certificate of Limited Liability Limited Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Company ("LLC"):**<br>• Articles of Organization (including all amendments);<br>• Operating Agreement (including all amendments);<br>• IRS Form 2553 or IRS Form 8832 if S-corp treatment elected; and<br>• LLC resolution if authority not in operating agreement.<br>**Corporation:**<br>• Articles of Incorporation (including all amendments);<br>• By-laws (including all amendments), if applicable;<br>• Shareholder Agreement (including all amendments), if applicable;<br>• IRS Form 2553 if S-corp treatment elected; and<br>• Corporate resolution if authority to complete application not in By-Laws or Shareholder Agreement, as amended, as applicable.<br>**Not for Profit Corporation:**<br>• Documents requested of a Corporation; and<br>• Proof of nonprofit status | **Upload in NMLS:** under the Document Type Formation Document in the *Document Uploads* section of the Company Form (MU1). |

| Complete | AK Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| |       ○ Internal Revenue Service ("IRS") 501(c)(3) designation letter; or<br>      ○ statement from a State taxing body or the State attorney general certifying that: (i) the entity is a nonprofit organization operating within the State; and (ii) no part of the entity's net earnings may lawfully benefit any private shareholder or individual; or<br>      ○ entity's certificate of incorporation or similar document if it clearly establishes the nonprofit status of the applicant; or<br>      ○ Any of the three preceding items described, if that item applies to a State or national parent organization, together with a statement by the State or parent organization that the applicant is a local nonprofit affiliate.<br>**Trust (Statutory):**<br>• Certificate of Trust; and<br>• Governing instrument (all amendments). | |

| Complete | AK Money Transmitter License<br>Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Main Address:** Submit an ACN for a change of Main (Corporate) Address through the Company Form (MU1) in NMLS.<br>**Provide notice for this change at least 30 days in advance.** [3 AAC 13.920] | **NMLS** |
| ☐ | **Change of Main Address:** $50 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **NMLS** |

Updated: 10/12/2021　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 4 of 9
Case 4:21-cv-00913-NKL   Document 57-23   Filed 01/21/22   Page 5 of 10

| Complete | AK Money Transmitter License<br>Addition or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Other Trade Name:** Submit an ACN for an addition of or change to Other Trade Name designation through the Company Form (MU1) in NMLS.<br>**Provide notice for this change at least 15 days in advance.** [3 AAC 13.92] | **NMLS** |
| ☐ | **Addition of Other Trade Name** $100 per license.<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **NMLS (Filing submission)** |
| ☐ | **Trade Name/Assumed Name Business License:** Trade Name/Assumed Name must have an Alaska Business License submitted in relation to this change type.<br>Upload a copy of the Alaska Business License issued by the State of Alaska Division of Corporations, Business, and Professional Licensing. | **Upload in NMLS:** under the Document Type Trade Name/Assumed Name Registration Certificates in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Corporate or Organization Legal Documents:** Upload certified copies of the corporate or organization legal documents authorizing the change of assumed business name/other trade name. | **Upload in NMLS:** under the Document Type Formation Documents in the *Document Uploads* section of the Company Form (MU1). |

| Complete | AK Money Transmitter License<br>Deletion of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Deletion of Other Trade Name:** Submit an ACN for a deletion of Other Trade Name designation through the Company Form (MU1) in NMLS. 15 days' notice must be provided for this change.<br>If deleting the Other Trade Name, remove this name from the *Other Trade Names* section of the Company Form (MU1). | **NMLS** |

| Complete | AK Money Transmitter License<br>Change of Legal Status Amendment Items | Submitted via… |
|---|---|---|
| | **Note:** In many cases, a change to the Fiscal Year End, Legal Status, and State or Date of Formation indicates a new entity has been formed and a new NMLS record is required. This includes the creation of a new NMLS account and submission of a new Company Form (MU1). | |
| ☐ | **Change of Legal Status:** Submit an ACN for a change of Legal Status within the Company Form (MU1) in NMLS.<br>**Provide notice for this change at least 15 days in advance.** [3 AAC 13.92] | **NMLS** |
| ☐ | **Formation Documents:** Determine classification of applicant's legal status and submit a State certified copy of the requested applicable documentation detailed below. Original formation documents and all subsequent amendments, thereto including a list of any name changes.<br><br>**Sole Proprietor:**<br>• Documentation of the initial filing for business licensure.<br>**Unincorporated Association:**<br>• By-Laws or constitution (including all amendments).<br>**General Partnership:**<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Partnership:**<br>• Certificate of Limited Liability Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Partnership:**<br>• Certificate of Limited Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Limited Partnership:**<br>• Certificate of Limited Liability Limited Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Company ("LLC"):**<br>• Articles of Organization (including all amendments);<br>• Operating Agreement (including all amendments);<br>• IRS Form 2553 or IRS Form 8832 if S-corp treatment elected; and<br>• LLC resolution if authority not in operating agreement.<br>**Corporation:**<br>• Articles of Incorporation (including all amendments);<br>• By-laws (including all amendments), if applicable;<br>• Shareholder Agreement (including all amendments), if applicable;<br>• IRS Form 2553 if S-corp treatment elected; and<br>• Corporate resolution if authority to complete application not in By-Laws or Shareholder Agreement, as amended, as applicable.<br>**Not for Profit Corporation:**<br>• Documents requested of a Corporation; and<br>• Proof of nonprofit status<br>    o Internal Revenue Service ("IRS") 501(c)(3) designation letter; or<br>    o statement from a State taxing body or the State attorney general certifying that: (i) the entity is a nonprofit organization operating within the State; and (ii) no part of the entity's net earnings may | **Upload in NMLS:** under *Formation Document*" in the *Document Uploads* section of the Company Form (MU1).<br><br>This document should be named *Formation Documentation [Date of Creation (MM-DD-YYYY)]*. |

