# Exhibit 25


# NY Money Transmitter License Amendment Checklist (Company)

**CHECKLIST SECTIONS**
- General Information
- Amendments

**GENERAL INFORMATION**

### Instructions

This document includes instructions on how to complete the requirements for making amendments with respect to a Money Transmitter License (License) with the New York State Department of Financial Services (NY-DFS).

Most amendments require advanced notice and/or approval and may or may not be accepted by NY-DFS.

Note especially that prior approval is required by NY-DFS for a change of control under New York Banking Law Section 652-a, which provides, in part, that "it is unlawful except with the prior approval" of the Superintendent of Financial Services (Superintendent) "for any action to be taken which results in a change of control of the business of the licensee." ***Filing forms and documents in NMLS is not the same as or a substitute for obtaining the prior approval of the Superintendent.***

### Uploading Agency-Specific Documents

If you are required to upload documents to NMLS for an Advance Change Notice (ACN), select "Advance Change Notice" for the document type in the NMLS Document Uploads section. If you are required to upload documents for an amendment that doesn't require ACN, select the applicable document type in the NMLS Document Uploads section.

**Note:** Use the recommended filing naming convention found on the Document Upload Descriptions and Examples.

### Helpful Resources

- Amendments & Advance Change Notice
- Document Uploads Quick Guide
- Document Upload Descriptions and Examples

**Agency Contact Information**

Contact NY-DFS licensing staff by phone at (212) 709-5507.

*For U.S. Postal Service & Overnight Delivery:*
*New York State Department of Financial Services*
*Licensed Financial Services – Supervision Unit*
*One State Street*
*New York, NY 10004-1511*

> THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING. THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH NMLS. SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

**AMENDMENTS**

- [Change of Legal Name](#)

- [Change of Main Address](#)

- [Addition, Deletion, or Modification of Other Trade Name](#)

- [Change of Legal Status](#)

- [Substantive Change in Control](#)
    - Substantive Change in Control Fee: $3000

- [Non-Substantive Change in Control](#)

- [Addition or Modification of Affiliates/Subsidiaries](#)

- [Change of Disclosure Question(s)](#)

- [Branch Locations](#)

**Note:** Information uploaded or filed in NMLS will not be viewable to the agency until the filing has been attested to and submitted through NMLS. Agency-specific requirements that should be emailed or mailed to the agency on the checklist below must be received with the appropriate checklist within five (5) business days of the electronic submission of your filing through NMLS.

| NMLS ID Number | |
|---|---|
| Licensee Legal Name | |

| Complete | NY Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Legal Name:** Submit an amendment for a change of Legal Name through the Company Form (MU1) in NMLS.<br>**Note:** The permission of the Superintendent must be obtained if the new name contains any of the following words or any derivatives thereof: acceptance, bank, finance, investment, loan, mortgage, savings, trust, or guarantee. | **NMLS** |
| ☐ | **Restricted Words:** If the name contains certain words, the approval of the Superintendent must be obtained. This applies to licensees as well as other non-licensed entities. The restricted words include, for example, "acceptance," "bank," "finance," "investment," "loan," "mortgage," "savings," "trust" and their derivatives. The process for approval for the use of any of these restricted words can be found [here](). | **Mail to NY-DFS**<br>**Attn: Office of General Counsel, Name Approval**<br>One State Street<br>New York, NY 10004 |
| Note | **Authority to Do Business in NY:** If the licensee is incorporated outside of New York, a copy of the authority to do business in New York (under the new name), from the office of the Secretary of State, must be submitted.<br>Approval from the State in which the applicant is incorporated in, must also be submitted. | N/A |
| Note | **Trade Name NY-DFS Licensee Lists:** Trade names should be checked against existing NY-DFS licensee lists prior to filing with the County Clerk or Secretary of State to avoid rejection of name because of duplication or similarity. The lists are available on our website by accessing ["Who We Supervise."]() | N/A |
| Note | **Change of Legal Name Fee:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | N/A |
| ☐ | **Surety Bond Rider:** Upload and mail an original Money Transmitter surety bond rider (or new bond if applicable) that reflects the entity's new legal name. The name of the principal insured on the bond must match exactly the full legal name of applicant, including any Other Trade Names. | **Upload in NMLS:** under the Document Type <u>Surety Bond</u> in the *Document Uploads* section of the Company Form (MU1).<br>**AND**<br>**Mail to NY-DFS** |
| ☐ | **Formation Documents:** Formation Documents must be submitted related to this change type.<br>Determine classification of applicant's legal status and submit a State certified | **Upload in NMLS:** under the Document Type <u>Formation Document</u> in |

