# Exhibit 26

Case 4:21-cv-00913-NKL   Document 57-26   Filed 01/21/22   Page 1 of 9



# SC Money Transmitter Amendment Checklist (Company)

## CHECKLIST SECTIONS

- [General Information](#)
- [Amendments](#)

## GENERAL INFORMATION

### Instructions
When making changes to your record in NMLS, the Office of the Attorney General requires advance notification for some changes. See the checklist below for details.

### Uploading Agency-Specific Documents
If you are required to upload documents to NMLS for an Advance Change Notice (ACN), select "Advance Change Notice" for the document type in the NMLS Document Uploads section. If you are required to upload documents for an amendment that doesn't require ACN, select the applicable document type in the NMLS Document Uploads section.

**Note:** Use the recommended filing naming convention found on the [Document Upload Descriptions and Examples](#).

### Helpful Resources
- [Amendments & Advance Change Notice](#)
- [Document Uploads Quick Guide](#)
- [Document Upload Descriptions and Examples](#)

### Agency Contact Information
Contact the Money Services Division licensing staff by phone at (803) 734-1221 or send your questions via email to [MSB@scag.gov](mailto:MSB@scag.gov) for additional assistance.

| *For U.S. Postal Service:* | *For Overnight Delivery:* |
|---|---|
| Office of the Attorney General | Office of the Attorney General |
| Money Services Division | Money Services Division |
| P. O. Box 11549 | Rembert C. Dennis Building |
| Columbia, SC 29211-1549 | 1000 Assembly Street |
|  | Columbia, SC 29201 |

---

THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING. THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH NMLS. SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

## AMENDMENTS

- [Change of Legal Name](#)
- [Change of Main Address](#)
- [Addition or Modification of Other Trade Name](#)
- [Deletion of Other Trade Name](#)
- [Change of Legal Status](#)
- [Addition or Modification of Affiliates/Subsidiaries](#)
- [Addition or Modification of Direct or Indirect Owners](#)
- [Addition or Modification of Executive Officers/Directors](#)
- [Change of Disclosure Question(s)](#)

**Note:** Information uploaded or filed in NMLS will not be viewable to the agency until the filing has been attested to and submitted through NMLS. Agency-specific requirements that should be emailed or mailed to the agency on the checklist below must be received by the agency with the appropriate checklist within five (5) business days of the electronic submission of your filing through NMLS.

| Complete | SC Money Transmitter License<br><br>**Change of Legal Name Amendment Items** | Submitted via… |
|---|---|---|

| Complete | SC Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | Submit an amendment for a change of Legal Name through the Company Form (MU1) in NMLS within 15 business days of the change. | **NMLS** |
| Note | **Change of Legal Name Fee:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Surety Bond Rider:** Contact the surety bond producer to inform them of the change and effective date so the producer can initiate the Surety Bond Rider Process in NMLS. Visit the ESB for NMLS Licensees page of the NMLS Resource Center for more information about the Electronic Surety Bond process. | **Electronic Surety Bond in NMLS** |
| ☐ | **Formation Documents:** Formation Documents must be submitted related to this change type.<br><br>Determine classification of applicant's legal status and submit a State certified copy of the requested applicable documentation detailed below. Include original formation documents and all subsequent amendments thereto, including a list of any name changes.<br><br>**Sole Proprietor**<br>• Business registration, if available.<br>**Unincorporated Association:**<br>• By-Laws or constitution (including all amendments).<br>**General Partnership:**<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Partnership:**<br>• Certificate of Limited Liability Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Partnership:**<br>• Certificate of Limited Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Limited Partnership:**<br>• Certificate of Limited Liability Limited Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Company ("LLC"):**<br>• Articles of Organization (including all amendments);<br>• Operating Agreement (including all amendments);<br>• IRS Form 2553 or IRS Form 8832 if S-corporation treatment elected; and<br>• LLC resolution if authority not in operating agreement.<br>**Corporation:**<br>• Articles of Incorporation (including all amendments);<br>• By-laws (including all amendments), if applicable;<br>• Shareholder Agreement (including all amendments), if applicable;<br>• IRS Form 2553 if S-corporation treatment elected; and<br>• Corporate resolution if authority to complete application not in By-Laws or Shareholder Agreement, as amended, as applicable.<br>**Not for Profit Corporation**<br>• Documents requested of a Corporation; and<br>• Proof of nonprofit status | **Upload in NMLS:** under the Document Type Formation Document in the *Document Uploads* section of the Company Form (MU1). |

