# Exhibit 30



# CA-DFPI Money Transmitter License Amendment Checklist (Company)

**CHECKLIST SECTIONS**

- [General Information](#)
- [Amendments](#)

**GENERAL INFORMATION**

### Instructions

When making changes to your record in NMLS, the California Department of Financial Protection and Innovation (DFPI), formerly the Department of Business Oversight (DBO), requires advance notification for some changes. See the checklist below for details.

In addition, it is illegal for any person to acquire 10% or more ownership, interest or control, either directly or indirectly, of a licensee without the advance written approval of the Commissioner. Financial Code section 2035. Filing forms and documents in NMLS is <u>not</u> the same as or a substitute for obtaining the advance written approval of the Commissioner.

### Uploading Agency-Specific Documents

If you are required to upload documents to NMLS for an Advance Change Notice (ACN), select "Advance Change Notice" for the document type in the NMLS Document Uploads section. If you are required to upload documents for an amendment that doesn't require ACN, select the applicable document type in the NMLS Document Uploads section.

**If a document previously uploaded has been revised, delete the old document and replace it with the new document. The previous version of the document will remain in NMLS.**

**Note:** Use the recommended filing naming convention found on the [Document Upload Descriptions and Examples](#).

### Helpful Resources

- [Amendments & Advance Change Notice](#)
- [Document Uploads Quick Guide](#)
- [Document Upload Descriptions and Examples](#)

Updated: 8/26/2021     Page 1 of 15
Case 4:21-cv-00913-NKL    Document 57-30    Filed 01/21/22    Page 2 of 16

**Agency Contact Information**

Contact Jonathan Lee (213) 435-3921 or Oscar Lumen (415)263-8577 or send your questions via email to [Jonathan.Lee@dfpi.ca.gov](mailto:Jonathan.Lee@dfpi.ca.gov) or [Oscar.Lumen@dfpi.ca.gov](mailto:Oscar.Lumen@dfpi.ca.gov) for additional assistance.

*For U.S. Postal Service and Overnight Delivery:*
*Department of Financial Protection and Innovation*
*Money Transmitter Division*
*One Sansome Street, Suite 600*
*San Francisco, CA 94104-4428*

> THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING. THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH NMLS. SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

## AMENDMENTS

- Change of Legal Name
    - Change of Legal Name: $25 per license
- Change of Main Address
- Addition or Modification of Other Trade Name
- Addition or Modification of Board of Directors, Executive Officers, or Managers/Members of an LLC
- Addition or Modification of Direct or Indirect Owners with 10% or more Ownership or Control
- Deletion of Other Trade Name
- Change of Legal Status
- Addition or Modification of Affiliates/Subsidiaries
- Change of Disclosure Question(s)

## Applications for Change of Control

An acquisition of control application pursuant to Financial Code section 2035 must be filed for any change of direct or indirect ownership or control of a licensee of 10% or more. The advance written approval of the Commissioner is required before such a change can be consummated. Do not make any changes to the company's record in NMLS until you have obtained the Commissioner's written approval.

If a licensee believes that a technical change of control will occur as the result of a corporate reorganization, please submit a written request for an order of exemption, explaining the details of the transaction and discussing whether there is an introduction of a new control person. This should be completed before making changes to the company's record in NMLS.

## Documents Filed Directly with the DFPI

Please submit all documents required to be filed directly with the DFPI at the same time in one complete submission. Applications that are incomplete at the time they are filed will be returned.

**Note:** Information uploaded or filed in NMLS will not be viewable to the agency until the filing has been attested to and submitted through NMLS. Agency-specific requirements that should be emailed or mailed to the agency on the checklist below must be received with the appropriate checklist within five (5) business days of the electronic submission of your filing through NMLS.

