# Exhibit 32

# Advance Change Notice Requirements Chart

**Updated: 9/17/2021**

*Numbers shown below indicate the number of days notice required for each change.*

| Agency | Entity Type | License Name | Legal Name Change |
|---|---|---|---|
| DE | Company | Check Seller, Money Transmitter License | 30 |
|  |  |  |  |
|  |  |  | 0 |