# Exhibit 34



# Kansas Money Transmitter License Amendment Checklist (Company)

**CHECKLIST SECTIONS**

- [General Information](#)
- [Amendments](#)

**GENERAL INFORMATION**

### Instructions

When making changes to your record in NMLS, Kansas Office of the State Bank Commissioner (KS) requires advance notification for some changes. See the checklist below for details.

### Uploading Agency-Specific Documents

If you are required to upload documents to NMLS for an Advance Change Notice (ACN), select "Advance Change Notice" for the document type in the NMLS Document Uploads section. If you are required to upload documents for an amendment that doesn't require ACN, select the applicable document type in the NMLS Document Uploads section.

**Note:** Use the recommended filing naming convention found on the [Document Upload Descriptions and Examples](#).

### Helpful Resources

- [Amendments & Advance Change Notice](#)
- [Document Uploads Quick Guide](#)
- [Document Upload Descriptions and Examples](#)

### Agency Contact Information

Contact Money Transmitter licensing staff at 785-296-5693 or send your questions via email to [MTLicensing@osbckansas.org](mailto:MTLicensing@osbckansas.org) for additional assistance.

<u>For U.S. Postal Service & Overnight Delivery:</u>

Office of the State Bank Commissioner
Consumer and Mortgage Licensing Division
700 SW Jackson St., Suite 300
Topeka, KS 66603

---

THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING. THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH NMLS. SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

**AMENDMENTS**

- [Change of Legal Name](#)

- [Change of Main Address](#)

- [Addition or Modification of Other Trade Name](#)

- [Deletion of Other Trade Name](#)

- [Change of Legal Status](#)

- [Addition or Modification of Affiliates/Subsidiaries](#)

- [Change of Control](#)
    - Change of Control Application Fee: $500
    - 60 days' <u>prior</u> notice must be provided for this change

- [Change of Directors/Officers/Executive Officers](#)
    - 30 days' notice must be provided

- [Change of Disclosure Question(s)](#)

**Note:** Information uploaded or filed in NMLS will not be viewable to the agency until the filing has been attested to and submitted through NMLS. Agency-specific requirements that should be emailed or mailed to the agency on the checklist below must be received with the appropriate checklist within five (5) business days of the electronic submission of your filing through NMLS.

| Complete | KS Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Legal Name:** Submit an ACN for a change of Legal Name through the Company Form (MU1) in NMLS. 30 days' notice must be provided for this change. | **NMLS** |
| Note | **Change of Legal Name Fee:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Electronic Surety Bond Rider:** Contact the surety bond producer to inform them of the change and effective date so the producer can initiate the Surety Bond Rider Process in NMLS. Visit the ESB for NMLS Licensees page of the NMLS Resource Center for more information about the Electronic Surety Bond process. | **Electronic Surety Bond in NMLS** |
| ☐ | **Formation Documents:** Formation Documents must be submitted related to this change type. Determine classification of applicant's legal status and submit a State certified copy of the requested applicable documentation detailed below. Original formation documents and all subsequent amendments, thereto including a list of any name changes.<br><br>**Unincorporated Association:**<br>• By-Laws or constitution (including all amendments).<br>**General Partnership:**<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Partnership:**<br>• Certificate of Limited Liability Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Partnership:**<br>• Certificate of Limited Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Limited Partnership:**<br>• Certificate of Limited Liability Limited Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Company ("LLC"):**<br>• Articles of Organization (including all amendments);<br>• Operating Agreement (including all amendments);<br>• IRS Form 2553 or IRS Form 8832 if S-corp treatment elected; and<br>• LLC resolution if authority not in operating agreement.<br>**Corporation:**<br>• Articles of Incorporation (including all amendments);<br>• By-laws (including all amendments), if applicable;<br>• Shareholder Agreement (including all amendments), if applicable;<br>• IRS Form 2553 if S-corp treatment elected; and<br>• Corporate resolution if authority to complete application not in By-Laws or Shareholder Agreement, as amended, as applicable.<br>**Not for Profit Corporation**<br>• Documents requested of a Corporation; and<br>• Proof of nonprofit status<br>    o Internal Revenue Service ("IRS") 501(c)(3) designation letter; or | **Upload in NMLS:** under the Document Type Formation Document in the *Document Uploads* section of the Company Form (MU1). |

| Complete | KS Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| | <ul><li>statement from a State taxing body or the State attorney general certifying that: (i) the entity is a nonprofit organization operating within the State; and (ii) no part of the entity's net earnings may lawfully benefit any private shareholder or individual; or</li><li>entity's certificate of incorporation or similar document if it clearly establishes the nonprofit status of the applicant; or</li><li>Any of the three preceding items described, if that item applies to a State or national parent organization, together with a statement by the State or parent organization that the applicant is a local nonprofit affiliate.</li></ul>**Trust (Statutory)**<br>• Certificate of Trust; and<br>• Governing instrument (all amendments). | |

