# Exhibit 35

# Advance Change Notice Requirements Chart

Updated:9/17/2021

*Numbers shown below indicate the number of days notice required for each change.*

| Agency | Entity Type | License Name | Legal Name Change |
|---|---|---|---|
| KY | Company | Money Transmitter License | 30 |
|  |  |  |  |
|  |  |  | 0 |