# Exhibit 36

# Advance Change Notice Requirements Chart

**Updated: 9/17/2021**

*Numbers shown below indicate the number of days notice required for each change.*

| Agency | Entity Type | License Name | Legal Name Change |
|--------|-------------|--------------|-------------------|
| LA | Company | Sale of Checks and Money Transmitters | 30 |
| | | | |
| | | | 0 |