# Exhibit 37



# MA Foreign Transmittal Agency License Amendment Checklist (Company)

## CHECKLIST SECTIONS

- [General Information](#)
- [Amendments](#)

## GENERAL INFORMATION

### Instructions

When making changes to your record in NMLS, MA requires advance notification for some changes. See the checklist below for details.

### Uploading Agency-Specific Documents

If you are required to upload documents to NMLS for an Advance Change Notice (ACN), select "Advance Change Notice" for the document type in the NMLS Document Uploads section. If you are required to upload documents for an amendment that doesn't require ACN, select the applicable document type in the NMLS Document Uploads section.

**Note:** Use the recommended filing naming convention found on the [Document Upload Descriptions and Examples](#).

### Helpful Resources

- [Amendments & Advance Change Notice](#)
- [Document Uploads Quick Guide](#)
- [Document Upload Descriptions and Examples](#)

### Agency Contact Information

Contact *Division of Banks* licensing staff by phone at 617-956-1500 ext. 61479 or send your questions via email to nmls@state.ma.us for additional assistance.

| *For U.S. Postal Service:* | *For Overnight Delivery:* |
|---|---|
| *Massachusetts Division of Banks* | *Massachusetts Division of Banks* |
| *Attn: Licensing Unit - CFMSB* | *Attn: Licensing Unit - CFMSB* |
| *1000 Washington Street* | *1000 Washington Street* |
| *10th floor* | *10th floor* |
| *Boston, MA 02118-2218* | *Boston, MA 02118-2218* |

THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING. THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH NMLS. SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

## AMENDMENTS

- [Change of Legal Name](#)
- [Change of Main Address](#)
    - Change of Main Address: $200.00 per license
- [Addition or Modification of Other Trade Name](#)
    - Addition of Other Trade Names: $1,300.00 per Other Trade Name License
- [Deletion of Other Trade Name](#)
- [Change of Legal Status](#)
- [Addition or Modification of Affiliates/Subsidiaries](#)
- [Addition or Modification of Direct Owners/Executive Officers](#)
- [Addition or Modification of Indirect Owners](#)
- [Addition or Modification of Qualifying Individuals](#)
- [Change of Disclosure Question(s)](#)

**Note:** Information uploaded or filed in NMLS will not be viewable to the agency until the filing has been attested to and submitted through NMLS. Agency-specific requirements that should be emailed or mailed to the agency on the checklist below must be received with the appropriate checklist within five (5) business days of the electronic submission of your filing through NMLS.

| Complete | MA Foreign Transmittal Agency License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Legal Name:** Submit an ACN for a change of Legal Name through the Company Form (MU1) in NMLS. 30 Days' notice must be provided for this change.<br><br>Please be advised that the name change may trigger a corresponding amendment requirement in the "Legal Status" section of the Company Form. | **NMLS** |
| Note | **Change of Legal Name Fee:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Surety Bond Rider:** Contact the surety bond producer to inform them of the change and effective date so the producer can initiate the Surety Bond Rider Process in NMLS. Visit the ESB for NMLS Licensees page of the NMLS Resource Center for more information about the Electronic Surety Bond process<br>**Note:** Changes in transaction volume could affect the amount required for the surety bond. If there are changes in the company's transaction volume, contact the surety bond producer to update the surety bond rider. | **Electronic Surety Bond in NMLS** |
| ☐ | **Secretary of State Documentation:** Provide all relevant name change documentation from the Secretary of State(s) office(s) to verify the licensee's legal name has been properly amended with its home state and with the Secretary of the Commonwealth. Based on review of the notification, additional documents may be required. | **Upload in NMLS:** under the Document Type Certificate of Authority/Good Standing Certificate in the *Document Uploads* section of the Company Form (MU1). |

| Complete | MA Foreign Transmittal Agency License<br>Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Main Address:** Submit an ACN for a change of Main (Corporate) Address through the Company Form (MU1) in NMLS. 30 Days notice must be provided for this change. | **NMLS** |
| ☐ | **Change of Main Address:** $200.00 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **NMLS** |

