# Exhibit 40



# NC Money Transmitter License Amendment Checklist (Company)

**CHECKLIST SECTIONS**

- [General Information](#)
- [Amendments](#)

**GENERAL INFORMATION**

**Instructions**

When making changes to your record in NMLS, NC Office of the Commissioner of Banks requires advance notification for some changes. See the checklist below for details.

**Uploading Agency-Specific Documents**

If you are required to upload documents to NMLS for an Advance Change Notice (ACN), select "Advance Change Notice" for the document type in the NMLS Document Uploads section. If you are required to upload documents for an amendment that doesn't require ACN, select the applicable document type in the NMLS Document Uploads section.

**Note:** Use the recommended filing naming convention found on the [Document Upload Descriptions and Examples](#).

**Helpful Resources**

- [Amendments & Advance Change Notice](#)
- [Document Uploads Quick Guide](#)
- [Document Upload Descriptions and Examples](#)

**Agency Contact Information**

Licensees with legal names beginning with the letters A through M should contact Debra Williford via email at dwilliford@nccob.gov and licensees with legal names beginning with the letters N through Z should contact Lisa Johnson via email at ljohnson@nccob.gov for additional assistance.

|  |  |
|---|---|
| *For U.S. Postal Service:* | *For Overnight Delivery:* |
| NC Office of the Commissioner of Banks | NC Office of the Commissioner of Banks |
| Money Transmission Division | Money Transmission Division |
| 4309 Mail Service Center | 316 W. Edenton St. |
| Raleigh, NC 27699-4309 | Raleigh, NC 27603 |

THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING. THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH NMLS. SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

## AMENDMENTS

- [Change of Legal Name](#)

- [Change of Main Address](#)

- [Addition or Modification of Other Trade Name](#)

- [Deletion of Other Trade Name](#)

- [Change of Legal Status](#)

- [Addition or Modification of Affiliates/Subsidiaries](#)

- [Addition or Modification of Direct Owners/Executive Officers](#)

- [Addition or Modification of Indirect Owners](#)

- [Change of Disclosure Question(s)](#)

**Note:** Information uploaded or filed in NMLS will not be viewable to the agency until the filing has been attested to and submitted through NMLS. Agency-specific requirements that should be emailed or mailed to the agency on the checklist below must be received with the appropriate checklist within five (5) business days of the electronic submission of your filing through NMLS.

| NMLS ID Number | |
|---|---|
| Applicant Legal Name | |

| Complete | NC Money Transmitter License<br><br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Legal Name:** Submit an amendment for a change of Legal Name through the Company Form (MU1) in NMLS within 30 days of change. | **NMLS** |
| Note | **Original License:** Destroy the license immediately. | **N/A** |
| Note | **Change of Legal Name Fee:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Surety Bond Rider:** Contact the surety bond producer to inform them of the change and effective date so the producer can initiate the Surety Bond Rider Process in NMLS. Visit the ESB for NMLS Licensees page for more information.<br>**Surety Bond Requirements Table**<br><br>| Amount (NC Annual Volume) | Bond Amount |<br>|---|---|<br>| Up to $1,000,000 | $150,000 |<br>| $1,000,001 to $5,000,000 | $175,000 |<br>| $5,000,001 to $10,000,000 | $200,000 |<br>| $10,000,001 to $50,000,000 | $225,000 |<br>| More Than $50,000,000.00 | $250,000 | | **Electronic Surety Bond in NMLS** |
| ☐ | **Formation Documents:** Formation Documents must be submitted related to this change type.<br><br>Provide documentation filed with the Home State Secretary of State and the NC Secretary of State.<br><br>Determine classification of applicant's legal status and submit a State certified copy of the requested applicable documentation detailed below. Original formation documents and all subsequent amendments, thereto including a list of any name changes.<br><br>**General Partnership:**<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Partnership:**<br>• Certificate of Limited Liability Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Partnership:**<br>• Certificate of Limited Partnership; and<br>• Partnership Agreement (including all amendments).<br>**Limited Liability Limited Partnership:**<br>• Certificate of Limited Liability Limited Partnership; and<br>• Partnership Agreement (including all amendments). | **Upload in NMLS:** under the Document Type Formation Document in the *Document Uploads* section of the Company Form (MU1). |

