# Exhibit 41



# UT-DFI Money Transmitter License Amendment Checklist (Company)

**CHECKLIST SECTIONS**

- General Information
- Amendments

**GENERAL INFORMATION**

### Instructions
When making changes to your record in NMLS, Utah-DFI requires advance notification for some changes. See the checklist below for details. Utah Governing Law: Title 7, Chapter 25 of the Utah Code Annotated

### Uploading Agency-Specific Documents
If you are required to upload documents to NMLS for an Advance Change Notice (ACN), select "Advance Change Notice" for the document type in the NMLS Document Uploads section.

**Note:** Use the recommended filing naming convention found on the Document Upload Descriptions and Examples.

If you are required to upload documents for an amendment that doesn't require ACN, select the applicable document type in the NMLS Document Uploads section.

### Helpful Resources
- Amendments & Advance Change Notice
- Document Uploads Quick Guide
- Document Upload Descriptions and Examples

### Agency Contact Information
Contact the Utah Department of Financial Institutions licensing staff by phone at 801-538-8830 or send your questions via e-mail to pcline@utah.gov for additional assistance.

| *For U.S. Postal Service:* | *For Overnight Delivery:* |
|---|---|
| Utah Department of Financial Institutions | Utah Department of Financial Institutions |
| PO Box 146800 | 324 State St, Suite 201 |
| Salt Lake City UT 84114-6800 | Salt Lake City UT 84111 |

THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING. THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH NMLS. SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

## AMENDMENTS

- [Change of Legal Name](#)

- [Change of Main Address](#)

- [Addition or Modification of Other Trade Name](#)

- [Deletion of Other Trade Name](#)

- [Addition or Modification of Direct Owners/Executive Officers](#)

- [Change of Disclosure Question(s)](#)

**Note:** Information uploaded or filed in NMLS will not be viewable to the agency until the filing has been attested to and submitted through NMLS. Agency-specific requirements that should be emailed or mailed to the agency on the checklist below must be received with the appropriate checklist within five (5) business days of the electronic submission of your filing through NMLS.

| Complete | UT-DFI Money Transmitter License Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Legal Name:** Submit an ACN for a change of Legal Name through the Company Form (MU1) in NMLS. Thirty days' notice must be provided for this change. | **NMLS** |
| ☐ | **Surety Bond Rider:** Licensees may submit their surety bond to Utah in one of the ways listed below.<br><br>1. *If you HAVE converted to the Electronic Surety Bond*, contact the surety bond producer to inform them of the change and effective date so the producer can initiate the Surety Bond Rider Process in NMLS. Visit the ESB for NMLS Licensees page of the NMLS Resource Center for more information about the Electronic Surety Bond process.<br><br>2. *If you have NOT converted to the Electronic Surety Bond*, upload the Surety Bond Rider that reflects the change of name in NMLS under the Document Type Surety Bond in the *Document Uploads* section of the Company Form (MU1) AND mail the original copy to the address listed above. The name of the principal insured on the bond must match exactly the full legal name of applicant, including any Other Trade Names.<br><br>**Note**: Pursuant to the adoption of the Electronic Surety Bond (ESB) on January 1, 2018, you will be required to convert your existing paper Surety Bond to NMLS via the submission of an ESB by June 30, 2018. See the ESB Adoption Table and the ESB for NMLS Licensees page of the NMLS Recourse Center for more information. | **Electronic Surety Bond in NMLS**<br><br>**Or;**<br><br>**Upload in NMLS:** under the Document Type Surety Bond in the *Document Uploads* section of the Company Form (MU1). This document should be named *Money Surety Bond.*<br><br>**AND**<br><br>**Mail to Utah** |
| Note | **Change of Legal Name Fee:** $0 per license<br><br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |

| Complete | UT-DFI Money Transmitter License Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Main Address:** Submit an ACN for a change of Main (Corporate) Address through the Company Form (MU1) in NMLS. Thirty days' notice must be provided for this change. | **NMLS** |
| | **Surety Bond Rider:** Licensees may submit their surety bond to Utah in one of the ways listed below.<br><br>1. *If you HAVE converted to the Electronic Surety Bond*, no further action is required to process this change.<br>2. *If you have NOT converted to the Electronic Surety Bond*, upload the Surety Bond Rider that reflects the change of address in NMLS under the Document Type Surety Bond in the *Document Uploads* section of the Company Form (MU1) AND mail the original copy to the address listed above.<br><br>**Note**: Pursuant to the adoption of the Electronic Surety Bond (ESB) on January 1, 2018, you will be required to convert your existing paper Surety Bond to NMLS via the submission of an ESB by June 30, 2018. See the ESB Adoption Table and the ESB for NMLS Licensees page of the NMLS Recourse Center for more information. | **Upload in NMLS:** under the Document Type Surety Bond in the *Document Uploads* section of the Company Form (MU1). This document should be named *[License Type] Surety Bond.*<br><br>**AND**<br><br>**Mail to Utah** |
| Note | **Change of Main Address:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |

| Complete | UT-DFI Money Transmitter License Addition or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Other Trade Name:** Submit an ACN for an addition of or change to an Other Trade Name through the Company Form (MU1) in NMLS. Thirty days' notice must be provided for this change. | **NMLS** |
| Note | **Addition of Other Trade Name:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |

| Complete | UT-DFI Money Transmitter License Deletion of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Deletion of Other Trade Name:** Submit an ACN for a deletion an Other Trade Name through the Company Form (MU1) in NMLS. Thirty days' notice must be provided for this change. | NMLS |
| Note | **Deletion of Other Trade Name:** $0 per license | N/A |

| Complete | UT-DFI Money Transmitter License Addition or Modification of Direct Owners/Executive Officers Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Direct Owners/Executive Officers:** Submit an ACN for an addition or change in Direct Owners/Executive Officers within the Company Form (MU1) in NMLS. Thirty days' notice must be provided for this change. | NMLS |
| Note | **Addition or Modification of Direct Owners/Executive Officers:** $0 per license | N/A |

| Complete | UT-DFI Money Transmitter License Change of Disclosure Question(s) Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Disclosure Question(s):** Submit an amendment for a change to Disclosure Question response(s) through the Company Form (MU1) in NMLS. | NMLS |
| ☐ | **Changing a Response from No to Yes:** Provide a complete and detailed explanation and document upload for each response that changes from "No" to "Yes" for company or each control person.<br>See the Company Disclosure Explanations Quick Guide for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |