# Exhibit 42


# VA Money Order Seller and Money Transmitter License Amendment Checklist (Company)

**CHECKLIST SECTIONS**

- General Information
- Amendments

**GENERAL INFORMATION**

**Instructions**

When making changes to your record in NMLS, Virginia requires advance notification for some changes. See the checklist below for details.

**Uploading Agency-Specific Documents**

If you are required to upload documents to NMLS for an Advance Change Notice (ACN), select "Advance Change Notice" for the document type in the NMLS Document Uploads section. If you are required to upload documents for an amendment that doesn't require ACN, select the applicable document type in the NMLS Document Uploads section.

**Note:** Use the recommended filing naming convention found on the Document Upload Descriptions and Examples.

**Helpful Resources**

- Amendments & Advance Change Notice
- Document Uploads Quick Guide
- Document Upload Descriptions and Examples

**Agency Contact Information**

Contact the Virginia Bureau of Financial Institutions' Administration and Licensing Section staff by phone at (804) 371-9690 or send your questions via email to mortgagelicensing@scc.virginia.gov.

|  *For U.S. Postal Service:*  |  *For Overnight Delivery:*  |
|---|---|
| Bureau of Financial Institutions<br>Administration and Licensing Section<br>PO Box 640<br>Richmond, VA 23218-0640 | Bureau of Financial Institutions<br>Administration and Licensing Section<br>1300 E. Main Street, Suite 800<br>Richmond, VA 23219 |

> THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING.  THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH NMLS.  SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

## AMENDMENTS

- [Change of Legal Name](#)
- [Change of Main Address](#)
- [Addition or Modification of Other Trade Name](#)
- [Deletion of Other Trade Name](#)
- [Change of Legal Status](#)
- [Addition or Modification of Affiliates/Subsidiaries](#)
- [Addition or Modification of Direct Owners/Executive Officers](#)
- [Addition or Modification of Indirect Owners](#)
- [Change of Disclosure Question(s)](#)

**Note:** Information uploaded or filed in NMLS will not be viewable to the agency until the filing has been attested to and submitted through NMLS.  Agency-specific requirements that should be emailed or mailed to the agency on the checklist below must be received with the appropriate checklist within five (5) business days of the electronic submission of your filing through NMLS.

| NMLS ID Number |  |
|---|---|
| Licensee Legal Name |  |

| Complete | VA Money Order Seller and Money Transmitter License<br>Change of Legal Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Legal Name**: Submit an ACN for a change of Legal Name through the Company Form (MU1) in NMLS. At least 30 days' advance notice should be provided for this change. **Regardless of the amount of advance notice given, licensees cannot begin conducting Virginia business under the new name until the name has been authorized by the Commission, as evidenced by the amended license certificate(s).** | **NMLS** |
| Note | **Change of Legal Name Fee:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Surety Bond Rider:** Upload and mail an original company surety bond rider (or new bond if applicable) that reflects the entity's new legal name. The name of the principal on the bond must reflect the full legal name of company as registered with the Virginia State Corporation Commission, including any trade names.<br>If a new surety bond is needed, use Surety Bond Form (CCB-5509). | **Upload in NMLS:** under the Document Type <u>Surety Bond</u> in the *Document Uploads* section of the Company Form (MU1).<br>**AND**<br>**Mail to Virginia** |
| ☐ | **Document(s) required for change of legal name: Upload copies of the following documents:**<br>• The name change document from the Clerk of the Virginia State Corporation Commission, if a corporation, limited liability company, or limited partnership<br>• If the licensee is a General Partnership, provide a Certificate of Good Standing for the General Partnership from the city or county in which the partnership is registered | **Upload in NMLS:** under the Document Type <u>Advanced Change Notice</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Return Original License:** The licensee should return its original license certificate(s) to the Virginia Bureau of Financial Institutions upon receiving the amended license certificate(s) reflecting the new legal name. | **Mail to Virginia** |

| NMLS ID Number |  |
|---|---|
| Licensee Legal Name |  |

| Complete | VA Money Order Seller and Money Transmitter License<br>Change of Main Address Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Main Address:** Submit an ACN for a change of Main (Corporate) Address through the Company Form (MU1) in NMLS. 30 days notice must be provided for this change. | **NMLS** |
| Note | **Change of Main Address:** $0 per license<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Return Original License:** Company is required to return its license to this agency. | **Mail to Virginia** |

| | | |
|---|---|---|
| **NMLS ID Number** | | |
| **Licensee Legal Name** | | |

| Complete | VA Money Order Seller and Money Transmitter License<br>Addition or Modification of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Other Trade Name:** Submit an ACN for an addition of or change to an Other Trade Name through the Company Form (MU1) in NMLS. At least 30 days' advance notice should be provided for this change. **Regardless of the amount of advance notice given, licensees cannot begin conducting Virginia business under the new or modified trade name until the name has been authorized by the Commission, as evidenced by the amended license certificate(s).** | **NMLS** |
| Note | **Addition of Other Trade Name** $0 per license.<br>Fees collected through NMLS are NOT REFUNDABLE OR TRANSFERABLE. | **N/A** |
| ☐ | **Trade Name/Assumed Name Registration Certificates:** Trade Name/Assumed Name Registration Certificates must be submitted related to this change type.<br>Upload copies of the assumed name certificate attested by the clerk of the circuit court in which the original is on file for each trade name to be used in Virginia. An individual located outside Virginia must register the trade name in accordance with the laws of the state where the business is located. In addition, provide the original rider to the surety bond indicating the addition of the new trade name. | **Upload in NMLS:** under the Document Type <u>Trade Name/Assumed Name Registration Certificates</u> in the *Document Uploads* section of the Company Form (MU1). |
| ☐ | **Surety Bond Rider:** Upload and mail an original company surety bond rider (or new bond if applicable) indicating the addition of the new trade name.<br>If a new surety bond is needed, use Surety Bond Form (CCB-5509). | **Upload in NMLS:** under the Document Type <u>Surety Bond</u> in the *Document Uploads* section of the Company Form (MU1).<br>**AND**<br>**Mail to Virginia** |
| ☐ | **Return Original License:** Company is required to return its license to this agency. | **Mail to Virginia** |

