# Exhibit 45

**January 19, 2022** | 3:12 pm

### COVID-19 Vaccines

Vaccine appointments are available at New York State mass vaccination sites for children ages 5- 11. Vaccines are also widely available through your child's pediatrician, family physician, local county health department, FQHC, or pharmacy.

FIND PROVIDER ›

**Department of Financial Services**



**Virtual Currency**

**Virtual Currency Businesses**

# Regulated Entities

Updated: January 12, 2022

Search:

| Entity | Licensure | Date Granted |
|---|---|---|
| Standard Custody & Trust Company, LLC | Limited Purpose Trust Charter | 2021-05 |
| Bakkt Marketplace, LLC | Virtual Currency & Money Transmitter Licenses | 2021-03 |
| Bakkt Trust Company LLC | Limited Purpose Trust Charter | 2019-08 |
| Bitflyer | Virtual Currency License | 2018-11 |
| BitGo New York Trust Company LLC | Limited Purpose Trust Charter | 2021-03 |
| Bitpay, Inc. | Virtual Currency License | 2018-07 |
| Bitstamp USA, Inc. | Virtual Currency License | 2019-04 |
| Circle Internet Financial, Inc. | Virtual Currency & Money Transmitter Licenses | 2015-09 |
| Coinbase Custody Trust | Limited Purpose Trust Charter | 2018-10 |

| Entity | Licensure | Date Granted |
|---|---|---|
| Coinbase, Inc. | Virtual Currency & Money Transmitter Licenses | 2017-01 |
| Coinsource | Virtual Currency License | 2018-11 |
| Cottonwood Vending | Virtual Currency License | 2019-01 |
| Eris Clearing, LLC | Virtual Currency & Money Transmitter Licenses | 2020-05 |
| Fidelity Digital Asset Services, LLC | Limited Purpose Trust Charter | 2019-11 |
| Gemini Trust Company, LLC | Limited Purpose Trust Charter | 2015-10 |
| Genesis Global Trading, Inc. | Virtual Currency License | 2018-05 |
| GMO-Z.com Trust Company, Inc. | Limited Purpose Trust Charter | 2020-12 |
| LibertyX/Moon Inc. | Virtual Currency License | 2019-01 |
| NYDIG Execution LLC | Virtual Currency & Money Transmitter Licenses | 2018-11 |
| NYDIG Trust Company LLC | Limited Purpose Trust Charter | 2018-11 |
| Paxos Trust Company, LLC (f/k/a itBit Trust Company, LLC) | Limited Purpose Trust Charter | 2015-05 |
| PayPal, Inc. | Conditional Virtual Currency and Money Transmitter Licenses | 2020-10* |
| Robinhood Crypto | Virtual Currency & Money Transmitter Licenses | 2019-01 |
| Seed Digital Commodity Market, LLC | Virtual Currency License | 2019-07 |
| SoFi Digital Assets | Virtual Currency & Money Transmitter Licenses | 2019-11 |
| Square, Inc. | Virtual Currency & Money Transmitter Licenses | 2018-06 |
| XRP II LLC (Ripple) | Virtual Currency License | 2016-06 |
| Zero Hash LLC | Virtual Currency & Money Transmitter Licenses | 2019-07 |

*The Department granted PayPal, Inc. a conditional virtual currency license in October 2020 and a money transmitter license in October 2013.

# Virtual Currency Questions

If you are unable to find the answer to your questions on this website, call the Research and Innovation unit at (212) 709-3812 or contact DFS or NMLS as follows:

GENERAL INQUIRIES    LICENSING QUESTIONS    NMLS

## Who We Supervise

### Institutions That We Supervise

The Department of Financial Services supervises many different types of institutions. Supervision by DFS may entail chartering, licensing, registration requirements, examination, and more.

Learn More

**Department of Financial Services**

| About Us | State Laws & Regulations | Website | Language Assistance |
|---|---|---|---|
| Mission and Leadership | State Codes, Rules & Regulations (NYCRR) | Accessibility & Reasonable Accommodations | English |
| Advisory Boards | State Laws (LBDC) | Disclaimer | Español (Spanish) |
| Institutions We Supervise | State Bills & Laws (Senate) | Privacy Policy | 中文 (Chinese) |
| State Office of Financial Inclusion and Empowerment (SOFIE) | | Site Map | Русский (Russian) |
| | | | איִדיש (Yiddish) |
| | | | বাংলা (Bengali) |
| | | | 한국어 (Korean) |
| | | | Kreyòl ayisyen (Haitian Creole) |
| | | | Italiano (Italian) |
| | | | العَرَبِي (Arabic) |
| | | | Polski (Polish) |

**CONNECT WITH US**

- TWITTER
- LINKEDIN
- FACEBOOK