# Exhibit 46

**General**

# Licenses

**NMLS No. 942933**

On December 10, 2021, the legal name "Square, Inc." was formally changed to "Block, Inc."

| Jurisdiction | Regulatory Agency | License No. |
|---|---|---|
| **Alabama** | Alabama Securities Commission | 484 |
| **Alaska** | Alaska Division of Banking & Securities | 10066 |
| **Arizona** | Arizona Department of Financial Institutions | 921062 |
| **Arkansas** | Arkansas Securities Department | 43357 |
| **California** | Department of Financial Protection and Innovation (DFPI) | 2458 |
| **Colorado** | Colorado Division of | 500200 |

| Jurisdiction | Banking Regulatory Agency | License No. |
|---|---|---|
| Connecticut | Connecticut Department of Banking | MT-942933 |
| Delaware | Delaware Office of the State Bank Commissioner | 012262 |
| District of Columbia | District of Columbia Department of Consumer and Regulatory Affairs | MTR942933 |
| Florida | Florida Office of Financial Regulation | 48023 |
| Georgia | Georgia Department of Banking and Finance | 34769 |
| Hawaii | Hawaii Division of Financial Institutions | HIMT075 |
| Idaho | Idaho Department of Finance | MTL-137 |
| Illinois | Illinois Department of Financial and Professional | MT.0000232 |

| Jurisdiction | Professional Regulatory Agency | License No. |
|---|---|---|
| **Indiana** | Indiana Department of Financial Institutions | 23036 |
| **Iowa** | Iowa Division of Banking | 2012-0039 |
| **Kansas** | Kansas Office of the State Bank Commissioner | MT.0000037 |
| **Kentucky** | Kentucky Office of Financial Institutions | SC83894 |
| **Louisiana** | Louisiana Office of Financial Institutions | 391 |
| **Maine** | Maine Office of Consumer and Credit Regulation | MD1481 |
| **Maryland** | Maryland State Bank Commissioner | 12-942933 |
| **Massachusetts** | Division of Banks | FT942933 |
| **Michigan** | Department of Insurance and Financial Services | MT0018382 |

| Jurisdiction | Regulatory Agency | License No. |
|---|---|---|
| **Minnesota** | Minnesota Department of Commerce | MN-MT-52107 |
| **Mississippi** | Mississippi Department of Banking and Consumer Finance | 118 |
| **Missouri** | Missouri Division of Finance | MO-20-6767 |
| **Nebraska** | Nebraska Department of Banking and Finance | MT.0001017-M |
| **Nevada** | Nevada Department of Business And Industry | MT11014 |
| **New Hampshire** | New Hampshire Banking Department | 17505-MT |
| **New Jersey** | New Jersey Department of Banking and Insurance | 1200456 |

| Jurisdiction | Regulatory Agency Institutions Division | License No. |
|---|---|---|

| Jurisdiction | Regulatory Agency | License No. |
|---|---|---|
| New York | New York Department of Financial Services (Money Transmission) **(This license will remain in the name of "Square, Inc." pending approval of the New York Department of Financial Services)** | 102937 |
| New York | New York Department of Financial Services (Virtual Currency) **(This license will remain in the name of "Square, Inc." pending approval of the New York Department of Financial Services)** | 122486 |
| North Carolina | North Carolina Banking Commission | 154329 |

| Jurisdiction | Regulatory Agency | License No. |
|---|---|---|
| North Dakota | North Dakota Department of Financial Institutions | MTXXXXXX |
| Ohio | Ohio Department of Commerce | OHMT076 |
| Oklahoma | Oklahoma Banking Department | OKDOB001 |
| Oregon | Oregon Department of Insurance and Finance | MTX-30123 |
| Pennsylvania | Pennsylvania Department of Banking and Securities | 38547 |
| Rhode Island | Rhode Island Department of Business Regulation | 20203992CT |
| South Carolina | Money Services Division of the South Carolina Attorney General's Office | |
| South Dakota | South Dakota Division of Banking | MT.2066 |
| Tennessee | Tennessee Department of Financial | 157 |

