# Exhibit 47



https://www.ispot.tv/ad/qCTF/cash-app-message-featuring-megan-thee-stallion
Cash App TV Spot, 'Message' Featuring Megan Thee Stallio - iSpot.tv

iSpot.tv   Solutions   Products   Help Center   Resources   About   ...ath to Alternative Currencies with iSpot. Read More>   Get A Demo



Business & Legal / Banking & Payments / Cash App

## Cash App TV Spot, 'Message' Featuring Megan Thee Stallio

Megan Thee Stallion and Cash App have teamed up and say that buying stocks isn't just for the big players. The rapper says that the Cash App helps ease people into investing until they get to the top.

| | |
|---|---|
| Advertiser | Cash App |
| Advertiser Profiles | Facebook, Twitter |
| Products | Cash App App |
| Songs - Add | None have been identified for this spot |
| Mood | Active |
| Actors - Add | Megan Thee Stallion ... Musician |

### You have 6 ad page views remaining!

But you're only scratching the surface of what iSpot.tv has to offer.

**Get A Demo**

| | |
|---|---|
| National Airings | < 100 |
| First Airing | 01/06/2022 |
| Last Airing | 01/21/2022 |
| Creatives | < 10 |
| Recently Aired On | VH1 during The Wayans Bros. |
| Est. Spend | $45.2K |
| TV Impressions | 35.5M |
| National Impressions | 19.2M |
| Local Impressions | 11.3M |

### There's a Better Way to Measure TV & Streaming Ad ROI



- Real-Time Ad Measurement Across Linear and CTV
- TV Ad Attribution & Benchmarking
- Marketing Stack Integrations and Multi-Touch Attribution
- Real-Time Video Ad Creative Assessment

**Get a Demo Today**

### Screenshots

   

View All Screenshots

### More Cash App Commercials



Cash App TV Spot, 'Message: Bitcoin' Featuring Megan Thee Stallion

### Related Commercials

   

Cash App TV Spot, 'Message' Featuring Megan Thee Stallion

Popeyes TV Spot, 'Wild Megan Hottie Sauce' Featuring Megan Thee Stallion

Google TV Spot, 'First of Many: 2021 Women's History Month' Song by Beyoncé

AT&T Wireless TV Spot, 'The Codes We Live By' Feat. Magic Johnson, Paul George Song by Dreamville

### Related Advertisers

Wells Fargo
Bank of America
SoFi
JPMorgan Chase (Banking)
PNC Financial Services

### Related Products

SoFi App
Chime Mobile Banking App

Captured by FireShot Pro [01-21-2022, 12:04:04]

## Contact Sales

Choose A Better Way To Measure TV ROAS

Enter Your Email

Get A Demo

**Solutions**
- Overview
- Brands
- Networks
- Agency

**Products**
- Overview
- Creative Assessment
- Measurement
- Attribution
- Advanced Analytics

**Ad Center**
- Top Ads
- Top Spenders
- Browse TV Ads
- Super Bowl 2022
- Beijing 2022 Olympics

**Resources**
- All
- Reports
- Case Studies
- Blog
- Events
- Playbooks

**About Us**
- About iSpot
- Customers
- Careers
- Contact Us
- Partners
- Get a Demo
- Get Pricing

**Follow Us**
- Facebook
- Twitter
- YouTube
- LinkedIn

**California Residents** exercise your rights under the California Consumer Privacy Act here.

Do Not Sell My Personal Information Are You A Business Partner?

© 2021 iSpot.tv, Inc. Terms & Conditions

Captured by FireShot Pro (01-21-2022, 12:04:04)

