# Exhibit 48

 (cfpb.gov/)

# Prepaid product agreements database

Find prepaid product agreements by issuer name, product name, prepaid product type, and other criteria. All data is refreshed nightly.

You may also choose to **download the entire dataset** (cfpb.gov/data-research/prepaid-accounts/download-agreements/), including all prepaid product agreement files and their supporting metadata.

First-time users may want to see **documentation about the data** (cfpb.gov/data-research/prepaid-accounts/about-data/).

Note that we are unable to do a full-text search of agreement files.

## Search within

All fields ▼

🔍 block

Search

✕ Clear

### Narrow results by...

**Issuer name**

Enter card issuer name

**Prepaid product type**

**Current status**

Apply filters

Showing 6 matches out of 2887 total products

## Focus Black

### Issuer name
U.S. Bank National Corporation

### Prepaid product type
Payroll

### Program manager
No information provided

### Other relevant parties
Agrilabor; Al J Schneider; Alignment Healthcare; Allied Valve Inc; Amin A…

### Current status
Active

### Download most recent agreement files
Focus_Black_07_07_2021(2).zip (https://files.consumerfinance.gov/a/assets/prepaid-agreements/Focus_Black_07_07_2021(2).zip)

### View all agreement files
View all agreements for Focus Black

---

## Global Cash Card Visa Payroll Card

### Issuer name
MetaBank

### Prepaid product type
Payroll

### Program manager
Global Cash Card, Inc.

### Other relevant parties
Pseudo - GCC BIN 402718; VIP Staffing (Xemplar. LLC); WINSOR STAFFING -…

### Current status

Active

Download most recent agreement files

Global_Cash_Card_Visa_Payroll_Card_04_01_2019(175).zip (https://files.consumerfinance.gov/a/assets/prepaid-agreements/Global_Cash_Card_Visa_Payroll_Card_04_01_2019(175).zip)

View all agreement files

View all agreements for Global Cash Card Visa Payroll Card

## Global Cash Card Visa Payroll Card

Issuer name

MetaBank

Prepaid product type

Payroll

Program manager

Global Cash Card, Inc.

Other relevant parties

Industrial Staffing Services LLC; Block Staffing Services LLC

Current status

Active

Download most recent agreement files

Global_Cash_Card_Visa_Payroll_Card_04_01_2019(186).zip (https://files.consumerfinance.gov/a/assets/prepaid-agreements/Global_Cash_Card_Visa_Payroll_Card_04_01_2019(186).zip)

View all agreement files

View all agreements for Global Cash Card Visa Payroll Card

## H&R Block Emerald Prepaid Mastercard

Issuer name

Axos Bank

## Prepaid product type

GPR (General Purpose Reloadable)

## Program manager

Emerald Financial Services, LLC

## Other relevant parties

No information provided

## Current status

Withdrawn

## Download most recent agreement files

H&R_Block_Emerald_Prepaid_Mastercard_12_12_2019(1).zip (https://files.consumerfinance.gov/a/assets/prepaid-agreements/H&R_Block_Emerald_Prepaid_Mastercard_12_12_2019(1).zip)

## View all agreement files

View all agreements for H&R Block Emerald Prepaid Mastercard

---

# H&R Block Emerald Prepaid Mastercard

## Issuer name

MetaBank

## Prepaid product type

GPR (General Purpose Reloadable)

## Program manager

Emerald Financial Services, LLC

## Other relevant parties

No information provided

## Current status

Active

## Download most recent agreement files

H&R_Block_Emerald_Prepaid_Mastercard_10_30_2020.zip ⬇ (https://files.consumerfinance.gov/a/assets/prepaid-agreements/H&R_Block_Emerald_Prepaid_Mastercard_10_30_2020.zip)

View all agreement files

View all agreements for H&R Block Emerald Prepaid Mastercard

## H&R Block Emerald PrePaid Mastercard

### Issuer name
Axos Bank

### Prepaid product type
GPR (General Purpose Reloadable)

### Program manager
No information provided

### Other relevant parties
No information provided

### Current status
Active

### Download most recent agreement files
H&R_Block_Emerald_PrePaid_Mastercard_12_12_2019.zip ⬇ (https://files.consumerfinance.gov/a/assets/prepaid-agreements/H&R_Block_Emerald_PrePaid_Mastercard_12_12_2019.zip)

View all agreement files

View all agreements for H&R Block Emerald PrePaid Mastercard

Database disclaimer

We display the prepaid account agreements in this database as the respective issuers submitted them. The CFPB is not responsible for the content of the agreements, including any discrepancies between an agreement as presented

in this database and the agreement as offered to the public, or for any omissions or other errors in the agreement as submitted by the issuer. Use of information downloaded from our website, and any alteration or representation regarding such information by a party, is the responsibility of such party.

The agreements on file will have general terms and conditions, pricing, and fee information. They are not specific to an individual's account information. If you have questions about the agreements themselves, contact the prepaid issuer directly.

### Support and inquiries

If you have technical questions or issues, contact **Collect_Support@cfpb.gov**.

For general information about prepaid cards, **visit our prepaid card resources (cfpb.gov/consumer-tools/prepaid-cards/)**.

🇺🇸 An official website of the United States government