# Exhibit 49

 [(cfpb.gov/)](cfpb.gov/)

# Prepaid product agreements database

Find prepaid product agreements by issuer name, product name, prepaid product type, and other criteria. All data is refreshed nightly.

You may also choose to **download the entire dataset** (cfpb.gov/data-research/ prepaid-accounts/download-agreements/), including all prepaid product agreement files and their supporting metadata.

First-time users may want to see **documentation about the data** (cfpb.gov/data -research/prepaid-accounts/about-data/).

Note that we are unable to do a full-text search of agreement files.

## Search within

All fields ▾

🔍 square                                               Search

✕ Clear

---

### Narrow results by…

**Issuer name**

Enter card issuer name

**Prepaid product type**

**Current status**

Apply filters

---

Showing 12 matches out of 2887 total products

## Cash App

### Issuer name
Square, Inc

### Prepaid product type
Digital wallet/P2P

### Program manager
No information provided

### Other relevant parties
No information provided

### Current status
Active

### Download most recent agreement files
Cash_App_10_06_2021(1).zip (https://files.consumerfinance.gov/a/assets/prepaid-agreements/Cash_App_10_06_2021(1).zip)

### View all agreement files
View all agreements for Cash App

---

## Global Cash Card Visa Payroll Card

### Issuer name
MetaBank

### Prepaid product type
Payroll

### Program manager
Global Cash Card, Inc.

### Other relevant parties
Square One Solution

### Current status

Active

Download most recent agreement files

Global_Cash_Card_Visa_Payroll_Card_04_01_2019(291).zip (https://files.consumerfinance.gov/a/assets/prepaid-agreements/Global_Cash_Card_Visa_Payroll_Card_04_01_2019(291).zip)

View all agreement files

View all agreements for Global Cash Card Visa Payroll Card

## Global Cash Card Visa Payroll Card

Issuer name

MetaBank

Prepaid product type

Payroll

Program manager

Global Cash Card, Inc.

Other relevant parties

Pseudo - GCC BIN 402718; VIP Staffing (Xemplar. LLC); WINSOR STAFFING -...

Current status

Active

Download most recent agreement files

Global_Cash_Card_Visa_Payroll_Card_04_01_2019(175).zip (https://files.consumerfinance.gov/a/assets/prepaid-agreements/Global_Cash_Card_Visa_Payroll_Card_04_01_2019(175).zip)

View all agreement files

View all agreements for Global Cash Card Visa Payroll Card

## Global Cash Card Visa Payroll Card

Issuer name

MetaBank

## Prepaid product type
Payroll

## Program manager
Global Cash Card, Inc.

## Other relevant parties
Jack in the Box - Jumbo Fun Foods; Jack in the Box - Big Fun Foods; Carls...

## Current status
Active

## Download most recent agreement files
Global_Cash_Card_Visa_Payroll_Card_04_01_2019.zip (https://files.consumerfinance.gov/a/assets/prepaid-agreements/Global_Cash_Card_Visa_Payroll_Card_04_01_2019.zip)

## View all agreement files
View all agreements for Global Cash Card Visa Payroll Card

---

# Global Cash Card Visa Payroll Card

## Issuer name
MetaBank

## Prepaid product type
Payroll

## Program manager
Global Cash Card, Inc.

## Other relevant parties
Elgin Sweeper Company (VISA); ALMS; Prescription Landscape; Step by Step...

## Current status
Active

## Download most recent agreement files

Global_Cash_Card_Visa_Payroll_Card_04_01_2019(155).zip ⤓ (https://files.consumerfinance.gov/a/assets/prepaid-agreements/Global_Cash_Card_Visa_Payroll_Card_04_01_2019(155).zip)

View all agreement files

[View all agreements for Global Cash Card Visa Payroll Card](#)

## Instant Financial-All Other States-Incomm

### Issuer name
Sutton Bank

### Prepaid product type
Payroll

### Program manager
Instant Financial

### Other relevant parties
231 Concepts LLC; 24-7 Intouch Corporate; 3LB Restaurants Concepts...

### Current status
Active

### Download most recent agreement files
Instant_FinancialAll_Other_StatesIncomm_04_01_2019.zip ⤓ (https://files.consumerfinance.gov/a/assets/prepaid-agreements/Instant_FinancialAll_Other_StatesIncomm_04_01_2019.zip)

View all agreement files

[View all agreements for Instant Financial-All Other States-Incomm](#)

## MyLink

### Issuer name
BB&T Corporation

### Prepaid product type
Payroll

### Program manager

No information provided

### Other relevant parties

Apache Mills Inc; Tekscom Inc; The Budd Group Inc; Brunswick Cove...

