# Exhibit 50

2:07 5G

| | |
|---|---|
| ATM Balance Inquiries | $0 |
| Customer Service | $0 |
| Inactivity | $0 |

**We currently do not offer overdraft or credit features.**

FDIC insurance is not available at this time.

For general information about prepaid accounts, visit cfpb.gov/prepaid

Find details and conditions for all fees and services in the Cash Card Long Form, which can be viewed at cash.app/cardfees

**See More Information about Cash Card** ▼

Cash App is a financial platform, not a bank. Debit card issued and banking services provided by Sutton Bank, Member FDIC

By continuing, you agree to the Terms & Privacy Policy

**Continue**

