# Exhibit 52

Case 4:21-cv-00913-NKL   Document 57-52   Filed 01/21/22   Page 1 of 2




AUDIT & ACCOUNTING | TAX | TECHNOLOGY | PRACTICE MANAGEMENT | MORE

FOLLOW US IN REAL TIME

Voices | On the Air: Accounting Today Podcasts | Join our Top 100 Firms/Regional Leaders survey

Global Expansion eBook
Make your growth goals a reality by taking a modern approach to global expansion.
Velocity Global
Download

CREDIT SCORES

# Block to offer clients credit scores and analysis

By Jeff Stimpson    March 13, 2018, 1:53 p.m. EDT    1 Min Read




H&R Block is partnering with online loan marketplace LendingTree to provide clients access to their credit score. Block clients can enter LendingTree via a MyBlock portal account.

The tax prep chain giant said the move aims to increase financial literacy and helps "educate taxpayers throughout the year about how taxes impact them based on life events like marriage, having a baby and starting a business," said Heather Watts, Block senior vice president and general manager of digital, in a statement.

The LendingTree dashboard provides insight and information on factors impacting credit scores such as existing loans and credit cards, as well as suggestions for credit improvement. The technology also analyzes accounts and sends notifications about savings opportunities.

Accounting Today Editor Dan Hood sat down with Cathy Rowe, a vice president of tax and accounting at Wolters Kluwer, to discuss the tax landscape and how…

PARTNER INSIGHTS FROM WOLTERS KLUWER

Taxpayers can access their MyBlock account on smartphones, tablets and desktop; they can also use the portal to review their tax checklist, check on the status of their return, and view their returns.

"Receiving their tax refund is the biggest financial transaction many people have all year. With the insight from My LendingTree, some clients could discover how they can use that money to decrease their debt, thereby taking steps to improve their financial outlook," Watts said.



Jeff Stimpson  Freelance Writer

    REPRINT

For reprint and licensing requests for this article, click here.

CREDIT SCORES | TAX FRANCHISES | TAX RETURNS | H&R BLOCK

---

## MORE FROM ACCOUNTING TODAY

### TAX
**Practitioner coalition urges IRS to step up for tax season**
The groups want the service to reduce unnecessary burdens on taxpayers and tax preparers.
By Roger Russell
January 19



### PREMIUM  AUDIT
**Myanmar protesters call for international audit institutions to sever contact**
An activist group called Justice for Myanmar that has been protesting the military takeover of the Myanmar government is urging international audit institutions to end all their engagement with the government's auditor general.
By Michael Cohn
January 19



### PREMIUM  ACCOUNTING
**Global economic confidence among accountants dipped in Q4**
North American accountants, however, felt more upbeat than most.
By Michael Cohn
January 19



### PRACTICE MANAGEMENT
**M&A roundup: CRI and Citrin expand**
Carr, Riggs & Ingram acquired Travani & Richter; and Citrin Cooperman added Massarsky Consulting.
By Michael Cohn
January 19



### PREMIUM  CPA EXAM
**Surgent releases mobile study app**
Surgent Accounting & Financial Education's new Study Companion app is designed to teach CPA exam candidates in small "microbursts" of time on their smartphones.
By Sean McCabe
January 19



### TECHNOLOGY
**Questioning SEO, and other tech stories you may have missed**
Google suggests that small organizations may not need to focus as much on search engine optimization, and nine other tech developments from the past month.
By Gene Marks
January 19

Like what you see? Make sure you're getting all
Accounting Today is a leading provider of online business news for the accounting community, offering breaking news, in-depth features, and a host of resources and services.



About Us        RSS Feed           Subscription Agreement
Contact Us      Privacy Policy     Content Licensing/Reprints
The Magazine                       Advertising/Marketing Services


© 2022 Arizent. All rights reserved.

FOLLOW US IN REAL TIME
  

