# Exhibit 54

THE BUSINESS JOURNALS | Select a City ▾    Member Account ▾   kjackson@berkowitzoliver.com

KANSAS CITY BUSINESS JOURNAL    DIGITAL EDITION
Check out our annual Book of Lists publication ›    GIVE A GIFT SUBSCRIPTION   Learn More

Latest News   Lists & Leads   Commercial Real Estate   Banking   Technology   Health Care   Residential Real Estate   Food & Lifestyle   KC Inno   |   Events   Nominations



Technology

# Block creates virtual office for online community

✉ Email   f Share   in Share   🐦 Tweet   🖨 Print   📋 Order Reprints

Mar 13, 2007  **Updated** Mar 13, 2007, 2:48pm CDT

**IN THIS ARTICLE**

**H&R Block Inc.**
Company

**Tom Allanson**
Person

H&R Block Inc. has created a virtual office populated by virtual tax advisers in an effort to reach the 4.6 million people in the fast-growing online community called Second Life.

The Kansas City-based company (NYSE: HRB) said Tuesday that it has launched H&R Block Island, a 3D location within Second Life. Two digital employees named Hope Bechir and Rex Philbin will staff H&R Block's virtual office. The employees -- or avatars, as virtual people are called within the Second Life community -- will answer tax-related questions twice a week between Tuesday and April 17, Block said in a release.

Second Life is a 3D virtual world entirely built and owned by its residents -- real people who create online avatars.

The online community goes beyond the realm of video games and networking sites by adding an economic edge to its virtual world. Users can exchange monetary units called Linden dollars to buy real estate, build a business or buy, sell and trade with other residents.

Linden money can be converted to U.S. dollars on several online exchanges. The Second Life Web site claims that the marketplace within its virtual world supports millions of U.S. dollars in monthly transactions. According to the Web site, residents spent about $1.5 million on the site during the past 24 hours, as of Tuesday afternoon.

H&R Block plans to have a regular presence in Second Life. At its virtual office, the company will include a program enabling Second Life residents to earn Linden dollars by marketing H&R Block's products on their virtual property.

"We look for ways to connect with our customers anytime, anywhere, and with that in mind, we chose to ... build a presence on another 'block' within the Second Life world," Tom Allanson, senior vice president and general manager of H&R Block Digital Tax Solutions, said in the release. "The inhabitants of Second Life are revolutionizing how people interact in a virtual world. As we engage these Second Lifers in a conversation in a new space, we believe our digital tax services will appeal to them."







**Latest People On The Move**   More ›

 Terry Leeds, PE — Garver
 Morgan Purvis — Retail Success
 Anne Leal — MarksNelson LLC (FEATURED)
 Michelle Phelps — CFO SYSTEMS LLC
 Craig Hoover — Crown CFO

SPONSORED CONTENT BY THE BUSINESS JOURNALS CONTENT STUDIO
A guide to luxury home listings (ebook)

SPONSORED CONTENT BY THE BUSINESS JOURNALS CONTENT STUDIO
How banking and finance marketers can effectively reach a local B2B audience

SPONSORED CONTENT BY BIZLEADS
5 steps to launching a successful email marketing campaign

SPONSORED CONTENT BY THE BUSINESS JOURNALS CONTENT STUDIO
How Custom Research can unlock actionable data








Back to Top ▲

KANSAS CITY BUSINESS JOURNAL   Home   News   Lists & Leads   People   Companies   Events   Store

**SUBSCRIBERS**
Start a Subscription
Subscriber-Only Content
Digital Edition
Book of Lists
Book of Lists - Unlimited
Manage your Account
Manage My Advertising

**ABOUT & CONTACT**
About Us
About The Business Journals
Advertise
Help & FAQs
Circulation Sales Center Directory

**APPS & SYNDICATION**
Mobile Apps
Syndication/RSS

**FOLLOW US**
Twitter  LinkedIn  Facebook

**NEWSLETTERS**
Sign Up Now

**ACBJ**
American City Business Journals
AmericanInno
BizEquity
BizLeads
Bizwomen
Hemmings



User Agreement   Privacy Policy   Your California Privacy Rights   Ad Choices

© 2022 American City Business Journals. All rights reserved. Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 1/1/21) and Privacy Policy and Cookie Statement (updated 7/20/21). The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of American City Business Journals.