IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| H&R BLOCK, INC. and<br>HRB INNOVATIONS, INC.<br><br>      Plaintiffs,<br><br>v.<br><br>BLOCK, INC.,<br><br>      Defendant. | Case No. 4:21-cv-00913-W-NKL |

**NOTICE OF CORRECTED REBUTTAL EXPERT
DECLARATION OF PROFESSOR DAVID REIBSTEIN**

PLEASE TAKE NOTICE that Plaintiffs H&R Block, Inc. and HRB Innovations, Inc. hereby respectfully submit the attached Corrected Rebuttal Expert Declaration of Professor David Reibstein (Exhibit A hereto), wherein Dr. Reibstein has corrected an inadvertent error in his original Rebuttal Expert Declaration (Doc. 58). Specifically, the wrong image was mistakenly displayed as Figure 25 in Dr. Reibstein's Declaration (Doc. 58 at 58) and within Exhibit 3.5-2 to that Declaration (Doc. 58-3 at 37). The Corrected Declaration attached as Exhibit A hereto replaces that image with the intended image in both places. The Corrected Declaration is otherwise identical to the original Declaration and is, respectfully, submitted to replace that Declaration.

DATED: February 4, 2022        Respectfully submitted,

                                            **BERKOWITZ OLIVER LLP**

                                            By:   /s/ *Stacey R. Gilman*
                                                   Anthony J. Durone (MO Bar #43872)
                                                   Stacey R. Gilman (MO Bar # 55690)
                                                   BERKOWITZ OLIVER LLP
                                                   2600 Grand Boulevard Suite 1200
                                                   Kansas City, Missouri 64108
                                                   (816) 561-7007
                                                   adurone@berkowitzoliver.com
                                                   sgilman@berkowitzoliver.com

**DEBEVOISE & PLIMPTON LLP**
David H. Bernstein (admitted *pro hac vice*)
Jyotin Hamid (admitted *pro hac vice*)
Jared I. Kagan (admitted *pro hac vice*)
Marissa MacAneney (admitted *pro hac vice*)
Megan K. Bannigan (admitted *pro hac vice)*
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
dhbernstein@debevoise.com
jhamid@debevoise.com
jikagan@debevoise.com
mpmacaneney@debevoise.com
mkbannigan@debevoise.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2022, the foregoing document was served on all counsel of record by electronic mail.

      */s/ Stacey R. Gilman*
      **Attorney for Plaintiffs**