# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

H&R BLOCK, INC. and HRB
INNOVATIONS, INC.,

                    Plaintiffs,

     v.

BLOCK, INC.,

                    Defendant.

Case No. 4:21-cv-00913-NKL

## SUR-REBUTTAL DECLARATION OF DR. RAVI DHAR

February 4, 2022

I.    SUMMARY OF CONCLUSIONS ................................................................................. 1

II.   DR. REIBSTEIN'S ANALYSIS OF "LINKAGE" BETWEEN THE CASH APP
      BRAND AND BLOCK IS FLAWED ........................................................................... 3

      A.    Dr. Reibstein's Declaration Rests On The False Premise That Exposure To
            Third Party Media Mentions Of Both Cash App And Block Is Sufficient
            To Show That Consumers Associate Block With The Cash App Brand ............... 3

      B.    Dr. Reibstein's Analysis Focuses On Third-Party Mentions At Some
            Distant Point From the User Journey, And He Has Not Shown That
            Consumers Attend To Or Recall These Third-Party Mentions, Much Less
            Link Them To The Cash App Brand .................................................................. 6

      C.    Dr. Reibstein Relies On An Incorrect Image To Demonstrate "Linkage"
            Between Cash App And Block .......................................................................... 12

      D.    Dr. Reibstein's Analysis Based On "Historical" Linkage Between Cash
            App And Square Is Flawed .............................................................................. 15

III.  DR. REIBSTEIN IGNORES THE MARKETPLACE CONTEXT IN WHICH
      CONSUMERS ACTUALLY ENCOUNTER THE CASH APP BRAND ..................... 16

IV.   H&R BLOCK'S ADDITIONAL EVIDENCE THAT "BLOCK" IS A SOURCE
      IDENTIFIER FOR "H&R BLOCK" DEMONSTRATES NO SUCH THING ............. 20

      A.    Dr. Reibstein Fails To Provide Any Empirical Evidence That "Block" Is
            Likely To Be Seen As A Source Identifier For H&R Block ............................. 21

      B.    Dr. Reibstein's Report Incorrectly Characterizes Consumer Posts As
            Evidence That Consumers Refer To H&R Block As "Block" ......................... 25

      C.    Dr. Jay's Survey Purporting To Show that "Block" Is A Source Identifier
            For H&R Block Is Fundamentally Flawed ...................................................... 28

            1.    The Jay Survey Improperly Primed Respondents and Violated
                  Principles of Conversational Norms ...................................................... 30

            2.    The Jay Survey is Over-Inclusive ........................................................ 31

V.    EVEN ASSUMING CONSUMER KNOWLEDGE THAT CASH APP IS
      OWNED BY BLOCK, DR. REIBSTEIN OFFERS NO SUPPORT FOR HIS
      SUBSEQUENT INFERENCE OF A LIKELIHOOD OF CONFUSION WITH
      H&R BLOCK ........................................................................................................... 32

# I.    SUMMARY OF CONCLUSIONS

1.    I submit this sur-rebuttal declaration in support of Block, Inc.'s Opposition To Plaintiffs' Motion For Preliminary Injunction.  I have reviewed the rebuttal declarations of Mr. Jones, Dr. David Reibstein, and Dr. E. Deborah Jay.  These declarations and their conclusions therein do not change the opinions I set forth in my prior declaration.[1]  And these declarations suffer from serious conceptual and methodological flaws that fail to support, and in some cases, contradict their conclusions.

2.    I briefly summarize my conclusions here:

   a.    First, Dr. Reibstein's analysis of a claimed "linkage" between the Cash App brand and Block is flawed.  Dr. Reibstein assumes that any exposure to articles and posts mentioning both Cash App and Block is sufficient to show that consumers associate Block with the Cash App brand.  However, brands reside in the minds of consumers, and mere exposure to something does not automatically result in the creation or alteration of brand associations.  There are empirical ways to test whether or not consumers associate the Cash App brand with Block, and Dr. Reibstein did not perform those empirical analyses.  Additionally, Dr. Reibstein focuses his analysis on third-party media mentions, without establishing that consumers actually viewed or attended to these mentions.  Finally, Dr. Reibstein analyzes past media coverage linking Cash App to Square, Inc., and suggests that past patterns are helpful to understanding how the media will cover Cash App and Block in the future.  But that analysis is also flawed.  Cash App

---

[1]  I have also reviewed the declaration of Ms. MacAneny.  This declaration too, does not change the opinions I set forth in my prior declaration.

used to be called "Square Cash," so it is not surprising that past media coverage of Cash App often mentioned "Square." And there are a number of methodological issues with this analysis, including that Dr. Reibstein counts Square's own press releases as an example of a third-party media coverage, which of course are geared toward the media, not consumer audiences.

b. Second, by focusing his analysis on third-party mentions, Dr. Reibstein ignores the marketplace context in which consumers actually encounter the Cash App brand. The marketplace and user journey is critical for understanding consumer perceptions of the Cash App brand. In this case, the marketplace context shows that confusion between Cash App and H&R Block is unlikely.

c. Third, Dr. Reibstein's assertion that "Block" is a source identifier for H&R Block is unpersuasive because he provides no empirical evidence that "Block" is likely to be seen as a source identifier for H&R Block, and the consumer evidence he presents is not a representative sample of consumer behavior. Furthermore, Dr. Jay's survey that purports to show that "Block" is a source identifier for H&R Block is also fundamentally flawed included leading questions that prompted respondents to call to mind "H&R Block" and answer in a certain way. Dr. Jay's survey also surveyed an overinclusive, and thus inappropriate, universe.

d. Finally, even assuming that some consumers know that Cash App is owned by the corporate entity Block, Dr. Reibstein offers no support for his subsequent inference of a likelihood of confusion with H&R Block.

## II. DR. REIBSTEIN'S ANALYSIS OF "LINKAGE" BETWEEN THE CASH APP BRAND AND BLOCK IS FLAWED

### A. Dr. Reibstein's Declaration Rests On The False Premise That Exposure To Third Party Media Mentions Of Both Cash App And Block Is Sufficient To Show That Consumers Associate Block With The Cash App Brand

3.      Dr. Reibstein purports to "assess the extent, if any, to which consumers are likely to associate Defendant's 'Cash App' brand with Defendant's use of 'Block' as a corporate brand."[2] To assess this inquiry, Dr. Reibstein presents a collection of news articles and social media posts that he states demonstrate that "consumers have been exposed to linkages between the 'Cash App' brand and Defendant's use of 'Block' as a corporate brand."[3] He then assumes that this handful of articles and posts have caused consumers to associate Block with the Cash App brand.[4]

4.      Dr. Reibstein's analysis rests on the false premise that mere exposure to mentions of both the Cash App brand and Block in some articles (as well as some social media posts) is sufficient to show that consumer associations for the Cash App brand include a link to Block. This is a critical flaw. Dr. Reibstein performs no analysis to determine the extent to which prospective and current users of Cash App actually have been exposed to these articles that mention both Cash App and Block. Furthermore, as I stated in my prior declaration, one cannot simply assume that exposure to some mentions in the media leads to attention to it.[5] Since the Cash App mobile application does not feature Block branding,[6] Dr. Reibstein's analysis assumes that prospective and current users who are exposed to a news article or a social media post that

---

[2]  Reibstein Decl. ¶ 1.

[3]  Reibstein Decl. ¶ 3.

[4]  Reibstein Decl. ¶ 3.

[5]  Dhar Decl. ¶¶ 33, 72-82, 93-94.

[6]  *See* Dhar Decl. ¶¶ 29, 36, 42, 43.

mentions both Cash App and Block at some distant point from the user journey would not only (a) attend to the mention of both names in the article, (b) understand that the Cash App brand is connected to the corporate brand, (c) retain that information about the Cash App brand in their memory, and (d) recall that information as part of the Cash App brand associations when making a purchasing decision.

5.     As Dr. Reibstein notes, brand associations reside in the minds of consumers.[7] Dr. Reibstein offers no empirical evidence that any exposure to his examples of "linkage" by the media at some distant point from the user journey creates *actual associations* in the minds of consumers for the Cash App brand, despite the fact that Block branding is not used in the Cash App mobile application environment.

6.     Dr. Reibstein's "linkage" analysis is critically flawed because it conflates exposure to information (in this case the names Cash App and Block) with the assumption that it becomes part of the brand's associations, even though the Cash App mobile application itself does not use Block branding.  As Dr. Reibstein notes, creating a strong brand is not assured, and companies invest hundreds of millions of dollars to craft their brands and brand associations.[8]

7.     Based on established principles of how brand associations are created and measured for a brand, consumer linkages and associations for a brand can and should be systematically examined.[9]  One example is to create a brand map through consumer mapping techniques.[10]  Brand maps measure a consumer's network of brand associations and convey how

---

[7]  Reibstein Decl. ¶ 2.

[8]  Reibstein Decl. ¶¶ 24, 50.

[9]  Deborah Roedder John, *et al.*, *Brand Concept Maps: A Methodology for Identifying Brand Association Networks*, Journal of Marketing Research, 549-563, 549 (2006).

[10]   John, *et al.*, *Brand Concept Maps: A Methodology for Identifying Brand Association Networks,* at 549.

associations are connected to the brand and to one another.[11]  To create a brand map, a researcher must identify salient associations for the brand, ask consumers to form their own brand maps in which they connect the associations to one another and to the brand, and combine individual brand maps using a set of rules, such as utilizing the frequency of which an association was selected, and averaging the strength of the connection between associations and with the brand.[12]

8.      Although there are well-established practices for measuring brand associations in the minds of consumers, Dr. Reibstein fails to employ any of them here, and thus fails to provide any empirical evidence that Block is associated with the Cash App brand in the minds of consumers.  He simply assumes that any mention of Cash App and Block in the same article at some distant point from the user journey is evidence that it will result in consumers changing their brand associations.  In sum, although Dr. Reibstein's assertions are subject to empirical testing, he did not empirically test any of them.   These mere assertions, untested, are unreliable.

**B.      Dr. Reibstein's Analysis Focuses On Third-Party Mentions At Some Distant Point From the User Journey, And He Has Not Shown That Consumers Attend To Or Recall These Third-Party Mentions, Much Less Link Them To The Cash App Brand**

9.      Setting aside Dr. Reibstein's incorrect assumption that mere exposure to mentions of Cash App and Block as the parent company at a distant time from the user journey creates new associations linked to the Cash App brand in the minds of consumers, it is important to note that most of the examples of "linkage" Dr. Reibstein cites are third-party mentions by media sources and posts on social media.[13]

---

[11]  John, *et al.*, *Brand Concept Maps: A Methodology for Identifying Brand Association Networks,* at 549.

[12]  John, *et al.*, *Brand Concept Maps: A Methodology for Identifying Brand Association Networks,* at 551-552.

[13]  Reibstein Decl. ¶¶ 3, 43, 69-75, 88-91, 94.

10.    As a general matter, Dr. Reibstein misconstrues the importance of third-party communications to the issue of whether consumers will be confused between Cash App and H&R Block.  The relevant inquiry in a likelihood of confusion case, and the inquiry on which I focused my analysis in my prior declaration, is whether a current or prospective customer, ***encountering the goods or services as he or she would in a marketplace context,*** would be confused.[14]  With this essential context in mind, I turn to Dr. Reibstein's third-party evidence of linkages.

11.    Dr. Reibstein cites nine articles and videos by news outlets that mention a link between Cash App and Block and four social media posts authored by news outlets as evidence of the media's recent "linkage" between Cash App and Block.[15]  The articles Dr. Reibstein provides are from publications aimed at investors and the business community, not the general consuming public.

12.    Dr. Reibstein conducts no empirical analysis to show the extent to which prospective consumers were exposed to these business and investor-focused articles or posts, let alone that they paid attention to the mention of both brands, and most importantly, changed their brand associations with Cash App to include Block as a result.  Nor does he present data on how many consumers actually viewed the third-party media articles he cites or how many impressions they received, which could vary widely.[16]  For instance, upon review of each of the nine news

---

[14]   Dhar Decl. ¶¶ 18-53; *see* Harvey S. Perlman, *The Restatement of the Law of Unfair Competition: A Work in Progress*, 80 Trademark Rep., 461, 472-73 (1990) ("Certainly the mental associations made by consumers are formed by those factors that make up the market context in which the respective goods or services are sold . . . Ultimately, the [court's] decision [on infringement] must come down to an intuitive judgment about how consumers are likely to respond in a particular market context.").

[15]   Reibstein Decl. ¶ 88.

[16]   Reibstein Decl. ¶ 88.

articles, I found that four of the articles are behind some sort of paywall. Studies have found that paywalls can significantly decrease the traffic a website receives.[17] I point this out to show that despite the existence of the articles that Dr. Reibstein cites, it is far from assured that consumers will actually encounter them.

13. Dr. Reibstein's analysis requires empirical evidence that consumers will link Cash App brand to Block based on these articles. But even without data as to how many consumers viewed these articles, it is apparent that the impact due to any exposure to these articles at a distant point in time from the user journey is likely to be dwarfed by exposure to Cash App's own marketplace branding and advertising, which is the main source of any association with the Cash App brand. Cash App's mobile application has been downloaded more than 100 million times, and Cash App's social media posts routinely receive millions of views.[18] This makes it even less likely that occasional mentions of Cash App and Block by third parties at a distant point in time from the user journey, which Block does not control, will result in any changes to perceptions of the Cash App brand to include a link to the Block brand.

---

[17] *See* Adithya Pattabhiramaiah, S. Sriram, and Puneet Manchada, *Before You Put Up a Paywall, Read This Study*, American Marketing Association (March 7, 2019), https://www.ama.org/2019/03/07/before-you-put-up-a-paywall-read-this-study/ (finding that a paywall resulted in a decrease of 16.8% for unique visitors, 57.2% for heavy users, and 11.3% for light users).

[18] Jennings Decl. ¶¶ 7-9 ("Cash App's mobile application has been downloaded more than 100 million times. And in the second quarter of 2021 . . . , Cash App had 40 million active monthly users. . . Currently, more than 70 million active customers move money on Cash App's platform on an annual basis."); Dhar Decl. ¶¶ 49-51 ("Cash App's December 27, 2019 'Ultimate Cash App Friday' advertisement . . . has garnered approximately 5 million views and 58,200 likes on Twitter and 831,000 views on Instagram . . . Similarly, Cash App's March 20, 2020 'Cash App Friday' advertisement . . . has garnered approximately 7 million views and 78,600 likes on Twitter, and over 567,000 views on Instagram.").

14.     Dr. Reibstein also points to social media posts published by Block itself.[19]  All but one of these are the one-time December 1, 2021 announcements of the rebranding, informing its followers that Block is now the corporate entity name.  Dr. Reibstein presents no empirical evidence that these posts (also distant from the user journey) were viewed by current or prospective users of Cash App and that they changed the consumer's associations with the Cash App brand to include Block.  And once again, any exposure to these tweets are dwarfed by the more than 100 million Cash App downloads and millions of views on Cash App's social media posts.[20]

15.     In his declaration, Mr. Jones also points to investor-focused materials on Block's website, such as the "Investor Relations," page, and email alerts to sign up for investor related updates, as well as materials aimed at potential employers.[21]  But these social media posts and investor and employee materials reflect precisely what the Block brand is to be used for—as a parent corporate entity name.[22]

16.     An examination of other well-known brands demonstrates that it is not uncommon for third-party media and social media coverage to link a corporate parent to a consumer-facing brand.  An illustrative example comes in the form of three popular brands of paper towels:  Brawny, Viva, and Bounty.  Each of these brands and their logos are recognizable to consumers as products that they see on grocery store shelves and in advertising.  The brand

---

[19]   Reibstein Decl. ¶¶ 83-85; *see also* Reibstein Ex. 3.5-1.

[20]   As of February 2, 2022, Block's Twitter account had 77,900 followers, compared to Cash App's 1.6 million followers.  See Block (@block), Twitter, https://twitter.com/blocks (last accessed Feb. 2, 2022); Cash App (@CashApp), Twitter, https://twitter.com/CashApp (last accessed Feb. 2, 2022).

[21]   Jones Decl. ¶¶ 36-39.

[22]   *See* Esperanza Declaration ¶¶ 18-19.

associations for each of these brands arises from their own advertising and social media. Brawny, for example, has distinctive packaging that includes a lumberjack figure in a red shirt.[23] Bounty is known by its multi-colored logo, green packaging, and "quicker picker upper" slogan.[24] But consumers may be unaware of the corporate parent of each of these paper towel brands: Brawny's corporate parent is Georgia-Pacific, Viva's corporate parent is Kimberly-Clark, and Bounty's corporate parent is Procter & Gamble.[25]

17.     Despite the relative anonymity of these corporate brands among consumers who purchase paper towels, a look at recent news articles shows that media often do reference both the brand and the corporate parent, with much of this media coverage aimed at a business or investor audience.[26] An examination of the Twitter profiles of Georgia-Pacific, Kimberly-Clark, and Procter & Gamble also shows that each tweets about Brawny, Viva, and Bounty (and vice versa).[27] Yet consumers of paper towels are unlikely to link the corporate parent with the brand association of these well-known brands when making purchasing decisions.

---

[23]   Brawny, https://www.brawny.com/ (last visited Jan. 31, 2022).

[24]   Bounty, https://bountytowels.com/en-us (last visited Jan. 31, 2022).

[25]   Georgia-Pacific, *About Georgia-Pacific Consumer Products*, https://www.gp.com/product-overview/consumer-products (last visited Jan. 31, 2022); Kimberly-Clark, *Trusted Brands*, https://www.kimberly-clark.com/en-us/brands/our-brands (last visited Jan. 31, 2022); Procter & Gamble, *Brands*, https://us.pg.com/brands/ (last visited Jan. 31, 2022).

[26]   *See, e.g.*, Brett Molina, *Costco placing purchasing limits on toilet paper, other products due to COVID-related demand*, USA Today (Sept. 24, 2021), https://www.usatoday.com/story/money/shopping/2021/09/24/costco-limiting-purchases-toilet-paper-other-items/5841158001/; Directors Talk Interviews, *Kimberly-Clark Corporation – Consensus Indicates Potential .6% Upside* (Jan. 27, 2022), https://www.directorstalkinterviews.com/kimberly-clark-corporation---consensus-indicates-potential-.6-upside/4121047567; Amelia Lucas, *P&G earnings top estimates as price hikes offset rising costs, company raises 2022 sales forecast*, CNBC (Jan. 19, 2022), https://www.cnbc.com/2022/01/19/procter-gamble-pg-q2-2022-earnings.html. True and correct copies of these articles are attached as Exhibit B.

[27]   *See, e.g.*, Georgia-Pacific (@GeorgiaPacific), Twitter (Nov. 8, 2021, 1:49 PM), https://twitter.com/GeorgiaPacific/status/1457782292064047105 (Georgia-Pacific tweeting

18.     As these and other examples illustrate, the brand associations in a House of Brands strategy are built by the consumer brands, not the corporate parent. Consider two popular ice cream brands: Ben & Jerry's and Häagen-Dazs. Ben & Jerry's corporate parent is Unilever, and Häagen-Dazs is owned by General Mills.[28] A search for recent news articles reveals that the consumer brands and their corporate parents (Ben & Jerry's and Unilever and Häagen-Dazs and General Mills) are often referenced in articles together.[29] And Unilever and General Mills sometimes tweet about their brands, including Ben & Jerry's and Häagen-Dazs.[30] Another example is Dove and Dial soap. Many news articles reference Dove soap and its

about Brawny); Kimberly-Clark Corp. (@KCCorp), Twitter (Sept. 25, 2021, 1:00 PM), https://twitter.com/KCCorp/status/1441809752602861570 (Kimberly-Clark tweeting about Viva); Procter & Gamble (@ProcterGamble), Twitter (Dec. 2, 2021 11:26 AM), https://twitter.com/ProcterGamble/status/1466443559134011392 (P&G tweeting about Bounty). True and correct copies of these tweets are attached as Exhibit C.

[28]   Unilever, *Our brands*, https://www.unilever.com/brands/all-brands/ (last accessed Jan. 31, 2022); General Mills*, Brands overview*, https://www.generalmills.com/en/Brands/Overview (last accessed Jan. 31, 2022).

[29]   *See, e.g.*, Ariel Zilber, *Unilever spinning off Ben & Jerry's into separate unit in corporate overhaul*, New York Post (Jan. 25, 2022), https://nypost.com/2022/01/25/ben-jerrys-breyers-to-run-as-standalone-unit/; Danielle Wiener-Bronner, *How the maker of Cheerios and Haagen-Dazs copes with hundreds of supply chain snafus a month*, CNN Business (Oct. 21, 2021), https://www.cnn.com/2021/10/21/business/general-mills-supply-chain/index.html. True and correct copies of these articles are attached as Exhibit B.

