IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| H&R BLOCK, INC., et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:21-CV-00913-NKL |
| ) | |
| BLOCK, INC., ) | February 10, 2022 |
| ) | |
| Defendant. ) | Day ONE |
| ) | |
| ) | |

**MINUTES OF PRELIMINARY INJUNCTION HEARING**

Honorable Nanette K. Laughrey presiding virtually, in Jefferson City, Missouri.
_____

Time: 10:02 a.m. – 6:27 p.m.
**Appearances:**
Plaintiff by: David Bernstein, Jared Kagan, Stacey Gilman & Anthony Durone
Defendants by: David Jermann, Diane Doolittle, Linda Moon, Margret Caruso, Rachel Kassabian & Robert Schwartz,

| Remarks | Witness Testifying |
|---|---|
| Court in session at 10:02 a.m. Parties offer exhibits as noted on the record. Parties agree to three fact witnesses that will present live testimony. Plaintiffs' opening statement at 10:27 a.m. Defendant's opening statement at 10:55 a.m. Court in recess at 11:18 a.m. | |
| Court reconvenes at 11:29 a.m. Plaintiffs' call Jeff Jones at 11:29 a.m.; witness sworn. Court in recess at 12:24 p.m. | Jeff Jones 11:29 a.m. – 12:24 p.m. |
| Court reconvenes at 12:52 p.m. Cross examination at 12:52 p.m. Re-direct at 1:56 p.m. Witness dismissed at 1:59 p.m. Plaintiff rests at 1:59 p.m. Defendant calls Chrysty Esperanza at 2:00 p.m.; witness sworn. Cross examination at 2:20 p.m. Re-direct at 2:46 p.m. Witness dismissed at 2:47 p.m. Court in recess at 2:47 p.m. | Jeff Jones 12:52 p.m. – 1:59 p.m.<br><br>Chrysty Esperanza 2:00 p.m. – 2:47 p.m. |
| Court reconvenes at 2:52 p.m. Defendant calls Owen Jennings at 2:54 p.m.; witness sworn. Court in recess at 3:25 p.m. | Owen Jennings 2:54 p.m. – 3:25 p.m. |
| Court reconvenes at 3:35 p.m. Direct continues at 3:35 p.m. Cross examination at 3:40 p.m. Re-direct at 4:14 p.m. Re-cross 4:15 p.m. Witness dismissed at 4:17 p.m. Court | Owen Jennings 3:35 p.m. – 4:17 p.m. |

| | |
|---|---|
| in recess at 4:18 p.m. | |
| Court reconvenes at 4:30 p.m.  Plaintiffs' present closing argument at 4:30 p.m.  Defendant presents closing argument at 5:19 p.m.  Plaintiffs' rebuttal at 6:11 p.m.  Plaintiff concludes at 6:25 p.m.  The Court requests each party to submit a proposed order regarding this matter on or before February 25, 2022.  Court in recess at 6:27 p.m. | |

Court Reporter: Katie Wirt
Courtroom Deputy:  Tania Lock