UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| H&R BLOCK, INC. and HRB INNOVATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLOCK, INC., <br><br> Defendant. | Case No. 4:21-cv-00913-NKL |

## DESIGNATION OF MEDIATOR CERTIFICATE

The Parties jointly designate Former United States District Court Judge (W.D. Okla.) Layn R. Phillips of Phillips ADR Enterprises to conduct the Mediation and Assessment Program ("MAP") mediation in this case. The mediation will be held on May 10, 2022 at 8:00 a.m. Pacific Time via Zoom videoconference with some parties potentially appearing in person at the offices of Phillips ADR Enterprises, 2101 East Coast Highway, Suite 250, Corona Del Mar, California 92625. This mediation designation is timely filed and the mediation will be timely held on May 10, 2022 in accord with extensions granted by the MAP Director, Laurel Stevenson. MAP Director Stevenson also has granted permission for the parties' selected mediator, who is not on the Court's preapproved List of Mediators.

Dated: March 28, 2022

**BERKOWITZ OLIVER LLP**

By: /s/ *Stacey R. Gilman*
Anthony J. Durone (MO Bar #43872)
Stacey R. Gilman (MO Bar # 55690)

BERKOWITZ OLIVER, LLP
2600 Grand Boulevard Suite 1200
Kansas City, Missouri 64108
(816) 561-7007
adurone@berkowitzoliver.com
sgilman@berkowitzoliver.com

**DEBEVOISE & PLIMPTON LLP**
David H. Bernstein (admitted *pro hac vice*)
Megan K. Bannigan (admitted *pro hac vice*)
Jyotin Hamid (admitted *pro hac vice*)
Jared I. Kagan (admitted *pro hac vice*)
Marissa MacAneney (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
dhbernstein@debevoise.com
mkbannigan@debevoise.com
jhamid@debevoise.com
jikagan@debevoise.com
mpmacaneney@debevoise.com

*ATTORNEYS FOR PLAINTIFFS*

-and-

**ARMSTRONG TEASDALE LLP**

By: \_\_\_/s/ *David Alois Jermann*_____
Darren K. Sharp (MO Bar #50841)
David Alois Jermann (MO Bar #51389)
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108
Telephone: (816) 221-3420
Facsimile: (816) 221-0786
dsharp@atllp.com
djermann@atllp.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

      Margret M. Caruso (admitted *pro hac vice*)
      Rachel H. Kassabian (admitted *pro hac vice*)
      555 Twin Dolphin Drive, Fifth Floor
      Redwood Shores, CA 94065
      Telephone: (650) 801-5000
      margretcaruso@quinnemanuel.com
      rachelkassabian@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
      Robert M. Schwartz (admitted *pro hac vice*)
      865 S. Figueroa Street, 10th Floor
      Los Angeles, CA 90017
      Telephone: (213) 443-3000
      robertschwartz@quinnemanuel.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record.

        */s/ Stacey R. Gilman*
        *Attorney for Plaintiffs*