# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| H&R BLOCK, INC. and HRB INNOVATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLOCK, INC., <br><br> Defendant. | Case No. 4:21-cv-00913-NKL |

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs H&R Block, Inc. and HRB Innovations, Inc. hereby certifies that a true and correct copy of Plaintiffs' Responses and Objections to Defendant Block, Inc.'s First Request for Production of Documents; Plaintiffs' Responses and Objections to Defendant Block, Inc.'s First Request for Admissions; and Plaintiffs' Answers and Objections to Defendant Block, Inc.'s First Set of Interrogatories was served by electronic means to counsel of record for defendants on April 11, 2022 as follows:

    David A. Jermann djermann@atllp.com
    Darren K. Sharp dsharp@atllp.com
    Margaret Caruso margaretcaruso@quinnemanuel.com
    Rachel Herrick Kassabian rachelkassabian@quinnemanuel.com
    Robert M. Schwartz robertschwartz@quinnemanuel.com

Dated: April 12, 2022

                                                **BERKOWITZ OLIVER LLP**

                                         By:   */s/ Stacey R. Gilman*
                                                Anthony J. Durone (MO Bar #43872)
                                                Stacey R. Gilman (MO Bar # 55690)
                                                BERKOWITZ OLIVER, LLP
                                                2600 Grand Boulevard Suite 1200

Kansas City, Missouri 64108
(816) 561-7007
adurone@berkowitzoliver.com
sgilman@berkowitzoliver.com

**DEBEVOISE & PLIMPTON LLP**
David H. Bernstein (admitted *pro hac vice*)
Megan Bannigan (admitted *pro hac vice*)
Jyotin Hamid (admitted *pro hac vice*)
Jared I. Kagan (admitted *pro hac vice*)
Marissa MacAneney (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
dhbernstein@debevoise.com
mkbannigan@debevoise.com
jhamid@debevoise.com
jikagan@debevoise.com
mpmacaneney@debevoise.com

*ATTORNEYS FOR PLAINTIFFS*