|   |   |
|---|---|
| H&R BLOCK, INC. and HRB INNOVATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLOCK, INC., <br><br> Defendant. | Case No. 4:21-cv-00913-NKL |

**DEFENDANT BLOCK, INC.'S MOTION FOR STAY PENDING APPEAL OF
PRELIMINARY INJUNCTION PURSUANT TO RULE 62(d)**

Pursuant to Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a)(1), Defendant Block, Inc. respectfully moves this Court for a stay pending appeal of this Court's April 28 preliminary injunction order (Dkt. 105).

In support of this Motion, Block submits the Suggestions in Support of the Motion and the Declaration of David A. Jermann, II.

Dated: May 6, 2022

Respectfully submitted:

By: */s/ David A. Jermann*_____

David A. Jermann, II (MO Bar #51389)
**ARMSTRONG TEASDALE LLP**
2435 Grand Blvd., Suite 1500
Kansas City, Missouri 64108
Telephone: (816) 221-3420
Facsimile: (816) 221-0786
djermann@atllp.com

and

> Margret Caruso (*pro hac vice*)
> Rachel Herrick Kassabian (*pro hac vice*)
> **QUINN EMANUEL URQUHART & SULLIVAN LLP**
> 555 Twin Dolphin Dr., 5th Floor
> Redwood Shores, California 94065
> Telephone: (650) 801-5000
> Facsimile: (650) 801-5100
> margretcaruso@quinnemanuel.com
> rachelkassabian@quinnemanuel.com
>
> Robert M. Schwartz (*pro hac vice*)
> **QUINN EMANUEL URQUHART & SULLIVAN LLP**
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, California 90017
> Telephone: (213) 443-3000
> robertschwartz@quinnemanuel.com

## **CERTIFICATE OF SERVICE**

This is to certify that on Friday, May 6, 2022, a true and accurate copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to all parties entitled to service.

> By: */s/      David A. Jermann*
> *Attorney for Defendant*