UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| H&R BLOCK, INC. and HRB INNOVATIONS, INC.,<br><br>          Plaintiffs,<br><br>   v.<br><br>BLOCK, INC.,<br><br>          Defendant. | Case No. 4:21-cv-00913-NKL |

### DEFENDANT BLOCK, INC.'S MOTION FOR STAY PENDING APPEAL OF PRELIMINARY INJUNCTION PURSUANT TO RULE 62

Pursuant to Federal Rule of Civil Procedure 62 and this Court's inherent authority, Defendant Block, Inc. respectfully moves for an interim administrative stay of this Court's April 28 preliminary injunction order (Dkt. 105) during the pendency of Defendant's contemporaneously filed motion (Dkt. 113) for a stay pending appeal pursuant to Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a)(1) or until the Eighth Circuit resolves any renewed motion Defendant may make pursuant to Federal Rule of Appellate Procedure 8(a)(2).

In support of this Motion, Defendant submits the Suggestions in Support of the Motion.

Dated: May 6, 2022                             Respectfully submitted:

                                                                  By: */s/     David A. Jermann*_____

David A. Jermann, II (MO Bar #51389)
**ARMSTRONG TEASDALE LLP**
2435 Grand Blvd., Suite 1500
Kansas City, Missouri 64108
Telephone: (816) 221-3420
Facsimile: (816) 221-0786
djermann@atllp.com

          and

Margret Caruso (*pro hac vice*)
Rachel Herrick Kassabian (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
margretcaruso@quinnemanuel.com
rachelkassabian@quinnemanuel.com

Robert M. Schwartz (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
robertschwartz@quinnemanuel.com

## CERTIFICATE OF SERVICE

      This is to certify that on Friday, May 6, 2022, a true and accurate copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to all parties entitled to service.

                                                      By: */s/     David A. Jermann*
                                                          *Attorney for Defendant*