UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

---

| | |
|---|---|
| H&R BLOCK, INC. and HRB INNOVATIONS, INC., | Case No. 4:21-cv-00913-NKL |
| | ECF Case |
| Plaintiffs, | |
| v. | |
| BLOCK, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Dated: April 21, 2023

| | |
|---|---|
| */s/ David H. Bernstein* | */s/ Margret Caruso* |
| David H. Bernstein | Margret Caruso |
| Megan K. Bannigan | Rachel Herrick Kassabian |
| Jared I. Kagan | **QUINN EMANUEL URQUHART &** |
| Marissa P. MacAneney | **SULLIVAN LLP** |
| **DEBEVOISE & PLIMPTON LLP** | 555 Twin Dolphin Dr., 5th Floor |
| 66 Hudson Boulevard | Redwood Shores, California 94065 |
| New York, NY 10001 | Tel: (650) 801-5000 |
| Tel: (212) 909-6000 | margretcaruso@quinnemanuel.com |
| dhbernstein@debevoise.com | rachelkassabian@quinnemanuel.com |
| mkbannigan@debevoise.com | |
| jikagan@debevoise.com | David A. Jermann, II |
| mpmacaneney@debevoise.com | ARMSTRONG TEASDALE LLP |
| | 2435 Grand Blvd., Suite 1500 |
| Anthony J. Durone | Kansas City, Missouri 64108 |
| Stacey R. Gilman | Tel: (816) 221-3420 |
| **BERKOWITZ OLIVER, LLP** | djermann@atllp.com |
| 2600 Grand Blvd., Suite 2600 | |
| Kansas City, MO 64108 | *Attorneys for Defendant Block, Inc.* |
| Tel: (816) 561-7007 | |
| ADurone@berkowitzoliver.com | |
| SGilman@BerkowitzOliver.com | |

*Attorneys for Plaintiffs H&R Block, Inc. and HRB Innovations, Inc.*