| Complete | AK Money Transmitter License<br><br>Change of Legal Status Amendment Items | Submitted via… |
|---|---|---|
| |     lawfully benefit any private shareholder or individual; or<br>  o entity's certificate of incorporation or similar document if it clearly establishes the nonprofit status of the applicant; or<br>  o Any of the three preceding items described, if that item applies to a State or national parent organization, together with a statement by the State or parent organization that the applicant is a local nonprofit affiliate.<br>**Trust (Statutory):**<br>• Certificate of Trust; and<br>• Governing instrument (all amendments). | |

| Complete | AK Money Transmitter License<br><br>Addition or Modification of Affiliates/Subsidiaries Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Affiliates/Subsidiaries:** Submit an ACN for an addition or change in Affiliates/Subsidiaries within the Company Form (MU1) in NMLS. 15 days' notice must be provided for this change. | **NMLS** |

| Complete | AK Money Transmitter License<br><br>Change of Disclosure Question(s) Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Disclosure Question(s):** Submit an amendment for a change to Disclosure Question response(s) through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Changing a Response from No to Yes:** Provide a complete and detailed explanation and document upload for each response that changes from "No" to "Yes" for company or each control person.<br><br>See the Company Disclosure Explanations Quick Guide for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |
| ☐ | **Changing a Response from Yes to No:** When changing a Disclosure Question response from Yes to No, you will be required to remove the question from the associated Disclosure Explanation and provide an Amendment Reason.<br><br>You must select "Add Explanation for "No" Responses" and provide an explanation for each response that changes from "Yes" to "No" for company or each control person. You must also upload a document (PDF) related to the explanation.<br><br>See the Company Disclosure Explanations Quick Guide for instructions. | **NMLS** |

Updated: 10/12/2021                          Page 7 of 9

Case 4:21-cv-00913-NKL    Document 57-23    Filed 01/21/22    Page 8 of 10

| Complete | AK Money Transmitter License<br>Addition or Modification of Direct Owners/Executive Officers Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Direct Owners/Executive Officers:** Submit an ACN for an addition or change in Direct Owners/Executive Officers within the Company Form (MU1) in NMLS.<br>**Provide notice for this change at least 15 days in advance.** | **NMLS** |
| ☐ | **Change of Control:** $750<br>**Note:** The company will be invoiced through NMLS after an ACN amendment has been filed and reviewed.<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **NMLS (Agency Fee Invoice)** |
| ☐ | **Change in Ownership Documents:** Submit the follow applicable information related to the change in ownership.<br>• Applicable purchase and sales agreements<br>• Merger agreements<br>• Consent to change in ownership agreements<br>• Detailed written description of the effect, if any, to the Alaska licensee(s)<br>This document should be named *ACN – Alaska - Change of Ownership*.<br>**Note:** The information described above should be uploaded as one PDF document. | **Upload in NMLS:** under <u>Advance Change Notice</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Credit Report for Control Persons:** $15 per control person. | **NMLS (Filing submission)** |
| ☐ | **Credit Report:** Individuals in a position of <u>control</u> are required to authorize a credit report through NMLS. Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. | **NMLS** |
| ☐ | **Organizational Chart/Description:** Submit a revised/amended organizational structure chart. | **Upload in NMLS:** under <u>Organizational Chart/Description</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Management Chart:** Submit an updated management chart showing new control person's role within the organization. | **Upload in NMLS:** under <u>Management Chart</u> in the *Document Uploads* section of the Company Form (MU1). |

| Complete | AK Money Transmitter License<br>Addition or Modification of Indirect Owners Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Indirect Owners:** Submit an ACN for an addition or change in Indirect Owners within the Company Form (MU1) in NMLS.<br>**Provide notice for this change at least 15 days in advance.** | **NMLS** |
| ☐ | **Change of Control:** $750<br>**Note:** The company will be invoiced through NMLS after an ACN amendment has been filed and reviewed. | **NMLS (Agency Fee Invoice)** |
| ☐ | **Change in Ownership Documents:** Submit the follow applicable information related to the change in ownership.<br>• Applicable purchase and sales agreements<br>• Merger agreements<br>• Consent to change in ownership agreements<br>• Detailed written description of the effect, if any, to the Alaska licensee(s)<br>This document should be named *ACN – Alaska - Change of Ownership*.<br>**Note:** The information described above should be uploaded as one PDF document. | **Upload in NMLS:** under <u>Advance Change Notice</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Credit Report for Control Persons**: $15 per control person. | **NMLS (Filing submission)** |
| ☐ | **Credit Report:** Individuals in a position of <u>control</u> are required to authorize a credit report through NMLS. Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. | **NMLS** |