| Complete | NY Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| | copy of the requested applicable documentation detailed below. Submit copies of the original formation documents and all subsequent amendments thereto, including a list of any name changes.<br><br>**Sole Proprietor**<br>- DFS will request additional documentation for sole proprietors on a case by case basis.<br>**Unincorporated Association:**<br>- By-Laws or constitution (including all amendments).<br>**General Partnership:**<br>- Partnership Agreement (including all amendments).<br>**Limited Liability Partnership:**<br>- Certificate of Limited Liability Partnership; and<br>- Partnership Agreement (including all amendments).<br>**Limited Partnership:**<br>- Certificate of Limited Partnership; and<br>- Partnership Agreement (including all amendments).<br>**Limited Liability Limited Partnership:**<br>- Certificate of Limited Liability Limited Partnership; and<br>- Partnership Agreement (including all amendments).<br>**Limited Liability Company ("LLC"):**<br>- Articles of Organization (including all amendments);<br>- Operating Agreement (including all amendments);<br>- IRS Form 2553 or IRS Form 8832 if S-corp treatment elected; and<br>- LLC resolution if authority not in Operating Agreement.<br>**Corporation:**<br>- Articles of Incorporation (including all amendments);<br>- By-Laws (including all amendments), if applicable;<br>- Shareholder Agreement (including all amendments), if applicable;<br>- IRS Form 2553 if S-corp treatment elected; and<br>- Corporate resolution if authority to complete application not in By-Laws or Shareholder Agreement, as amended, as applicable.<br>**Not for Profit Corporation**<br>- Documents requested of a Corporation; and<br>- Proof of Not for Profit status<br>  - Internal Revenue Service ("IRS") 501(c)(3) designation letter;<br>  - statement from a State taxing body or the State attorney general certifying that: (i) the entity is a not for profit organization operating within the State; and (ii) no part of the entity's net earnings may lawfully benefit any private shareholder or individual;<br>  - entity's certificate of incorporation or similar document if it clearly establishes the not for profit status of the applicant; or<br>  - Any of the three preceding items described, if that item applies to a State or national parent organization, together with a statement by the State or parent organization that the | the *Document Uploads* section of the Company Form (MU1). |

| Complete | NY Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| | applicant is a local not for profit affiliate.<br>**Trust (Statutory)**<br>• Certificate of Trust; and<br>• Governing instrument (all amendments). | |
| ☐ | **Written Notification to the Superintendent:** Provide written notification to the Superintendent, stating the reason for name change. | **Upload in NMLS:** under the Document Type <u>Advance Change Notice</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Return Original License:** When the legal name of the company changes, return the original license to NY-DFS. A new license will be issued reflecting the change. If a license is lost or misplaced, an executed and notarized Lost License Affidavit must be submitted; click <u>here</u> to access the form. | **Mail to NY-DFS** |

Updated: 3/4/2019

Page 5 of 17

Case 4:21-cv-00913-NKL   Document 57-25   Filed 01/21/22   Page 6 of 18

| NMLS ID Number |  |
|---|---|
| Licensee Legal Name |  |

| Complete | NY Money Transmitter License<br>Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Main Address:** Submit an amendment for a change of Main (Corporate) Address through the Company Form (MU1) in NMLS. | **NMLS** |
| Note | **Change of Main Address:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Surety Bond Rider:** Upload and mail an original Money Transmitter surety bond rider (or new bond if applicable) that reflects the entity's new main address. The name and address of the principal insured on the bond must match exactly the full legal name and address of applicant, including any Other Trade Names. | **Upload in NMLS:** under the Document Type <u>Surety Bond</u> in the *Document Uploads* section of the Company Form (MU1).<br>**AND Mail to NY-DFS** |
| ☐ | **Written Notification to the Superintendent:** Provide written notification to the Superintendent, at least 30 days prior to moving to the new location, stating the reason for relocation. | **Upload in NMLS:** under the Document Type <u>Advance Change Notice</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Lease Agreement:** Provide a signed lease agreement for the new main address/location. | **Mail to NY-DFS** |
| ☐ | **Return Original License:** When the main address of the company changes, return the original license to NY-DFS. A new license will be issued reflecting the change. If a license is lost or misplaced, an executed and notarized Lost License Affidavit must be submitted; click here to access the form. | **Mail to NY-DFS** |