| Complete | SC Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| | <ul><li>Internal Revenue Service ("IRS") 501(c)(3) designation letter; or</li><li>statement from a State taxing body or the State attorney general certifying that: (i) the entity is a nonprofit organization operating within the State; and (ii) no part of the entity's net earnings may lawfully benefit any private shareholder or individual; or</li><li>entity's certificate of incorporation or similar document if it clearly establishes the nonprofit status of the applicant; or</li><li>Any of the three preceding items described, if that item applies to a State or national parent organization, together with a statement by the State or parent organization that the applicant is a local nonprofit affiliate.</li></ul>**Trust (Statutory)**<ul><li>Certificate of Trust; and</li><li>Governing instrument (all amendments).</li></ul> | |

| Complete | SC Money Transmitter License<br>Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Main Address:** Submit an amendment for a change of Main (Corporate) Address through the Company Form (MU1) in NMLS within 15 business days of the change. | **NMLS** |
| Note | **Change of Main Address:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |

| Complete | SC Money Transmitter License<br>Addition or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Other Trade Name:** Submit an amendment for an addition of or change to an Other Trade Name through the Company Form (MU1) in NMLS within 15 business days of the change. | **NMLS** |
| Note | **Addition of Other Trade Name** $0 per license.<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |

| Complete | SC Money Services Division<br>Deletion of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Deletion of Other Trade Name:** Submit an amendment for deletion of an Other Trade Name through the Company Form (MU1) in NMLS within 15 business days of the change. If deleting an Other Trade Name, this name must be removed from the *Other Trade Names* section of the Company Form (MU1). | **NMLS** |

| Complete | SC Money Transmitter License<br>Change of Legal Status Amendment Items | Submitted via… |
|---|---|---|

**Note**: In many cases, a change to the Fiscal Year End, Legal Status, and State or Date of Formation indicates a new entity has been formed and a new NMLS record is required. This includes the creation of a new NMLS account and submission of a new Company Form (MU1).

| | | |
|---|---|---|
| ☐ | **Change of Legal Status:** Submit an amendment for a change in Legal Status within the Company Form (MU1) in NMLS within 15 business days of the change. | **NMLS** |

| Complete | SC Money Transmitter License<br>Addition or Modification of Affiliates/Subsidiaries Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Affiliates/Subsidiaries:**<br>Submit an amendment for an addition or change in Affiliates/Subsidiaries within the Company Form (MU1) in NMLS within 15 business days of the change. | **NMLS** |

| Complete | SC Money Transmitter License<br>Addition or Modification of Direct or Indirect Owners Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Direct Owners or Indirect Owners:** Submit an amendment for an addition or change in Direct Owners or Indirect Owners within the *Direct Owners/Executive Officers* or *Indirect Owners* section of the Company Form (MU1), respectively, within 15 business days of the change.<br>**Note**: If the addition or change results in a change in control, see "Change of Control" below**.** | **NMLS** |
| ☐ | **Change of Control:** If the addition or change in Direct Owners or Indirect Owners results in a change of control, submit an amendment for an addition or | **NMLS** |

| Complete | SC Money Transmitter License<br>Addition or Modification of Direct or Indirect Owners Amendment Items | Submitted via… |
|---|---|---|
|  | change in Direct Owners or Indirect Owners within *the Direct Owners/Executive Officers* or *Indirect Owners* section of the Company Form (MU1), respectively, **within 15 days <u>of learning of the proposed change</u> in control**. |  |
| ☐ | **Change of Control:** $1,000<br>**Note**: The company will be invoiced through NMLS after an ACN amendment has been filed.<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **NMLS (Agency Fee Invoice)** |
| ☐ | **Change in Ownership Documents:** Submit the following applicable information related to the change in ownership:<br>• Anticipated organization chart, including parents, subsidiaries, and affiliates.<br>• Detailed written description of the effect, if any, to the South Carolina licensees(s).<br>This document should be named *ACN-South Carolina-Change of Ownership,* and uploaded as one PDF document. | **Upload in NMLS:** under *Advance Change Notice* in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Credit Report for Control Persons**: $15 per control person. | **NMLS (Filing submission)** |
| ☐ | **Credit Report:** Individuals in a position of control are required to authorize a credit report through NMLS. Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. | **NMLS** |
| ☐ | **FBI Criminal Background Check for MU2 Individual**: $36.25 per person. | **NMLS (Filing submission)** |
| ☐ | **MU2 Individual FBI Criminal Background Check Requirements:** The following Individuals, as specified below, on the Company Form (MU1) are required to authorize an FBI criminal background check (CBC) through NMLS for this license even if you have authorized one previously for another license. CBC Agency Access must also be granted prior to this authorization.<br>*Direct and Indirect Owners*<br>• Owners of, or holders of the power to vote, directly or indirectly, 25 percent or more of a class of voting securities of the applicant or parent.<br>After authorizing an FBI criminal background check through the submission of the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required.<br>See the Criminal Background Check section of the NMLS Resource Center for | **NMLS** |