| NMLS ID Number | |
|---|---|
| Licensee Legal Name | |

| Complete | CA-DFPI Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Legal Name:** Submit an ACN for a change of Legal Name through the Company Form (MU1) in NMLS. 30 days advance notice must be provided for this change. | **NMLS** |
| ☐ | **Change of Legal Name Fee:** $25 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **NMLS (Filing submission)** |
| ☐ | **Surety Bond Rider:** Upload and mail an original money transmitter surety bond rider (or new bond if applicable) that reflects the entity's new legal name. The name of the principal insured on the bond must match exactly the full legal name of applicant, including any Other Trade Names.<br>If a new surety bond is needed, please contact your portfolio manager at the DFPI. | **Upload in NMLS:** under the Document Type Surety Bond in the *Document Uploads* section of the Company Form (MU1).<br>**AND**<br>**Contact DFPI Portfolio Manager to Arrange Delivery** |
| ☐ | **Formation Documents:** Formation Documents must be submitted related to this change type.<br>Determine classification of applicant's legal status and submit a State certified copy of the requested applicable documentation detailed below. Original formation documents and all subsequent amendments, thereto including a list of any name changes.<br><br>**Limited Liability Company ("LLC"):**<br>• Articles of Organization (including all amendments);<br>• Operating Agreement (including all amendments);<br>• IRS Form 2553 or IRS Form 8832 if S-corp treatment elected; and<br>• LLC resolution if authority not in operating agreement.<br><br>**Corporation:**<br>• Articles of Incorporation (including all amendments);<br>• By-laws (including all amendments), if applicable;<br>• Shareholder Agreement (including all amendments), if applicable;<br>• IRS Form 2553 if S-corp treatment elected; and<br>• Corporate resolution if authority to complete application not in By-Laws or Shareholder Agreement, as amended, as applicable. | **Upload in NMLS:** under the Document Type Formation Document in the *Document Uploads* section of the Company Form (MU1). |

| Complete | CA-DFPI Money Transmitter License<br><br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Return Original License:** Company is required to return its license to this agency. | **Contact DFPI Portfolio Manager to Arrange Delivery** |
| ☐ | **Money Transmitter Receipt:** For licensees that engage in receiving money for transmission, submit a revised receipt(s) for legal approval. For more information, click here. | **Contact DFPI Portfolio Manager to Arrange Delivery** |

| NMLS ID Number | |
|---|---|
| Licensee Legal Name | |

| Complete | CA-DFPI Money Transmitter License<br>Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Main Address:** Submit an ACN for an addition of or change to an Other Trade Name through the Company Form (MU1) in NMLS. 30 days advance written notice must be provided for this change. | **NMLS** |
| Note | **Change of Main Address:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Surety Bond Rider:** Upload and mail an original money transmitter surety bond rider (or new bond if applicable) that reflects the entity's new legal name. The name of the principal insured on the bond must match exactly the full legal name of applicant, including any Other Trade Names.<br>If a new surety bond is needed, please contact your portfolio manager at the DFPI. | **Upload in NMLS:** under the Document Type <u>Surety Bond</u> in the *Document Uploads* section of the Company Form (MU1).<br>**AND**<br>**Contact DFPI Portfolio Manager to Arrange Delivery** |

| NMLS ID Number | |
|---|---|
| Licensee Legal Name | |

| Complete | CA-DFPI Money Transmitter License<br><br>Addition or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Other Trade Name:** Submit an ACN for an addition of or change to an Other Trade Name through the Company Form (MU1) in NMLS. 30 days advance written notice must be provided for this change. | **NMLS** |
| Note | **Addition of Other Trade Name** $0 per license.<br><br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Trade Name/Assumed Name Registration Certificates:** Trade Name/Assumed Name Registration Certificates must be submitted related to this change type.<br><br>If operating under a name that is different from the applicant's legal name, that name ("Trade Name", "Assumed Name" or "DBA") must be listed under the *Other Trade Names* section of the Company Form (MU1). The DFPI does not limit the number of other trade names.<br><br>If operating under an "Other Trade Name" or "dba", upload a file endorsed copy of the fictitious business name statement filed in accordance with Chapter 5, commencing with Section 17900, of the California Business and Professions Code for each trade name or dba that the applicant intends to use in California.<br><br>Upload this document in NMLS under the Document Type "Trade Name/Assumed Name Registration Certificates" in the *Document Uploads* section of the Company Form (MU1).<br><br>This document should be named *Money Transmitter License Trade Name / Assumed Name*. | **Upload in NMLS:** under the Document Type Trade Name/Assumed Name Registration Certificates in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Money Transmitter Receipt:** For licensees that engage in receiving money for transmission, submit a revised receipt(s) for legal approval. For more information, click here. | **Contact DFPI Portfolio Manager to Arrange Delivery** |