| Complete | KS Money Transmitter License<br>Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Main Address:** Submit an ACN for a change of Main (Corporate) Address through the Company Form (MU1) in NMLS. 30 days' notice must be provided for this change. | **NMLS** |
| Note | **Change of Main Address:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | N/A |

| Complete | KS Money Transmitter License<br><br>Addition or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Other Trade Name:** Submit an ACN for an addition of or change to an Other Trade Name through the Company Form (MU1) in NMLS. 30 days' notice must be provided for this change. | **NMLS** |
| Note | **Addition of Other Trade Name** $0 per license.<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |

| Complete | KS Money Transmitter License<br><br>Deletion of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Deletion of Other Trade Name:** Submit an amendment for deletion of an Other Trade Name through the Company Form (MU1) in NMLS.<br><br>If deleting an Other Trade Name, this name must be removed from the *Other Trade Names* section of the Company Form (MU1). | **NMLS** |

| Complete | KS Money Transmitter License<br><br>Change of Legal Status Amendment Items | Submitted via… |
|---|---|---|
| **Note:** In many cases, a change to the Fiscal Year End, Legal Status, and State or Date of Formation indicates a new entity has been formed and a new NMLS record is required. This includes the creation of a new NMLS account and submission of a new Company Form (MU1). | | |
| ☐ | **Change of Legal Status:** Submit an ACN for a change of Legal Status within the Company Form (MU1) in NMLS. 60 days' notice must be provided for this change. | **NMLS** |

| Complete | KS Money Transmitter License<br><br>Addition or Modification of Affiliates/Subsidiaries Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Affiliates/Subsidiaries:** Submit an ACN for an addition or change in Affiliates/Subsidiaries within the Company Form (MU1) in NMLS. 60 days' notice must be provided for this change. | **NMLS** |

|  |  |
|---|---|
| **NMLS ID Number** |  |
| **Licensee Legal Name** |  |

| Complete | KS Money Transmitter License<br>Change of Control | Submitted via… |
|---|---|---|
| ☐ | **Change of Control:** Submit the Application for Change of Control Form directly to Kansas. | **Mail to KS** |
| ☐ | **Addition or Modification of Direct Owners/Executive Officers & Indirect Owners:** Submit an ACN for an addition or change in Direct Owners/Executive Officers or Indirect Owners within *Direct Owners/Executive Officers* section or *Indirect Owners* section of the Company Form (MU1) in NMLS.<br><br>60 days' notice must be provided for this change per K.S.A. 9-509(c). | **NMLS** |
| ☐ | **Change of Control Application Fee:** $500<br><br>**Note:** Submit payment made payable to the Office of the State Bank Commissioner, along with your mailed application. If you wish to pay through the NMLS, please indicate on your Application for Change of Control Form that you would like to be invoiced via the NMLS. | **NMLS (Agency Fee Invoice)**<br><br>**OR Mail check to KS** |
| ☐ | **Credit Report for Control Persons**: $15 per control person. | **NMLS (Filing submission)** |
| ☐ | **Credit Report:** Individuals in a position of control are required to authorize a credit report through NMLS. Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. | **NMLS** |
| ☐ | **FBI Criminal Background Check for MU2 Individual**: $36.25 per person. | **NMLS (Filing submission)** |
| ☐ | **Secretary Of State/Municipality Documentation**: Corporations; provide a Certificate of Good Standing dated not more than **60 of days** from the filing of this application issued by the Office of the State Bank Commissioner.<br>    a. Limited liability company; provide a copy of a Certificate of Good Standing or a Certificate of Registration dated not more than **60 of days** from the filing of this application issued by the Office of the State Bank Commissioner**.**<br>    b. Limited partnership; provide a Certificate of Good Standing for the Limited Partnership from the Office of the State Bank Commissioner.<br>    c. General partnership; provide a Certificate of Good Standing for the General Partnership from the **City or Town** in which the partnership is registered. | **Upload in NMLS:** under the Document Type Formation Document in the *Document Uploads* section of the Company Form (MU1). |