Updated: 9/21/2017　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 3 of 9
Case 4:21-cv-00913-NKL   Document 57-37   Filed 01/21/22   Page 4 of 10

| Complete | MA Foreign Transmittal Agency License<br><br>Addition or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Other Trade Name:** Submit an ACN for an addition of or change to an Other Trade Name through the Company Form (MU1) in NMLS. 30 Days must be provided for this change.<br><br>MA Foreign Transmittal Agency licensees are prohibited from using more than one trade name, fictitious name, or DBA for each license obtained.<br><br>All DBAs the licensee intends to utilize in Massachusetts should be listed under the Other Trade Name section of the Company (MU1) Form. It is the applicant's responsibility to ensure that all names are properly registered with the required municipality or government agency. If the licensee will be operating under its legal name and just one trade name or DBA designation, listing that trade name in the section mentioned above is sufficient. However, if the licensee will be operating under more than one trade name or DBA designation, separate "Other Trade Name" licenses are required for those names.<br><br>To apply to use a second trade name or DBA designation, select a "Foreign Transmittal Agency – Other Trade Name #1" license type. To apply to use additional trade names or DBA designations, select additional "Foreign Transmittal Agency – Other Trade Name [#]" license types. A licensee may apply for up to 8 "Other Trade Name" licenses per business license. The fees associated with each Other Trade Name license are equal to the Foreign Transmittal Agency license fees, and all fees collected through NMLS are non-refundable. | NMLS |
| ☐ | **Addition of Other Trade Name** $1,300.00 per license.<br><br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **NMLS (Filing submission)** |

| Complete | MA Foreign Transmittal Agency License<br><br>Deletion of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Deletion of Other Trade Name:** Submit an ACN for a deletion an Other Trade Name through the Company Form (MU1) in NMLS. 30 Days must be provided for this change.<br><br>MA Division of Banks requires a separate license for each Other Trade Name added. When deleting an Other Trade Name, licensee must request to surrender the appropriate MA Foreign Transmittal Agency License Other Trade Name # license. This surrender must be requested in the *License/Registration* section of the Company Form (MU1). | NMLS |

| Complete | MA Foreign Transmittal Agency License<br>Change of Legal Status Amendment Items | Submitted via… |
|---|---|---|
| **Note:** In many cases, a change to the Fiscal Year End, Legal Status, and State or Date of Formation indicates a new entity has been formed and a new NMLS record is required. This includes the creation of a new NMLS account and submission of a new Company Form (MU1). |||
| ☐ | **Change of Legal Status:** Submit an amendment for a change in Legal Status within the Company Form (MU1) in NMLS. | **NMLS** |

| Complete | MA Foreign Transmittal Agency License<br>Addition or Modification of Affiliates/Subsidiaries Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Affiliates/Subsidiaries:** Submit an amendment for an addition or change in Affiliates/Subsidiaries within the Company Form (MU1) in NMLS. | **NMLS** |

| Complete | MA Foreign Transmittal Agency License<br>Addition or Modification of Direct Owners/Executive Officers Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Direct Owners/Executive Officers:** Submit an ACN for an addition or change in Direct Owners/Executive Officers within the Company Form (MU1) in NMLS. 30 Days' notice must be provided for this change. | **NMLS** |
| ☐ | **Credit Report for Control Persons**: $15 per control person. | **NMLS (Filing submission)** |
| ☐ | **Credit Report:** Individuals in a position of control are required to authorize a credit report through NMLS. Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. | **NMLS** |
| ☐ | **FBI Criminal Background Check for MU2 Individual**: $36.25 per person. | **NMLS (Filing submission)** |
| ☐ | **MU2 Individual FBI Criminal Background Check Requirements:** When added to the Company Form (MU1), the following Individuals, as specified below, are required to authorize a FBI criminal background check (CBC) through NMLS.<br>*Direct Owners* | **NMLS** |

Updated: 9/21/2017  Page 5 of 9
Case 4:21-cv-00913-NKL   Document 57-37   Filed 01/21/22   Page 6 of 10

| Complete | MA Foreign Transmittal Agency License<br>Addition or Modification of Direct Owners/Executive Officers Amendment Items | Submitted via… |
|---|---|---|
| | • Equity Owners - an entity or individual that, directly or indirectly has the right to vote 10% or more of a class of a voting security or has the power to sell or direct the sales of 10% or more of a class of voting securities.  In the case of a partnership, an entity or individual that has the right to receive upon dissolution, or has contributed, 10% or more of the capital, is presumed to control that company.<br><br>*Executive Officers*<br><br>• Corporate Governance - as set out in the most recent Articles of Incorporations, Articles of Organizations, or Partnership Agreement.<br>• Board of Directors, Board of Managers, Member Manager, General Partner, or similar governing body.<br>• President, Executive Vice President, Senior Vice President, Treasurer, Secretary, or similarly elected or appointed senior corporate officers.<br>• Functional Responsibility – Individuals regardless of titles, who have the power, directly or indirectly to direct the management or policies of a company by contract, or otherwise.  Job description holds individual responsible for the operational, financial information technology, compliance, and/or security functions of the company, including Chief Executive Officers, Chief Financial Officer, Chief Operations Officer, Chief Legal Officer, Chief Credit Officer, Chief Compliance Officer, and individuals occupying similar positions or performing similar functions.<br><br>After authorizing a FBI criminal background check through the submission of the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required.<br><br>See the Criminal Background Check section of the NMLS Resource Center for more information.<br><br>**Note**: If you are able to 'Use Existing Prints' to process the FBI criminal background check, you DO NOT have to schedule an appointment. NMLS will automatically submit the fingerprints on file. | |