Updated: 6/11/2018      Page 3 of 10
Case 4:21-cv-00913-NKL   Document 57-40   Filed 01/21/22   Page 4 of 11

| Complete | NC Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| | **Limited Liability Company ("LLC"):**<br>• Articles of Organization (including all amendments);<br>• Operating Agreement (including all amendments);<br>• IRS Form 2553 or IRS Form 8832 if S-Corp treatment elected; and<br>• LLC resolution if authority not in operating agreement.<br>**Corporation:**<br>• Articles of Incorporation (including all amendments);<br>• By-laws (including all amendments), if applicable;<br>• Shareholder Agreement (including all amendments), if applicable;<br>• IRS Form 2553 if S-Corp treatment elected; and<br>• Corporate resolution if authority to complete application not in By-Laws or Shareholder Agreement, as amended, as applicable.<br>**Not for Profit Corporation**<br>• Documents requested of a Corporation; and<br>• Proof of nonprofit status<br>    o Internal Revenue Service ("IRS") 501(c)(3) designation letter; or<br>    o statement from a State taxing body or the State attorney general certifying that: (i) the entity is a nonprofit organization operating within the State; and (ii) no part of the entity's net earnings may lawfully benefit any private shareholder or individual; or<br>    o entity's certificate of incorporation or similar document if it clearly establishes the nonprofit status of the applicant; or<br>    o Any of the three preceding items described, if that item applies to a State or national parent organization, together with a statement by the State or parent organization that the applicant is a local nonprofit affiliate. | |

| Complete | NC Money Transmitter License<br>Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Main Address:** Submit an ACN for a change of Main (Corporate) Address through the Company Form (MU1) ten (10) days in advance of this change. | **NMLS** |
| Note | **Change of Main Address:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |

| Complete | NC Money Transmitter License<br>Addition or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Other Trade Name:** Submit an amendment for an addition of or change to an Other Trade Name through the Company Form (MU1) in NMLS within 30 days of the change. | **NMLS** |
| Note | **Addition of Other Trade Name** $0 per license.<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Trade Name/Assumed Name Registration Certificates:** Trade Name/Assumed Name Registration Certificates must be submitted related to this change type.<br>Provide registration documentation from the Wake County Register of Deeds | **Upload in NMLS:** under the Document Type <u>Trade Name/Assumed Name Registration Certificates</u> in the *Document Uploads* section of the Company Form (MU1). |

| Complete | NC Money Transmitter License<br>Deletion of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Deletion of Other Trade Name:** Submit an amendment for deletion of an Other Trade Name through the Company Form (MU1) in NMLS within 30 days of the change. If deleting an Other Trade Name, this name must be removed from the *Other Trade Names* section of the Company Form (MU1). | **NMLS** |
| ☐ | **Withdrawal of Assumed Name:** A registered Withdrawal of Assumed Name form must be submitted related to this change type.<br>Upload documentation received from the Wake County Register of Deeds | **Upload in NMLS:** under the Document Type <u>Trade Name/Assumed Name Registration Certificates</u> in the *Document Uploads* section of the Company Form (MU1). |

| Complete | NC Money Transmitter License<br>Change of Legal Status Amendment Items | Submitted via… |
|---|---|---|
| note | **Note:** In many cases, a change to the Fiscal Year End, Legal Status, and State or Date of Formation indicates a new entity has been formed and a new NMLS record is required. This includes the creation of a new NMLS account and submission of a new Company Form (MU1). | |
| ☐ | **Change of Legal Status:** Submit an amendment for a change in Legal Status within the Company Form (MU1) in NMLS within 30 days of the change. | **NMLS** |

| Complete | NC Money Transmitter License<br>Addition or Modification of Affiliates/Subsidiaries Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Affiliates/Subsidiaries:** Submit an ACN for an addition or change in Affiliates/Subsidiaries within the Company Form (MU1). Thirty (30) days advance notice must be provided for this change. | **NMLS** |