| Complete | VA Money Order Seller and Money Transmitter License<br>Deletion of Other Trade Name Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Deletion of Other Trade Name:** Submit an ACN for a deletion an Other Trade Name through the Company Form (MU1) in NMLS. At least 30 days' advance notice should be provided for this change. | **NMLS** |

| Complete | VA Money Order Seller and Money Transmitter License<br>Change of Legal Status Amendment Items | Submitted via… |
|---|---|---|
| **Note:** In many cases, a change to the Fiscal Year End, Legal Status, and State or Date of Formation indicates a new entity has been formed and a new NMLS record is required. This includes the creation of a new NMLS account and submission of a new Company Form (MU1). | | |
| ☐ | **Change of Legal Status:** Submit an ACN for a change of Legal Status within the Company Form (MU1) in NMLS. 30 days' must be provided for this change. | **NMLS** |
| ☐ | **Document required for ACN of change of Legal Status:** Submit a letter describing, in detail, the change of legal status. The letter must cite the applicable law section(s) under which the change in legal status is permitted. | **Upload in NMLS:** under the Document Type <u>Advance Change Notice</u> in the *Document Uploads* section of the Company Form (MU1). |

| Complete | VA Money Order Seller and Money Transmitter License<br>Addition or Modification of Affiliates/Subsidiaries Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Affiliates/Subsidiaries:** Submit an amendment for an addition or change in Affiliates/Subsidiaries within the Company Form (MU1) in NMLS. | **NMLS** |

| NMLS ID Number |  |
|---|---|
| Licensee Legal Name |  |

| Complete | VA Money Order Seller and Money Transmitter License<br>**Addition or Modification of Direct Owners/Executive Officers Amendment Items** | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Direct Owners/Executive Officers:** Submit an ACN for an addition or change in Direct Owners/Executive Officers within the Company Form (MU1) in NMLS. 60 days' notice must be provided for this change. | **NMLS** |
| Note | **Credit Report:** Credit Reports and authorizations for credit report through NMLS are not required. | **N/A** |
| Note | **MU2 Individual FBI Criminal Background Check Not Required Through NMLS:** are NOT required to authorize a FBI criminal background check (CBC) through NMLS. | **N/A** |
| ☐ | **Change in Direct Ownership of 25 Percent or More:** Any person or entity seeking to directly acquire twenty-five percent or more of the voting shares of a corporation or a twenty-five percent or more ownership interest in any other type of licensee must complete an application to acquire control of the licensee on form [CCB-5514](). Virginia must approve the application prior to the transaction taking place. **A complete application should be submitted at least 60 days prior to the proposed ownership change.** | **Mail to Virginia** |

| NMLS ID Number | |
|---|---|
| Licensee Legal Name | |

| Complete | VA Money Order Seller and Money Transmitter License<br><br>Addition or Modification of Indirect Owners Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Addition or Modification of Indirect Owners:** Submit an ACN for an addition or change in Indirect Owners within the Company Form (MU1) in NMLS. At least 60 days' advance notice should be provided for indirect acquisitions of 25 percent or more of the licensee. There is no minimum required advance notice for other additions or modifications to the licensee's indirect owners. | NMLS |
| Note | **Credit Report:** Credit Reports and authorizations for credit reports through NMLS are not required for new indirect owners of existing licensees. | N/A |
| Note | **MU2 Individual FBI Criminal Background Check Not Required Through NMLS:** are NOT required to authorize a FBI criminal background check (CBC) through NMLS. | N/A |
| ☐ | **Change in Indirect Ownership of 25 Percent or More:** Any person or entity seeking to indirectly acquire twenty-five percent or more of the voting shares of a corporation or a twenty-five percent or more ownership interest in any other type of licensee must complete an application to acquire control of the licensee on form CCB-5514. Virginia must approve the application prior to the transaction taking place. **A complete application should be submitted at least 60 days prior to the proposed ownership change.** | **Mail to Virginia** |

| Complete | VA Money Order Seller and Money Transmitter License  Change of Disclosure Question(s) Amendment Items | Submitted via… |
|---|---|---|
| ☐ | **Change of Disclosure Question(s):** Submit an amendment for a change to Disclosure Question response(s) through the Company Form (MU1) in NMLS. | **NMLS** |
| ☐ | **Changing a Response from No to Yes:** Provide a complete and detailed explanation and document upload for each response that changes from "No" to "Yes" for company or each control person.  See the Company Disclosure Explanations Quick Guide for instructions. | **Upload in NMLS** in the *Disclosure Explanations* section of the Company Form (MU1) or Individual Form (MU2). |
| ☐ | **Changing a Response from Yes to No:** When changing a Disclosure Question response from Yes to No, you will be required to remove the question from the associated Disclosure Explanation and provide an Amendment Reason.  You may select "Add Explanation for "No" Responses" and provide an explanation for each response that changes from "Yes" to "No" for company or each control person. You may also upload a document (PDF) related to the explanation.  See the Company Disclosure Explanations Quick Guide for instructions. | **NMLS** |