| Jurisdiction | Financial Regulatory Agency | License No. |
|---|---|---|
| **Texas*** | Texas Department of Banking | 3077 |
| **Utah** | Utah Department of Financial Institutions | 93 |
| **Vermont** | Vermont Department of Banking, Insurance, Securities and Health Care Administration | 100-048 |
| **Virginia** | Virginia Bureau of Financial Institutions | MO-268 |
| **Washington** | Washington Department of Financial Institutions | 550-MT-71858 |
| **West Virginia** | West Virginia Division of Banking | WVMT-942933 |
| **Wyoming** | Wyoming Department of Audit - Division of Banking | 7180 |

\* Texas customers **click here** for information about filing complaints about our money transmission products or services.

## Alabama

To submit a complaint, contact:

**Alabama Securities Commission**
Enforcement Division
P.O. Box 304700
Montgomery, AL 36130-4700

1-800-222-1253
**asc@asc.alabama.gov**

## Alaska

**Alaska Division of Banking & Securities**

**For Alaska Residents Only:**

If your issue is unresolved by Block (855) 949-7782, please submit formal complaints with the State of Alaska, Division of Banking & Securities.

Please download the form here:
**https://www.commerce.alaska.gov/web/portals/3/pub/DBSGeneralComplaint**

Submit formal complaint form with supporting documents:

Division of Banking & Securities

P.O. Box 110807

Juneau, AK 99811-0807

If you are an Alaska resident with questions regarding formal complaints, please email us at **dbs.licensing@alaska.gov** or call Nine Zero Seven Four Six Five Two Five Two One.

---

## Arizona

### Arizona Department of Financial Institutions

To file a complaint, contact:

**Arizona Department of Financial Institutions**
100 N 15th Ave Suite 261
Phoenix, AZ 85007

Tel: 602-771-2800

---

## Arkansas

### Arkansas Securities Department

To file a complaint, contact:

**Arkansas Securities Department**
#1 Commerce Way, Suite 402
Little Rock, Arkansas 72202

Tel: (501) 324-9260

ASDInfo@arkansas.gov

---

## California

**Department of Financial Protection and Innovation (DFPI)**

If you have complaints with respect to any aspect of the money transmission activities conducted at this location, you may contact the Department of Financial Protection and Innovation (DFPI):

Department of Department of Financial Protection and Innovation (DFPI)
1515 K Street, Suite 200
Sacramento, CA 95814
Tel: 1-866-275-2677
Email: consumer.services@dbo.ca.gov

---

## Colorado

**Colorado Division of Banking**

CUSTOMER NOTICE

Entities other than FDIC insured financial institutions that conduct money transmission activities in Colorado, including the sale of money orders, transfer of funds, and other instruments for the payment of money or credit, are required to be licensed by the Colorado Division of Banking pursuant to the Money Transmitters Act, Title 11,

Article 110, Colorado Revised Statutes.

If you have a Question about or Problem with YOUR TRANSACTION – THE MONEY YOU SENT:

- You must contact the Money Transmitter who processed your transaction for assistance. The Division of Banking does not have access to this information.
- If you are a Colorado Resident and have a Complaint about THE MONEY TRANSMITTER – THE COMPANY THAT SENT YOUR MONEY:

*All complaints must be submitted in writing*. Please fill out the Complaint Form provided on the Colorado Division of Banking's website and return it and any documentation supporting the complaint via mail or email to the Division of Banking at:

Colorado Division of Banking
1560 Broadway, Suite 975
Denver, CO 80202
Email: **DORA_BankingWebsite@state.co.us**
Website: **www.dora.colorado.gov/dob**

---

## Connecticut

**Connecticut Department of Banking Consumer Credit Division**

To file a complaint, contact:

**Connecticut Department of Banking Consumer Credit Division**

260 Constitution Plaza

Hartford, CT 06103-1800

Tel: 860-240-8170

banking.complaints@ct.gov

## Delaware

**Delaware Office of the State Bank Commissioner**

To file a complaint, contact:

Delaware Office of the State Bank Commissioner

1110 Forrest Avenue
Dover, DE 19904
Attention: Compliance

(302) 739-4235 or (302) 577-6722

## District of Columbia

**District of Columbia Department of Insurance, Securities and Banking**

To file a complaint, contact:

District of Columbia Department of Insurance, Securities and Banking

1050 First Street, NE, 801
Washington, DC 20002

Tel: (202) 727-8000

## Florida

**Florida Office of Financial Regulation**

For complaints directly to the Florida Office of Financial Regulation, please send correspondence to:

Florida Office of Financial Regulation
200 E. Gaines Street
Tallahassee, FL 32399-0376

Tel: 1-800-848-3792

---

## Georgia

**Georgia Department of Banking and Finance**

For consumer resources, see:

Georgia Department of Banking and Finance

---

## Hawaii

**Hawaii Department of Commerce and Consumer Affairs**

To file a complaint, contact:

Hawaii Department of Commerce and Consumer Affairs
Regulated Industries Complaint Office
State Office Tower

Leiopapa a Kamehameha Building

235 S. Beretania St., 9th Floor

Honolulu, Hawaii 96813

Tel: 808-587-4272

---

## Idaho

**Idaho Department of Finance**

To file a complaint, contact:

[Idaho Department of Finance](#)
800 Park Blvd, Suite 200
Boise, ID 83712

Tel: 208-332-8000

---

## Illinois

**Illinois Department of Financial and Professional Regulation**

For consumer complaints, please contact:

[Illinois Department of Financial and Professional Regulation](#)
Division of Financial Institutions
320 W. Washington
Springfield, IL 62786

Tel: [1-888-473-4858](#)

## Indiana

**Indiana Department of Financial Institutions**

Block, Inc. holds a Money Transmitter license issued by
the Indiana Department of Financial Institutions. This
license does not cover virtual currency transactions.

To file a complaint, contact:

**Indiana Department of Finance**
30 South Meridian Street, Suite 300
Indianapolis, Indiana 46204

Tel: 800-382-4880
**dficomplaints@dfi.in.gov**

## Iowa

**Iowa Division of Banking**

To file a complaint, contact:

**Iowa Division of Banking**
200 East Grand Avenue, Suite 300
Des Moines, IA 50309-1827

Tel: 515-281-4014

## Kansas

**Kansas Office of the State Bank Commissioner**

To file a complaint, contact:

Kansas Office of the State Bank Commissioner
Attn: Consumer Affairs
700 SW Jackson, Suite 300
Topeka, KS 66603

complaints@osbckansas.org

---

## Kentucky

**Kentucky Department of Financial Institutions**

To file a complaint, contact:

Kentucky Department of Financial Institutions
Attention: Complaint Submission
500 Mero Street, 2SW19
Frankfort, KY 40601

Tel: (800) 223-2579

---

## Louisiana

**Louisiana Office of Financial Institutions**

To file a complaint, contact:

**Louisiana Office of Financial Institutions**

Post Office Box 94095

Baton Rouge, LA 70804-9095

Tel: (225) 925-4660 **complaints@ofi.la.gov**

---

## Maine

**Department of Professional & Financial Regulation**

To file a complaint, contact:

**Department of Professional & Financial Regulation
Bureau of Consumer Credit Protection**

35 State House Station
Augusta, Maine 04333

Tel: 800-DEBT LAW (800-332-8529)

---

## Maryland

**Maryland State Bank Commissioner**

The **Commissioner of Financial Regulation for the State of Maryland** will accept all questions or complaints from Maryland residents regarding Block, Inc., Maryland License No. 12-942933, at:

500 North Calvert Street, Suite 402
Baltimore, MD 21202

Tel: 1-888-784-0136

---

## Massachusetts

**Commonwealth of Massachusetts Division of Banks**

To file a complaint, contact:

**Commonwealth of Massachusetts Division of Banks**
Attn: Consumer Assistance Unit
1000 Washington Street, 10th Floor
Boston, Massachusetts 02118-6400

Tel: (800) 495-BANK (2265)

---

## Michigan

**Michigan Department of Insurance and Financial Services (DIFS)**

To file a complaint, contact:

**Michigan Department of Insurance and Financial Services (DIFS)**
Office of Consumer Services
PO Box 30220
Lansing, MI 48909-7720

**difscomplaints@michigan.gov**

---

## Minnesota

**Minnesota Department of Commerce**

To file a complaint, contact:

**Minnesota Department of Commerce**
85 7th Place East, Suite 280
Saint Paul, MN 55101

Tel: 800-657-3602
**consumer.protection@state.mn.us**

---

## Mississippi

**Mississippi Department of Banking & Consumer Finance {**

To file a complaint, contact:

**Mississippi Department of Banking & Consumer Finance**
P.O. Box 12129
Jackson, MS 39236-2129

Tel: 601-321-6901

---

## Missouri

**Missouri Division of Finance**

To file a complaint, contact:

[Missouri Division of Finance](#)

PO Box 716

Jefferson City, MO 65102-0716

Tel: 573-751-3242 [finance@dof.mo.gov](mailto:finance@dof.mo.gov)

---

## Nebraska

**Nebraska Department of Banking and Finance**

To file a complaint, contact:

[Nebraska Department of Banking and Finance](#)

PO Box 95006
1526 K St #300
Lincoln, NE 68508

Tel: (877) 471-3445

---

## Nevada

**State of Nevada Department of Business and Industry**

To file a complaint, contact:

[State of Nevada Department of Business and Industry](#)
[Financial Institutions Division](#)

3300 W Sahara Avenue Suite 250
Las Vegas, NV 89102

Tel: (866) 858-8951
[FIDComplaints@fid.state.nv.us](mailto:FIDComplaints@fid.state.nv.us)

## New Hampshire

**State of New Hampshire Banking Department**

To file a complaint, contact:

**State of New Hampshire Banking Department**

53 Regional Drive, Suite 200

Concord NH 03301

Tel: 1-800-735-2964 **legal@banking.nh.gov**

## New Jersey

**New Jersey Division of Banking and Insurance**

To file a complaint, contact:

**New Jersey Division of Banking and Insurance**

PO Box 471

Trenton, NJ 08625-0471

Tel: 1-800-446-7467

## New Mexico

**New Mexico Regulation and Licensing Department**

Financial Institutions

To file a complaint, contact:

**New Mexico Regulation and Licensing Department**
**Financial Institutions Division**
P.O. Box 25101
Santa Fe, NM 87504-5101

# New York

**New York Department of Financial Services**

Square, Inc. is licensed and regulated as a money transmitter and virtual currency business activity provider by the New York State Department of Financial Services. **This license will remain in the name of "Square, Inc." pending approval of the New York Department of Financial Services.** New York customers can direct unresolved complaints to:

Consumer Assistance Unit
NYS Department of Financial Services
One Commerce Plaza
Albany, NY 12257

Tel: **1-877-BANK-NYS** (**1-877-226-5697**)
Website:
**http://www.dfs.ny.gov/consumer/fileacomplaint.htm**

# North Carolina

**North Carolina Office of the Commissioner of Banks**

To file a complaint, contact:

**North Carolina Office of the Commissioner of Banks**
4309 Mail Service Center
Raleigh, NC 27699-4309

Tel: 919-733-3016

---

# North Dakota

**North Dakota Department of Financial Institutions**

To file a complaint, contact:

**North Dakota Department of Financial Institutions**
2000 Schafer Street, Suite G
Bismarck, ND 58501-1204

Tel: (701) 328-9933
**dfi@nd.gov**

---

# Ohio

**Ohio Department of Commerce Division of Financial Institutions**

To file a complaint, contact:

**Ohio Department of Commerce Division of Financial Institutions**

77 South High Street

21st Floor Columbus, OH 43215-6120

Tel: (614) 728-8400

---

## Oklahoma

**Oklahoma State Banking Department**

To file a complaint, contact:

Oklahoma State Banking Department

2900 North Lincoln Boulevard

Oklahoma City, Oklahoma 73105

Tel: 405-521-2782

---

## Oregon

**Oregon Division of Financial Regulation**

To file a complaint, contact:

Oregon Division of Financial Regulation

PO Box 14480

Salem, OR 97309-0405

Tel: 888-877-4894

dcbs.dfcsmail@state.or.us

---

## Pennsylvania

**Pennsylvania Department of Banking and Securities (DoBS)**

To file a complaint, contact:

**Pennsylvania Department of Banking and Securities (DoBS)**
**Consumer Services Office**
17 N. 2nd Street, Suite 1300
Harrisburg, PA 17101

Tel: 1.800.PA.BANKS or (1.800.600.0007)

---

# Rhode Island

**State of Rhode Island Department of Business Regulation**

To file a complaint, contact:

**State of Rhode Island Department of Business Regulation**
**Division of Banking**
1511 Pontiac Avenue, Bldg 68-2
Cranston, RI 02920

Tel: (401) 462-9500

---

# South Carolina

To file a complaint, contact:

**South Carolina Department of Consumer Affairs**
PO Box 5757
Columbia, SC 29250

(800) 922-1594
scdca@scconsumer.gov

---

# Tennessee

**Tennessee Department of Financial Institutions**

To file a complaint, contact:

**Tennessee Department of Financial Institutions**
Tennessee Tower 26th Floor
312 Rosa L. Parks Avenue
Nashville, TN 37243

Tel: 1-800-778-4215

---

# Texas

**Texas Department of Banking**

After first **contacting Block, Inc. either online** or by
phone at **1-800-969-1940**, if you still have an unresolved
complaint regarding the company's money transmission

Texas Department of Banking

2601 North Lamar Boulevard

Austin, Texas 78705

Tel: **1-877-276-5554**
Website: **http://www.dob.texas.gov/**

---

# Utah

## Utah Department of Financial Institutions

To file a complaint, contact:

**Utah Department of Financial Institutions**
P.O. Box 146800
Salt Lake City, Utah 84114-6800

Tel: 801-538-8834
**complaints.dfi@utah.gov**

---

# Vermont

## State of Vermont Department of Financial Regulation

To file a complaint, contact:

**State of Vermont Department of Financial Regulation**
89 Main Street
Montpelier, VT 05620-3101

Tel: (888) 568-4547
dfr.bnkconsumer@vermont.gov

# Virginia

**Virginia Bureau of Financial Institutions**

To file a complaint, contact:

Virginia Bureau of Financial Institutions
Post Office Box 640
Richmond, VA 23218-0640

Tel: (804) 371-9657
BFIQuestions@scc.virginia.gov

# Washington

**Washington State Department of Financial Institutions**

To file a complaint, contact:

Washington State Department of Financial Institutions
Division of Consumer Services
P.O. Box 41200
Olympia, WA 98504-1200

Tel: 1-877-RING DFI (1-877-746-4334)
CSEnforceComplaints@dfi.wa.gov

# West Virginia

**West Virginia Division of Financial Institutions**

To file a complaint, contact:

**West Virginia Division of Financial Institutions**
900 Pennsylvania Avenue Suite 306
Charleston, WV 25302-3542

Tel: 1-800-368-8808

---

## Wyoming

**Wyoming Division of Banking**

To file a complaint, contact:

**Wyoming Division of Banking**
Hathaway Building, 2nd Floor
2300 Capitol Avenue
Cheyenne, WY 82002

Tel: (307) 777-7797
**wyomingbankingdivision@wyo.gov**

---

# Payroll Receipt Information

## Florida

For assistance, visit the **Square Support Center** or

contact Square at **1-888-727-0227**.