### Current status

Active

### Download most recent agreement files

MyLink_08_15_2018.zip (https://files.consumerfinance.gov/a/assets/prepaid-agreements/MyLink_08_15_2018.zip)

### View all agreement files

View all agreements for MyLink

## PayChekPLUS Elite Visa Payroll Card 67426355

### Issuer name

Comerica

### Prepaid product type

Payroll

### Program manager

No information provided

### Other relevant parties

1020 Enterprises - Andy Martin Jr; 1720 Management LLC; 3 Burgers LLC; 3Pl...

### Current status

Active

### Download most recent agreement files

PayChekPLUS_Elite_Visa_Payroll_Card_67426355_09_08_2020.zip (https://files.consumerfinance.gov/a/assets/prepaid-agreements/PayChekPLUS_Elite_Visa_Payroll_Card_67426355_09_08_2020.zip)

### View all agreement files

View all agreements for PayChekPLUS Elite Visa Payroll Card 67426355

## rapid PayCard Visa Payroll Card 2

### Issuer name
MetaBank

### Prepaid product type
Payroll

### Program manager
Green Dot

### Other relevant parties
rapid!; rapid! PayCard Meta Visa Payroll Fixed 2; PLS Financial ; PLS…

### Current status
Active

### Download most recent agreement files
rapid_PayCard_Visa_Payroll_Card_2_03_06_2018.zip (https://files.consumerfinance.gov/a/assets/prepaid-agreements/rapid_PayCard_Visa_Payroll_Card_2_03_06_2018.zip)

### View all agreement files
View all agreements for rapid PayCard Visa Payroll Card 2

## Skylight ONE Visa Prepaid Card

### Issuer name
Axos Bank

### Prepaid product type
Payroll

### Program manager
Netspend

### Other relevant parties

A-Team Security & Events Inc,Camp Fire River Bend DBA: Camp…

## Current status

Active

## Download most recent agreement files

Skylight_ONE_Visa_Prepaid_Card_04_01_2019(187).zip (https://files.consumerfinance.gov/a/assets/prepaid-agreements/Skylight_ONE_Visa_Prepaid_Card_04_01_2019(187).zip)

## View all agreement files

View all agreements for Skylight ONE Visa Prepaid Card

---

## Skylight ONE Visa Prepaid Card

## Issuer name

Axos Bank

## Prepaid product type

Payroll

## Program manager

Netspend

## Other relevant parties

3rd Street Restaurant Associates LLC,A & J Cleaning Inc,Agile Workplace…

## Current status

Active

## Download most recent agreement files

Skylight_ONE_Visa_Prepaid_Card_04_01_2019(9).zip (https://files.consumerfinance.gov/a/assets/prepaid-agreements/Skylight_ONE_Visa_Prepaid_Card_04_01_2019(9).zip)

## View all agreement files

View all agreements for Skylight ONE Visa Prepaid Card

## Square Cash Prepaid Card

### Issuer name
Sutton Bank

### Prepaid product type
GPR (General Purpose Reloadable)

### Program manager
Marqeta

### Other relevant parties
No information provided

### Current status
Active

### Download most recent agreement files
Square_Cash_Prepaid_Card_08_19_2021.zip (https://files.consumerfinance.gov/a/assets/prepaid-agreements/Square_Cash_Prepaid_Card_08_19_2021.zip)

### View all agreement files
View all agreements for Square Cash Prepaid Card

### Database disclaimer

We display the prepaid account agreements in this database as the respective issuers submitted them. The CFPB is not responsible for the content of the agreements, including any discrepancies between an agreement as presented in this database and the agreement as offered to the public, or for any omissions or other errors in the agreement as submitted by the issuer. Use of information downloaded from our website, and any alteration or representation regarding such information by a party, is the responsibility of such party.

The agreements on file will have general terms and conditions, pricing, and fee information. They are not specific to an individual's account information. If you

have questions about the agreements themselves, contact the prepaid issuer directly.

### Support and inquiries

If you have technical questions or issues, contact [Collect_Support@cfpb.gov](mailto:Collect_Support@cfpb.gov).

For general information about prepaid cards, [visit our prepaid card resources (cfpb.gov/consumer-tools/prepaid-cards/)](https://cfpb.gov/consumer-tools/prepaid-cards/).

🇺🇸 An official website of the United States government