[30]   *See, e.g.*, Unilever (@Unilever), Twitter (Jul. 14, 2014, 11:05 AM), https://twitter.com/unilever/status/488700868355977217 (Unilever tweeting about Ben & Jerry's); General Mills (@GeneralMills), Twitter (Mar. 8, 2021, 9:20 AM) https://twitter.com/generalmills/status/1368929684935872516 (General Mills tweeting about Haagen-Dazs). True and correct copies of these Tweets are attached as Exhibit C.

corporate parent Unilever, and Dial soap and its corporate parent Henkel.[31]  Both Unilever and

Henkel tweet about their brands, including Dove and Dial.[32]

19.     These recognizable examples show that it is not unusual for third-party media and

social media coverage to mention a corporate parent and its consumer-facing brand, but if the

corporate brand is largely absent from the brand's logo, branding, and advertising that consumers

encounter in the user or purchase journey,[33] these mentions do not automatically result in the

formation of brand associations in the minds of consumers.  And Dr. Reibstein has not shown

that any such linkages resulted with the Cash App brand and Block.

20.     Dr. Reibstein also cites what he calls "consumer-generated" social media posts

linking Cash App to Block.[34]  These include two posts by Cash App employees, and nineteen

other Twitter posts.[35]  As a preliminary note, many of these Twitter posts do not appear to be

linked to individual consumers, but rather to organizations, such as the posts authored by

Coinscreed, OVEX.io, Protos, and Bitcoin Lightning Network+.[36]

---

[31]   *See, e.g.*, Pushkala Aripaka *et al.*, *Dove Soap maker Unilever signals pursuit of GSK consumer arm; shares fall*, Reuters (Jan. 17, 2022), https://www.reuters.com/markets/deals/dove-soap-maker-unilever-signals-pursuit-gsk-consumer-arm-shares-fall-2022-01-17/; Happi, *Henkel To Merge Laundry & Home Care and Beauty Care in New Consumer Brands Unit* (Jan. 28, 2022), https://www.happi.com/contents/view_breaking-news/2022-01-28/henkel-to-merge-laundry-home-care-and-beauty-care-in-new-consumer-brands-unit/.  True and correct copies of these articles are attached as Exhibit B.

[32]   *See, e.g.*, Unilever (@Unilever), Twitter (Apr. 8, 2021) (https://twitter.com/Unilever/status/1380164425362124804 (Unilever tweeting about Dove); Henkel North America (@Henkel_NA), Twitter (Oct. 15, 2021) https://twitter.com/Henkel_NA/status/1449048583106334721 (Henkel tweeting about Dial). True and exact copies of these Tweets are attached as Exhibit C.

[33]   These parent brands may, and often are, mentioned in small print on the back of the packages of the products.

[34]   Reibstein Decl. ¶¶ 91-92.

[35]   Reibstein Decl. ¶¶ 91-92; *see also* Jones Decl. ¶¶ 42-44

[36]   Reibstein Decl. ¶¶ 91-92, Ex. 3.1-1 – 3.1-12; Ex. 3.4-1-3.4-4.

21.     Although these posts mention Cash App and Block, similar to my analysis of the third-party mentions of Cash App and Block in an article at a distant point from the user journey, Dr. Reibstein presents no empirical evidence that these posts were viewed by current or prospective consumers and created associations between the Cash App brand and the Block brand in the minds of those consumers.

22.     Additionally, the authors of the posts understand the relationship between Cash App and Block.  For example, the posts authored by employees of Cash App clearly understand Cash App's relationship with Block, and do not confuse Block with H&R Block.  Because these users themselves are not confused, Dr. Reibstein can only speculate that these posts will be viewed by current or prospective customers, who will then become confused.  Dr. Reibstein provides no basis for this assumption.

### C.     Dr. Reibstein Relies On An Incorrect Image To Demonstrate "Linkage" Between Cash App And Block

23.     Beyond third-party media mentions and social media mentions, Dr. Reibstein asserts that "millions of Cash App Customers Have Encountered Linkages Between Cash App and Its Owner."[37]  Specifically, Dr. Reibstein states that the Cash App website directs the user to download Cash App from the Apple App Store or Google Play Store, which displays the Cash App name along with the name of its owner.[38]

24.     In his report, Dr. Reibstein includes the images below of the Cash App listing on the Apple App Store and the Google Play Store to show the link between Cash App and Block.[39]

---

[37]   Reibstein Decl. ¶ 53.

[38]   Reibstein Decl. ¶¶ 76-77.

[39]   Reibstein Decl. ¶ 77, Figures 24 and 25.

**Figure 24: Google Play Store Listing Associating "Cash App" with Owner[163]**



**Figure 25: Apple App Store Listing Associating "Cash App" with Owner[164]**



25.      As one can see from these images Dr. Reibstein includes in his report, on the Google Play Store, the developer is listed as "Square, Inc.," and on the Apple App Store, the developer is listed as "Block, Inc."

26.      After I reviewed Dr. Reibstein's report, I visited the Apple App Store page via the link that Dr. Reibstein provided in his report.[40]  While on the page, I noticed that in fact, the developer is listed as "Square, Inc.", not "Block, Inc.", as shown below:[41]

---

[40] *See* Reibstein Decl. Ex. 3.5-1 -3.5-2.

[41] *See* Jennings Sur-Rebuttal Decl. Ex. A for a full screenshot of the Cash App listing on the Apple App Store and Google Play Store.



27.     I also confirmed with individuals at Cash App, who stated that the developer name in both Apple's App Store and Google's Play Store remains listed as "Square."[42]  I understand that Cash App has no plans to change it from "Square" to "Block," but rather is pursuing changing it to "Cash App."[43]

28.     Thus, Dr. Reibstein's image of the Apple App Store point-of-download screen is in fact not an accurate representation of the Cash App listing on the Apple App Store.  Nowhere in his report does he disclose that this image is not factually accurate.  Based on these facts, it appears that consumers have not "encountered linkages" between Cash App and Block in the context of the Apple App Store or Google Play Store, and any statement that they will encounter such linkage is speculation.[44]

---

[42]   Jennings Sur-Rebuttal Decl. ¶ 13.

[43]   Jennings Sur-Rebuttal Decl. ¶ 14.

[44]   *See* Reibstein Decl. VI.B; ¶ 81.

**D.** **Dr. Reibstein's Analysis Based On "Historical" Linkage Between Cash App And Square Is Flawed**

29.     Despite purporting to analyze the existence of linkage between the Cash App brand and Block in his Report, Dr. Reibstein does not conduct any empirical analysis on this point.  Instead, he analyzes media mentions of Cash App and Square, Inc., to conclude that the media has "historically linked" the Cash App brand with the Block brand.[45]

30.     This is not a useful analysis.  Setting aside that Dr. Reibstein does not empirically show that consumer Cash App brand associations are linked to Square, it would not be relevant even if he did find that, because Cash App was called "Square Cash" for many years.  The word "square" was a prominent component of the Cash App brand, used in its name and all communications with consumers.[46]  Thus, it is wholly unsurprising that many of the articles Dr. Reibstein analyzed refer to Cash App by its previous name, which includes the word "square."[47]

31.     Moreover, a cursory examination of the articles Dr. Reibstein analyzed when assessing the media's past coverage of Cash App demonstrates that he included press releases in his analysis.  Press releases are by definition intended for a media audience, and not for consumers.  Dr. Reibstein provides no evidence that consumers were exposed to these press releases, much less actually read them and created brand associations because of them.  Similarly, many of the news articles Dr. Reibstein analyzed appear to be from publications aimed at investors, not consumers, such as *Investor's Business Daily*, *Benzinga*, *MarketWatch*, *Barron's*, and the *American Banker*, which reduces the likelihood that *consumers* would have

---

[45]  *See* Reibstein Decl. ¶¶ 3, 43, 72-74.

[46]  *See* Jennings Decl. ¶¶ 4-6 .

[47]  Indeed, many of the articles Dr. Reibstein analyzed do refer to the product as "Square Cash." But in the articles he relied on, only "Square" but not the full "Square Cash" name are highlighted.  *See* Exhibit D.

viewed these articles, many about Square's stock price, and created and internalized brand associations as a result.[48]

32.     In addition to this historical media analysis, Dr. Reibstein presents examples of posts from an online forum by which consumers may be exposed to mentions of Cash App and its owner.[49] The posts are in a forum of consumers who are looking for information about charges on their bank account. Therefore, the consumers search for the forum precisely because they have no idea that Cash App is owned by Square. Moreover, cherry-picking a few posts out of many is not evidence that consumers actually attended to these specific posts. Even if some consumers read these posts, it does not mean that their perception of the Cash App brand now changes to include a link to Square. Additionally, none of these posts refer to Block, and Dr. Reibstein's evidence that similar posts may occur with the new corporate name is nothing more than speculation.

## III.    DR. REIBSTEIN IGNORES THE MARKETPLACE CONTEXT IN WHICH CONSUMERS ACTUALLY ENCOUNTER THE CASH APP BRAND

33.     As stated, Dr. Reibstein focuses his analysis mainly on mentions of Cash App and Block at a distance from the actual user journey, without establishing that consumers attend to many of these mentions. And critically, his primary focus on third-party mentions leads him to overlook the channels in which consumers actually seek out, encounter, and engage with the Cash App brand. To evaluate the consumer journey, it is essential to look at the brand's own marketing, advertisements, and communications with consumers, as well as the channels in

---

[48]   A selection of articles analyzed by Dr. Reibstein and provided to counsel is attached as Exhibit D.

[49]   Reibstein Decl. ¶¶ 79-80, Ex. 3.2-1-3.3.2.

which a consumer will consider, evaluate and purchase or acquire the product.[50] This is because while it is possible, though inherently speculative, that *some* consumers might see media mentions of a brand name and the corporate owner at a distance from the user journey, *all consumers* that encounter a product in the marketplace *must* encounter its name, logo, and branding in the process of becoming a user.

34.     In order to use Cash App, a user must download the Cash App mobile application.[51] This requires the user to locate "Cash App" in the Apple App Store or Google Play Store and make the affirmative decision to download it onto their mobile phone. Users can locate Cash App in the Apple App Store or Google Play Store by searching for "Cash App" or some variation thereof, by locating it on the one of the app store "charts" (it is the #1 app on the Apple App Store Finance Chart, for example[52]), or by scanning a barcode, branded with the Cash App name and logo, which takes the user directly to the Cash App listing.[53]



50    *See* David Court, *et al.*, *The Consumer Decision Journey*, 3 McKinsey Quarterly 1, 3–4 (2009).

51    Dhar Decl. ¶ 23.

52    Jennings Decl. ¶ 9.

53    *See* Dhar Decl. Ex. E, p. 12.

35.     Importantly, if a user searches using the word "Block" in the Apple App Store or Google Play Store, they will not see a result for Cash App.  Instead, they are shown a number of "block" type puzzle games, like Tetris.  Cash App does not appear as one of the results.  Nor, apparently, does H&R Block.  Instead, the top "Block" search results from the Google Play store are shown below.[54]



36.     It is my understanding that, in the Google Play Store, searches for "Cash App" and variations on that term accounted for at least 91% of Cash App downloads via search terms from December 1, 2021 (the date the corporate name change from Square to Block was

---

[54]   Google Play Store, Search Results for "block," https://play.google.com/store/search?q=block&c=apps (last accessed Jan. 31, 2022).  I do not show the Apple App Store results here because they are only available on a mobile device.  A screen shot of this search is attached Exhibit E.

announced) to January 30, 2022.[55] This is very significant because the download step effectively is the point of use or purchase for consumers of a mobile application like Cash App.

37. Once a user downloads the Cash App mobile application, the user must create a Cash App account and login.[56] Again, this requires affirmative steps and intentional decision-making on the part of a consumer to share personal information in order to create a Cash App account. The Cash App Taxes feature can *only* be accessed within the Cash App ecosystem, and only after a user makes a decision to create an account, all of which are heavily branded with the Cash App name, logo, color palette, and graphics.[57] There is also no Block branding used anywhere within the mobile application environment. Thus, the process contains multiple steps of engagement and touchpoints with the Cash App brand, just to access its services. The consumer is not merely walking into a store, comparing a few different products with similar packaging side-by-side on a shelf, and selecting one. Rather, a more apt analogy is that the consumer is searching for and entering several entirely different stores, each branded differently with its own name and logo.

38. In his rebuttal declaration, Mr. Jones points to examples on the Cash App platform where "Square" is mentioned in the legal fine print. This includes the "License Agreement" and the legal disclaimer that "Brokerage services provided by Cash App Investing LLC, member FINRA/SIPC and a subsidiary of Square, Inc," and the official rules of sweepstakes promotions run by Cash App.[58] Many of these examples reference "Square," and

---

[55] Jennings Sur-Rebuttal Decl. ¶ 8.

[56] Dhar Decl. ¶¶ 23, 25.

[57] Dhar Decl. ¶¶ 17, 26, 44; *see also* Dhar Decl. Ex. D and E for screen shots from the Cash App mobile application and Cash App and Cash App Taxes websites.

[58] Jones Decl. ¶¶ 48-54, 60.

not "Block," so any conjecture about how these notices might change and impact consumers in the marketplace context is speculation.[59] Mr. Jones also references the Cash App Taxes Terms of Service, disclosure, and privacy notice, which refer to "Block, Inc. (formerly known as "Square, Inc.")." As I explained in my previous declaration, just because a word appears in legal fine print does not mean that consumers will become aware of it, attend to it, take away an understanding of what is being communicated, and factor it into the brand's associations and the purchasing decision.[60] And these disclaimers, terms, and notices are not part of Cash App's branding and promotion. As Dr. Reibstein points out, brands are cultivated and established in the minds of consumers.[61] The various legal notices Mr. Jones points to may govern the legal relationship between a consumer and Cash App, but they are not part of Cash App's branding.

39. In sum, given that consumers can only access Cash App by first locating and then downloading the Cash App mobile application, and given the prominence of Cash App branding at every step of the consumer journey, any confusion between Cash App and H&R Block due to a mention of both the Cash App brand and Block is unlikely.

## IV. H&R BLOCK'S ADDITIONAL EVIDENCE THAT "BLOCK" IS A SOURCE IDENTIFIER FOR "H&R BLOCK" DEMONSTRATES NO SUCH THING

40. As I stated in my first declaration, it is my opinion that "Block" *in isolation* is unlikely to be seen as a source identifier for H&R Block.[62]

41. In its reply, H&R Block presents various additional evidence to support its claim that "Block" is a source identifier for H&R Block. I have reviewed this evidence to assess H&R

---

[59] Jones Decl. ¶¶ 48-54, 60.

[60] Dhar Decl. ¶ 33.

[61] Reibstein Decl. ¶ 2.

[62] Dhar Decl. ¶¶ 54-64.

Block's claim and reassess my initial position, which has not changed. At best, this evidence shows that the word "Block" *when used in connection with the H&R Block name*, can be a source identifier for H&R Block. But none of this additional evidence is sufficient to demonstrate that "Block" standing alone, is a source identifier for "H&R Block," for the reasons stated below.

### A. Dr. Reibstein Fails To Provide Any Empirical Evidence That Block Is Likely To Be Seen As A Source Identifier For H&R Block

42.     In his declaration, Dr. Reibstein discusses H&R Block's annual marketing and advertising expenditures.[63] However, this information is of little value, because Dr. Reibstein fails to state the extent to which H&R Block's advertising mentions "Block" in isolation, and more importantly, if there are significant, consumer-facing uses of "Block" without "H&R Block." Indeed, if a high percentage of these marketing and advertising expenditures promote the H&R Block brand, then it is more likely that the effect is to reinforce H&R Block as a brand, not its use of "Block."

43.     Dr. Reibstein states that "Block" has been featured in H&R Block's corporate responsibility report, entitled "We're Making Every Block Better."[64] As I explained in my prior declaration, this example is not targeted at prospective or current users.[65] Additionally, the report clearly identifies H&R Block as the brand or the source. For example, the below image is the first page of the corporate responsibility report Dr. Reibstein mentions.[66]

---

[63]   Reibstein Decl. ¶ 54.

[64]   Reibstein Decl. ¶ 55.

[65]   Dhar Decl. ¶ 62.

[66]   H&R Block, *2021 Corporate Responsibility Report*, https://investors.hrblock.com/static-files/1022df11-0afd-4682-8799-e816addd0263 (last accessed Jan. 31, 2022). A true and correct copy of the report is attached as Exhibit F.



44. Next, Dr. Reibstein points to H&R Block's investor relations materials, including its "Block Horizons 2025" slogan.[67] Again, these communications are not targeted towards prospective or current users, and each also identifies H&R Block as the source of the communications.[68]

45. Dr. Reibstein also references the online and television campaigns included in Mr. Jones' declaration, in which H&R Block uses the word "Block."[69] One example H&R Block provides is a commercial in which H&R Block professionals sing a jingle, which includes the line "Block has your back."[70] Mr. Jones himself acknowledges that "H&R" or the full "H&R Block" name and logo appear several times on the screen, and the advertisement itself ends with

---

[67] Reibstein Decl. ¶ 55, Figures 14, 15.

[68] Reibstein Decl. ¶ 56

[69] Reibstein Decl. ¶ 56

[70] Jones Rebuttal Decl. ¶ 11.

the logo and website, "hrblock.com."[71]  A selection of screenshots from one of the "Block has your back" advertisement is shown below, based on the link that H&R Block provided:





[71]    Jones Rebuttal Decl. ¶ 11.



46.     Another advertising tagline Mr. Jones points to is "[t]his is your money.  Get it back with Block."[72]  The commercial H&R Block provides as an example of this tagline includes a voice-over saying those words.  But again, the commercial ends with the following screen which depicts the H&R Block brand:[73]



---

[72]   Jones Rebuttal Decl. ¶ 14.
[73]   Jones Rebuttal Decl. ¶ 14.

**B.** **Dr. Reibstein's Report Incorrectly Characterizes Consumer Posts As Evidence That Consumers Refer To H&R Block As "Block"**

47.     Dr. Reibstein also provides fifteen Amazon reviews referring to H&R Block as "Block."[74]  He provide no information as to how these examples were selected, or the universe of reviews that were analyzed.  Even a cursory look at the H&R Block Amazon store reveals that these examples are cherry-picked.  The overwhelming number of consumers refer to H&R Block as "H&R Block," or even "H&R," as seen by three recent examples below.[75]  My review was confirmed by an analysis performed by Dr. Jerry Wind.  Dr. Wind analyzed all 822 consumer reviews for H&R Block's products on Amazon and found that just 2.3% of those reviews refer to H&R Block as "block" alone, without use of the H&R prefix.[76]



---

[74]   Reibstein ¶ 56, Figure 16; *see also* Exhibit 3.6-1-3-6-3.

[75]   *See, e.g.,* Amazon, *H&R Block Tax Software Deluxe + State 2021 with 3% Refund Bonus Offer (Amazon Exclusive) [Physical Code by Mail] Customer Reviews*, https://www.amazon.com/Block-Software-Deluxe-Exclusive-Physical/product-reviews/B09FQS7HNH/ref=cm_cr_arp_d_viewpnt_rgt?ie=UTF8&reviewerType=all_reviews&filterByStar=critical&pageNumber=1 (last accessed Jan. 31, 2022).  True and correct copies of these Amazon reviews are attached as Exhibit G.

[76]   Wind Rebuttal Report ¶ 96.

 Anne Kuiper

⭐☆☆☆☆ **junk**

Reviewed in the United States on January 22, 2022

Platform: PC/Mac Activation Code by Mail | Edition: Deluxe + State | Verified Purchase

I got the H&R block deluxe+state and there was no download information or activation code in the box. so it was useless.

One person found this helpful

 J. Kulaga

⭐☆☆☆☆ **Does not support electric vehicle purchases – no Form 8911**

Reviewed in the United States on November 30, 2021

Platform: PC/Mac Activation Code by Mail | Edition: Deluxe + State | Verified Purchase

Very disappointing to find out that H&R Block does not support Form 8911, Alternative Fuel Vehicle Refueling Property Credit. I bought an electric vehicle and need this form to claim the 30% credit on the charger and outlet installation. Found out after purchasing that they did not support it last year either. After 10 years of using H&R Block, I need to return this and switch over to TurboTax to file my taxes since apparently they are able to support this IRS tax form without having to amend and file a paper return like H&R Block!

48.    Dr. Reibstein also considered a survey conducted by Dr. Deborah Jay (the "Jay Survey").[77]  As I explain below, Dr. Jay's survey was highly leading to respondents, and flawed for additional reasons I discuss in Section IV.C below.

49.    Dr. Reibstein also relies on data from Google Trends.[78]  Dr. Jerry Wind addresses Dr. Reibstein's Google Trends data in his report in detail.[79]  I have reviewed Dr. Wind's report and agree with his conclusions regarding the flawed nature of Dr. Reibstein's analysis on this point.