| | | |
|---|---|---|
| NMLS ID Number | | |
| Licensee Legal Name | | |

| Complete | NY Money Transmitter License<br>Addition, Deletion, or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition, Deletion, or Modification of Other Trade Name:** Submit an amendment for an addition of, deletion of, or change to an Other Trade Name through the Company Form (MU1) in NMLS.<br>**Note:** The permission of the Superintendent must be obtained if the new name contains any of the following words: acceptance, bank, finance, investment, loan, mortgage, savings, trust, or guarantee. | **NMLS** |
| ☐ | **Restricted Words:** If the name contains certain words, the approval of the Superintendent must be obtained. This applies to licensees as well as other non-licensed entities. The restricted words include, for example, "acceptance," "bank," "finance," "investment," "loan," "mortgage," "savings," "trust" and their derivatives. The process for approval for the use of any of these restricted words can be found [here](#). | **Mail to NY-DFS**<br>**Attn: Office of General Counsel, Name Approval**<br>One State Street<br>New York, NY 10004 |
| Note | **Addition or Deletion of Other Trade Name** $0 per license.<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Trade Name/Assumed Name Registration Certificates:** Upload documentation regarding ability to do business under that trade name. This document should be named *[State-License Type] Trade Name – Assumed Name*.<br>**Note:** Corporations, limited liability companies, and limited partnerships proposing to conduct business under an assumed name (e.g., DBA) must apply to the Secretary of State for authorization to do so. Individuals, general partnerships, and limited liability partnerships proposing to conduct business under an assumed name must apply to the County Clerk of each county in which the business will operate for permission to do so. In either case, certified copies of the applicable authorization must also be submitted. | **Upload in NMLS:** under the Document Type <u>Trade Name/Assumed Name Registration Certificates</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Written Notification to the Superintendent:** Provide written notification to the Superintendent, stating the reason for the addition, deletion, or modification of the Other Trade Name. | **Upload in NMLS:** under the Document Type <u>Advance Change Notice</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Surety Bond Rider:** Upload and mail an original Money Transmitter surety bond rider (or new bond if applicable) that reflects the entity's new legal name. The name of the principal insured on the bond must match exactly the full legal name of applicant, including any Other Trade Names. | **Upload in NMLS:** under the Document Type <u>Surety Bond</u> in the *Document Uploads* |

| Complete | NY Money Transmitter License<br><br>Addition, Deletion, or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| | | section of the Company Form (MU1).<br><br>**AND Mail to NY-DFS** |
| ☐ | **Return Original License:** When adding, deleting or modifying an Other Trade Name for the company, return the original license to NY-DFS. A new license will be issued reflecting the change.  If a license is lost or misplaced, an executed and notarized Lost License Affidavit must be submitted; click here to access the form. | **Mail to NY-DFS** |

| NMLS ID Number | |
|---|---|
| Licensee Legal Name | |

| Complete | NY Money Transmitter License<br>Change of Legal Status Amendment Items | Submitted via… |
|---|---|---|
| | **Note:** In many cases, a change to the Fiscal Year End, Legal Status, and State or Date of Formation indicates a new entity has been formed and a new NMLS record is required. This includes the creation of a new NMLS account and submission of a new Company Form (MU1).<br><br>Conversions and reincorporations. Licensees are reminded of their responsibility to ensure that the conversion and reincorporation of existing entities do not result in a transfer or assignment of license. | |
| ☐ | **Change of Legal Status:** Submit an amendment for a change in Legal Status within the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Written Notification to the Superintendent:** Provide written notification to the Superintendent, stating the reason for the proposed change in entity. | **Upload in NMLS:** under the Document Type <u>Advance Change Notice</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Surety Bond Rider:** Upload and mail an original Money Transmitter surety bond rider (or new bond if applicable) that reflects the entity's new legal status. The name of the principal insured on the bond must match exactly the full legal name of applicant, including any Other Trade Names. | **Upload in NMLS:** under the Document Type <u>Surety Bond</u> in the *Document Uploads* section of the Company Form (MU1).<br><br>**AND Mail to NY-DFS** |
| ☐ | **Formation Documents:** If a corporation or LLC, upload to NMLS an amended copy of the articles of incorporation or articles of organization.<br><br>If a partnership, the licensee must upload to NMLS an amended copy of the partnership agreement.<br><br>In all cases, approval from the State in which the applicant is incorporated or organized must be submitted. | **Upload in NMLS:** under the Document Type <u>Formation Document</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Certificate of Authority/Good Standing Certificate**: If the licensee is incorporated or organized outside of New York State, a copy of the authority to do business in New York (under the new entity type), from the office of the Secretary of State, must also be uploaded to NMLS. | **Upload in NMLS:** under the Document Type <u>Certificate of Authority/Good Standing Certificate</u> in the *Document Uploads* section of the Company Form (MU1). |