| Complete | SC Money Transmitter License<br><br>Addition or Modification of Direct or Indirect Owners Amendment Items | Submitted via… |
|---|---|---|
| | more information.<br><br>**Note**: If you are able to 'Use Existing Prints' to process the FBI criminal background check, you DO NOT have to schedule an appointment, however, you will need to authorize the criminal background check and grant CBC Agency Access. NMLS will automatically submit the fingerprints on file. | |

| Complete | SC Money Transmitter License<br><br>Addition or Modification Executive Officers/Directors Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Executive Officers/Directors:** Submit an amendment for an addition or change in Executive Officers/Directors within the Company Form (MU1) in NMLS within 15 business days of the change. | **NMLS** |
| ☐ | **Credit Report for Control Persons**: $15 per control person. | **NMLS (Filing submission)** |
| ☐ | **Credit Report:** Individuals in a position of control are required to authorize a credit report through NMLS. Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. This authorization is made when the Individual Form (MU2) is submitted as part of the Company Form (MU1). The definition of control is provided under SC Code 35-11-105 (5). | **NMLS** |
| ☐ | **FBI Criminal Background Check for MU2 Individual**: $36.25 per person. | **NMLS (Filing submission)** |
| ☐ | **MU2 Individual FBI Criminal Background Check Requirements:** The following Individuals, as specified below, on the Company Form (MU1) are required to authorize an FBI criminal background check (CBC) through NMLS for this license even if you have authorized one previously for another license. CBC Agency Access must also be granted prior to this authorization.<br><br>*Executive Officers, Directors, General Partners, Managing Members*<br><br>- Executive officers-must include, at a minimum, all individuals who perform, regardless of title, the functions of chief executive officer, chief operating officer, chief financial officer, chief compliance officer, chief technology officer, or any other individual who has principal managerial authority over the provision of money services by the licensee in South Carolina.<br><br>After authorizing an FBI criminal background check through the submission of | **NMLS** |

| Complete | SC Money Transmitter License<br>Addition or Modification Executive Officers/Directors Amendment Items | Submitted via… |
|---|---|---|
| | the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required.<br>See the Criminal Background Check section of the NMLS Resource Center for more information.<br>**Note**: If you are able to 'Use Existing Prints' to process the FBI criminal background check, you DO NOT have to schedule an appointment, however, you will need to authorize the criminal background check and grant CBC Agency Access. NMLS will automatically submit the fingerprints on file. | |

| Complete | SC Money Transmitter License<br>Change of Disclosure Question(s) Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Disclosure Question(s):** Submit an amendment for a change to Disclosure Question response(s) through the Company Form (MU1) within 15 business days of the occurrence causing the change in the response. | NMLS |
| ☐ | **Changing a Response from No to Yes:** Provide a complete and detailed explanation and document upload for each response that changes from "No" to "Yes" for company or each control person.<br>See the Company Disclosure Explanations Quick Guide for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |
| ☐ | **Changing a Response from Yes to No:** When changing a Disclosure Question response from Yes to No, you will be required to remove the question from the associated Disclosure Explanation and provide an Amendment Reason.<br>You must select "Add Explanation for "No" Responses" and provide an explanation for each response that changes from "Yes" to "No" for company or each control person. You may also upload a document (PDF) related to the explanation.<br>See the Company Disclosure Explanations Quick Guide for instructions. | NMLS |

Updated: 2/13/2019    Page 8 of 8
Case 4:21-cv-00913-NKL   Document 57-26   Filed 01/21/22   Page 9 of 9