| | | |
|---|---|---|
| | **NMLS ID Number** | |
| | **Licensee Legal Name** | |

| Complete | CA-DFPI Money Transmitter License<br><br>**Addition or Modification of Board of Directors, Executive Officers, or Managers/Members of an LLC Amendment Items** | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Board of Directors, Executive Officers, or Managers/Members of an LLC:** Submit an ACN for an addition or change in Direct Owners/Executive Officers within the Company Form (MU1) in NMLS Thirty (30) days advance notice must be provided for this change.<br><br>**Note:** Changes in Board of Directors, Executive Officers, or Managers/Members of an LLC must be entered in the *Direct Owners and Executive Officers* section of the Company Form (MU1). | **NMLS** |
| ☐ | **Credit Report:** Individuals in a position of control are required to authorize a credit report through NMLS. Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. | **NMLS** |
| ☐ | **Credit Report for Control Persons**: $15 per control person.<br><br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **NMLS** |
| ☐ | **Fingerprints and Background Checks:** Fingerprints must be submitted to the California Department of Justice for each of the following persons:<br><br>1. Each new executive officer and each director of the license;<br>2. Each person who will own or control 10% or more of the voting shares of the licensee; and<br>3. Each person who will own or control 10% or more of the voting shares of each person or entity that controls the licensee or will possess authority to make decisions and otherwise direct the licensee.<br>Fingerprints must be taken at a law enforcement agency or a Live Scan Service Center. A list of Live Scan Service Centers is available here. The Live Scan must be requested by filling out the Request for Live Scan Service form available on the DFPI website. It may be necessary to arrange an appointment for fingerprinting, and the applicant is responsible for any fee charged. In addition, for FD-258s, a processing fee at the current rate charged by the California Department of Justice must accompany each form submitted.<br>A copy of the Live Scan receipts must be submitted directly to the DFPI. Each person fingerprinted should complete the appropriate boxes requesting personal information. A completed Written Consent for each individual shall also be submitted directly to the DFPI.<br><br>*Continued below* | **Contact DFPI Portfolio Manager to Arrange Delivery** |

| Complete | CA-DFPI Money Transmitter License<br><br>Addition or Modification of Board of Directors, Executive Officers, or Managers/Members of an LLC Amendment Items | Submitted via… |
|---|---|---|
| | If fingerprint cards are going to be used, the applicant must submit cardstock-paper fingerprint cards (not paper copies) using the standard Form FD-258, along with a Form JUS 203 (Applicant Transmittal Form), to the California Department of Justice at the following address:<br>    California Department of Justice<br>    Prescan Unit, K-111<br>    PO Box 903417<br>    Sacramento, CA  94203-4170<br><br>On the fingerprint card itself, input in the "EMPLOYER AND ADDRESS" box the following:<br>    ORI A0083<br>    CAFIN INST-FIN PROT & INNOV<br>    ONE SANSOME STREET,<br>    SUITE 600<br>    SAN FRANCISCO, CA 94104<br><br>And input in the "REASON FINGERPRINTED" box the following:<br>    APP TYPE: BANK LICENSE PER FC 379<br>    APP TITLE: OFFICER/DIRECTOR/MONEY TRANSMITTER<br>    MAIL CODE: 04899<br><br>On the Form JUS 203, enter in the number of applicants (i.e. persons being fingerprinted) in the appropriate column on the "State Level" and "Federal Level" rows under "Employment/Licensing/Certifications-General". The total due will be $32 per applicant for State Level and $17 per application for Federal Level, for a total of $49 per applicant.<br><br>If submitting cards to the DOJ, a <u>partial copy</u> of the submission package sent to the DOJ (including cover letter and copy of Form JUS 203 but <u>excluding</u> the fingerprint card) must be submitted with the application directly to the DFPI. **Do NOT provide a copy of the fingerprint cards to the DFPI.** A completed Written Consent for each individual shall also be submitted directly to the DFPI.<br><br>Submit all forms at the same time for all persons concerned to expedite the request. For example, if there are four persons subject to background checks please submit the forms for all four instead of submitting them separately. | |
| ☐ | **Information Regarding Control Persons Residing in Foreign Jurisdictions:** If any control person does not or has not resided in the US for at least 10 years, an investigative background report must be prepared by an acceptable search firm and submitted directly to the Department in addition to other background information required in the application.  The cost of the report must be borne by the applicant or the individual.  We have not yet assembled a list of "acceptable" search firms.  At a minimum, the firm must demonstrate that they have sufficient resources and are properly licensed to conduct the search of the background and that the firm is not affiliated with or an interest of any of the individuals under investigation.  The background investigation report must be in English and provided directly to the Department. | **Contact DFPI Portfolio Manager to Arrange Delivery** |