| Complete | KS Money Transmitter License<br>Change of Control | Submitted via… |
|---|---|---|
| ☐ | **MU2 Individual FBI Criminal Background Check Requirements:** The following Individuals, as specified below, on the Company Form (MU1) are required to authorize a FBI criminal background check (CBC) through NMLS.<br><br>**Please note that non-U.S. Citizens who are required to authorize a CBC through NMLS and have not resided in the U.S. for at least 10 years, must have an investigative background report prepared by an acceptable search firm in lieu of authorizing a CBC in NMLS. Information regarding these reports can be found on the OSBC website at:** http://www.osbckansas.org/mt/applications/non_usa_background.pdf<br><br>*Direct Owners*<br><br>- Any person that owns, beneficially owns, has the right to vote, or has the power to sell or direct the sale of 25% or more of a class of voting security of the applicant or licensee.<br><br>*Indirect Owners*<br><br>- Any entity or individual that directly or indirectly, has the right to vote, or has the power to sell or direct the sale of 25% or more of a class of voting securities of the applicant or licensee.<br><br>After authorizing a FBI criminal background check through the submission of the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required.<br><br>See the Criminal Background Check section of the NMLS Resource Center for more information.<br><br>**Note:** If you are able to 'Use Existing Prints' to process the FBI criminal background check, you DO NOT have to schedule an appointment. NMLS will automatically submit the fingerprints on file. | NMLS |

Updated: 7/7/2020　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 7 of 9
Case 4:21-cv-00913-NKL   Document 57-34   Filed 01/21/22   Page 8 of 10

| Complete | KS Money Transmitter License<br>Change of Directors/Officers/Executive Officers | Submitted via… |
|---|---|---|
| ☐ | **Change of Directors/Officers/Executive Officers:** Submit an ACN for any addition, removal, or change in directors, officers or executive officers in the *Direct Owners/Executive Officers* section of the Company Form (MU1) in NMLS. 30 days' notice must be provided for this change per K.S.A. 9-513e. | **NMLS** |
| ☐ | **Credit Report for Control Persons**: $15 per control person. | **NMLS (Filing submission)** |
| ☐ | **Credit Report:** Individuals in a position of control are required to authorize a credit report through NMLS. Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. | **NMLS** |
| ☐ | **FBI Criminal Background Check for MU2 Individual**: $36.25 per person. | **NMLS (Filing submission)** |
| ☐ | **MU2 Individual FBI Criminal Background Check Requirements:** When added to the Company Form (MU1), the following Individuals, as specified below, are required to authorize a FBI criminal background check (CBC) through NMLS.<br><br>**Please note that non-U.S. Citizens who are required to authorize a CBC through NMLS and have not resided in the U.S. for at least 10 years, must have an investigative background report prepared by an acceptable search firm in lieu of authorizing a CBC in NMLS. Information regarding these reports can be found on our website at:**<br>http://www.osbckansas.org/mt/applications/non_usa_background.pdf<br><br>Note**:** A change of control may require fingerprinting and criminal background checks. Criminal Background Checks will be determined after receipt of notification of the Change of Control Application form is reviewed. Any other change in directors, officers or executive officers will require fingerprinting/criminal background checks. Criminal Background Checks should be requested through the NMLS. Please email our office to notify us when CBC results are received.<br><br>*Executive Officers*<br><br>- Individuals, regardless of title, who have the power, directly or indirectly, to direct the management or policies of a company by contract or otherwise. President, Executive Vice President, Senior Vice President, Treasurer, Secretary or similarly elected or appointed senior corporate officers. Board of Directors. Chief Executive Officer, Chief Financial Officer, Chief Operations Officer, Chief Compliance Officer/BSA Officer.<br><br>After authorizing a FBI criminal background check through the submission of the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required. | **Email to MTLicensing@osbckansas.org**<br>**OR Mail to OSBC** |

Updated: 7/7/2020                                                                                   Page 8 of 9
Case 4:21-cv-00913-NKL    Document 57-34    Filed 01/21/22    Page 9 of 10

| Complete | KS Money Transmitter License<br>Change of Directors/Officers/Executive Officers | Submitted via… |
|---|---|---|
| | See the Criminal Background Check section of the NMLS Resource Center for more information.<br><br>**Note**: If you are able to 'Use Existing Prints' to process the FBI criminal background check, you DO NOT have to schedule an appointment. NMLS will automatically submit the fingerprints on file. | |

| Complete | KS Money Transmitter License<br>Change of Disclosure Question(s) Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Disclosure Question(s):** Submit an amendment for a change to Disclosure Question response(s) through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Changing a Response from No to Yes:** Provide a complete and detailed explanation and document upload for each response that changes from "No" to "Yes" for company or each control person.<br><br>See the Company Disclosure Explanations Quick Guide for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |
| ☐ | **Changing a Response from Yes to No:** When changing a Disclosure Question response from Yes to No, you will be required to remove the question from the associated Disclosure Explanation and provide an Amendment Reason.<br><br>You must select "Add Explanation for "No" Responses" and provide an explanation for each response that changes from "Yes" to "No" for company or each control person. You may also upload a document (PDF) related to the explanation.<br><br>See the Company Disclosure Explanations Quick Guide for instructions. | **NMLS** |

Updated: 7/7/2020　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 9 of 9
Case 4:21-cv-00913-NKL   Document 57-34   Filed 01/21/22   Page 10 of 10