| Complete | MA Foreign Transmittal Agency License<br>Addition or Modification of Indirect Owners Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Indirect Owners:** Submit an ACN for an addition or change in Indirect Owners within the Company Form (MU1) in NMLS. 30 Days notice must be provided for this change. | **NMLS** |
| ☐ | **Credit Report for Control Persons**: $15 per control person. | **NMLS (Filing submission)** |
| ☐ | **Credit Report:** Individuals in a position of control are required to authorize a credit report through NMLS. Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. | **NMLS** |
| ☐ | **FBI Criminal Background Check for MU2 Individual**: $36.25 per person. | **NMLS (Filing submission)** |
| ☐ | **MU2 Individual FBI Criminal Background Check Requirements:** When added to the Company Form (MU1), Indirect Owners, as specified below, are required to authorize a FBI criminal background check (CBC) through NMLS.<br><br>*Indirect Owners*<br><br>• In the case of an owner that is a corporation, each of its shareholders that beneficially owns, has the right to vote, or has the power to sell or direct the sale of, 25% or more of a class of voting security of that corporation<br>• In the case of an owner that is a partnership, all general partners and those limited and special partners that have the right to receive upon dissolution, or have contributed, 25% or more of the partnership's capital.<br>• In the case of an owner that is a trust, the trust and each trustee<br>• In the case of an owner that is a Limited Liability Company (LLC), (i) those members that have the right to receive upon dissolutions, or have contributed, 25% or more of the LLC's capital, and (ii) if managed by elected or appointed managers, all elected or appointed managers.<br>• *All indirect owners of 25% or more should be identified, regardless of the applicant's/licensee's business structure.<br><br>After authorizing a FBI criminal background check through the submission of the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required.<br><br>See the Criminal Background Check section of the NMLS Resource Center for more information.<br><br>**Note:** If you are able to 'Use Existing Prints' to process the FBI criminal background check, you DO NOT have to schedule an appointment. NMLS will automatically submit the fingerprints on file. | **NMLS** |

Updated: 9/21/2017　　　　　　　　　　　　　　　　　　　　　　　　　Page 7 of 9
Case 4:21-cv-00913-NKL   Document 57-37   Filed 01/21/22   Page 8 of 10

| Complete | MA Foreign Transmittal Agency License<br>Addition or Modification of Qualifying Individual Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Qualifying Individual:** Submit an ACN for an addition or change in Qualifying Individuals within the Company Form (MU1) in NMLS. 30 Days notice must be provided for this change. | **NMLS** |
| Note | **Change of Qualifying Individual:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Credit Report for Control Persons**: $15 per control person. | **NMLS (Filing submission)** |
| ☐ | **Credit Report:** Individuals in a position of control are required to authorize a credit report through NMLS. Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. | **NMLS** |
| ☐ | **FBI Criminal Background Check for MU2 Individual**: $36.25 per person. | **NMLS (Filing submission)** |
| ☐ | **MU2 Individual FBI Criminal Background Check Requirements:** When added to the Company Form (MU1), Qualifying Individuals, as specified below, are required to authorize a FBI criminal background check (CBC) through NMLS.<br>*Qualifying Individuals*<br>• The Location Manager (on-site manager) whose principle office is physically located in, who is in charge of, and who is responsible for the business operations at the Main Office (MU1).<br>After authorizing a FBI criminal background check through the submission of the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required.<br>See the Criminal Background Check section of the NMLS Resource Center for more information.<br>**Note**: If you are able to 'Use Existing Prints' to process the FBI criminal background check, you DO NOT have to schedule an appointment. NMLS will automatically submit the fingerprints on file. | **NMLS** |

| Complete | MA Foreign Transmittal Agency License<br>Change of Disclosure Question(s) Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Disclosure Question(s):** Submit an amendment for a change to Disclosure Question response(s) through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Changing a Response from No to Yes:** Provide a complete and detailed explanation and document upload for each response that changes from "No" to "Yes" for company or each control person.<br>See the Company Disclosure Explanations Quick Guide for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |
| ☐ | **Changing a Response from Yes to No:** When changing a Disclosure Question response from Yes to No, you will be required to remove the question from the associated Disclosure Explanation and provide an Amendment Reason.<br>You must select "Add Explanation for "No" Responses" and provide an explanation for each response that changes from "Yes" to "No" for company or each control person. You must also upload a document (PDF) related to the explanation.<br>See the Company Disclosure Explanations Quick Guide for instructions. | **NMLS** |