| Complete | NC Money Transmitter License<br>Addition or Modification of Direct Owners/Executive Officers Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Direct Owners:** Submit an ACN for an addition or change in Direct Owners within the Company Form (MU1) fifteen (15) days prior to the change.<br>**Addition or Modification of Executive Officers/Directors:** Submit an amendment for an addition or change in Executive Officers/Directors within the Company Form (MU1) in NMLS.<br>**Note:** *Executive officers include: chief executive officer, chief operating officer, chief financial officer, chief compliance officer, chief technology officer, or any other individual designated as such by the Commissioner.* | **NMLS** |
| ☐ | **Credit Report for Control Persons**: $15 per control person. | **NMLS (Filing submission)** |
| ☐ | **Credit Report:** Individuals in a position of control are required to authorize a credit report through NMLS. Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. | **NMLS** |
| ☐ | **FBI Criminal Background Check for MU2 Individual**: $36.25 per person. | **NMLS (Filing submission)** |
| ☐ | **MU2 Individual FBI Criminal Background Check Requirements:** When added to the Company Form (MU1), the following Individuals, as specified below, are required to authorize a FBI criminal background check (CBC) through NMLS.<br>*Direct Owners*<br>• Owners of 10% or more of the applicant are required to submit a criminal background check.<br>*Executive Officers*<br>• All Executive Officers and directors are required to submit a criminal background check.<br>After authorizing a FBI criminal background check through the submission of the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required.<br>See the Quick Guides - Company section of the NMLS Resource Center for more information.<br>**Note:** If you are able to 'Use Existing Prints' to process the FBI criminal background check, you DO NOT have to schedule an appointment. NMLS will automatically submit the fingerprints on file. | **NMLS** |

Updated: 6/11/2018  Page 7 of 10
Case 4:21-cv-00913-NKL   Document 57-40   Filed 01/21/22   Page 8 of 11

| Complete | NC Money Transmitter License<br>Addition or Modification of Direct Owners/Executive Officers Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Resume:** Upload a resume for any new executive officer.  If filling a new position, then a job description will also be required. | **Upload in NMLS:** under the Document Type <u>Verification of Experience</u> in the *Document Uploads* section of the Individual Form (MU2). |

| Complete | NC Money Transmitter License<br>Addition or Modification of Indirect Owners Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Indirect Owners:** Submit an ACN for an addition or change in Indirect Owners within the Company Form (MU1) fifteen (15) days prior to this change. | **NMLS** |
| ☐ | **Credit Report for Control Persons**: $15 per control person. | **NMLS (Filing submission)** |
| ☐ | **Credit Report:** Individuals in a position of control are required to authorize a credit report through NMLS. Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. | **NMLS** |
| ☐ | **FBI Criminal Background Check for MU2 Individual**: $36.25 per person. | **NMLS (Filing submission)** |
| ☐ | **MU2 Individual FBI Criminal Background Check Requirements:** When added to the Company Form (MU1), Indirect Owners, as specified below, are required to authorize a FBI criminal background check (CBC) through NMLS.<br>*Indirect Owners*<br>• Owners of 10% or more of the parent are required to submit a criminal background check.<br>After authorizing a FBI criminal background check through the submission of the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required.<br>See the Quick Guides - Company section of the NMLS Resource Center for more information.<br>**Note:** If you are able to 'Use Existing Prints' to process the FBI criminal background check, you DO NOT have to schedule an appointment. NMLS will automatically submit the fingerprints on file. | **NMLS** |

Updated: 6/11/2018　　　　　　　　　　　　　　　　　　　　　　　　Page 9 of 10
Case 4:21-cv-00913-NKL   Document 57-40   Filed 01/21/22   Page 10 of 11

| Complete | NC Money Transmitter License<br>Change of Disclosure Question(s) Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Disclosure Question(s):** Submit an amendment for a change to Disclosure Question response(s) through the Company Form (MU1). | **NMLS** |
| ☐ | **Changing a Response from No to Yes:** Provide a complete and detailed explanation and document upload for each response that changes from "No" to "Yes" for company or each control person.<br>See the [Company Disclosure Explanations Quick Guide](#) for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |
| ☐ | **Changing a Response from Yes to No:** When changing a Disclosure Question response from Yes to No, you will be required to remove the question from the associated Disclosure Explanation and provide an Amendment Reason within 15 days of the occurrence causing the change in response.<br>If applicable, upload supporting documentation (PDF) related to the explanation.<br>See the [Company Disclosure Explanations Quick Guide](#) for instructions. | **NMLS** |