## Illinois

For assistance, visit the **Square Support Center** or contact Square at **1-888-727-0227**.

Right to Refund: You, the customer, are entitled to a refund of the money to be transmitted as the result of this agreement if Block, Inc. does not forward the money received from you within 3 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 3 days of the date of the receipt of funds from you unless otherwise instructed by you. If your instructions as to when the moneys shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted, you have the right to a refund of your money. If you want a refund, you must mail your written request to Block, Inc. at: Finance Department, 1455 Market Street, Suite 600, San Francisco, CA 94103.

## Minnesota

For assistance, visit the **Square Support Center** or contact Square at **1-888-727-0227**. Always be on the lookout for fraud. Please contact Square to report fraud or suspected fraud.

## New York

For assistance, visit the **Square Support Center** or contact Square at **1-888-727-0227**. Square is a licensed money transmitter in New York. **This license will remain in the name of "Square, Inc." pending approval of the New York Department of Financial Services.**

Right to Refund: You, the customer, are entitled to a refund of the money to be transmitted as the result of this agreement if Square, Inc. does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you. If your instructions as to when the moneys shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted you have a right to a refund of your money. If you want a refund, you must mail your written request to Square, Inc. at Finance Department, at 1455 Market Street, Suite 600, San Francisco, CA 94103.

## Texas

For assistance, visit the **Square Support Center** or contact Square at **1-888-727-0227**.

## Vermont

For assistance, visit the **Square Support Center** or contact Square at **1-888-727-0227**.

## Washington

For assistance, visit the Square Support Center or contact Square at 1-888-727-0227.

## General

Privacy Notice

Terms of Service

Licenses

Government

Additional Point of Sale Terms

Additional Savings Deposit Account Terms

Square Checking Terms of Service

E-sign Consent

Intellectual Property Policy

ACH Service Terms

Additional Payroll Terms of Service

Hardware Policies and Limited Warranty

Payment Terms

HIPAA Business Associate Agreement

Commercial Entity Agreement

Developer Terms of Service

## Payments

Square Payments

In Person

By Invoice

On Your Computer

On Your Website

Risk Manager

Payment Platform

Payments Security

Transfers

Merchant Services

## Point of Sale

Point of Sale Overview

Square Point of Sale

Square for Restaurants

Square for Retail

Square Appointments

## Hardware

Reader for Magstripe

Contactless (NFC) & Chip
Reader

Terminal

Stand

Register

Shop Hardware

Rent Hardware

Buy in Store

Compare Hardware

## More Tools

Online Store

Online Checkout

Checking

Loans

Savings

Payroll

Team Management

Marketing

SMS Marketing

Messages

Loyalty

Dashboard

Gift Cards

Customer Directory

Inventory Management

Photo Studio

Square KDS

## Developers

Developer Platform

Reader SDK

In-App Payments SDK

Online Payments APIs

Documentation

Developer Dashboard

## Resources

Pricing

Contact Sales

Support Center

App Marketplace

Small Business Development

Blog

Guides

Community

Events

Service Status

## Business Types

Large businesses

Retail

CBD Retail

Coffee Shops

Quick Service

Full Service

Bars & Breweries

Beauty Professionals

Health & Fitness

Home & Repair Services

Professional Services

## Square

Home

About

Press and Media

Investor Relations

Affiliate Program

Partner with Square

Careers

Developers

Employment Verification

English

© 2022 Block, Inc.

Privacy Notice

Additional California Privacy Disclosure

Terms of Service

Licenses

Government

Square Capital, LLC Licenses

Block, Inc.