50.    In summary, the consumer evidence provided by Dr. Reibstein purporting to show that "Block" is a source identifier for "H&R Block" in fact shows the opposite.  First, the Amazon reviews Dr. Reibstein relies on are not representative, because the data shows that more

---

[77]    Reibstein Decl. ¶ 59.

[78]    Reibstein Decl. ¶ 60, Figures 17, 18.

[79]    Wind Rebuttal Decl. ¶¶ 90-95.

than 96% of consumers do not refer to "H&R Block" as "Block" in such reviews. Second, the Jay Survey's results are flawed because it improperly primed respondents to call to mind "H&R Block." Third, if the Google Trends data is properly examined, as Dr. Wind explains, it reveals the opposite of what Dr. Reibstein suggests.

51.     In addition, Dr. Reibstein also notes that brands "can be identified by either a longer or shorter form name," and likens H&R Block's use of "Block" to Starbucks Coffee's use of "Starbucks" or Dunkin' Donuts' use of "Dunkin'".[80] It is certainly possible for brands to be identified by a longer or shorter form name. However, neither Dr. Reibstein, nor any of H&R Block's other experts, present empirical evidence to show that this is the case for H&R Block. And Dr. Reibstein's examples of Starbucks and Dunkin' are not analogous to the circumstances here, because, as Dr. Reibstein himself points out, both of those companies actually rebranded to the shorter-form version of their name.[81] H&R Block certainly could have shortened its name to Block, but it did not.

52.     I have also reviewed the declaration of Anthony Durone, which includes a selection of media articles referring to H&R Block as "Block."[82] These articles, many of which are very old, do not change my opinion. As is the case with H&R Block's marketing and advertising materials, these articles overwhelmingly—in this case entirely—*also* include the full "H&R Block" name. This provides critical context for the reader to understand the article. And similar to my analysis above regarding Dr. Reibstein's analysis of "linkage," H&R Block

---

[80]  Reibstein Decl. ¶ 65.

[81]  *See* Reibstein Decl. ¶ 65.

[82]  Durone Decl. ¶¶ 14-19; Exhibits 51-56.

provides no empirical evidence that current or prospective users actually viewed these articles and formed brand associations as a result.

### C. Dr. Jay's Survey Purporting To Show That "Block" Is A Source Identifier For H&R Block Is Fundamentally Flawed

53.     As empirical evidence of the fact that "Block" is a source identifier for H&R Block, H&R Block also points to a survey completed by Dr. Jay (the "Jay Survey").[83]

54.     The Jay Survey purportedly was designed to provide reliable information regarding the extent to which the name BLOCK is recognized by the general consuming public in the United States as a brand name used in connection with a tax product or service.[84]  The Jay Survey does not purport to measure the extent to which the name BLOCK is recognized by the general consuming public in the United States in any other context besides "in connection with a tax product or service."

55.     Dr. Jay interviewed 500 adults representative of the general public about "names that may or may not be brand names for a tax preparation and filing product or service."[85] Through a series of seven questions, Dr. Jay asked each respondent whether they had seen or heard of BLOCK and other names used in connection with a tax product or services, as well as a fictitious name that served as a control to determine the amount of guessing by respondents.  The specific question asked was:  "Have you seen or heard of this brand of tax product or service: ___?."[86]  The brand names were:  1040.COM, JACKSON HEWITT, LIBERTY TAX, OLT,

---

[83]  *See* Plaintiffs' Suggestions in Further Support of Plaintiffs' Motion for a Preliminary Injunction, at 3.

[84]  Jay Decl. ¶ 15.

[85]  Jay Decl. ¶ 8; Jay Decl., Ex. D., Instruction A1.

[86]  Jay Decl. ¶ 10; Jay Decl., Ex. D, Questions B1-7.

TURBOTAX, and BLOCK.  The invented control name was DYO RETURNS.[87]  The order in which those names, including BLOCK, were presented to the respondents was randomized.

### 1. The Jay Survey Improperly Primed Respondents and Violated Principles of Conversational Norms

56.     The instructions and the main question of the Jay Survey were leading and suggestive to prime respondents to call to mind H&R Block.

57.     The instructions of the Jay Survey stated that the questions were about "a tax preparation and filing product or service" and asked respondents "[h]ave you seen or heard of this brand of tax product or service?"[88] The Jay Survey also provided five other names of brands that provide tax products or services.  By framing the question to pair BLOCK only with a tax product or service, the Jay Survey improperly primed respondents to call to mind "H&R Block."

58.     It is well-known that survey participants go beyond the literal meaning of the information provided and draw on pragmatic rather than semantic meaning.[89]  In order to infer the meaning of any statement, the respondent relies on a set of tacit assumptions that govern the conduct of conversation.  While these rules were developed in the context of interpersonal exchange of information, survey respondents also rely on these assumptions to infer meaning and provide a meaningful response.  In their most widely-known form, these assumptions have been expressed as maxims by Paul Grice, a philosopher of language.[90]

---

[87]  Jay Decl. ¶ 10; Jay Decl., Ex. D, Questions B1-7.

[88]  Jay Decl. ¶ 10; Jay Decl., Ex. D, Questions B1-7.

[89]  *See* Norbert Schwarz, *Cognition and Communication: Judgmental Biases, Research Methods, and the Logic of Conversation* (1996).

[90]  Schwarz, *Cognition and Communication: Judgmental Biases, Research Methods, and the Logic of Conversation*, at 4.

59.     One of Grice's maxims, relevant here, is that respondents use the context of any statement to disambiguate the intended meaning by making bridging inferences, based on the assumption that it pertains to a common underlying theme.[91] Based on these principles, the leading instructions and context surrounding the questions in the Jay Survey fail to take into account that the likely interpretation drawn by the survey respondents when asked about the name "Block" in connection with a tax preparation service is to infer that they are being asked about the name H&R Block. This is because the survey instruction, as well as the other names presented (other than the invented control name), all had to do with a tax preparation companies or services. The results of the Jay Survey, therefore, do not indicate that "Block" by itself is seen as a source identifier, but rather likely indicate that the respondents answering affirmatively had heard of H&R Block.

## 2.     The Jay Survey is Over-Inclusive

60.     The Jay Survey also violates basic principles of survey design by failing to ensure that the sample is drawn from the relevant target population. Specifically, nowhere in Dr. Jay's screening does she ask respondents if they are the current or prospective users of the goods or services.

61.     It is well-established that an appropriate survey universe is current or prospective users of the parties' goods or services.[92] This prevents the survey from "encompassing such a large group of persons that it includes those whose perceptions are not relevant[.]"[93] The Jay Survey fails to adhere to this basic principle and thus surveyed an over-inclusive universe.

---

[91] Schwarz, *Cognition and Communication: Judgmental Biases, Research Methods, and the Logic of Conversation*, at 5.

[92] *See* 6 McCarthy on Trademarks and Unfair Competition § 32:161 (5th ed. 2021).

[93] *See* 6 McCarthy on Trademarks and Unfair Competition § 32:161 (5th ed. 2021).

62.     For these reasons, I conclude that Dr. Jay's defective survey does not provide evidence that when consumers see the word "Block," they think of "H&R Block." Therefore, even if a consumer recognizes a linkage between Cash App and Block, there is no evidence to infer that the consumer would think that "Block," outside of the context of the H&R Block name and logo, would mean "H&R Block."

## V.     EVEN ASSUMING CONSUMER KNOWLEDGE THAT CASH APP IS OWNED BY BLOCK, DR. REIBSTEIN OFFERS NO SUPPORT FOR HIS SUBSEQUENT INFERENCE OF A LIKELIHOOD OF CONFUSION WITH H&R BLOCK

63.     In addition to all of the problems identified above, Dr. Reibstein's analysis of the importance of consumer exposure to "linkage" between Cash App and Block is also fundamentally flawed because it is missing a critical step.

64.     The Cash App mobile application, Cash App website, and Cash App Taxes website do not say, and will not say, "H&R Block." Thus, any risk of confusion not only requires a customer to link Cash App and "Block," but the consumer must also think that another company's use of "Block" means that it is connected with "H&R Block," and not Defendant or any other "Block" entity. Thus, even if one accepts that a small number of consumers may "link" Cash App and Block, Dr. Reibstein offers no empirical evidence indicating that confusion between Cash App and H&R Block *will then result*.

65.     In fact, as part of his analysis, Dr. Reibstein states that he reviewed hundreds of news articles discussing Cash App, many of which were authored after Square changed its name to Block.[94] He also reviewed what he terms "consumer and employee-generated evidence" linking Cash App to Block, examples of which he attaches to his report.[95] If "linkage" between

---

[94]   Reibstein Decl. ¶ 73, Ex. 3.3.

[95]   *See* Reibstein Decl. Exs. 3.1, 3.4.

Cash App and Block inevitably led to consumers confusing Cash App and H&R Block, it seems logical that Dr. Reibstein would have encountered some form of this confusion in the many news articles or social media posts he examined. But he did not. His report does not state that he encountered a single instance of confusion within all of the articles, posts, and consumer reviews he reviewed.

66. This absence of actual marketplace confusion shows that, even if consumers link Cash App with its corporate parent, Block, *they can do so without confusing Cash App with H&R Block*. Put another way, there is no basis to infer confusion.

67. This conclusion is supported by the record in this case. Dr. Jerry Wind performed an *Eveready* consumer survey that showed that consumers, in fact, *did not* confuse Cash App and H&R Block.[96] In contrast, H&R Block has not presented evidence of confusion. In its preliminary injunction motion, H&R Block presented a handful of social media posts and a single statement by a news anchor purporting to show actual confusion.[97] As I explained in my first declaration, these instances are not indicative of actual consumer confusion because many speakers noted a distinction between the two entities, and because there was no indication that any of the speakers were current or prospective customers.[98] H&R Block did not present any other evidence of claimed actual consumer confusion in their reply submission, as one would expect they would do if in fact it existed. And H&R Block's other experts, Dr. Jay and Ms.

---

[96] *See* Wind Decl. ¶ 46.

[97] *See* Jones Decl. ¶¶ 34-38, 44

[98] Dhar Decl. ¶¶ 70-83.

Butler,[99] did not conduct confusion surveys or present evidence of confusion, and the surveys they did conduct are irrelevant to the question of likelihood of confusion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 4th day of February 2022 at New Haven, Connecticut.

Professor Ravi Dhar

---

[99]   I have never conducted a confusion survey using third-party news articles as a stimulus (as opposed to actual consumer-facing marketing materials generated by the parties), nor do I think such a survey would have any relevance to the issue of likelihood of confusion.  I also am not aware of any other researcher using third-party news articles as a stimulus in a confusion survey.

# EXHIBIT A

## MATERIALS RELIED UPON

## FILINGS

Complaint.

H&R Block's Motion for Preliminary Injunction.

Declaration of Jeffrey J. Jones II in support of Plaintiffs' Motion for a Preliminary Injunction.

Declaration of Jared I. Kagan in support of Plaintiffs' Motion for a Preliminary Injunction.

Declaration of Margret M. Caruso in support of Defendant Block, Inc.'s Motion to Dismiss Complaint Pursuant to Rule 12(b)(6).

Block, Inc.'s Reply Suggestions in Opposition to Plaintiffs' Motion for Preliminary Injunction.

Declaration of Dr. Ravi Dhar in Opposition to Plaintiffs' Motion for Preliminary Injunction.

Declaration of Dr. Jerry (Yoram) Wind in Opposition to Plaintiffs' Motion for Preliminary Injunction.

H&R Block's Reply Suggestions in Further Support of Plaintiffs' Motion for a Preliminary Injunction.

Rebuttal Declaration of Jeffrey J. Jones II in Further Support of Plaintiffs' Motion for a Preliminary Injunction.

Rebuttal Declaration of Professor David Reibstein in Support of Plaintiffs' Motion for a Preliminary Injunction (and Exhibits).

Rebuttal Declaration of Deborah E. Jay in Support of Plaintiffs' Motion for a Preliminary Injunction (and Exhibits).

Rebuttal Declaration of Sarah Butler in Support of H&R Block's Motion for a Preliminary Injunction (and Exhibits).

Declaration of Marissa MacAneny in Support of Plaintiffs' Reply in Support of Motion for a Preliminary Injunction.

Declaration of Anthony J. Durone in Support of Plaintiffs' Reply in Support of Motion for Preliminary Injunction.

Sur-Rebuttal Declaration of Dr. Yoram (Jerry) Wind in Support of Block Inc.'s Opposition to Plaintiffs' Motion for a Preliminary Injunction.

# DECLARATIONS

Declaration of Owen Jennings, dated January 12, 2022.
Declaration of Chrysty Esperanza, dated January 12, 2022.
Declaration of Claudia Ng, dated January 12, 2022.
Sur-Rebuttal Declaration of Owen Jennings, dated February 4, 2022.
Sur-Rebuttal Declaration of Chrysty Esperanza, dated February 4, 2022.

# DOCUMENTS IN THE PUBLIC DOMAIN

## Books and Academic Articles

Court, David, *et al.*, *The Consumer Decision Journey*, 3 McKinsey Quarterly 1, 3–4 (2009).

John, Deborah Roedder, *et al.*, *Brand Concept Maps: A Methodology for Identifying Brand Association Networks*, Journal of Marketing Research, American Marketing Association, 549-563 (2006).

Perlman, Harvey S., *The Restatement of the Law of Unfair Competition: A Work in Progress*, 80 Trademark Rep., 461, 472-73 (1990).

Schwarz, *Cognition and Communication: Judgmental Biases, Research Methods, and the Logic of Conversation* (1996).

## Online Sources

Aripaka, Pushkala *et al.*, Dove Soap maker Unilever signals pursuit of GSK consumer arm; shares fall, Reuters (Jan. 17, 2022), https://www.reuters.com/markets/deals/dove-soap-maker-unilever-signals-pursuit-gsk-consumer-arm-shares-fall-2022-01-17/.

Amazon, *H&R Block Tax Software Deluxe + State 2021 with 3% Refund Bonus Offer (Amazon Exclusive) [Physical Code by Mail] Customer Reviews*, https://www.amazon.com/Block-Software-Deluxe-Exclusive-Physical/product-reviews/B09FQS7HNH/ref=cm_cr_arp_d_viewpnt_rgt?ie=UTF8&reviewerType=all_reviews&filterByStar=critical&pageNumber=1 (last accessed Jan. 31, 2022).

Directors Talk Interviews, *Kimberly-Clark Corporation – Consensus Indicates Potential .6% Upside*, (Jan. 27, 2022), https://www.directorstalkinterviews.com/ kimberly-clark-corporation---consensus-indicates-potential-.6-upside/4121047567.

Google Play Store, *Search Results for "block,"* https://play.google.com/store/search?q=block&c=apps (last accessed Jan. 31, 2022).

Happi, *Henkel To Merge Laundry & Home Care and Beauty Care in New Consumer Brands Unit*,  (Jan. 28, 2022), https://www.happi.com/contents/view_breaking-news/2022-01-28/henkel-to-merge-laundry-home-care-and-beauty-care-in-new-consumer-brands-unit/.

H&R Block, *2021 Corporate Responsibility Report*, https://investors.hrblock.com/static-files/1022df11-0afd-4682-8799-e816addd0263 (last accessed Jan. 31, 2022).

Lucas, Amelia, *P&G earnings top estimates as price hikes offset rising costs, company raises 2022 sales forecast*, CNBC (Jan. 19, 2022), https://www.cnbc.com/2022/01/19/procter-gamble-pg-q2-2022-earnings.html.

Molina, Brett, *Costco placing purchasing limits on toilet paper, other products due to COVID-related demand*, USA Today (Sept. 24, 2021), https://www.usatoday.com/story/money/shopping/2021/09/24/costco-limiting-purchases-toilet-paper-other-items/5841158001/.

Pattabhiramaiah, Adithya, S. Sriram, and Puneet Manchada, *Before You Put Up a Paywall, Read This Study*, American Marketing Association (March 7, 2019), https://www.ama.org/2019/03/07/before-you-put-up-a-paywall-read-this-study/.

Wiener-Bronner, Danielle, *How the maker of Cheerios and Haagen-Dazs copes with hundreds of supply chain snafus a month*, CNN Business (Oct. 21, 2021), https://www.cnn.com/2021/10/21/business/general-mills-supply-chain/index.html.

Zilber, Ariel, *Unilever spinning off Ben & Jerry's into separate unit in corporate overhaul*, New York Post (Jan. 25, 2022), https://nypost.com/2022/01/25/ben-jerrys-breyers-to-run-as-standalone-unit/.


**Websites**

Bounty, https://bountytowels.com/en-us (last visited Jan. 31, 2022).

Brawny, https://www.brawny.com/ (last visited Jan. 31, 2022).

General Mills*, Brands overview*, https://www.generalmills.com/en/Brands/Overview (last accessed Jan. 31, 2022).

Georgia-Pacific, *About Georgia-Pacific Consumer Products*, https://www.gp.com/product-overview/consumer-products (last visited Jan. 31, 2022).

Kimberly-Clark, *Trusted Brands*, https://www.kimberly-clark.com/en-us/brands/our-brands (last visited Jan. 31, 2022).

Procter & Gamble, *Brands*, https://us.pg.com/brands/ (last visited Jan. 31, 2022).

Unilever, *Our brands*, https://www.unilever.com/brands/all-brands/ (last accessed Jan. 31, 2022).

**Social Media Sources**

General Mills (@GeneralMills), Twitter (Mar. 8, 2021, 9:20 AM)
https://twitter.com/generalmills/status/1368929684935872516.

Georgia-Pacific (@GeorgiaPacific), Twitter (Nov. 8, 2021, 1:49 PM),
https://twitter.com/GeorgiaPacific/status/1457782292064047105.

Henkel North America (@Henkel_NA), Twitter (Oct. 15, 2021)
https://twitter.com/Henkel_NA/status/1449048583106334721.

Kimberly-Clark Corp. (@KCCorp), Twitter (Sept. 25, 2021, 1:00 PM),
https://twitter.com/KCCorp/status/1441809752602861570.

Procter & Gamble (@ProcterGamble), Twitter (Dec. 2, 2021 11:26 AM),
https://twitter.com/ProcterGamble/status/1466443559134011392.

Unilever (@Unilever), Twitter (Jul. 14, 2014, 11:05 AM),
https://twitter.com/unilever/status/488700868355977217.

Unilever (@Unilever), Twitter (Apr. 8, 2021)
(https://twitter.com/Unilever/status/1380164425362124804.


**Other Sources**

McCarthy on Trademarks and Unfair Competition (5th ed. 2021).

# EXHIBIT B

 

**HOUSEHOLD PRODUCTS**

# P&G earnings top estimates as price hikes offset rising costs, company raises 2022 sales forecast

PUBLISHED WED, JAN 19 2022·6:45 AM EST   UPDATED WED, JAN 19 2022·10:55 AM EST

 **Amelia Lucas**
@THXAMELIAN

WATCH LIVE

## KEY POINTS

- Procter & Gamble reported fiscal second-quarter earnings and revenue that topped Wall Street's expectations.

- The company raised its outlook for sales growth from a range of 2% to 4% to a range of 3% to 4%.

- P&G also said it expects commodity and freight costs to weigh even more heavily on its fiscal 2022 results.

**In this article**

PG  **-0.37 (-0.23%)** 🌙 ⊞





**VIDEO** 06:00

**P&G CEO Jon Moeller reacts to earnings: Demand continues to be strong**

[Procter & Gamble](#) on Wednesday reported quarterly earnings and revenue that topped Wall Street's expectations as price hikes helped offset higher commodity and freight costs.

On the heels of its strong performance, the company raised its outlook for sales growth but said it expects inflation to weigh even more heavily on its fiscal 2022 results.

Shares of P&G rose 3.9% in morning trading.

Here's what the company reported compared with what Wall Street was expecting, based on a survey of analysts by Refinitiv:

- Earnings per share: $1.66 vs. $1.65 expected
- Revenue: $20.95 billion vs. $20.34 billion expected

The consumer giant reported fiscal second-quarter net income of $4.22 billion, or $1.66 per share, up from $3.85 billion, or $1.47 per share, a year earlier. Analysts surveyed by Refinitiv were expecting $1.65 per share.

Net sales rose 6% to $20.95 billion, topping expectations of $20.34 billion. Organic revenue, which strips out the impact of foreign currency, acquisitions and divestitures, also rose 6% in the quarter. About half of that growth came from the benefit of raising prices on select products.

"While it's very early for these commodity-based price increases, to date, we see positive signs," CEO Jon Moeller said Wednesday on CNBC's ["Squawk Box."](#) "Probably 20% to 30% less price elasticity than we were expecting, and if you look at, for example, private-label market shares — private label being the lowest price offered on the market — they're down."

More price increases are on the way. Executives told analysts on the conference call that they already told retailers about increases planed for fabric care products, like Tide detergent and Downy dryer sheets, slated to take effect Feb. 28. In mid-April, P&G will raise prices on some of its personal health care products.