| Complete | NY Money Transmitter License<br>Change of Legal Status Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Return Original License:** When the legal status of the company changes, return the original license to NY-DFS. A new license will be issued reflecting the change. If a license is lost or misplaced, an executed and notarized Lost License Affidavit must be submitted; click [here](#) to access the form. | **Mail to NY-DFS** |

| NMLS ID Number | |
|---|---|
| Licensee Legal Name | |

| Complete | NY Money Transmitter License<br>**Substantive Change in Control** | Submitted via… |
|---|---|---|
| ☐ | **Advance Written Notice of Change:** A change of control is considered to occur on the transfer of ten percent or more of the voting power of a licensee. However, the Superintendent, in his/her discretion, may determine what constitutes a change of control for a licensee.<br><br>**If the proposed new control parties are already licensed by NY-DFS it is suggested that a letter fully detailing the transaction and the most recent applications filed with NY-DFS be submitted prior to filing the application.**<br><br>Known applicants applying for a change of control need not resubmit any information already on file but may incorporate it by reference and specific waiver requests. Please note that previously filed information may be outdated, and NY-DFS therefore may require that this information be re-filed. | **Mail to NY-DFS** |
| ☐ | **Substantive Change in Control:** A Substantive Change in Control consists of the following:<br><br>• Addition of a new owner of 10 percent or more (of the voting stock or equity interest in the licensee);<br><br>• Increase in ownership involving owners who previously owned less than 10 percent (of the voting stock or equity interest in the licensee) and will now own 10 percent or more; or<br><br>• Addition of new directors, executive officers and/or other control parties of the applicant and immediate parent(s).<br><br>When a change of this nature occurs, submit an amendment for an addition or change in *Direct Owners/Executive Officers* section or *Indirect Owners* section of the Company Form (MU1) in NMLS reporting the change. | **NMLS** |
| ☐ | **Description of Acquisition:** Submit a brief description of the transaction resulting in the change of control indicating the purpose, parties involved, the proposed closing date and the source of funding. It should also indicate whether it will bring about changes in the licensed entity structure, Business Plan, and Compliance Program. | **Upload in NMLS:** under the Document Type <u>Advance Change Notice</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Substantive Change in Control Fee**: $3000<br><br>**Note:** This fee will be invoiced through NMLS after the change is submitted through NMLS. | **NMLS (Filing submission)** |
| ☐ | **Credit Report for Control Persons**: $15 per control person. | **NMLS (Filing submission)** |

Updated: 3/4/2019 Page 11 of 17
Case 4:21-cv-00913-NKL   Document 57-25   Filed 01/21/22   Page 12 of 18