| Complete | CA-DFPI Money Transmitter License<br>Addition or Modification of Board of Directors, Executive Officers, or Managers/Members of an LLC Amendment Items | Submitted via… |
|---|---|---|
| | *Continued below.* | |
| | At a minimum, the report must contain the following:<br>1. A comprehensive credit report/history including the actual credit report as well as a summary.<br>2. Civil court and bankruptcy court records for the past 10 years, including a search of the court data in the country(ies), states, towns, where the individual resided and worked and in contiguous areas.<br>3. Criminal records including felonies, misdemeanors and violations including a search of court data in the country(ies), states, towns, where the individual resided and worked and in contiguous areas.<br>4. Education records.<br>5. Employment history.<br>6. Media history including an electronic search of national and local publications, wire services and business publications.<br>7. Regulatory history, particularly securities, insurance, mortgage-related, real estate, etc., if applicable.<br>The report must be accompanied by a search summary letter which identifies the scope of the search, indicate the independence of the firm from the individuals and the applicant, and identifies a person and provides contact information if questions should arise.<br>If an individual has had such a report, which meets the specifications listed above, prepared for another licensing agency within the past 12 months, the individual may have the investigating agency submit a copy of that report to us. In addition to the documentation generally required, the individual would need to submit a statement of no material change. | |
| ☐ | **Control Person (MU2) Attestation:** Complete the Individual Form (MU2) in NMLS. This form must be attested to by the applicable control person before it is able to be submitted along with the Company Form (MU1). | **NMLS** |
| ☐ | **DFPI Form 2:** Submit an original DFPI Form 2 for each control person.<br>https://dfpi.ca.gov/wp-content/uploads/sites/337/forms/bank/Form2.pdf | **Contact DFPI Portfolio Manager to Arrange Delivery** |

| | | |
|---|---|---|
| **NMLS ID Number** | | |
| **Licensee Legal Name** | | |

| Complete | CA-DFPI Money Transmitter License<br>Addition or Modification of Direct or Indirect Owners with 10% or more Ownership or Control Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Advance Written Approval of the Commissioner:** An acquisition of control application pursuant to Financial Code section 2035 must be filed for any change of direct or indirect ownership or control of a licensee of 10% or more. The advance written approval of the Commissioner is required before such a change can be consummated. Do not make any changes to the company's record in NMLS until you have obtained the Commissioner's written approval.<br><br>If a licensee believes that a technical change of control will occur as the result of a corporate reorganization, please submit a written request for an order of exemption, explaining the details of the transaction and discussing whether there is an introduction of a new control person.<br><br>*This should be completed before making changes to the company's record in NMLS.* | **Contact DFPI Portfolio Manager to Arrange Delivery** |
| ☐ | **Addition or Modification of Direct or Indirect Owners with 10% or more Ownership or Control:** <u>Once an application is approved or an order of exemption is issued,</u> submit an amendment for a change for an addition or change in Direct Owners, Indirect Owners and any new Executive Officers or other control persons within the Company Form (MU1) in NMLS.<br><br>Filing forms and documents in NMLS is <u>not</u> the same as or a substitute for obtaining the advance written approval of the Commissioner.<br><br>**Note:** Direct Ownerships changes must be entered in the *Direct Owners and Executive Officers* section of the Company Form (MU1). Indirect Ownerships changes must be entered in the *Indirect Owners* section of the Company Form (MU1). | **NMLS** |
| ☐ | **Acquisition of Control Application Fee**: $3,500<br>Fees collected are NOT REFUNDABLE OR TRANSFERABLE. | **Contact DFPI Portfolio Manager to Arrange Delivery** |
| ☐ | **Credit Report:** Individuals in a position of control are required to authorize a credit report through NMLS. Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. | **NMLS** |
| ☐ | **Credit Report for Control Persons**: $15 per control person.<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **NMLS** |