P&G's health-care and fabric and home-care segments both saw organic sales jump 8%, tying for the highest of its divisions. The company said a more intense flu and cold season propelled organic sales for its personal health-care business by 20% for the quarter, lifting demand for Vicks and ZzzQuil products. Its oral-care products, which include Oral-B toothbrushes and Crest toothpaste, got a boost from price

    

Price hikes also helped P&G's home-care segment, which includes Febreze and Mr. Clean. The pandemic has created more demand for cleaning products. P&G's fabric-care business saw double-digit growth, thanks to strong sales of fabric enhancers and laundry detergent pods.

The company's grooming division, which includes Venus and Gillette, saw organic sales jump 5%. The segment has struggled in recent years due to increased competition and shaving trends, but price hikes helped sales this quarter.

Organic sales of the company's baby, feminine and family care segment rose 5% in the quarter, largely due to higher prices. The division includes Pampers diapers, Charmin toilet paper and Bounty paper towels.

P&G's beauty segment reported the smallest organic sales change for the quarter, rising just 2%. But the company is looking to improve those results with three acquisitions in the category over the last three months, snapping up Farmacy Beauty, hair-care brand Ouai and Tula Skincare.

"All of those focus on the premium channel in the U.S., so that's an opportunity for us," CFO Andre Schulten said on a call with journalists. "We've successfully done these integrations, when you think about First Aid Beauty or Native [deodorant]."

For fiscal 2022, P&G is now calling for 3% to 4% sales growth, up from its prior forecast of 2% to 4%. It also plans to boost its stock buybacks for the fiscal year from a range of $7 billion to $9 billion to a range of $9 billion to $10 billion. But the company didn't change its outlook for earnings as it also predicted higher costs.

For the second consecutive quarter, P&G increased its inflation forecast. The company expects to pay $2.3 billion after tax in commodity costs and $300 million after tax for higher freight costs, up from last quarter's outlook of $2.1 billion on commodities and $200 million on freight. Combined with a $200 million hit from foreign currency, P&G is forecasting a $2.8 million headwind, or $1.10 per share, to its fiscal 2022 earnings compared with the year prior.

[Read the full press release here.](#)







MARKETS      CNBC TV      WATCHLIST      MENU



(htt
ps:/
ps:/ /ww
/twi w.li
tter. nke
.co din.
m/d com
irec /co
tors mp
talk any
) /42
078
022
)

(htt
ps:/
/ww
w.fa
ceb
ook.
om
/Dir
ecto
rsTa
lkEx
clus
ive/
)

(https://www.directorstalkinterviews.com)

## Kimberly-Clark Corporation – Consensus Indicates Potential .6% Upside



Charlotte Edwards(https://www.directorstalkinterviews.com/author/charlotte-edwards)

January 27, 2022(https://www.directorstalkinterviews.com/date/2022/01/27)   10:48 am

**Kimberly-Clark Corporation** found using ticker (KMB) have now 15 analysts covering the stock. The analyst consensus points to a rating of 'Hold'. The range between the high target price and low target price is between 200 and 113 with the average target price sitting at 140.49. Given that the stocks previous close was at 139.63 this now indicates there is a potential upside of .6%. The day 50 moving average is 138.75 while the 200 day moving average is 135.23. The market capitalisation for the company is $45,403m. You can visit the company's website by visiting: https://www.kimberly-clark.com

The potential market cap would be $45,683m based on the market concensus.

**You can now share this on Stocktwits, just click the logo below and add the ticker in the text to be seen.**

Stocktwits Share

Kimberly-Clark Corporation, together with its subsidiaries, manufactures and markets personal care and consumer tissue products worldwide. It operates through three segments: Personal Care, Consumer Tissue, and K-C Professional. The Personal Care segment offers disposable diapers, training and youth pants, swimpants, baby wipes, feminine and incontinence care products, and other related products under the Huggies, Pull-Ups, Little Swimmers, GoodNites, DryNites, Sweety, Kotex, U by Kotex, Intimus, Depend, Plenitud, Softex, Poise, and other brand names. The Consumer Tissue segment provides facial and bathroom tissues, paper towels, napkins, and related products under the Kleenex, Scott, Cottonelle, Viva, Andrex, Scottex, Neve, and other brand names. The K-C Professional segment offers wipers, tissues, towels, apparel, soaps, and sanitizers under the Kleenex, Scott, WypAll, Kimtech, and KleenGuard brands. The company sells household use products directly to supermarkets, mass merchandisers, drugstores, warehouse clubs, variety and department stores, and other retail outlets, as well as through other distributors and e-commerce; and away-from-home use products directly to manufacturing, lodging, o ce building, food service, and public facilities, as well as through distributors and e-commerce. Kimberly-Clark Corporation was founded in 1872 and is headquartered in Dallas, Texas.

**You might also enjoy reading  Kimberly-Clark Corporation - Consensus Indicates Potential -5.7% Downside (https://www.directorstalkinterviews.com/kimberly-clark-corporation---consensus-indicates-potential--5.7-downside/4121043238)**

Good news travels fast (but only if you make that happen):

 Twitter       LinkedIn       Facebook      ✉ Email      🟠 Reddit

## Latest interviews (https://www.directorstalkinterviews.com/exclusives)

 Staffline Group positive momentum to continue into FY22 (Analyst Interview) (https://www.directorstalkinterviews.com/staffline-group-positive-momentum-to-continue-into-fy22-analyst-interview/4121048698)
31 January 2022

(https://www.directorstalkinterviews.com/staffline-group-positive-momentum-to-continue-into-fy22-analyst-



**SHOPPING**

# Costco placing purchase limits on toilet paper, other products due to COVID-related demand



**Brett Molina**
USA TODAY

Published 9:20 a.m. ET Sept. 24, 2021 | Updated 1:45 p.m. ET Sept. 24, 2021

If you're planning to get toilet paper, paper towels or bottled water on your next Costco shopping trip, you might find there's a limit to how much you can buy. You can blame supply-chain issues and the rise of the delta variant.

During the retailer's quarterly earnings call Thursday, Costco chief financial officer Richard Galanti cited supply chain issues such as port delays, container shortages and COVID disruptions for the limits on purchases.

Galanti also cited a spike in demand linked to the delta variant, which has quickly spread across the U.S.

"We're putting some limitations on key items, like bath tissues, roll towels, Kirkland Signature water, high-demand cleaning-related SKUs related to the uptick in delta-related demand," Galanti said.

Galanti noted delays and shortages on furniture as well as chip shortages impacting the availability of items such as computers, tablets and appliances.

►**Before your next Costco run:** Here's the key to saving money

► **iPhone 13:** Here are 5 things I learned using Apple's latest models

In August, Costco posted an update saying some items at its locations may impose temporary purchase limits.

More Americans are reportedly stockpiling toilet paper again as the delta variant surges. During similar upticks in toilet paper buying last year, retailers placed limits on how much consumers could buy in one shopping trip.

► **Stock market downturns:** Why you shouldn't be afraid to invest during these times

In a recent statement to USA TODAY, Kimberly-Clark, which makes Cottonelle and Scott toilet tissue, and Kleenex, said it "is monitoring the situation closely." Georgia-Pacific, which makes Angel Soft and Quilted Northern toilet paper as well as Brawny and Sparkle paper towels, said customers "may be experiencing small demand surges locally and we are responding."

*Mike Snider contributed to this report. Follow Brett Molina on Twitter: @brettmolina23.*

 **NEW YORK POST** 

RECOMMENDED

 **Pregnant New Zealand reporter turns to Taliban for quarantine help**

 **Washington trooper who defied state vaccine mandate and…**

 **Lia Thomas sits out UPenn's final meet, regular season with…**

**NEW!** **SPORTS+** GET 30 DAYS FREE ▶

     

**BUSINESS**

# Unilever spinning off Ben & Jerry's into separate unit in corporate overhaul

By Ariel Zilber                    January 25, 2022 | 1:03pm | Updated



Ben & Jerry's and other ice cream brands owned by parent company Unilever will operate as a standalone unit, the company announced.

Bloomberg via Getty Images



# NEW YORK POST

LOG IN

RECOMMENDED


**Pregnant New Zealand reporter turns to Taliban for quarantine help**


**Washington trooper who defied state vaccine mandate and...**


**Lia Thomas sits out UPenn's final mee... regular season wit...**

**12 attorneys general call on Ben & Jerry's to reverse Israel Boycott**

**Cold shoulder: NJ ad blitz slams Ben & Jerry's Israel boycott**

**Palestinian sues over Ben & Jerry's boycott, saying it promotes 'hatred'**

includes Dove, Lipton, Hellmann's, Knorr and others.

Unilever investors expressed dismay last year when Ben & Jerry's refused to sell its products in the Israeli-occupied West Bank — prompting demands for a boycott of the popular ice cream brand.

Unilever has said its hands were tied and it could not pressure Ben & Jerry's to reverse its stance due to the terms of its $326 million acquisition of the ice cream maker in 2000.

It is unclear if the public backlash to Ben & Jerry's decision played a role in the parent company's restructuring.

Unilever CEO Alan Jope has come under pressure from investors to boost growth.

Bloomberg via Getty Images

The company also announced that it was cutting 1,500 management-level positions worldwide — a 15% reduction in senior managers and 5% of junior managers.



# NEW YORK POST

LOG IN

RECOMMENDED


**Pregnant New Zealand reporter turns to Taliban for quarantine help**


**Washington trooper who defied state vaccine mandate and…**


**Lia Thomas sits out UPenn's final mee… regular season wit…**



Unilever's restructuring includes cutting 1,500 management-level positions globally, according to the company.

NurPhoto via Getty Images

"Moving to five category-focused business groups will enable us to be more responsive to consumer and channel trends, with crystal-clear accountability for delivery."

Jope has come under pressure to boost growth at the company for months, particularly in light of last week's move by activist investor Nelson Peltz to acquire a stake in Unilever.

Peltz is the head of the Trian Fund Management LP hedge fund. He bought his stake in Unilever just before the company launched its failed, $68 billion bid for health care giant GlaxoSmithKline.

Unilever is reorganizing its businesses into five category-focused divisions — ice cream, beauty and well-being, personal care, home care, and nutrition.

The move is seen by analysts as a precursor to the company eventually selling off some of its weaker brands, most notably hygiene and packaged food products.

Previously, the company divided its holdings into three categories — food and refreshments, beauty and personal care, and home care.

## SEE ALSO


**Activist investor says Ben & Jerry's Israel boycott is harming Unilever shares**

 **BUSINESS**

● **LIVE TV**      

▲ **DOW**      +1.65%
▲ **S&P 500**  +2.43%
▲ **NASDAQ**   +3.13%

**The US economy in 12 charts**
From jobs to GDP, these key indicators provide a comprehensive, up-to-date picture of the US Economy.

# How the maker of Cheerios and Häagen-Dazs copes with hundreds of supply chain snafus a month

By Danielle Wiener-Bronner, CNN Business
Updated 8:37 AM ET, Thu October 21, 2021

**New York (CNN Business) —** The global supply chain is struggling under the weight of a series of disruptions, including a shortage of truck drivers and other workers as well as massive port congestion.

The issues are forcing large and small companies alike to re-think what they need to do to keep manufacturing facilities humming. Like others, General Mills — which makes Cheerios cereal, Progresso soups, Häagen-Dazs ice cream and more — has had to get creative.



General Mills, which makes Cheerios among other products, has seen a spike in supply chain disruptions.

With about 20 manufacturing facilities in North America, the consumer goods maker is used to supply chain woes. Before the pandemic, the company saw about 50 issues, like ingredient or packaging delays, that disrupted operations across its US facilities per month on average, said Jon Nudi, president of North America retail at General Mills, in an interview earlier this month.

But lately, that number has been way higher. Because of those widespread supply chain problems, instead of the usual 50, there have lately been between 500 and 600 disruptions a month on average.

 **BUSINESS**                    ● **LIVE TV**      

## A team of experts putting out fires

General Mills doesn't get much of a warning when something is delayed, according to Nudi. Sometimes that means that "we've got to shut our lines down until we get the ingredients that we need," he said.

To try to make sure that General Mills can make its products despite shortages or delays, the company has set up a "daily control tower" where supply chain experts and other employees huddle to try to fix problems as they arise.

Sometimes, it's fairly easy to make adjustments, like if one factory is out of an ingredient that is well stocked elsewhere in the system.

"If [the people in the control tower] hear that our plant in Covington, Georgia is short on an ingredient, what they might do is look across the rest of our network and say, 'Hey, we have another plant in Cedar Rapids, Iowa that has more of this ingredient that they need,'" Nudi explained. "So we'll put a truck together and rush into that facility." In that case, the Covington plant might be back up and running after a day.

But sometimes there are broader issues, like when ingredients are in short supply across the industry, and not just at one facility.



**Related Article:** These toiletry items may soon be more expensive

To help address these problems, the company has been working to add more suppliers, a process that is "much trickier than you might think," according to Nudi. "We have to really understand what the impact on the product is," he said. "In some cases, labeling could be impacted," in others, "the way that products run on a line could change due to a slight change in the ingredients."

Sourcing ingredients and packaging materials is one problem. Another is that staffing is a challenge along several nodes of the chain, from distribution centers to transportation companies that employ truck drivers.

Because of that, even if "we get everything right — we make a product, we get it to our distribution center, we ship it — we still run issues," Nudi said. A truck with General Mills products may arrive at the distribution center for a food retailer, only to find that the center does not have enough staff to unload the truck, Nudi said. "As a result, the truck gets turned away."

The problems are not causing mass outages like some shoppers saw at the beginning of the pandemic, when fear and uncertainty prompted panic buying.

"Generally, we have enough Cheerios, we have enough Betty Crocker desserts, to satisfy demand," Nudi said. But, he noted, "you may see some spot outages."







January 17, 2022 · 11:24 AM EST
Last Updated 14 days ago

**Deals**

# Dove soap maker Unilever signals pursuit of GSK consumer arm; shares fall

By Pushkala Aripaka and Keith Weir, Pamela Barbaglia                    4 minute read



|   | Summary |   |
| --- | --- | --- |

- **Unilever shares fall over 8%, GSK gains**
- **Unilever signals it would pursue deal for GSK unit**
- **Says committed to 'strict financial discipline'**

Jan 17 (Reuters) - Unilever **(ULVR.L)** signalled on Monday it would pursue a deal for GSK's **(GSK.L)** consumer business, calling it a "strong strategic fit", but Unilever shares slid more than 8%, highlighting investors' doubts about its 50-billion-pound ($68.4 billion) offer.

GlaxoSmithKline confirmed over the weekend that it had **rejected** three bids from the Dove soap maker for the consumer healthcare business, which is home to brands such as Sensodyne toothpaste, Emergen-C vitamin supplement and Panadol painkiller.

GSK, led by Emma Walmsley, has hired Goldman Sachs **(GS.N)** and Citigroup **(C.N)** to review Unilever's approach but it will not engage in talks unless Unilever bumps up its offer, sources familiar with the matter said.

**Register now for FREE unlimited access to Reuters.com**          Register

GSK's shares jumped 6% to their highest level since May 2020. It said on Saturday Unilever's proposal "fundamentally undervalued" the consumer business, adding that it would stick to its plan of listing the division this year.

"Initial feedback on the deal from investors over the weekend has been almost uniformly negative," Jefferies analysts said in a note. Others noted Unilever's share price fall indicated a lack of confidence in its management and concern over the price.

The Marmite spread maker, however, defended the bid for the GSK consumer business, in which U.S. drugs company Pfizer **(PFE.N)** owns a 32% stake.

"The acquisition would create scale and a growth platform for the combined portfolio in the U.S., China and India, with further opportunities in other emerging markets," Unilever said, pointing to synergies in the oral care and vitamin supplements business.

GSK and Pfizer would open negotiations with Unilever's boss Alan Jope if the consumer goods giant was ready to improve its bid to more than 60 billion pounds, a source familiar with Pfizer's strategy said.

The source called the business a "legitimate standalone candidate", adding its market value could rise to almost $100 billion once the business was spun out and listed.

"Right now there is more value in a spin-off but if Unilever is ready to go north of 60 billion pounds then a dialogue could start," he said.

GSK declined to comment and Pfizer did not immediately respond to a request for comment on the fate of GSK's consumer business.

EXECUTION

GSK **laid out plans** for a separate listing of the consumer arm in June last year, following pressure from investors to explore a shake-up of the company and focus on its pharmaceuticals business.

A Unilever buyout of the consumer division would be one of the largest ever on the London market, and one of the biggest deals globally since the start of the COVID-19 pandemic.

It would also boost Unilever's growth strategy, as management has been under pressure to turn around the company's languishing stock price and cope with high costs and slim margins, but **raises questions** about its strategy. **read more**

Some analysts expressed doubts over Unilever's ability to sweeten its offer to GSK.

"Given vocal investor concern of late and Unilever's share price reaction this morning, this could prevent a higher offer from materialising," said Chris Beckett, head of equity research at Quilter Cheviot.

Reports of buying interest in GSK's consumer arm, including from private equity players, have been doing the rounds for a while. **read more**

"It's a little surprising that (GSK and Pfizer) haven't ripped Unilever's arm off at £50bn, as it's a decent price, with the only question being as to whether it's the right one," CMC Markets analyst Michael Hewson said in a note.

"It might be for GlaxoSmithKline and Pfizer, however there is a feeling that for Unilever it could well prove to be too high a price," Hewson added.

Unilever, which is set to announce an initiative later this month to strengthen its business, said on Monday it was committed to "strict financial discipline" for any acquisitions, adding that such deals would be accompanied by the divestment of lower margin businesses or brands.

($1 = 0.7312 pounds)

**Register now for FREE unlimited access to Reuters.com**          Register

Reporting by Pushkala Aripaka and Siddharth Cavale in Bengaluru, Keith Weir, Pamela Barbaglia, Carolyn Cohn and Simon Jessop in London and Ludwig Burger in Frankfurt; Editing by Shounak Dasgupta, Jane Merriman and Emelia Sithole-Matarise

Our Standards: **The Thomson Reuters Trust Principles.**

## More from Reuters



Deal on Russia sanctions bill close - U.S. senators

Taliban killed scores of former Afghan officials -U.N.

Truckers gather in Ottawa to protest vaccine mandate

Nor'easter 'could be life-threatening' -NY Gov. Hochul

Nor'easter wallops U.S. East Coast with snow and wind

- About Us
- Contact Us
- Advertise With Us
- Privacy Policy
- Terms of Use

Breaking News

# Henkel To Merge Laundry & Home Care and Beauty Care in New Consumer Brands Unit

Wolfgang König, currently executive VP for Henkel´s Beauty Care business, will lead new €10 billion multi-category business unit.



01.28.22

Henkel today announced plans to merge its Laundry & Home Care and Beauty Care units into a single organization known as Henkel Consumer Brands. The company will start preparations for the integration process immediately; the firm plans to have the new organization in place by the beginning of 2023.

"We will join forces in our consumer goods businesses to create one strong, integrated business unit as a foundation for future profitable growth. The integrated consumer brands business will bring significant benefits to Henkel, our shareholders, customers and teams and will be well-positioned to actively shape its future in a highly dynamic industry," said Carsten Knobel, CEO of Henkel.

"We are creating a multi-category platform with around 10 billion euros in sales. This will provide a broader basis to further optimize and shape our portfolio towards a higher growth and margin profile. We will also capture significant synergies and efficiency gains, allowing us to free up resources which will be used in part for targeted investments in our strategic priorities, such as innovation, sustainability, and digitalization. We will become an even more attractive employer of choice, offering bigger roles and growth opportunities in an exciting industry. In summary: I am convinced that this merger will take our Purposeful Growth Agenda to the next level."

The merger is designed to drive growth and profitability for the consumer business and the company. This is also reflected in the

new mid- to long-term financial ambition which Henkel provided: the company now aims for 3-4% organic sales growth, an adjusted EBIT margin of around 16% and mid- to high-single-digit percentage growth in adjusted earnings per preferred share (at constant exchange rates, including M&A), it said.

Henkel Consumer Brands will offer the opportunity to better capture the full potential for organic and inorganic growth and to focus on products with attractive growth and margin potential – beyond the measures of the active portfolio management completed by the end of 2021, the company said.

Further portfolio measures will include divestments or discontinuation of non-core brands and businesses as well as acquisitions in categories across the consumer space, said Henkel. The company said first measures relating to the Beauty Care portfolio will be already implemented in the course of 2022.

Henkel's brands such as Dial [soap](#), [Sexy Hair](#) and Schwarzkopf hair care as well as Snuggle, All, and Purex in [fabric care](#).

By integrating both business units, Henkel will create more scale, allowing the company to capture significant synergies and to become more efficient and agile as well as helping the organization to act faster and more flexible in a highly volatile environment. Synergies are expected in areas such as administration, distribution, marketing, and supply chain. This will allow the new Consumer Brands business to free up resources for higher investments and better target these investments in strategic capabilities, for example digitalization of R&D, e-commerce capabilities or sustainability efforts around recyclable packaging, Henkel said.