| Complete | NY Money Transmitter License<br>Substantive Change in Control | Submitted via… |
|---|---|---|
| ☐ | **Credit Report:** Control persons, including the Chief Compliance Officer, are required to authorize a credit report through NMLS. Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. This authorization is made when the Individual Form (MU2) is submitted as part of the Company Form (MU1). | **NMLS** |
| ☐ | **Control Person (MU2) Attestation:** Complete the Individual Form (MU2) in NMLS. This form must be attested to by the applicable control person before it is able to be submitted along with the Company Form (MU1). | **NMLS** |
| Note | **MU2 Individual FBI Criminal Background Check Not Required Through NMLS:** Direct Owners, Executive Officers and Indirect Owners with control are NOT required to authorize a FBI criminal background check (CBC) through NMLS. | **N/A** |
| ☐ | **Fingerprints for Control Individuals:** Every officer, director, stockholder, and owner of an applicant or, for a change of control, all individuals not currently employed by a licensee, must follow the "<u>Fingerprint Instructions</u>" posted on the NY-DFS website. If you have any questions concerning this procedure, please contact NY-DFS at (212) 709-5507. | **Mail to NY-DFS** |
| ☐ | **Information Regarding Control Persons Residing in Foreign Jurisdictions:** If any control person <u>does not or has not resided in the US for the last 5 years</u>, an investigation background report must be prepared by an <u>acceptable search firm</u>.<br><br>At minimum, the firm must demonstrate that it has sufficient resources and is properly licensed to conduct the research of the background and that the firm is not affiliated with or an interest of any of the individuals under investigation. The cost of the report must be borne by the applicant or the individual.<br><br>The background report must be in English and submitted directly to NY-DFS in addition to other background information required in the application.<br><br>At minimum the report must contain the following:<br>- A comprehensive credit report/history, including a search of the court data in the countries, states, and towns where the individual resided and worked and in contiguous areas;<br>- Criminal records for the past 10 years, including felonies, misdemeanors and violations including a search of court data in the countries, states, and towns where the individual resided and worked and in contiguous areas;<br>- Employment history; | **Mail to NY-DFS** |

| Complete | NY Money Transmitter License<br>Substantive Change in Control | Submitted via… |
|---|---|---|
| | - Media history including an electronic search of national and local publications, wire services and business applications; and<br>- Regulatory history, particularly securities, insurances, mortgage-related, real estate, etc., if applicable. | |
| ☐ | **Credit Report Explanations:** Submit a line by line, detailed letter of explanation of all derogatory credit accounts along with proof of payoffs, payment arrangements and evidence of payments made, or evidence of any formal dispute filed (documents must be dated). Accounts to address include, but are not limited to: collections items, charge offs, accounts currently past due, accounts with serious delinquencies in the last 3 years, repossessions, loan modifications, etc.<br>**Note:** Items regarding bankruptcy, foreclosure actions, outstanding judgments or liens, or delinquent child support payments should be addressed in the *Disclosure Explanations* section of your Individual Form (MU2).<br>This document should be named *Credit Report Explanations – [Sub Name] [Document Creation Date]*. | **Upload in NMLS:** under the Document Type Credit Report Explanations in the *Document Uploads* section of the Individual Form (MU2). |
| ☐ | **Legal Name/Status Documentation:** For each individual in a position of control, including the Chief Compliance Officer, upload a copy of the individual's driver's license or passport.<br>This document should be named *Driver's License* or *Passport.* | **Upload in NMLS:** under the Document Type Legal Name/Status Documentation in the *Document Uploads* section of the Individual Form (MU2). |
| ☐ | **Personal Financial Statement:** The following individuals, as specified below, on the Company Form (MU1) are required to upload a personal financial statement.<br>*Direct Owners*<br>• 10% or more<br>*Executive Officers*<br>• All officers, including the Compliance Officer<br>*Indirect Owners*<br>• Involved in the everyday operations of the applicant<br>Click here to access the form.<br>This document should be named *NY – Personal Financial Statement.* | **Upload in NMLS:** under the Document Type Personal Financial Statement in the *Document Uploads* section of the Individual Form (MU2). |
| ☐ | **Authority to Release Information:** Each control individual must submit a Authority to Release Information Form. Click here to access the form.<br>This document should be named *NY Authority to Release Information.* | **Upload in NMLS:** under the Document Type State Background Check Authorization in the *Document Uploads* |

| Complete | NY Money Transmitter License<br>Substantive Change in Control | Submitted via… |
|---|---|---|
| | | section of the Individual Form (MU2). |
| ☐ | **Updated Organizational Chart/Description with New Ownership:** Submit an updated chart showing (or a description which includes) the percentage of ownership of:<br>• Direct Owners (total direct ownership percentage must equate to 100%).<br>• Indirect Owners.<br>• Subsidiaries and Affiliates of the applicant/licensee.<br>• All 10% or greater owners.<br>**Note**: If the existing uploaded Organizational Chart/Description already includes the above information, an additional document does not need to be uploaded. A company should only upload a single Organizational Chart/Description. | **Upload in NMLS:** under Organizational Chart/Description in the *Document Uploads* section of the Company Form (MU1). This document should be named *[Company Legal Name] Organizational Chart – Description*. |
| ☐ | **Formation Documents:** Provide the Business Formation Document of the applicant. | **Upload in NMLS:** under the Document Type Formation Document in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Merger/Acquisition Agreement:** Provide the Merger/Acquisition agreement, if applicable. Also provide or other documentation, as applicable. | **Upload in NMLS:** under the Document Type Advance Change Notice in the *Document Uploads* section of the Company Form (MU1). |