| Complete | CA-DFPI Money Transmitter License<br>Addition or Modification of Direct or Indirect Owners with 10% or more Ownership or Control Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Fingerprints and Background Checks:** Fingerprints must be submitted to the California Department of Justice for each of the following persons:<br><br>1. Each new executive officer and each director of the license;<br>2. Each person who will own or control 10% or more of the voting shares of the licensee; and<br>3. Each person who will own or control 10% or more of the voting shares of each person or entity that controls the licensee or will possess authority to make decisions and otherwise direct the licensee.<br><br>Fingerprints must be taken at a law enforcement agency or a Live Scan Service Center. A list of Live Scan Service Centers is available here. The Live Scan must be requested by filling out the Request for Live Scan Service form available on the DFPI website. It may be necessary to arrange an appointment for fingerprinting, and the applicant is responsible for any fee charged. In addition, for FD-258s, a processing fee at the current rate charged by the California Department of Justice must accompany each form submitted.<br><br>A copy of the Live Scan receipts must be submitted directly to the DFPI. Each person fingerprinted should complete the appropriate boxes requesting personal information. A completed Written Consent for each individual shall also be submitted directly to the DFPI.<br><br>If fingerprint cards are going to be used, the applicant must submit cardstock-paper fingerprint cards (not paper copies) using the standard Form FD-258, along with a Form JUS 203 (Applicant Transmittal Form), to the California Department of Justice at the following address:<br><br>    California Department of Justice<br>    Prescan Unit, K-111<br>    PO Box 903417<br>    Sacramento, CA  94203-4170<br><br>On the fingerprint card itself, input in the "EMPLOYER AND ADDRESS" box the following:<br>    ORI A0083<br>    CAFIN INST-FIN PROT & INNOV<br>    ONE SANSOME STREET,<br>    SUITE 600<br>    SAN FRANCISCO, CA 94104<br><br>And input in the "REASON FINGERPRINTED" box the following:<br>    APP TYPE: BANK LICENSE PER FC 379<br>    APP TITLE: OFFICER/DIRECTOR/MONEY TRANSMITTER<br>    MAIL CODE: 04899<br><br>    On the Form JUS 203, enter in the number of applicants (i.e. persons being fingerprinted) in the appropriate column on the "State Level" and "Federal Level" rows under "Employment/Licensing/Certifications-General".<br><br>*Continued below.* | **Contact DFPI Portfolio Manager to Arrange Delivery** |

| Complete | CA-DFPI Money Transmitter License<br><br>Addition or Modification of Direct or Indirect Owners with 10% or more Ownership or Control Amendment Items | Submitted via… |
|---|---|---|
|  | The total due will be $32 per applicant for State Level and $17 per application for Federal Level, for a total of $49 per applicant.<br><br>If submitting cards to the DOJ, a <u>partial copy</u> of the submission package sent to the DOJ (including cover letter and copy of Form JUS 203 but <u>excluding</u> the fingerprint card) must be submitted with the application directly to the DFPI. **Do NOT provide a copy of the fingerprint cards to the DFPI.** A completed [Written Consent](#) for each individual shall also be submitted directly to the DFPI.<br><br>Submit all forms at the same time for all persons concerned to expedite the request. For example, if there are four persons subject to background checks please submit the forms for all four instead of submitting them separately. |  |
| ☐ | **Information Regarding Control Persons Residing in Foreign Jurisdictions:** If any control person does not or has not resided in the US for at least 10 years, an investigative background report must be prepared by an acceptable search firm and submitted directly to the Department in addition to other background information required in the application. The cost of the report must be borne by the applicant or the individual. We have not yet assembled a list of "acceptable" search firms. At a minimum, the firm must demonstrate that they have sufficient resources and are properly licensed to conduct the search of the background and that the firm is not affiliated with or an interest of any of the individuals under investigation. The background investigation report must be in English and provided directly to the Department.<br>At a minimum, the report must contain the following:<br>1. A comprehensive credit report/history including the actual credit report as well as a summary.<br>2. Civil court and bankruptcy court records for the past 10 years, including a search of the court data in the country(ies), states, towns, where the individual resided and worked and in contiguous areas.<br>3. Criminal records including felonies, misdemeanors and violations including a search of court data in the country(ies), states, towns, where the individual resided and worked and in contiguous areas.<br>4. Education records.<br>5. Employment history.<br>6. Media history including an electronic search of national and local publications, wire services and business publications.<br>7. Regulatory history, particularly securities, insurance, mortgage-related, real estate, etc., if applicable.<br><br>The report must be accompanied by a search summary letter which identifies the scope of the search, indicate the independence of the firm from the individuals and the applicant, and identifies a person and provides contact information if questions should arise.<br><br>*Continued below.* | **Contact DFPI Portfolio Manager to Arrange Delivery** |