The new business unit will be organized around customer and channel centricity—with an integrated approach for retailers, trade or channel partners across all consumer categories.

Under one leadership, the combined team will focus on advancing the entire consumer business, with leaner structures and faster decision-making. In the combined business, Henkel will offer bigger roles and opportunities, becoming an even more attractive employer for teams, leaders, talents and new hires, it said.

## Leadership



Wolfgang König
The integration process and the new combined unit will be led by Wolfgang König, currently executive VP for Henkel´s Beauty Care business. Bruno Piacenza, who has lead Henkel´s Laundry & Home Care business as EVP since 2011, will continue to lead the Laundry & Home Care business; he will work closely with König on the transition process and stay with Henkel latest until the end of 2022.

Henkel also announced a share buyback program with a total volume of up to €1 billion. Henkel preferred shares with a total value of up to €800 million and ordinary shares with a total value of up to €200 million are to be repurchased. Based on current stock market prices, this corresponds to a share of about 3% of the company's capital stock. The program is expected to start during the month of February 2022 and to be carried out until March 31, 2023, at the latest.

"With this program, we are creating value for our shareholders and are underpinning our confidence in our financial strength and future potential of our businesses. Given our strong balance sheet and low debt levels as well as our strong cash flow generation, this will not impact our ability to pursue strategic acquisitions – in both our Consumer Brands and our Adhesive Technologies business units," said Henkel CEO Carsten Knobel.

## 2021 Performance

On a preliminary basis Henkel Group sales in fiscal 2021 increased to €20.06 billion. Organic sales growth was at 7.8%. Beauty

Care recorded sales of €3.678 billion and organic growth of 1.4%. In Laundry & Home Care sales grew to €6,6, billion representing organic growth of 3.9%.

## Sun Chemical Pigments Span the Rainbow

*Tailor-made to meet the unique needs of each individual cosmetic customer while complying with the most stringent global regulatory standards.*

[Request more info.](#)



---

Related Searches

- [Household Cleaning](#)
- [Skin Care](#)
- [Personal Cleansers](#)
- [Hair Care](#)

Related Knowledge Center

- [Personal Cleansers](#)
- [Skin Care](#)
- [Laundry Care](#)

# Related Breaking News

- **[Color Cosmetics](#)** | **[Disinfectants](#)** | **[Hair Care](#)** | **[Household Cleaning](#)** | **[Laundry Care](#)** | **[Oral Care](#)** | **[Personal Cleansers](#)** | **[Skin Care](#)**
  **[2022 Best New Product Awards: Health and Well-Being Are Top of Mind with Americans](#)**
  The 14th annual BrandSpark awards reveal American shoppers like trying new products in beauty, personal care, household care and skincare. 01.31.22



- 
- 
- 

- **[Actives](#)** | **[Color Cosmetics](#)** | **[Functional Ingredients](#)** | **[Hair Care](#)** | **[Personal Cleansers](#)** | **[Pigments](#)** | **[Preservatives](#)** | **[Skin Care](#)** | **[Sun Care](#)** | **[Surfactants](#)** | **[Testing](#)**
  **[IFSCC Extends Abstract Submission Deadline for 2022 Congress](#)**
  The deadline to submit abstracts of up to 700 words, describing original and previously unpublished research, is extended to Friday, February 18. 01.31.22



- 
- 
- 

- **[Skin Care](#)**
  **[Olay Partners with Ebony Magazine on Commemorative Print Issue](#)**
  Issue features HBCU x Olay STEM Queens, an initiative dedicated to spotlighting collegiate Black women in STEM poised to affect societal change. 01.31.22







**EXHIBIT C**

← Tweet

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Georgia-Pacific** ✓
@GeorgiaPacific

This year, @NielsenIQ BASES analyzed the evolution of what 'better for you' means to consumers in North America. We're proud to congratulate our @Brawny team for earning a 2021 Breakthrough Innovation award with the Tear-A-Square roll. Learn more: bit.ly/3bPpk7e



6:49 PM · Nov 8, 2021 · Twitter Web App

**3** Retweets  **7** Likes

Tweet your reply

Reply

datacollection_ge...
@qe_datacollect

Search Twitter

**Relevant people**

**Georgia-Pacific** ✓
@GeorgiaPacific                    Follow
You know our brands. Now get to
know us. Currently tweeting: Brooke
Lujano & Bailey Otto. For job info &
opportunities, follow @GAPacificJobs.

**NielsenIQ** ✓
@NielsenIQ                         Follow
The source for complete consumer
intelligence.

**Brawny®** ✓
@Brawny                            Follow
Spreading resilience far and wide with
sharp wit and bold inspiration.
#StayGiant: brawny.com/sgpterms

**What's happening**

Entertainment · LIVE
**Rihanna expecting her first child
with A$AP Rocky**
Trending with Rihanna, Riri

News · Trending
**Vaseline**
6,107 Tweets

NFL · Last night
**The Los Angeles Rams are Super
Bowl-bound after defeating the
San Francisco 49ers 20-17**

Trending in United States
**Ben Stiller**

COVID-19 · LIVE
**COVID-19: News and updates for
Nevada**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Kimberly-Clark Corp.** ✔
@KCCorp

···

Our Millicent team in Australia is proud to introduce its second FSC certified 100% bamboo product to Australian consumers – Viva® ECO Paper Towel! Both products are wrapped in recyclable paper packaging, removing approximately 17.9 tons of plastic from our operations this year!



5:00 PM · Sep 25, 2021 · Sprinklr

**4** Retweets **11** Likes

Tweet your reply

Reply

datacollection_ge...
@qe_datacollect
···

Search Twitter

**Relevant people**

**Kimberly-Clark Co...** ✔
@KCCorp

Follow

Kimberly-Clark is leading the world in essentials for a better life. To make our social space an engaging, respectful environment, visit: spr.ly/Comm-Guide

**What's happening**

Entertainment · LIVE
**Rihanna expecting her first child with A$AP Rocky**
Trending with Rihanna, Riri

Politics · Trending
**#ArrestTrumpNow**
50.7K Tweets

···

🟣 POPSUGAR ✔ · Earlier today
**Katy Perry Continues Her Sexy-Style Streak in a Corset Catsuit For "SNL"**

News · Trending
**Vaseline**
6,211 Tweets

···

COVID-19 · LIVE
**COVID-19: News and updates for Nevada**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

# Explore

⚙ Settings

← **Thread**



**Procter & Gamble** ✓
@ProcterGamble

.@Charmin and @Bounty are working with the Shoshone Tribe in Utah to restore land and remember the history of its people through an interpretive center. Thank you @ForestandPaper for highlighting the work! #ItsOurHome

🕯 **AF&PA** ✓ @ForestandPaper · Nov 30, 2021
.@ProcterGamble's Native American Network is working with the Northwestern Band Shoshone Tribe in Utah and Idaho to restore the land to its original conditions and build an interpretive center to share the tribe's history.
bit.ly/3o8X06W

❝

One of the main focuses is education about different Native American Tribes and communities and [to] give back.

*Elias Wenzi, Distict of Northwestern Washoeney, Procter & Gamble*

🅰 American
Forest & Paper
Association

11:26 AM · Dec 2, 2021 · Twitter Web App

**1 Quote Tweet   10 Likes**

💬        ⟲        ♡        ⬆

**Procter & Gamble** ✓ @ProcterGamble · Dec 2, 2021
Replying to @ProcterGamble
Forests are critical to supporting life on Earth and protecting them is essential to the people and wildlife that call them home. Learn more about our sustainable forestry work:

us.pg.com
Charmin, Puffs and Bounty Accelerate Forest Cons...
Forestry actions and accelerated commitments from Charmin, Puffs, and Bounty help bring to life P&G'...

💬        ⟲ 1        ♡ 4        ⬆

🔍 Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

G   Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Procter & Gamble** ✓        Follow
@ProcterGamble
All day, every day, P&G people are stepping forward to #LeadWithLove. Improving everyday life since 1837. #GreatPlaceToWork

**Charmin** ✓        Follow
@Charmin
Enjoy the go.

**Bounty** ✓        Follow
@Bounty
Quick! The #QuickerPickerUpper. Bounty Paper Towels.

**What's happening**

NFL · LIVE
**Tom Brady confirms his retirement from the NFL after 22 seasons, seven Super Bowl rings**
Trending with Tom Brady, Patriots

 The Weather ... ✓ · 32 minutes ago
**Blizzard closes highways, schools on the Prairies**

 TRF Climate ✓ · 4 hours ago
**Colombia's indigenous people are forming mini-governments to help save the Amazon. Will it work?**

Music · Trending
**WORDLE-BTS X**

Music · LIVE
**Happy birthday, Harry Styles** 🎸
Trending with harry styles, helene

Q Search Twitter

🐦 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

⋯ More

**Tweet**

**Unilever #TogetherForOurPlanet** ✔ ✔
@Unilever                                     ⋯

Ben & Jerry's becomes the 1st ice cream company to
power one of its factories using ice cream!
bit.ly/1koiTES



3:05 PM · Jul 14, 2014 · Twitter Web Client

**45** Retweets   **16** Likes

💬        🔁        ♡        ⬆

○  Tweet your reply                          Reply

**Tmckinnin** 🌐 @Tmckinnin · Jul 14, 2014      ⋯
Replying to @Unilever
@Unilever is that truyre
💬        🔁        ♡        ⬆

**FDF** @Media_FDF · Jul 14, 2014                ⋯
Replying to @Unilever
@Unilever Wow, impressive!
💬        🔁        ♡        ⬆

**Alanda** ✔ @alandakariza · Jul 14, 2014        ⋯
Replying to @Unilever
"@Unilever: Ben & Jerry's becomes the 1st ice cream company to power one
of its factories using ice cream! bit.ly/1koiTES" 👏 👏 👏
💬        🔁 1      ♡        ⬆

**Moving Ink** @MovingInk · Jul 15, 2014          ⋯
Replying to @Unilever
@Unilever this is class,I love modern tech.
💬        🔁        ♡        ⬆

**Delaware North UK** @DelawareNorthUK · Jul 16, 2014   ⋯
Replying to @Unilever
@Unilever @fcsiuk The chunkinator - classic ben & jerrys!
💬        🔁        ♡        ⬆

## Relevant people

**Unilever #Togethe...** ✔        Follow
@Unilever
Climate action can't wait. We must
take bold action now. Together.
#COP26

## What's happening

Entertainment · LIVE
**Rihanna expecting her first child
with A$AP Rocky**
Trending with Rihanna, Riri

News · Trending                              ⋯
**Vaseline**
6,314 Tweets

🅿 POPSUGAR ✔ · This evening              ⋯
**Katy Perry Continues Her Sexy-
Style Streak in a Corset Catsuit
For "SNL"**

Politics · Trending
**#ArrestTrumpNow**
50.9K Tweets

COVID-19 · LIVE
**COVID-19: News and updates for
Nevada**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

○  **datacollection_ge...**   ⋯
@qe_datacollect

**General Mills** ✔
@GeneralMills

···

Häagen-Dazs is renaming its four iconic flavors, exclusively in the UAE, to celebrate four trailblazing women who have inspired the world by not holding back. Read their stories: prn.to/3sXVe8d #womenwhodontholdback #IWD2021



2:20 PM · Mar 8, 2021 · Sprout Social

**5** Retweets **1** Quote Tweet **17** Likes

🗨 ↻ ♡ ↑

👤 Tweet your reply                        Reply

**X_mang** @Black13Panther · Mar 25, 2021
Replying to @GeneralMills
Shrimp tailed flavored ice cream

🗨 ↻ ♡ 1 ↑

Show additional replies, including those that may contain offensive content                        Show

---

**Search Twitter**

### Relevant people

**General Mills** ✔
@GeneralMills                        Follow

News and stories from General Mills. Learn more at generalmills.com, blog.generalmills.com and careers.generalmills.com/careers

### What's happening

Entertainment · LIVE
**Rihanna expecting her first child with A$AP Rocky**
Trending with Rihanna, Riri

🔵 Los Angeles Times ✔ · Yesterday
**Scores of guns stolen from trains cause more problems in California. Here's what investigators know about the thefts**

🟠 AccuWeather ✔ · 3 hours ago
**The one day in recorded history when snow fell in the hottest place on earth**

News · Trending                        ···
**Vaseline**
6,314 Tweets

Politics · Trending                        ···
**#ArrestTrumpNow**
50.9K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

👤 **datacollection_ge...** ···
@qe_datacollect



**Henkel North America**
@Henkel_NA · · ·

We love the partnerships and community initiatives that our brands support. Join us in celebrating @Dial's collaboration with @DonorsChoose to help support teachers this #GlobalHandwashingDay ☀️



**DonorsChoose** ✓ @DonorsChoose · Oct 15, 2021
Keeping hands clean in the classroom is extra important this year, & our friends at @Dial want to help! Request two cases of Dial hand soap through DonorsChoose, and Dial will DOUBLE donations, while funding lasts.
help.donorschoose.org/hc/en-us/artic...

#DialSupportsTeachers

**DIAL® SUPPORTS TEACHERS!**

GIVE TEACHERS A HAND

DONORS CHOOSE

4:24 PM · Oct 15, 2021 · Twitter Web App

**7** Likes

Tweet your reply
Reply

**datacollection_ge...**
@qe_datacollect

🔍 Search Twitter

**Relevant people**

**Henkel North America** Follow
@Henkel_NA
Leading with our innovations, brands and technologies. We are: Pioneers at heart for the good of generations.

**Dial** ✓ Follow
@Dial
America's trusted brand for over 70 years. Count on Clean.

**DonorsChoose** ✓ Follow
@DonorsChoose
The #1 nonprofit funding site for U.S. public school teachers. Wherever learning happens, help teachers and students with the resources they need to succeed.

**What's happening**

Entertainment · LIVE
**Rihanna expecting her first child with A$AP Rocky**
Trending with Rihanna, Riri

NFL · Last night
**The Los Angeles Rams are Super Bowl-bound after defeating the San Francisco 49ers 20-17**

NFL · Yesterday
**The Cincinnati Bengals are heading to the Super Bowl after defeating the Kansas City Chiefs in overtime**

Trending in United States · · ·
**RIP Wordle**

Trending in United States · · ·
**Ben Stiller**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

# EXHIBIT D

**PaymentsSource**

Emerging Payments
**Competition Flares Up in P2P Payments**

By David Heun
959 words
21 October 2013
PaymentsSource
CCARDM
Vol.1, No.1
English

© 2013 PaymentsSource and SourceMedia, Inc. All rights reserved.

There is a surge of activity in person-to-person payments, with the biggest banks going head-to-head with technology giant Google and other significant rivals.

In the past week alone, **Square** Inc. unveiled its **Square** Cash email-based P2P service and clearXchange, a bank-founded P2P initiative launched in 2011, welcomed its first non-founding member in Colorado-based FirstBank.

...

**Square** Cash and Google operate on the same premise, allowing consumers to send payments the same way they would compose an email. Google's system is tied to its Gmail interface... ...same premise, allowing consumers to send payments the same way they would compose an email. Google's system is tied to its Gmail interface or its Google Wallet app, whereas **Square** Cash works from any email address. **Square** offers an app, but the app is purely optional — the **Square Cash app** simply walks the consumer through the process of filling out an email with **Square** copied as a recipient.

..."Our goal was to remove the barrier to entry so that anyone could participate, anywhere, no matter if they were on their computer, iPad, or phone," says **Square** spokesperson Katie Baynes.

...

PayPal, Google Wallet, **Square** and other wallet providers see P2P as an important function to round out a digital wallet because ubiquity with customers is essential to these providers, Bareisis says.

...

Document CCARDM0020131021e9al0002u

# Payments Source

Emerging Payments
**Snapchat's P2P Project Signals a Growing Trend**

By David Heun
758 words
18 November 2014
PaymentsSource
CCARDM
Vol.1, No.1
English

© 2014 PaymentsSource and SourceMedia, Inc. All rights reserved.

Snapchat, in unveiling a person-to-person payment function this week through a partnership with **Square** Inc., joins a growing number of companies treating social media accounts as payment instruments.

Snapchat's main product is a popular instant photo messaging system that deletes photos shortly after they are sent. The addition of a money-sending feature, called Snapcash, turns the service into something more like PayPal's Venmo, which functions as both a P2P service and a messaging app.

...

Other examples include Google's Gmail, which added a money transfer button last year; and **Square**'s own **Square Cash app**, which recently added features that let users build personal profiles and locate other users via Bluetooth.

...

Snapchat's decision to rely on **Square**, a well-known payments company, may be particularly savvy in light of a recent breach of Snapchat user data. Under the Snapcash process, **Square** handles the payment through its **Square** Cash P2P service.

Whether **Square**'s involvement is enough to convince users about security remains to be seen, said Jeff Crawford, senior consultant with First Annapolis Consulting LLC.

...

But **Square** comes to the table with experience in payment processing and money movement. "We've seen continued customer adoption and growth with the addition of these new communication channels, and we've already handled hundreds of millions of dollars in payments," said **Square** spokesperson Katie Baynes.

**Square**'s support for Snapchat is based on the photo messaging service's quick adoption.

...

Financial terms of the agreement were not made public, but technology site Re/code speculated that Snapchat is paying **Square** a small fee for each transaction it handles. PaymentsSource could not reach Snapchat CEO Spiegel for comment.

...

...adoption, the Snapcash process at least provides an example of P2P partners using a different distribution channel, Crawford said. It may also prove to be a significant test for **Square**, he added.

"In addition to their stand-alone **Square Cash app**, they are looking to make P2P more valuable on something people are already using to share photos," Crawford said.



**Silouet Inc. is Testing Peer-to-Peer Mobile ==Cash App== for Anonymous Payments**

404 words
30 October 2014
17:59
Business Wire
BWR
English
(c) 2014 Business Wire. All Rights Reserved.

CAMBRIDGE, Mass.--(BUSINESS WIRE)--October 30, 2014--
Silouet, a Cambridge-based mobile payments startup is testing its new app, "Mobile Cash," a peer-to-peer payment app that goes beyond the ability to pay friends and family by enabling anonymous payments.

...

Unlike other apps like ==Square== Cash and Venmo, Silouet Mobile Cash allows people to protect their identities and personal information as they make face-to-face payments with strangers and cash-based businesses. Mobile...

...

Document BWR0000020141030eaau000nb

# Payments Source

Technology
**PayPal Launches 'PayPal.Me' for P2P Debt Collection**

By John Adams
304 words
1 September 2015
PaymentsSource
CCARDM
Vol.1, No.1
English

© 2015 PaymentsSource and SourceMedia, Inc. All rights reserved.

PayPal is targeting what it estimates to be a $51 billion global market for small debts owed between friends and family members, enabling consumers to set up their own URL to collect payments.

Called PayPal.me, the feature creates a link (under the format "PayPal.Me/name") that people who owe money can visit to initiate a person-to-person transfer. The service is available in 18 countries including the U.S., Canada, Australia and most of Europe.

...

**Square** has a similar offering. Called $Cashtags, the service uses customized identifiers that link to payments pages or the **Square Cash app** to execute P2P payments.

Document CCARDM0020150901eb910005l



**<mark>Square</mark> Launches $Cashtags for Free Money Transfer**

347 words
24 March 2015
11:18
MediaPost.com
MPC
English
Copyright 2015. MediaPost.com

The number of ways to use smartphones to move money back and forth between people and businesses continues to increase.

Following Facebook, which followed PayPal and Venmo, comes <mark>Square</mark> with its own approach to people-to-people mobile payments.

...

Now <mark>Square</mark> is has introduced a payment system where individuals can get their own "$Cashtag," dollar sign and all.

After downloading <mark>Square</mark>'s <mark>Cash app</mark>, a consumer links their debit card to the app and selects a name, which then can be used for others to send payments to.

...

They also could go to the website [www.cash.me/ChuckMartin](http://www.cash.me/ChuckMartin), which <mark>Square</mark> has set up for Cashtag users. (The website automatically adds the $ in front of the person's ID).

Like the Facebook peer-to-peer payment plan, <mark>Square</mark> also is free for consumer-to-consumer money transfers.

The money, at least for <mark>Square</mark>, comes when a consumer sends cash to a business.

<mark>Square</mark> will charge businesses 1.5% of the amount transferred to them, which is less than <mark>Square</mark> charges for it card-swiping Register app.

...

While many people likely will sign up to the new <mark>Square</mark> program to claim their own $Cashtag name, the longer term question is how many people and businesses will use it continually and over time.

...

Document MPC0000020150324eb3o0005s

**WSJ.D Technology: Digits**

732 words
24 March 2015
The Wall Street Journal
J
B4
English
Copyright © 2015, Dow Jones & Company, Inc.

Google Tests Targeted

Television Ads

...

**Square** to Take Cut

...