| Complete | NY Money Transmitter License<br>Non-Substantive Change in Control | Submitted via… |
|---|---|---|
| ☐ | **Non-Substantive Change in Control:**<br>A Non-Substantive Change in Control consists of the following:<br>• Addition of an owner of less than 10%;<br>• Increase or decrease in ownership percentages involving owners who previously owned 10% or more (of the voting stock or equity interest in the licensee) and will now own 10% or more; or<br>• Increase or decrease in ownership percentages involving owners who previously owned less than 10% (of the voting stock or equity interest in the licensee) and will now own less than 10%.<br>When a change of this nature occurs, submit an amendment for an addition or change in *Direct Owners/Executive Officers* section or *Indirect Owners* section of the Company Form (MU1) in NMLS reporting the change. | **NMLS** |
| Note | **Credit Report:** Credit Reports and authorizations for credit report through NMLS are NOT required. | **N/A** |
| Note | **MU2 Individual FBI Criminal Background Check Not Required Through NMLS:** Direct Owners, Executive Officers and Indirect Owners with control are NOT required to authorize a FBI criminal background check (CBC) through NMLS. | **N/A** |
| ☐ | **Updated Organizational Chart/Description:** Submit an updated chart showing (or a description which includes) the percentage of ownership of:<br>• Direct Owners (total direct ownership percentage must equate to 100%).<br>• Indirect Owners.<br>• Subsidiaries and Affiliates of the applicant/licensee.<br>• All 10% or greater owners.<br>This document should be named *[Company Legal Name] Organizational Chart – Description.*<br>**Note**: If the existing uploaded Organizational Chart/Description already includes the above information, an additional document does not need to be uploaded. A company should only upload a single Organizational Chart/Description. | **Upload in NMLS:** under <u>Organizational Chart/Description</u> in the *Document Uploads* section of the Company Form (MU1). |

| Complete | NY Money Transmitter License<br>Addition or Modification of Affiliates/Subsidiaries Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Affiliates/Subsidiaries:** Submit an amendment for an addition or change in Affiliates/Subsidiaries within the Company Form (MU1) in NMLS.<br>**Note:** This change must also be reported through the submission of the Annual Report. | **NMLS** |

| Complete | NY Money Transmitter License<br>Change of Disclosure Question(s) Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Disclosure Question(s):** Submit an amendment for a change to Disclosure Question response(s) through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Changing a Response from No to Yes:** Provide a complete and detailed explanation and document upload for each response that changes from "No" to "Yes" for company or each control person.<br>See the Company Disclosure Explanations Quick Guide for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |
| ☐ | **Changing a Response from Yes to No:** When changing a Disclosure Question response from Yes to No, you will be required to remove the question from the associated Disclosure Explanation and provide an Amendment Reason.<br>You must select "Add Explanation for "No" Responses" and provide an explanation for each response that changes from "Yes" to "No" for company or each control person. You must also upload a document (PDF) related to the explanation.<br>See the Company Disclosure Explanations Quick Guide for instructions. | **NMLS** |

| NMLS ID Number | |
| --- | --- |
| Licensee Legal Name | |

| Complete | NY Money Transmitter License<br><br>Branch Locations | Submitted via… |
| --- | --- | --- |
|  | **Note:** The reporting of authorized delegates/agents is a separate requirement and must be completed through the Uniform Authorized Agent Reporting. | |
| ☐ | **Addition of Branch Location(s):** If the licensee wishes to use a new branch location to conduct business, provide the address and contact person (name and phone number) for each new branch. | **Mail to NY-DFS** |
| ☐ | **Removal of Branch Location(s):** If the licensee is closing a branch location, provide the address and contact person (name and phone number) for each closing branch. | **Mail to NY-DFS** |