| Complete | CA-DFPI Money Transmitter License<br><br>Addition or Modification of Direct or Indirect Owners with 10% or more Ownership or Control Amendment Items | Submitted via… |
|---|---|---|
| | If an individual has had such a report, which meets the specifications listed above, prepared for another licensing agency within the past 12 months, the individual may have the investigating agency submit a copy of that report to us. In addition to the documentation generally required, the individual would need to submit a statement of no material change. | |
| ☐ | **Control Person (MU2) Attestation:** Complete the Individual Form (MU2) in NMLS. This form must be attested to by the applicable control person before it is able to be submitted along with the Company Form (MU1). | **NMLS** |
| ☐ | **DFPI Form 2:** Submit an original DFPI Form 2 for each new control person.<br><br>https://dfpi.ca.gov/wp-content/uploads/sites/337/forms/bank/Form2.pdf | **Contact DFPI Portfolio Manager to Arrange Delivery** |
| ☐ | **DFPI Form 2118:** Submit an original and a copy of complete responses to DFPI Form 2118, which is available at: https://dfpi.ca.gov/wp-content/uploads/sites/337/forms/money-transmitter/DFPI-2118.pdf | **Contact DFPI Portfolio Manager to Arrange Delivery** |

| Complete | CA-DFPI Money Transmitter License<br>**Deletion of Other Trade Name Amendment Items** | Submitted via… |
|---|---|---|
| ☐ | **Deletion of Other Trade Name:** Submit an amendment for deletion of an Other Trade Name through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Trade Name/Assumed Name Registration Certificates:** Delete any related fictitious business name statements from the *Document Uploads* section of the Company Form (MU1). | **NMLS** |

| Complete | CA-DFPI Money Transmitter License<br>**Change of Legal Status Amendment Items** | Submitted via… |
|---|---|---|
|  | **Note:** In many cases, a change to the Fiscal Year End, Legal Status, and State or Date of Formation indicates a new entity has been formed and a new NMLS record is required. This includes the creation of a new NMLS account and submission of a new Company Form (MU1). | |
| ☐ | **Change of Legal Status:** Submit an ACN for a change of Legal Status within the Company Form (MU1) in NMLS. Thirty (30) days advance notice must be provided for this change. | **NMLS** |

| Complete | CA-DFPI Money Transmitter License<br>Addition or Modification of Affiliates/Subsidiaries Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Affiliates/Subsidiaries:** Submit an ACN for an addition of or change to an Other Trade Name through the Company Form (MU1) in NMLS. 30 days advance written notice must be provided for this change. | **NMLS** |
| **Complete** | **CA-DFPI Money Transmitter License**<br>**Change of Disclosure Question(s) Amendment Items** | **Submitted via…** |
| ☐ | **Change of Disclosure Question(s):** Submit an amendment for a change to Disclosure Question response(s) through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Changing a Response from No to Yes:** Provide a complete and detailed explanation and document upload for each response that changes from "No" to "Yes" for company or each control person.<br>See the Company Disclosure Explanations Quick Guide for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |
| ☐ | **Changing a Response from Yes to No:** When changing a Disclosure Question response from Yes to No, you will be required to remove the question from the associated Disclosure Explanation and provide an Amendment Reason.<br>You must select "Add Explanation For "No" Responses" and provide an explanation for each response that changes from "Yes" to "No" for company or each control person. You may also upload a document (PDF) related to the explanation.<br>See the Company Disclosure Explanations Quick Guide for instructions. | **NMLS** |