Payments startup **Square** on Monday introduced a tweak to its cash-transfer app allowing it to profit when businesses use the service.

The update requires businesses to pay **Square** 1.5% of any funds they receive using the company's **"Cash" app**, or similar online service. **Square** Cash previously had no mechanism for taking a cut of cash transactions.

...

... enable cash transfers through smartphones. Earlier this month, Facebook said it would allow cash to move through its Messenger app, similar to services from PayPal and Snapchat, which uses **Square**'s technology. Those services are free for users.

...

Document J000000020150324eb3o0002i

# INVESTOR'S BUSINESS DAILY®

Apple Stock News
Apple Stock News
**==Square== Stock Gains On Apple Pay Mobile Partnership**

REINHARDT KRAUSE
Investor's Business Daily
409 words
7 December 2016
Investor's Business Daily
INVDAI
English
(c) 2016 Investor's Business Daily

A new mobile wallet partnership with Apple (NASDAQ:AAPL) sent shares of payment processor ==Square== (NYSE:SQ) up Wednesday.

==Square== CEO Jack Dorsey late Tuesday announced a new deal with Apple under which the ==Square== Cash mobile app will be integrated with Apple Pay. Apple iPhone users will be able to add money stored on the ==Square== Cash virtual card to their Apple Wallet.

Neil Doshi, an analyst at Mizuho Securities, says ==Square== Cash is the 11th most popular finance app in the iTunes store. It lets users send cash to one another and purchase items from merchants.

==Square== stock shot up 6.5% to 14.13 in the stock market today near 13.50, touching a seven-month high for the fourth day in the past six trading days. ==Square== stock is in a long cup base pattern with a possible buy point of 16.01. ==Square== stock has been trading above its 50-day moving average for more than a month. Apple stock rose 1% to 111.03.

...

"Apple Pay is available with nearly 1 million merchants, and instead of forcing people to take out their phone, open the ==Square Cash app== to use at a merchant location, we believe this integration should remove the additional friction and allow users to simply use Apple Pay linked to ==Square== Cash," Doshi wrote in his research report. "We believe that most of the ==Square== Cash accounts are linked to debit cards, so the transaction margin on these purchases should be higher."

...

==Square== makes credit card readers that plug into mobile phones and tablets. While ==Square=='s primary customers are small businesses, it's attracting bigger customers, analysts say. It made its IPO in November 2015, pricing shares at 9.

San Francisco-based ==Square== in November hiked its guidance and reported a narrower-than-expected third-quarter loss as revenue topped views.

...

==Square== Upgraded On Expected 'Positive Fundamental Surprises'

==Square== Q3 Tops, Hikes Outlook On Momentum With Larger Merchants

Document INVDAI0020161208ecc70000i

Page 1 of 8 © 2022 Factiva, Inc. All rights reserved.



News & Commentary
**Square partners with Apple on payments and gets a stock bump; Analyst says Square Cash app, a Venmo rival, is unlikely to drive growth for the company despite Apple deal**

Caitlin Huston, MarketWatch
349 words
7 December 2016
15:52
MarketWatch
MRKWC
English
Copyright 2016 MarketWatch, Inc. All Rights Reserved.

Analyst says **Square Cash app**, a Venmo rival, is unlikely to drive growth for the company despite Apple deal

Shares of **Square** Inc. climbed more than 5% Wednesday after the company announced a payments partnership with tech giant Apple Inc.

**Square** (SQ, US) Chief Executive Jack Dorsey announced Tuesday evening that the **Square Cash app** will pair with Apple Pay to allow users to pay at stores using the balance in their **Square** Cash account. **Square** Cash is a payments app similar to PayPal Holdings Inc.'s (PYPL, US) Venmo.

Despite the pairing with Apple (AAPL, US) , CFRA Research analyst Scott Kessler said he does not believe **Square** Cash will drive growth for **Square**. Kessler said he and other analysts question **Square**'s motivation because he does not see the business being material to **Square**'s earnings.

"I think **Square** is doing far more interesting things as it pertains to moving up to larger vendors and expanding outside the U.S. rather than looking to better position **Square** Cash," Kessler said.

That said, in partnering with Apple, Kessler said **Square** could be attempting to diversify its customer base.

See also: **Square** shares rise after upgrade to outperform at Credit Suisse

Shares of **Square** have gained 12% in the past month, compared with the S&P 500's (SPX, US)  gain of 4%. The company—founded and run by Dorsey,...

https://sw.graphiq.com/w/ga8KwtuDGa9**Square** Cash's most direct competitor is Venmo, the peer-to-peer payments app owned by PayPal. But Venmo targets consumers, while **Square** Cash customers are likely small-business owners who already use the company's point-of-sale system, Kessler said.

**Square**'s payment system also supports paying with Apple Pay.

Document MRKWC00020161207ecc70048t



**Despite Cryptocurrency Skepticisms, Standout Players Continue to Ride the Meteoric Rise of Bitcoin**

2,323 words
19 December 2017
08:30
PR Newswire
PRN
English
Copyright © 2017 PR Newswire Association LLC. All Rights Reserved.

CannabisNewsWire Editorial Coverage

NEW YORK, December 19, 2017 /PRNewswire/ --

... energetically striving to provide a compliant payments solution for the cannabis industry. Other standout players exemplifying the big potential of cryptocurrency-related ventures include Bitcoin Services Inc . (OTC: BTSC), **Square**, Inc. (NYSE : SQ) and PayPal Holdings, Inc . (NASDAQ: PYPL).

...

Major names like **Square** (NYSE : SQ) and PayPal (NASDAQ: PYPL) are also breaking into the cryptocurrency space, with **Square** recently launching a trial that allows some of its **Cash App** users to buy and sell bitcoin ( http://nnw.fm/3kzWT ) and PayPal empowering its users to purchase bitcoin through marketplaces like Paxful.

...

Document PRN0000020171219edcj000a4

# INVESTOR'S BUSINESS DAILY®

News
**Bitcoin Futures, Spot Prices Converge After CME Trading Debut**

GILLIAN RICH
326 words
18 December 2017
Investor's Business Daily
INVDAI
English
(c) 2017 Investor's Business Daily

Bitcoin CME Group (CME ) futures regained some ground early Monday, after the cryptocurrency's debut on the world's largest futures exchange late Sunday, putting them near levels seen on Cboe Global Markets (CBOE ) and the spot market.

CME futures were at $18,720, after initially opening at $26,500 Sunday only to quickly drop below $19,000.

...

Overstock (OSTK) and other retailer support of Bitcoin as well as **Square**'s (SQ) announcement to allow more users to transfer the cryptocurrency in its **Cash app** gives more conventional investors access to the currency.

...

Document INVDAI0020171218edci0005r

**INVESTOR'S BUSINESS DAILY®**

News
**Bitcoin Futures, Spot Prices Converge After CME Trading Debut**

GILLIAN RICH

332 words
18 December 2017
Investor's Business Daily
INVDAI
English
(c) 2017 Investor's Business Daily

Bitcoin CME Group (CME ) futures regained some ground early Monday, after the cryptocurrency's debut on the world's largest futures exchange late Sunday, putting them near levels seen on Cboe Global Markets (CBOE ) and the spot market.

CME futures were at $19,100, after initially opening at $26,500 Sunday only to quickly drop below $19,000.

...

Overstock (OSTK) and other retailer support of Bitcoin as well as **Square**'s (SQ) announcement to allow more users to transfer the cryptocurrency in its **Cash app** gives more conventional investors access to the currency.

...

Document INVDAI0020171219edci0000e

# AMERICAN BANKER.

**Square to small banks: Don't lump us in with Amazon and Facebook**

Kevin Wack
1,232 words
18 December 2017
American Banker
AMB
Vol.182, No.241
English
© 2017 American Banker and SourceMedia, Inc. All rights reserved.

Square, the Silicon Valley payment processor that is at the center of the fight over the tech industry's ambitions in banking, is firing back at its small-bank critics, while also taking steps to placate community activists.

Advocacy groups that once expressed concern about the adequacy of Square's plan to satisfy its obligations to low- and middle-income customers are now sounding more supportive of the fintech's bid to open a bank. The more unyielding opposition is coming from the Independent Community Bankers of America, which is concerned about the precedent that Square's application for a bank charter could set for voracious tech giants such as Amazon.

Jacqueline Reses, who heads Square's small-business lending unit, pushed back against the small banks' objections. She noted that Internet behemoths like Amazon and Facebook have never even expressed interest in getting a...

...

The proposed bank, Square Financial Services, would operate as an industrial loan company, a relatively uncommon charter type has been used by commercial firms like the Minneapolis-based retailer Target and the German...

That's not by choice, but rather by necessity, according to Reses. She said that Square, which is best known for the slim payment card readers used by its small-business customers, is not eligible for other bank charters.

"Our purpose is to offer business loans to small businesses, and the rest of Square offers hardware and software products that are very different than any other license would enable," Reses said. "A full bank charter isn't appropriate for Square, because we do have other predominant lines of business that are not products and services that require a banking license."

Square currently offers loans as small as $500 to its business customers under a partnership with Celtic Bank in Utah. A banking license would remove the middleman, and it would also enable Square to start accepting deposits.

Some of the pushback against Square's move into banking has come from community reinvestment activists, and the company has been working to address their concerns.

Earlier this fall, Square met with officials from the National Community Reinvestment Coalition, and they came away impressed by the company's commitment to serving businesses that typically have trouble accessing credit. Square conducted a survey of 7,000 of its borrowers in January, which found that 54% of them were owned by women, and 37% were owned by minorities.

...

The activists' concerns have not yet been fully resolved. For example, Square is proposing that its Community Reinvestment Act assessment should focus on the Salt Lake City area, where its bank would be headquartered, but Taylor argues that is too narrow...

A Square spokesperson said in an email that the company takes a broad approach to thinking about how to support small businesses.

...

Another issue that activists have raised with **Square** involves the terms of the company's loans. **Square** requires borrowers to pay back a fixed percentage of their card sales until the loan has been repaid, which makes it impossible to calculate an interest rate upfront.

Still, the stiffer opposition to **Square**'s application is coming from the ICBA, which has not met with the company's officials in recent months.

**Square**'s bank would be supervised by the Federal Deposit Insurance Corp., which will also decide the application's fate. The charter that the company is seeking provides an exemption from the Bank...

**Square** maintains that the FDIC provides robust supervision. "I don't think that an ILC circumvents any oversight and regulation," Reses said.

But Christoper Cole, senior regulatory counsel at the ICBA, argued that **Square** is looking to exploit a legal loophole. "And so in the process of doing that, they will be subject to a different set of regulations than all of...

... it would be difficult for the FDIC to examine any large commercial firm that owns an industrial bank. The ICBA has called on the agency to impose a two-year moratorium on its approval of deposit insurance applications for industrial banks, which would block **Square**'s path.

...

The trade group, which represents thousand of small banks across the country, is also concerned that after **Square** gets a banking license, it will morph into a much bigger, more diversified company. So **Square** has emerged as a stand-in for bankers' fears about Amazon, Facebook and the like.

**Square** was started in 2009 by Twitter co-founder Jack Dorsey, who currently serves as the CEO of both companies. In recent years, **Square** has moved beyond its roots as a payment processor, branching into person-to-person payments with the popular **Square Cash app**. The company has also expanded internationally, with operations in the United Kingdom, Canada, Japan and Australia.

Today, **Square** boasts a market capitalization of $14.4 billion, which is tiny compared to tech industry titans, but comparable to the midsize banking companies Ally Financial and Huntington Bancshares....

"When I look at **Square**, I see a company that wants to be as large as Amazon, that wants to be as large as Google," Cole said. "And so far they've...

**Square** offers a very different narrative about itself — one that casts the company in the role of champion for the underdog.

...

**Square**'s average loan size is just $6,000, and its business customers are often so small that their only alternative would be to borrow from friends or relatives. **Square** argues that it can responsibly lend to these micro-businesses because it processes their payments, generating data that provides great insight into their daily cash flow.

...

**Square** filed its application for an industrial loan charter in September. Reses said she expects the FDIC's review to last more than a year.

...

Document AMB0000020171216edci00009

# THE WALL STREET JOURNAL.

U.S. EDITION

**EXCHANGE --- Finance: My Banker Is an Algorithm --- Square and other tech companies have jumped into lending, tapping their data troves to determine creditworthiness**

By Peter Rudegeair

1,515 words

29 December 2018

The Wall Street Journal

J

B5

English

Copyright 2018 Dow Jones & Company, Inc. All Rights Reserved.

Billy Joe Wilson was cooking up tater tots and chicken-fried-steak sandwiches in a food truck on the Texas Gulf Coast last fall when an app on his tablet asked if he wanted to borrow $5,000.

"It's either one of those things that are too good to be true or it's going to require a lot of time and effort where it's not worth it for me," Mr. Wilson said. Neither turned out to be the case.

The offer came from a unit of Square Inc., which made the devices Mr. Wilson uses to process customers' card payments. For weeks, its algorithms had quietly observed Mr. Wilson's sales and then decided he was creditworthy. With a few swipes, he accepted Square's terms and got the money within days. He later borrowed more than $150,000 to open a gastropub nearby.

Square, best known for its white credit-card readers that plug into smartphones, is part of a wave of the tech giants making inroads into the banking business. The...

...

Few things terrify today's bank CEOs more than the specter of a big technology company elbowing them aside. Square's new push puts it at the forefront of technology firms aiming to challenge banks not just on payments or digital apps but on the banks' core business of...

... to businesses that use its Quickbooks software based in part on the data contained in their accounting statements. First Data Corp. now lets businesses that use payments devices from Clover, a Square competitor that it owns, take out loans based on their sales history.

A team of techies at Square dreamed up its lending program, now called Square Capital, in 2013 when Square was around four years old. Their cumulative work experience in the financial industry was little more than a single yearlong stint at Goldman Sachs Group Inc.

Customer feedback drove the idea. Small-business owners that used Square's payments services complained they couldn't get bank loans, either because their personal credit scores were too low or their businesses didn't generate enough revenue. Square Capital has since extended more than $3.5 billion in loans and cash advances to small businesses.

...is gearing up to expand into consumer lending next. Under a new program, individuals can now borrow up to $10,000 to finance a purchase made at a participating Square business. Executives are also exploring ways to provide personal loans or lines of credit to the more than seven million users of Cash App, Square's digital money-transfer service that rivals Venmo.

Square is still a small player in the lending arena. It extended about 200,000 business loans in the 12 months ending Sept. 30 -- more than three times... ...over the same period. But the average size of its business loans is about $6,500, much smaller than what banks typically offer. The $405 million in credit Square Capital provided in

the third quarter was about one-quarter of the volume extended by JPMorgan Chase & Co.'s small-business division.

For **Square**, there are plenty of factors that could curb its potential growth. **Square** loans are funded by money managers, and if they decide to stop purchasing the credits, **Square** Capital would have to slow down its lending. To keep those investors happy, **Square** Capital also has to charge higher interest rates than banks, which are funded by low-cost deposits. And some customers just prefer to have a person -- not...

Like other financial technology firms, **Square** is trying to achieve a delicate balance of offering banking services without triggering bank-level regulations. Currently, **Square** outsources to a small bank the more regulated parts of lending, such as the ability to offer loans at uniform rates and terms nationwide.

The bank that **Square** wants to open would be classified as an "industrial loan company," a niche type of financial institution that can offer banking services without oversight from the Federal Reserve. This structure would give **Square** many of the privileges enjoyed by banks, such as providing deposit accounts insured by the federal government, while letting it stay in existing commercial ventures that regulated banks typically...

**Square** has also hired more veterans of traditional financial institutions, especially Morgan Stanley, to handle relationships with investors and manage funding. Many welcomed the move from Wall Street to tech: One **Square** executive who made the switch told colleagues it was like leaving a funeral and going to a wedding.

**Square** Capital is now run by Jacqueline Reses, a former Goldman Sachs deal maker and private-equity executive who took over when the unit achieved a critical mass, but she said the unit...

**Square** makes automated decisions about riskiness by leveraging its data trove of businesses' credit-card transactions. **Square** also looks at more detailed information, like whether a business is attracting repeat customers.

...

The company touts both the ease of getting a loan and paying it back: Most customers never have to fill out a formal application, and **Square** can deduct repayments from a company's daily take.

To offload risk, **Square** sells the bulk of its loans to outside investment firms. Current investors include Stone Ridge Asset Management LLC, which runs a $3.5 billion fund devoted to alternative...

Since its outset, people both within **Square** and outside have been skeptical of the lending push. Convincing David Viniar, a board member and former top Goldman Sachs executive, was a turning point, people close to the company said. At an investor event last year, Mr. Viniar described his initial reaction to ... and former top Goldman Sachs executive, was a turning point, people close to the company said. At an investor event last year, Mr. Viniar described his initial reaction to **Square** Capital: "I'm actually a much bigger fan of us getting other people's money, than of us giving them our money," he said. Sarah Friar, **Square**'s then-finance chief and another Goldman alum, helped sway him about **Square** Capital's competitive advantages.

In October, a research analyst's critical report about the consumer lending program helped send **Square**'s stock down 9% in one day. **Square**'s "increasing dependence on the extension of credit to its customers to spur its growth has made its business model increasingly vulnerable," since its earnings would be more tied to the fickle appetite of the money managers, wrote the analyst, BTIG's Mark Palmer. A **Square** spokesman said its consumer-credit team is taking a diligent approach to risk.

**Square**'s machine-driven approach to lending can also rankle borrowers with idiosyncratic circumstances, who say they might be better served with a human touch. Hardcore Sweets Bakery in Oakville, Conn., borrowed more than $130,000 from **Square** Capital between 2014 and 2018 to buy more kitchen equipment and open a second location of its heavy-metal-themed cupcake shop.

Co-owner Nicole Braddock said **Square** stopped making new loan offers to the bakery earlier this year but never explained why. She said no one on **Square**'s customer-service team would call her back, and emails she sent to a corporate **Square** account were met with a "copy-and-paste generic message."

..., Ms. Braddock found out about an old tax lien against her business and paid it off, but no new loan offers came through. She sent more emails to **Square**, but no company representative could tell her when she would be able to borrow again. **Square** declined to comment on specific customers.

...

 © 2022 Factiva, Inc. All rights reserved.



Daily
**Robinhood's Regulatory Saga**

By Ben Walsh
795 words
24 December 2018
07:00
Barron's Online
BON
English
Copyright 2018 Dow Jones & Company, Inc. All Rights Reserved.

There's no shortage of fintech news, and crypto news in particular practically bumps into you in the hallway. Every week, our finance & technology email will sort through the useful and the useless in fintech news and deliver it right to your inbox on Fridays. Sign up here.

Fintech companies lack the heft of big banks' balance sheets, so they have to compete with established financial institutions by being smarter, leaner, and simply out-hustling their incumbent rivals.

...

Who knows, but Jack Dorsey would-slash-did! Banks tweeted about **Square**'s **Cash app** in 2015 and

...

Document BON0000020181224eeco0008e


A BERKSHIRE HATHAWAY COMPANY

**Square Survey Reveals How Americans Plan to Shop - And Want To Pay - This Holiday Season**

611 words
5 November 2018
12:00
Business Wire
BWR
English
(c) 2018 Business Wire. All Rights Reserved.

61% of consumers indicate they would feel more comfortable spending more this holiday season if they knew they would have the ability to pay for purchases over time

SAN FRANCISCO--( BUSINESS WIRE )--November 05, 2018--
Today Square released new insights on holiday spending and shopper expectations around payment options at businesses. The survey of 2,000 Americans found that shoppers plan to spend around $1,300...

...

..."We know that consumers prefer to support small businesses whenever they can, and we want to make sure this holiday season is no exception," said Jacqueline Reses, Head of Square Capital. "We're excited to see what a level playing field can do for small business sales now that more sellers have access to financing options that provide flexibility...

...

During the holidays and all year round, Square is a partner to small business owners across the country, providing access to the tools they need to never miss a sale. In October, Square launched Square Installments, providing small businesses with access to a powerful growth tool that enables their customers to pay for purchases in fixed, monthly payments. Business owners can find a wealth of information and resources on how to start, run, and grow their business on Square's Town Square Blog.

...

The Square Capital Consumer Shopping Survey statistics are based on an online survey of 2,000 U.S. adults over the age of 18, conducted August 15-20, 2018 by Square Capital, LLC. Results are weighted to approximate demographic representation in line with the United States Census Bureau 2017 Current Population Survey. The study has an overall margin of error of +/-...

About Square, Inc.

Square, Inc. (NYSE:SQ) creates tools that help sellers start, run, and grow their businesses. Square enables sellers to accept card payments and also provides reporting and analytics, next-day settlement, and chargeback protection. Square's point-of-sale software and other business services help sellers manage inventory, locations, and employees; access financing; engage buyers; build a website or online store; and grow sales. The Cash App is an easy way to send, spend, and receive money, and Caviar is a food-ordering platform. Square was founded in 2009 and is headquartered in San Francisco, with offices in the United States, Canada, Japan, Australia, Ireland, and the UK.


CONTACT:
Square, Inc.
...


SOURCE:

**Square**, Inc.
Copyright Business Wire 2018

Document BWR0000020181105eeb5000ct

# Dow Jones Factiva

## 8.14.18 Your morning briefing

John Adam

770 words
14 August 2018
Payment  Source
CCARDM
Vol.1, No.1
English
© 2018 Payment  Source and SourceMedia, Inc  All right  re  erved

The information you need to start your day, from PaymentsSource and around the Web:

ATMs on alert

Crook  are planning a global attack on ATM  that'  de  igned to empty them of ca  h, report    ecurity writer Brian Krebs[https://krebsonsecurity.com/2018/08/fbi-warns-of-unlimited-atm-cashout-blitz/#more-44642], adding the FBI is i  uing a warning to bank  to beef up defen  e

The attackers may focus on small-to-medium sized financial institutions and third party vendors based on an a  umption of le    ecurity

The FBI is suggesting ATM operators implement two-factor authentication with a physical or digital token, application whitelisting to block malware and extra authentication for account balance queries and withdrawals above a set amount.

Power vacuum

Cryptocurrency mining's impact on the power grid[https://www.paymentssource.com/news/bitcoin-mining-stresses-electrical-grids] is a major challenge for virtual currency, leading to some creative responses[https://www.paymentssource.com/news/microsoft-amazon-working-on-cashierless-store].

It's also leading to a criminal response. Crooks are targeting IoT devices in the home, according to Fortinet, with one of the major draws being stored computational power.

Attacker  load malware onto IoT device  to draw power becau  e the  e device  are alway  turned on and connected to the internet, which expands their vulnerabilities.

Nuclear option

The Bank of England i  reque  ting input from fintech  and bank  to power  ynchronized  ettlement a  part the broader faster payments [https://www.paymentssource.com/news/how-the-newly-merged-uk-payments-system-will-fo  ter innovation]initiative

The central bank is building a blueprint that will make it easier for new entrants to integrate into the faster payments  y  tem, which include  "atomic  ettlement," or the linkage of a  et  to en  ure the tran  fer of one a  et only happen  if the transfer of the other asset also occurs, reports Finextra[https://www.finextra.com/newsarticle/32514/bofe-wants-third partie  to join atomic- ettlement debate]

Atomic settlement should make it easier to process larger transactions such as mortgage payments and corporate transactions in real time, according to the central bank.

Cold card war

Genbank, which provides financial services in Crimea, will stop supporting Visa and Mastercard in favor of Mir, the Russian system.

Reuter [http //www reuter com/article/ru  ia crimea bank /crimea  genbank to  top providing  ervice  via vi a and mastercard-idUSL5N1V208E] reports more than 37 million Mir cards have been issued since 2014, when the Russian card [http  //www payment   ource com/new  /vladimir putin call  for national payment  y tem in ru  ia] were introduced as a response to western sanctions on Russia that followed its annexation of Crimea.

The bank has also been the target of sanctions, Reuters reports.

From the Web

**Square** Cash Opens Bitcoin Buying and Selling in All 50 States[https://www.ccn.com/square-cash-opens-bitcoin-buying and  elling in all 50  tate /]

CCN | Tue August 14, 2018 - Less than two weeks after sharing **Square**'s cryptocurrency profits had doubled in the second quarter, the payments company made the long-awaited announcement on Twitter: users can now use **Cash App** to buy bitcoin in all fifty states. The announcement appears to be effective immediately, with users reporting wide availability in tweets.

Sain  bury'   upermarket goe  'till free'[http  //www bbc com/new /technology 45172631]

BBC News | Mon August 13, 2018 - Supermarket chain Sainsbury's is trialling its first "till-free" store, in which  hopper  do not need to queue for a  taffed or  elf  ervice checkout In tead, cu tomer  can  can good  with a smartphone and put them straight into a bag.

Fraudsters adopt bitcoin to evade cops[https://www.bangkokpost.com/news/general/1520574/fraudsters-adopt-bitcoin-to-evade-cops]

Bangkok Post | Mon August 13, 2018 - Aarni Otava Saarimaa, a 22-year-old Finnish man, may know the tricks of the trade when it come  to cryptocurrencie , but the bitcoin millionaire wa  caught unaware when a group of Thai people approached him in June last year with a plan to scam a fortune from him. According to the Crime Suppression Divi ion'  (CSD) inve tigation, the Finni h bu ine  man ha  lo t almo t 800 million baht worth of bitcoin to the gang in a fraudulent investment scheme that the CSD has been gathering evidence on for the last six months.

More from PaymentsSource

How the U.K.'s new imaging technology will speed check clearing[https://www.paymentssource.com/news/uk-check-imaging-technology-will-boost-check-clearing?brief=00000157-2f43-d6a6-a9f7-ffcf013e0000]

For  everal year , the U K '  check clearing  y tem ha  lagged behind other nation   While the U S , India, China, France and many other countries have steadily adopted modern image-based systems, the U.K. has kept with a traditional paper ba ed clearing  y tem that ha  varied little in centurie

Exobot attacks banks, but has its eye on payments, retail and e-commerce[https://www.paymentssource.com/opinion/exobot-malware-is-a-threat-to-banks-retailers-and-e-commerce-payments?brief=00000157-2f43-d6a6-a9f7-ffcf013e0000]

The news that the source code for the latest version of Exobot banking malware has been leaked online has set off the alarm  among bank  and financial in titution  that now mu t brace for further uptick  in the ongoing barrage of mobile fraud attempts.

Tighter European data reg  ea e con  umer privacy fear [http  //www payment   ource com/new /gdpr ea e consumer-data-privacy-concerns-globally?brief=00000157-2f43-d6a6-a9f7-ffcf013e0000]

Three months after Europe's General Data Protection Regulation (GDPR) went into effect, consumers are shedding some concerns about sharing data.

Ingo Money adds Safelite to widen its instant claims pay footprint[https://www.paymentssource.com/news/ingo-money-collaborates-with-safelite-to-boost-claims-payments]

The ma    di  tribution of in  urance payment   make   it a natural fit for Ingo Money'    trategy to move con  umer   to digital transactions.

SourceMedia, Inc.

Document CCARDM0020180814ee8e0002t

# AMERICAN BANKER.

**Expect 'a lot more dismantling': A fintech entrepreneur's vision for 2020**

Penny Crosman
1,518 words
31 December 2019
American Banker Online
AMBO
Vol.1, No.1
English

© 2019 Arizent. All rights reserved.

Marqeta, a provider of "modern card issuance" for many leading fintech disruptors, including Brex, N26, <mark>Square</mark> and Expensify, has been on a roll lately.

The company has issued more than 140 million cards and doubled revenue in 2019 for the fourth straight year, quadrupled its valuation to nearly $2 billion, and closed a $260 million Series E fundraising round in May.

...

Marqeta has been getting a lot of buzz lately. You have fintech clients that are very successful — Postmates, DoorDash, Brex, N26, <mark>Square</mark>, Expensify — and you've racked up a lot of wins in a short time.

...

... is what we do for companies like AfterPay, Affirm and Klarna. The consumer generates a virtual card because they need to buy something online. If they click on the <mark>Cash App</mark>, this is built on us.

...

Document AMBO000020210602efcv00hwm

**Expect 'a lot more dismantling': A fintech entrepreneur's vision for 2020**

Penny Crosman
1,518 words
31 December 2019
PaymentsSource
CCARDM
Vol.1, No.1
English

© 2019 Arizent. All rights reserved.

Marqeta, a provider of "modern card issuance" for many leading fintech disruptors, including Brex, N26, **Square** and Expensify, has been on a roll lately.

The company has issued more than 140 million cards and doubled revenue in 2019 for the fourth straight year, quadrupled its valuation to nearly $2 billion, and closed a $260 million Series E fundraising round in May.

...

Marqeta has been getting a lot of buzz lately. You have fintech clients that are very successful — Postmates, DoorDash, Brex, N26, **Square**, Expensify — and you've racked up a lot of wins in a short time.

...

... is what we do for companies like AfterPay, Affirm and Klarna. The consumer generates a virtual card because they need to buy something online. If they click on the **Cash App**, this is built on us.

...

Document CCARDM0020191231efcv00001

**BUSINESS INSIDER**

**How to use your Cash Card after you sign up for and activate it in the Cash App**

feedback@businessinsider.com (Meira Gebel)
661 words
31 December 2019
18:33
Business Insider
BIZINS
English
Copyright 2019. Insider Inc

* You can use the Cash App card, called the Cash Card, at retailers in the US that accept Visa, and to withdraw money from your ATM without an additional fee.

* Once you order and activate your Cash Card, it will be linked with your Cash App and you'll be asked to assign a PIN number — then you can use it like you would any other debit card.

...

Cash App allows you to send money to friends, family, and vendors directly from your iPhone or Android phone.

The mobile payment platform, owned by Square, launched a Cash Card in 2017. The card lets users spend their Cash App balance at eligible retailers, and withdrawal money from ATMs (without a fee) across the US.

Basically it works just as you'd expect a debit card to work — purchases made using the Cash Card are taken out of your Cash App balance and cataloged on the Cash App.

...

How to use the Cash App card, called Cash Card

If you haven't already applied for a Cash Card, you can follow these steps to order your card in the Cash App.

Once your Cash Card comes in the mail, activate it using the Cash App. You will also be asked to assign a pin number to your Cash Card through the activation process, which you can change at any time.

...

In the Cash App, you can disable your Cash App card if you have temporarily misplaced it. If suspicious charges appear on your list of transactions, you can dispute them through Cash App support.

...

If you use your Cash Card to withdraw money from an ATM with a fee, Cash App will reimburse the fee, too, but only if your Cash Card receives a direct deposit of $50 or more a month.

If you would like to keep a record of your Cash App transactions, you can download your statement using a desktop computer by going to https://cash.app > Statements > Export.

...

How to change your Cash App PIN on an Android or iPhone

...

How to unlink and delete your Cash App account on your iPhone

...

'Can you send money from PayPal to Cash App?': Not directly, but you can use your bank account — here's how

...

* [How to activate your **Cash App** card so you can make payments without having to use your personal bank account](#)

* [How to get a Cash Card by signing up on the **Cash App**, and customize your card color and signature](#)

* [You can't use a prepaid card on **Cash App** — here's how to use a bank account or accepted card instead](#)

...

Document BIZINS0020200101efcv00004

**INVESTOR'S BUSINESS DAILY**®

Research
**Is PayPal Stock A Buy Right Now? Here's What Earnings, Charts Show**

SCOTT LEHTONEN
990 words
31 December 2020
Investor's Business Daily
INVDAI
English
(c) 2020 Investor's Business Daily

PayPal is the largest digital platform that provides money transfer services. The fast-growing company remains one of the top stocks in today's stock market. But is PayPal stock a buy in the current stock market rally?

PayPal Stock Fundamental Analysis: A Strong Track Record

...

PayPal continues to battle with **Square** in the cryptocurrency space. The two payment companies are marketing apps that let shoppers get discounts, make installments and buy cryptocurrencies.

PayPal's Venmo and the **Square Cash App** started off as person-to-person money-transfer services for family members and friends. Now they've evolved into broad consumer financial services apps fueling growth for these leaders...

...

Document INVDAI0020201231egcv0005u



**3 Thematic ETFs Demanding Investor Attention In 2021**

ETF Professor
662 words
29 December 2020
08:52
Benzinga.com
BNZNGA
English
Copyright 2020. Benzinga.com

Every year, the top asset-gathering exchange traded funds are pure beta, broad market funds. Think the Vanguard Total Stock Market ETF (NYSEARCA: VTI), Invesco QQQ (NASDAQ: QQQ) or, in the fixed income department, the iShares Core U.S. Aggregate Bond ETF (NYSEARCA: AGG).

While that asset allocators' affinity for boring ETFs isn't likely to change, 2020 may go down as the year that it was hip to embrace thematic funds.

...

As companies such as **Square** (NYSE: SQ), ARKF's top holding, further monetize digital wallets, the future is bright for this actively managed ETF.

"We believe that **Square**'s (SQ) **Cash App** could become a leading global consumer financial services provider," according to ARK research. "If **Cash App** can monetize 20% of its US user base at the level of traditional banks today, then with modest growth in its seller business, SQ could return 19% at...

...

Document BNZNGA0020201229egct000jh



Cryptos
**Buy bitcoin as prices soar above $28,000 in holiday trade? Good luck!**

918 words
28 December 2020
04:05
MarketWatch
MRKWC
English
Copyright 2020 MarketWatch, Inc. All Rights Reserved.

The cryptocurrency reached a peak at $28,352.63, according to CoinDesk

AFP/Getty ImagesHo, ho, HO-DL! That is what the bitcoin faithful must be thinking—referring to digital-asset investors' knack for holding on to, or HODL-ing, bitcoins through the ups and downs—during particularly buoyant holiday trade for the world's No.1 digital currency.

...

PayPalPYPL recently allowed users on its platform to purchase bitcoin, as well as other sister cryptos like ethereum ETHUSD, Bitcoin Cash BCHUSD and Litecoin LTCUSD. **Square**'s SQ popular **Cash App** also allows users to buy and sell bitcoins.

...

Document MRKWC00020201227egcr000ma



Research Reports
Market Week
**Research Reports --- How Analysts Size Up Companies**

906 words
28 December 2020
Barron's
B
M11
English
Copyright 2020 Dow Jones & Company, Inc. All Rights Reserved.

These reports, excerpted and edited by Barron's, were issued recently by investment and research firms. The reports are a sampling of analysts' thinking; they should not be considered the views or recommendations of Barron's. Some of the reports' issuers have provided, or hope to provide, investment-banking or other services to the companies being analyzed.

Synaptics SYNA-Nasdaq

...

**Square** SQ-NYSE

...

... to $295 (from $220) based on 8 times the company's fiscal 2023 estimated enterprise value/revenue of $18.9 billion. We believe the extraordinary growth of **Square**'s **Cash App** during the Covid-19 pandemic has demonstrated its relevance to large underserved groups whose needs only increased during the crisis: the tens of millions of unbanked consumers in the... ..., and people seeking an easy way to buy Bitcoin at a time when interest in the cryptocurrency has taken off. What we find particularly exciting about the foundation that **Square** has built with the **Cash App**'s estimated 35 million monthly average users is the opportunity it has created for the company to increase engagement and monetization, in the U.S. and abroad.

...

Document B000000020201225egcs00001



Market Extra
**Buy bitcoin as prices soar near $27,000 in holiday trade? Good luck!**

935 words
27 December 2020
10:19
MarketWatch
MRKWC
English
Copyright 2020 MarketWatch, Inc. All Rights Reserved.

The cryptocurrency reached a peak at $27,288.71, according to CoinDesk

Jack Guez/AFP/Getty ImagesHo, ho! HO-DL. That is what the bitcoin faithful must be thinking—referring to digital-asset investors' knack for holding on to, or HODL-ing, bitcoins through the ups and downs—during particularly buoyant holiday trade for the world's No.1 digital currency.

...

PayPalPYPLrecently allowed users on its platform to purchase bitcoin, as well as other sister cryptos like ethereum ETHUSD, bitcoin Cash BCHUSD and Litecoin LTCUSD. **Square**'sSQ popular **Cash App** also allows users to buy and sell bitcoins.

...

Document MRKWC00020201227egcr000m9

INVESTOR'S BUSINESS DAILY®

Research
**Is PayPal Stock A Buy Right Now After Key Downgrade?**

SCOTT LEHTONEN
866 words
30 November 2021
Investor's Business Daily
INVDAI
English
(c) 2021 Investor's Business Daily

PayPal is the largest digital platform that provides money transfer services. The fast-growing company remains one of the high-profile stocks in today's stock market. But is PayPal stock a buy in the current stock market rally?

PayPal Stock Fundamental Analysis: A Strong Track Record

...

PayPal continues to battle with **Square** in the cryptocurrency space. The two payment companies are marketing apps that let shoppers get discounts, make installments and buy cryptocurrencies.

PayPal's Venmo and the **Square Cash App** started off as person-to-person money-transfer services for family members and friends. Now they've evolved into broad consumer financial services apps fueling growth for these leaders...

...

Document INVDAI0020211130ehbu0008q



The Ratings Game
**Jack Dorsey is 'all in' on <mark>Square</mark> now, and this analyst thinks it improves outlook for stock**

473 words
30 November 2021
09:34
MarketWatch
MRKWC
English
Copyright 2021 MarketWatch, Inc. All Rights Reserved.

Bank of America analyst upgrades <mark>Square</mark>'s stock to neutral after CEO drops Twitter gig, but isn't ready 'to get more positive' while waiting for more information on <mark>Cash App</mark>, sales guidance

Agence France-Presse/Getty ImagesSquare Inc. Chief Executive Jack Dorsey will have more time to focus on the payments company now that he's stepping down from the CEO post at Twitter Inc., and that has one analyst feeling better about <mark>Square</mark>'s stock.

Bank of America analyst Jason Kupferberg upgraded <mark>Square</mark>'s stock SQ to neutral from underperform Tuesday, writing that Dorsey is now "all in" on <mark>Square</mark>, which made Kupferberg "incrementally encouraged" about the company's prospects. He boosted his price objective to $221 from $210, while <mark>Square</mark> shares, which were off 2.1% in Tuesday's session, recently changed hands at $208.50.

...

Kupferberg anticipates that <mark>Square</mark> executives—and investors—will come to focus more attention on the company's planned acquisition of Afterpay Ltd. in 2022, as the "transformative" deal may close in the first half of the new year. <mark>Square</mark> is looking to wade into the buy-now pay-later game through its pending all-stock deal for Afterpay, which could boost its seller and consumer-facing <mark>Cash App</mark> businesses. The deal would also pit <mark>Square</mark> up against Affirm Holdings Inc. AFRM and deepen its rivalry with PayPal Holdings Inc. PYPL, which also offers BNPL capabilities.

<mark>Square</mark> shareholders have already approved the deal, and Afterpay shareholders are likely to approve it in early December. Kupferberg "would then expect <mark>Square</mark> to be in a position to discuss more specifics around Afterpay revenue synergies."

He'll also be watching for any mid-quarter updates on the seller and <mark>Cash App</mark> businesses when <mark>Square</mark> presents at a Credit Suisse conference Dec. 1.

Now that Kupferberg has boosted his rating, just three analysts tracked by FactSet rate <mark>Square</mark>'s stock the equivalent of sell, while 11 rate it a hold and 25 rate it a buy. Kupferberg still has some concerns, however, and isn't ready...

"We hesitate to get more positive on the stock until there is better visibility on the near-term and medium-term trajectory of <mark>Cash App</mark> [gross profits], as <mark>Square</mark> has not yet reinstated top-line guidance," he wrote. "We also recognize that if Treasury yields start to climb again, growth stocks such as <mark>Square</mark> could remain under pressure."

...

<mark>Square</mark> shares have come under pressure lately, dropping 18.3% over the past month as the S&P 500 SPX has lost 0.3%.

Document MRKWC00020211130ehbu003s5



**BofA Upgrades <mark>Square</mark> After Selloff**

Priya Nigam
242 words
30 November 2021
11:59
Benzinga.com
BNZNGA
English
Copyright 2021. Benzinga.com

<mark>Square</mark> Inc's (NYSE: SQ) share are trading around 25% below August highs and are down around 15% since the company reported earnings on Nov. 4.

The stock now adequately prices in potential deceleration in <mark>Cash App</mark> gross profit growth, according to BofA Securities.

The <mark>Square</mark> Analyst: Jason Kupferberg upgradedSquare from Underperform to Neutralwhile raising the price target from $210 to $221.

The <mark>Square</mark> Thesis: Investor focus could soon turn to the Afterpay acquisition, which is expected to close in the first half of the first quarter of 2022, Kupferberg said in...

"We continue to believe in the strategic rationale for acquiring Afterpay, which should fit neatly into SQ's Seller and <mark>Cash App</mark> ecosystems," the analyst wrote.

"That said, we remain more bullish on the <mark>Cash App</mark> synergies than in Seller, where Afterpay's Buy Now, Pay Later service may have somewhat limited applicability, and we are not convinced that Afterpay's larger merchants will...

SQ Price Action: Shares of <mark>Square</mark> were down 1.96% at $208.62 midday Tuesday.

...

Document BNZNGA0020211130ehbu000xo

## Bitcoin bull Jack Dorsey set for busy 2022 as ex-Twitter boss can focus on Square

Proactive Investors USA & Canada, 10:22, 30 November 2021, 981 words, (English)

As Zuckerberg moves beyond Facebook to create virtual worlds, Twitter co-founder Dorsey is focussing on virtual money. The story of Jack Dorsey leaving Twitter for the second time has more than one side to it – there are four of them, all ...



**BofA Upgrades ==Square== To Neutral**

Anusuya Lahiri
182 words
30 November 2021
07:57
Benzinga.com
BNZNGA
English
Copyright 2021. Benzinga.com

* BofAanalyst Jason Kupferberg upgradedSquare Inc(NYSE: [SQ)to Neutral from](#)Underperform with a price target of $221, up from $210, implying a 3.85% upside.

* The "deceleration risk" of the company's ==**Cash App**== business has been "more appropriately" priced in as the stock now trades 25% below August highs and 15% since reporting a Q3 earnings miss earlier this month.

* Kupferberg adds that he hesitates to take a more constructive stance on ==**Square**== until better visibility on the near-term and medium-term trajectory of the ==**Cash App**== gross profit.

...

Document BNZNGA0020211130ehbu000mj

 © 2022 Factiva, Inc. All rights reserved.

**What does Jack Dorsey's departure as Twitter CEO mean for Square?**

John Adams
904 words
30 November 2021
American Banker
AMB
Vol.186, No.228
English
© 2021 Arizent. All rights reserved.

Jack Dorsey, who has long held the CEO role at both Square and Twitter, is stepping down from his leadership role at the social network in a move that could enable him to devote more energy to the fintech's growth strategy.

With no indication that Dorsey will leave his job at Square or take on additional work to fill his schedule after leaving Twitter, the entrepreneur is free to play a more hands-on role in the growth of Square's new financial services unit, its Bitcoin trading business, buy now/pay later lending and embrace an emerging trend that marries social media and e-commerce.

"Square is well positioned in the financial services space to do a lot of things," said Daniel Keyes, an analyst at Javelin Strategy & Research. "While it's hard to know what one executive will do, it's understandable why he'd want to focus more on Square," given Dorsey's enthusiasm for Bitcoin and other areas where the payments company is positioned for growth.

Dorsey has championed Bitcoin for years, and revenue from cryptocurrency trading contributes nearly three-quarters of Square's revenue. Square earlier in November released a white paper describing a protocol to exchange digital assets such as cryptocurrency called tbDEX. The protocol could build a wider audience for cryptocurrency.

Square is also working on building TBD, a new division to build and manage decentralized financial services, including tbDEX.

"Given Dorsey's clear edge in cryptocurrency and Bitcoin, if he's dedicating his time to Square he'll be able to boost his involvement with these projects," Keyes said.

Square launched its financial services business in March, and has an industrial banking license that allows it to offer products such as merchant credit directly to its clients. At the same time, Square is expanding access to its Cash app to teens and has agreed to acquire the Australian buy now/pay later lender Afterpay for $29 billion.

All of these efforts combine to make Square more competitive with technology firms such as Amazon, Apple and Facebook; and the bank-supported Zelle peer-to-peer network.

"Jack Dorsey can leverage his unique understanding to launch a Venmo-like social payment infrastructure for [the Cash App]," said Richard Crone, a payments consultant.

...

Of Dorsey's two companies, Crone says Square is better positioned to offer social payments. Despite Twitter's reach as a social network, the company's financial services capabilities are focused on in-app payments .

...

Investors have recently pressured Dorsey to step down as CEO of Twitter, with Elliott Management founder Paul Singer calling on Dorsey to step down as CEO of either Twitter or Square.

Twitter's stock has increased 85% since 2015 and Square's stock has increased more than 1,500% since its initial public offering in 2015.

...

In **Square**'s third-quarter [report](#) , the payments company reported a 43% surge in profits to $1.13 billion, largely due to the success of the company's **Cash App**. Revenue from Bitcoin trading in the most recent quarter was $1.82 billion, up 12% from the prior year.

... and focused on one company, not splitting time," said Eric Grover, a principal at Intrepid Ventures. "So Dorsey giving up the reins at Twitter should be a positive for **Square**."

...

Dorsey founded Twitter in 2006 with Biz Stone, Evan Williams and Noah Glass. Dorsey is also a founder of **Square**, along with the entrepreneur Jim McKelvey. Dorsey did not address **Square** in his tweet. **Square**'s PR office on Monday said there are no management changes on its end.

"**Square** doesn't look like a company in need of a shakeup," said Rick Oglesby, president of AZ Payments Group.

Document AMB0000020211130ehbu00007

📰 **Jack Dorsey's Twitter Resignation Could Mean Big Things for Square Stock**

InvestorPlace, 13:36, 29 November 2021, 540 words, (English)

Jack Dorsey is stepping down from Twitter. The news is a bullish catalyst for Square stock. The tech world is getting rocked with some huge news. Jack Dorsey, CEO and co-founder of Twitter (NYSE:TWTR), is stepping down from his position at ...

INVESTOR'S BUSINESS DAILY®

Technology
**Digital-Only Neobanks Ready For Market, But Profits Slow To Come**

REINHARDT KRAUSE
1,258 words
29 November 2021
Investor's Business Daily
INVDAI
English
(c) 2021 Investor's Business Daily

Investors favoring financial technology companies will soon have a new sector of stocks to examine amid sky-high valuations. Neobanks, or digital-only banks, are emerging and like many new fintech companies, they often sport stellar revenue growth but find profits slow to materialize.

Among these new players, Brazil-based Nubank is expected to launch an initial public offering in New York in early December. U.S.-based Chime is expected to follow in early 2022. And U.K-based Revolut or Zopa could follow in that country within the next year or so.

...

In addition, neobanks in the U.S. compete with consumer-facing digital wallets from the likes of **Square**. **Square**'s **Cash App** has 40 million users. **Square**'s purchase of Afterpay could play a role in a neobank strategy, some analysts say.

...

For example, **Square** has a banking license. But its industrial bank, **Square** Financial Services, currently serves small businesses, not consumers.

...

Customers of Marqeta include **Square** and neobanks. Oakland, Calif.-based Marqeta earns volume-related fees generated with card use and processed transactions. The Marqeta IPO in June raised $1.2 billion.

...

Document INVDAI0020211129ehbt00061

INVESTOR'S BUSINESS DAILY®

Research
**Is PayPal Stock A Buy Right Now After Key Downgrade?**

SCOTT LEHTONEN
871 words
26 November 2021
Investor's Business Daily
INVDAI
English
(c) 2021 Investor's Business Daily

PayPal is the largest digital platform that provides money transfer services. The fast-growing company remains one of the high-profile stocks in today's stock market. But is PayPal stock a buy in the current stock market rally?

PayPal Stock Fundamental Analysis: A Strong Track Record

...

PayPal continues to battle with **Square** in the cryptocurrency space. The two payment companies are marketing apps that let shoppers get discounts, make installments and buy cryptocurrencies.

PayPal's Venmo and the **Square Cash App** started off as person-to-person money-transfer services for family members and friends. Now they've evolved into broad consumer financial services apps fueling growth for these leaders...

...

Document INVDAI0020211126ehbq0002v

# EXHIBIT E



Date of search: January 31, 2022

1

## Apps

- My apps
- **Shop**
- Games
- Kids
- Editors' Choice

- Account
- Payment methods
- My subscriptions
- Redeem
- Buy gift card
- My wishlist
- My Play activity
- Parent Guide


Block City Wars
Yadecs
★★★★☆


My Block
Addictive Puzzle
★★★★★


Blockscapes - Block
PeoplePlan
★★★★★


Home Restore -
Jigsaw Puzzles Berlin
★★★★☆


AppBlock - Block
MobileSoft s.r.o.
★★★★★


Merge Wood: Block
LIHUHU PTE LTD
★★★★★


Fill Wooden Block
LIHUHU PTE LTD
★★★★★


BlockPuz: Wood
Rejoy Studio
★★★★★


Block Journey
BigPanda Studios
★★★★★


Drop Block 3D
Voxel Cube Games
★★★★★


Braindoku: Sudoku
Murka Games Limited
★★★★★


Spam blocker for
Key Messages - Spam
★★★★☆


Hexa Block Puzzle
Big Cake Group Limited
★★★★★


SudoCube: 1010
Rejoy Studio
★★★★★


Net Blocker - Block
The Simple Apps
★★★★☆


Stay Focused - App
Innoxapps
★★★★★


Freedom | Block D
Eighty Percent Solution
★★★★☆


Block master - Indi
Wangzcheng
★★★★★


Woody Block End
Wordoku Game
★★★★★


Block Warriors
AnjBox
★★★★★


BLOCK STORY
MineBlock s
★★★★★


Jigsaw Puzzles - B
Jigsaw Puzzles Berlin
★★★★★


Wood Block Master
Inseft Inc
★★★★☆


Block Puzzle Guard
Hopel Lab
★★★★☆


Unblock Me
Kiragames Co. Ltd.
★★★★★


Touch Blocker -
CombinedLights Studio
★★★★☆


Mini Block Craft
Build Block Studio
★★★★☆


Block Maxi Game
Block Maxi Game
★★★★☆


Slidey®: Block Puzz
Hidby
★★★★★


Match Block 3D -
Voxel Cube Games
★★★★★


Calls Blacklist - Cal
Vlad Lee
★★★★★


Block Pixelart Clea
Finoosph
★★★★☆



**Apps**

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

       

BlockP - Block Jam — Blocking Sites p.l. ltd    Block Ocean Puzzle — ACTIONFIT    PCP Block Puzzle — SUREPBOX Inc    Block Puzzle — Block Puzzle Games    Block Puzzle Jewel — hua weiwei    Wood Block Puzzle — Block Puzzle Jewel Stu    Triangle Tangram — Voxel Cube Games    Wood Block Puzzle — Joymaster Studio

       

Block Puzzle Wood — Wood Puzzle Sudoku    Block Puzzle Gems — Block Puzzle Games v    Block Sudoku Puzzle — Big Cake Apps    Fruit Block - Puzzle — Legend Game Inc    Snake VS Block — VOODOO    Action Blocks — Google LLC    BlockerX: Content — Aemana, Inc.    Woody Block Puzzle — Athena Studio

       

Block Puzzle Brick — EcDs    Block Puzzle - Class — Staple Games    HelpMeFocus - Blo — dsmpletools team    Folding Blocks — Popcore Games    Block Puzzle - Bloc — Freshgenix Studios    Wood Block - Class — O.C.T Games    Call Block Filter an — Sappalodapps Develo    Block Hit - Puzzle — CASUAL AZUR GAMES

       

Unblock Ball - Block — Fun Free Run    Build up Tower Slid — Three Hedgehogs    Number Block Puzzl — Big Cake Group Limite    Drag n Merge: Bloc — Mojoloy    Block Puzzle — Simple Puzzle Game    Jigsaw Wood Block — Vistart LLC    Super Hex Blocks — Fun Free Games LLC    Block Puzzle Slide — Block Puzzle Games P

Search    Android apps ˅

**Apps**

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide




Puzzle Block Jewel
C.C.T Games
★★★★★


WoodCube: Wood
Gamemain
★★★★★


Merge Block - 2048
LIHUHU PTE. LTD.
★★★★★


Tower Craft - Block
CASUAL AZUR GAMES
★★★★★


Tetra Block - Puzzle
MobilityWare
★★★★★


HexPop: Block Hex
Popy Studio
★★★★★


Wooden 100 Block
LIHUHU PTE. LTD.
★★★★★


Block & Block
Dev Rex Moore
★★★★★


Block Puzzle - Pu
Guru Puzzle Game
★★★★★


Block Puzzle - Sud
Staple Games
★★★★★


Block Puzzle
Big Cake Group Limited
★★★★★


Block Puzzle Classic
Puzzle Games Joy Shin
★★★★★


Block Puzzle Jewel
Amstona
★★★★★


Block Puzzle Jewel
EasyFun Game
★★★★★


1010 - Block Match
Puzzledom Block Puzzle
★★★★☆


Block Puzzle - Drop
Azbso
★★★★★


Wood Block 99 - S
Wood Puzzle Sudoku Cl
★★★★★


Block Fortress: Em
Foursaken Media
★★★★☆


Call Control - SMS
Call Control LLC
★★★★★


Block Mini Vip Trik
Block Build Games
★★★★★


Block Puzzle: Star
BitMango
★★★★★


Blocks: Block Puzz
RV AppStudios
★★★★★


Block - Block Puzzle
JoyGame
★★★★★


Block Puzzle
Block Puzzle Jewel Gan
★★★★★


Merge Block 3D - 2
LIHUHU PTE. LTD.
★★★★★


1010! Block Puzzle
Ez Block Puzzle
★★★★★


Block Puzzle Game
XLsoft
★★★★★


Block Puzzle Brain
Onet Game
★★★★★


BlockJoy: Woody
HCup Fun Games
★★★★★


Merge Block Star
BitMango
★★★★☆


Block Puzzle - clas
NutGames
★★★★☆


Block Puzzle - Woo
RRE STU
★★★★★



Apps
Search
Android apps
My apps
Shop
Games
Kids
Editors' Choice
Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide
Block Puzzle
OxStudio
Blocks
NewPubCo
Block Puzzle
PANAGOLA
BT Block Puzzle
ONESOFT
Woodblox Puzzle
Wood Block Puzzle
Mofun Games
Block Shooter
HALA Games
Block Pro Earth

**Apps**

- My apps
- Shop
- Games
- Kids
- Editors Choice

- Account
- Payment methods
- My subscriptions
- Redeem
- Buy gift card
- My wishlist
- My Play activity
- Parent Guide











Block Games! Block   Wood Block Puzzle   Wood Block Puzzle   Block Puzzle Sudo   Block Gems: Block   Block Master - Woo   Block 99: Woody B   Gemudoku- Block
Block Games!   EVKAP LTD   Jewel Games Legend   Long Time No See S   CeRub Games   Higgs Studio   Block Puzzle Brain Gam   BigPanda Studios











Block Puzzle - Clas   Bock Go - Slice to   Perfect Block Puzz   Wood Block Puzzle   Block Puzzle Pop   Block Puzzle Sudo   Block Puzzle: Block   Block Jigsaw: Bloc
Block Puzzle - Classic   funnytasket   BitMango   Fun Classic Puzzle Gam   Igor Technologies   GARV GAMES   PV AppStudios   Pajoy Studio










Block Puzzle: Funh   Block Puzzle   Block puzzle - Clas   Block puzzle game   Call & SMS Block   Block Puzzle Jewe   Block Puzzle Magi   PlanetCraft: Mini B
Block Puzzle Classic   Appindia Technologi   SonasGame   BSoft Games   InteTech   Joymaster Studio   Apollo Game Studio   Playkids, LLC










Woody 99 - Sudoku   Blocks: Block Puzz   Block Master 2000   Block Puzzle   Block Puzzle Legen   Block Puzzle Cham   Block Puzzle Legen   Block Puzzle
Ennena Studio   Astradia Russia   Ginnanca   Block Puzzle Games Le   Jewel Games Legend   Bubble Shooter Arrow   BP Game Studio   Latest Infoway Games

**Apps**

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide


Wood Block Puzzle
Classic Tetris Block Pu...
★ ★ ★ ★ ★


Woody Battle Blo...
Athena Studio
★ ★ ★ ★ ★


Block-Spam - Bl...
Ramesolutions
★ ★ ★ ★ ★


Call Blocker - Blo...
Florenza Francesco
★ ★ ★ ★ ☆


Multi Block Craft
StarboxMods
★ ★ ★ ★ ★


Block Puzzle
IVY GAMES
★ ★ ★ ★ ★


Jewels Block Puzz...
IronBattle
★ ★ ★ ★ ★


Build Block Craft
SENSPARK
★ ★ ★ ★ ☆


Block Puzzle Game
Block Puzzle Game Sofa...
★ ★ ★ ★ ☆


Hexa Block Puzzle
Brainii Games
★ ★ ★ ★ ☆


100 Blocks PUZZL...
Gamma Play
★ ★ ★ ★ ☆


Wood Block Puzzle
Hoad Lab
★ ★ ★ ★ ☆


Block Wars Surviv...
Jana Canada
★ ★ ★ ★ ☆


Block Puzzle
Free Block Puzzle Gam...
★ ★ ★ ★ ☆


Block Puzzle
EasyFun Game
★ ★ ★ ★ ☆


One block challen...
StudioPixster
★ ★ ★ ★ ☆


Bloxorz - Block 3...
Superpixe
★ ★ ★ ★ ☆


Block Puzzle Jew...
STARSPRITE
★ ★ ★ ★ ★


Block Puzzle
Dot Puzzle
★ ★ ★ ★ ★


Match Blocks–Bloc...
Addictife
★ ★ ★ ★ ☆


Tetris Block Puzzle
Music Avengers
★ ★ ★ ★ ★


Unblock Red Block...
2048 Solitaire Manga Sli...
★ ★ ★ ★ ☆


Block Puzzle
Long Time No See Gam...
★ ★ ★ ★ ☆


Block puzzle
EWKAP LTD
★ ★ ★ ★ ☆


Block Box Builder
Caiyus Studio
★ ★ ★ ★ ☆


Wood Block Puzzle
IVY GAMES
★ ★ ★ ★ ☆


Block by block ~ Si...
Georgy Sarkisyan
★ ★ ★ ★ ☆


Wood Block Puzzle
XLsoft
★ ★ ★ ★ ★


Block Puzzle
Bubble Shooter Game...
★ ★ ★ ★ ★


Glow Block Puzzle
com3sunrisgame
★ ★ ★ ★ ★


Block Puzzle
Beetle Games
★ ★ ★ ★ ☆


Block Puzzle-Free ...
Red cat studio-focus w...
★ ★ ★ ★ ★



Apps
Search
Android apps
My apps
Shop
Games
Kids
Editors' Choice
Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide
Dream House
Crafting And Building
Block Puzzle&
Red cat studio
Blocks
AsgardSoft
Block Puzzle 202
REPLAY ENTERTA
Block puzzle Ga
TAAP GAME STUDIO
Escape Block
Craft World - Mas
Master Craft Game
Block Puzzle Jew
Block Puzzle Games
Block Puzzle
Bikon
Block Puzzle
Block Puzzle Games
Unblock
Playdo
Block Puzzle: Fa
Pentex
Block Puzzle
Puzzle Fun Game
Wood Block Puzz
Zigglehash Studio
Multi Craft : Mini
PGPGG Creative Gam
Block Puzzle Glo
Rejoy Studio
Wood Block Clas
C.C.T Games
Block Out (Bricks
Kicgo
Merge Block: Sho
Firephoenix Studios
Block Pixelart S
Block Pixelart Sword
Master Block Cra
Darkhound Games
Block Puzzle
Rise of Brains
Blocks Game Blo
Wonderful Games
Block
Free Music Radio &
One block surviv
GalarSt
Block Hexa Puzz
Puzzle Games Off

# EXHIBIT F



# 2021 Corporate Responsibility Report

**H&R BLOCK**

WE'RE MAKING EVERY BLOCK BETTER

# EXHIBIT G



Helpful | Report abuse

**LMB**

⭐⭐☆☆☆ **Works...if you can load it**

Reviewed in the United States on January 27, 2022

Platform: PC/Mac Activation Code by Mail | Edition: Deluxe + State | **Verified Purchase**

The package says to go to a website which isn't functional. H&R Block was zero help through messenger on FB. They said go back to Amazon if the code didn't work. They didn't understand the webpage didn't work.

The one question posted above gives a different website, however, Norton says it's a definite no-go on the download software.

H&R Block has no email contact on their website. 1st time in years I am regretting this software purchase.

Helpful | Report abuse

**Anne Kuiper**

⭐☆☆☆☆ **junk**

Reviewed in the United States on January 22, 2022

Platform: PC/Mac Activation Code by Mail | Edition: Deluxe + State | **Verified Purchase**

I got the H&R block deluxe+state and there was no download information or activation code in the box. so it was useless.

2 people found this helpful

Helpful | Report abuse



Steve

★☆☆☆☆ **NO Program CD**

Reviewed in the United States on November 29, 2021

Platform: PC/Mac Activation Code by Mail | Edition: Deluxe + State | **Verified Purchase**

Turbo Tax stopped giving CD years ago so I switched to H&R Block. Turbo Tax resumed the CD at the following year. In 2021, H&R is doing the same, stop giving CD. I'm going back to Turbo Tax.

12 people found this helpful

Helpful | Report abuse

J. Kulaga

★☆☆☆☆ **Does not support electric vehicle purchases - no Form 8911**

Reviewed in the United States on November 30, 2021

Platform: PC/Mac Activation Code by Mail | Edition: Deluxe + State | **Verified Purchase**

Very disappointing to find out that H&R Block does not support Form 8911, Alternative Fuel Vehicle Refueling Property Credit. I bought an electric vehicle and need this form to claim the 30% credit on the charger and outlet installation. Found out after purchasing that they did not support it last year either. After 10 years of using H&R Block, I need to return this and switch over to TurboTax to file my taxes since apparently they are able to support this IRS tax form without having to amend and file a paper return like H&R Block!

7 people found this helpful

Helpful | Report abuse